# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Xiaoling Che, et al.

Plaintiff,

v.

Case No.:
1:25−cv−04946

Honorable Virginia
M. Kendall

Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 14, 2026:

 MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 1/14/2026. The Court orally addressed the Motion for Preliminary Injunction [14] on the record in open Court indicating a written Opinion is forthcoming. The Court adopts briefing schedule as outlined in Joint Status Report [52]. Parties last day to Amend Pleadings or Join Pleadings is 2/15/2026. Plaintiffs shall serve list of no more than 10 claims per patent to assert from Initial Infringement Contentions by 3/23/2026; Plaintiffs shall serve Final InfringementContentions by 4/6/2026; Defendants to serve Final Unenforceability and Invalidity Contentions by 4/6/2026; Defendants shall serve Final Non−Infringement Contentions by 5/4/2026; Plaintiffs to serve Final Enforceability and Validity Contentions by 5/4/2026; Parties are to exchange proposed claim terms to be construed with proposed constructions by 5/18/2026; Parties Deadline to meet and confer to agree upon no more than 10 terms for construction on or before 5/25/2026. End of Fact Discovery Ordered closed by 6/15/2026. End of Fact Discovery Status hearing set for 6/16/2026 at 9:30 AM. Claim Construction hearing set for 9/9/2026 at 10:00 AM. Defendants to file Opening Claim Construction Brief by 6/22/2026; Parties file Joint Appendix by 6/22/2026; Plaintiffs shall file Responsive Claim Construction Brief by 7/20/2026; Defendants to file Reply Claim Construction Brief by 8/3/2026; Parties shall file Joint Claim Construction Chart by 8/10/2026. Defendants' Motion to increase bond [35] is dismissed as moot. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.