IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*Eastern Division*

| | |
|---|---|
| Xiaoling Che, et al., ) <br> ) <br>     Plaintiffs/Counter-Defendants, ) <br> ) <br> v. ) <br> ) <br> Shenzhen Mumuwan Maoyi Youxian Gong Si, et al., ) <br> ) <br>     Defendants/Counter-Plaintiffs. ) | Case No. 1:25-cv-04946 <br><br> Honorable Virginia M. Kendall |

## **NOTICE OF FIRM NAME CHANGE**

Please take notice that counsel of record hereby advises the Court that the law firm previously known as Law Office of Edward H. Rice, LLC has changed its name to Rice Technology Law Group, and that the firm's telephone number and email domain have also changed. This notice is submitted solely to reflect these administrative updates. The firm's legal entity remains the same, no attorneys are withdrawing or being added, and there is no change to counsel of record, client representation, or the conduct of this matter. Counsel has updated its CM/ECF registration and signature block to reflect the firm's current contact information.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: February 3, 2026 | /s/ Marina N. Saito <br> Edward H. Rice <br> Marina N. Saito <br> Steven M. Lubezny <br> Rice Technology Law Group <br> 555 Skokie Blvd., Suite 500 <br> Northbrook, IL 60062 <br> ed@ricetechlaw.com <br> marina@ricetechlaw.com <br> steve@ricetechlaw.com <br> (224) 331-0568 <br><br> *Counsel for Plaintiffs/Counter-Defendants Xiaoling Che and Jinyan Duan* |

1