**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Xiaoling Chen and Jinyan Duan, | Case No. 1:25-cv-04946 |
| Plaintiffs, | |
| v. | Judge: Virginia M. Kendall |
| Shenzhen Mumuwan Maoyi Youxian Gong Si et al., | Complaint Filed:  May 5, 2025 |
| Defendants. | |

**NOTICE OF MOTION**

TO: ALL Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, April 1, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Virginia M. Kendall, in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, Defendant will, and hereby does, present a Motion for Substitution of Counsel.

1

Dated: March 25, 2026            Respectfully submitted

By: /s/ *Marjorie Ouyang*
Marjorie Ouyang
Valley & Summit Law
One Park Plaza, #600
Irvine, CA 92614

Dated: March 25, 2026            Respectfully submitted

By: /s/ *Hao Ni*
Hao Ni
Neal Gopal Massand
Nicholas Edward Najera
Stevenson Moore
Ni Law Firm PLLC
8104 Walnut Hill Lane, Suite 615
Dallas, TX 75231

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: March 25, 2026                                        Respectfully submitted

                                                             By: /s/ *Marjorie Ouyang*
                                                             Marjorie Ouyang
                                                             Valley & Summit Law
                                                             One Park Plaza, #600
                                                             Irvine, CA 92614