# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Xiaoling Chen and Jinyan Duan,<br><br>    Plaintiffs,<br><br>v.<br><br>Shenzhen Mumuwan Maoyi Youxian Gong Si et al.,<br><br>    Defendants. | Case No. 1:25-cv-04946<br><br>Judge: Virginia M. Kendall<br><br>Complaint Filed:  May 5, 2025 |

## DEFENDANT'S MOTION FOR SUBSTITUTION OF ATTORNEY

Defendant Shenzhen Mumuwan Maoyi Youxian Gong Si ("Defendant"), by and through its undersigned counsel, hereby moves this Court for an order: (1) granting the withdrawal of Hao Ni, Neal Gopal Massand, Nicholas Edward Najera, and Stevenson Morre of Ni Law Firm PLLC, 8104 Walnut Hill Lane, Suite 615, Dallas, TX 75231, as counsel of record for Defendant in this matter; and (2) substituting Marjorie Ouyang of Valley & Summit Law, 1 Park Plaza, Suite 600, Irvine, CA 92614, as counsel of record for Defendant.

Defendant further states that the withdrawal of its current counsel will not have any material adverse effect on Defendant's interests, and there will be no interruption in representation or delay to any scheduling, hearing, or trial in this matter.

Defendant respectfully requests that the Court enter an order approving this substitution of counsel and directing that all future notices and filings be served upon Ms. Ouyang.

1

Dated: March 25, 2026

Respectfully submitted

By: /s/ _Marjorie Ouyang_____
Marjorie Ouyang
Valley & Summit Law
One Park Plaza, #600
Irvine, CA 92614

Dated:   March 25, 2026

Respectfully submitted

By: /s/ _Hao Ni_____
Hao Ni
Neal Gopal Massand
Nicholas Edward Najera
Stevenson Moore
Ni Law Firm PLLC
8104 Walnut Hill Lane, Suite 615
Dallas, TX 75231

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: March 25, 2026                    Respectfully submitted

                                         By: /s/ _Marjorie Ouyang_____
                                         Marjorie Ouyang
                                         Valley & Summit Law
                                         One Park Plaza, #600
                                         Irvine, CA 92614