# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Xiaoling Che, et al.

                                          Plaintiff,

v.

                                                     Case No.:
1:25–cv–04946

Honorable Virginia M. Kendall

Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 30, 2026:

        MINUTE entry before the Honorable Virginia M. Kendall. Defendants' Motion to substitute attorney [58] is granted. Notice of Motion, which is incorrectly filed as a Motion [58], indicates a Motion hearing was set for 4/1/2026. The Notice of Motion and Motion were filed incorrectly and the hearing was not set on the Court schedule. In the future, Parties are encouraged to contact the ECF helpdesk for guidance when filing pleadings. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.