# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| Xiaoling Chen and Jinyan Duan, | Case No. 1:25-cv-04946 |
| Plaintiffs, |  |
| v. | Judge: Virginia M. Kendall |
| Shenzhen Mumuwan Maoyi Youxian Gong Si et al., | Complaint Filed: May 5, 2025 |
| Defendants. |  |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 4, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendants Shenzhen Mumuwan Maoyi Youxian Gongsi, Qingyunxiangesiwei Shangmao Youxian Gongsi, Shenzhen Ximeikeji Youxian Gongsi, and Shenzhen Mengdudu Chongwu Yongpin Youxian Gongsi (collectively, "Defendants"), by and through their undersigned counsel, will present Defendants' Opposed Motion to Amend the Scheduling Order and Extend Claim Construction Deadlines before the Honorable Virginia M. Kendall, United States District Judge, in Courtroom 2541 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or via such remote procedure as the Court may direct.

1

Dated: May 29, 2026

Respectfully submitted


By: /s/ *Marjorie Ouyang*
Marjorie Ouyang
Valley & Summit Law
One Park Plaza, #600
Irvine, CA 92614

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 29, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: May 29, 2026                          Respectfully submitted

                                          By: /s/ *Marjorie Ouyang*
                                          Marjorie Ouyang
                                          Valley & Summit Law
                                          One Park Plaza, #600
                                          Irvine, CA 92614