# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Xiaoling Che, et al.

                               Plaintiff,

v.

                               Case No.:
1:25−cv−04946

Honorable Virginia M. Kendall

Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 6/4/2026 via Webex. Defense Counsel failed to appear. The Court adopts Plaintiff's proposal as follows: Plaintiffs shall file Responsive Claim Construction Brief by 7/27/2026; Defendants to file Reply Claim Construction Brief by 8/10/2026; Parties shall file Joint Claim Construction Chart by 8/17/2026. End of Fact Discovery is extended for the sole purpose of the two remaining depositions. End of Fact Discovery Status hearing set for 6/16/2026 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.