**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| XIAOLING CHE, et al., | Case No. 1:25-cv-04946 |
| Plaintiffs/ Counter-Defendants, | |
| v. | Honorable Virginia M. Kendall |
| SHENZHEN MUMUWAN MAOYI YOUXIAN GONG SI, et al., | Amended Complaint Filed: May 5, 2025 |
| Defendants/Counter-Plaintiffs. | |

**DECLARATION OF MARJORIE OUYANG**

I, Marjorie Ouyang, declare as follows:

1. I am an attorney duly licensed to practice before this Court and counsel for Defendants Shenzhen Mumuwan Maoyi Youxian Gongsi, Qingyunxiangesiwei Shangmao Youxian Gongsi, Shenzhen Ximei Keji Youxian Gongsi, and Shenzhen Mengdudu Chongwu Yongpin Youxian Gongsi (collectively, "Defendants") in the above-captioned action. I submit this Declaration in support of Defendants' Motion to Stay Proceedings Pending Ex Parte Reexamination. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. On May 1, 2026, the Defendants' owner filed a Request for Ex Parte Reexamination of U.S. Patent No. 12,220,648 (the "'648 Patent") with the United States Patent and Trademark Office ("USPTO"). Attached hereto as Exhibit A is a true and correct copy of the Request for Ex Parte Reexamination.

3. The Request demonstrates that Claim 1 of the '648 Patent, which is the sole independent claim, is unpatentable over several prior art references that the USPTO never considered

**DECLARATION OF MARJORIE OUYANG**
1

during the original prosecution of the '648 Patent.

4. The Request relies upon U.S. Design Patent D1,013,056 (the "D'056 Patent"), which issued on January 30, 2024, from an application filed in 2019. The D'056 Patent discloses a puzzle board featuring an arrangement of sliding drawers positioned beneath the puzzle surface. Attached hereto as Exhibit B is a true and correct copy of the D'056 Patent.

5. The Request further relies upon authenticated public web publications demonstrating that puzzle tables with perimeter retention walls and under-board drawers were in widespread commercial use well before the '648 Patent's asserted priority date.

6. Among those publications, the "Bits and Pieces Rotating Puzzle Board" was offered for sale on Amazon.com with customer reviews dating back to June 19, 2018. Attached hereto as Exhibit C is a true and correct copy of the Amazon product listing and associated customer reviews for the Bits and Pieces Rotating Puzzle Board referenced in the Request.

7. The Request also relies upon a public YouTube video titled "Standard Wooden Puzzle Plateau 1000 - Item #47271/Jumbo Puzzle Plateau 1500 - Item #47272," published on August 23, 2018, which depicts a puzzle storage system with four sliding drawers. Attached hereto as Exhibit D are true and correct copies of screenshots from the foregoing YouTube video, together with the publication metadata referenced in the Request.

8. On May 11, 2026, my colleague Marta S. Rocha, met and conferred with Plaintiffs' counsel Marian Saito regarding Defendant's anticipated Motion to Stay. During that conference, Plaintiff's counsel indicated that they oppose the requested stay. Defendant originally intended to file the Motion that same week, however, later that week we discovered a technical discrepancy in the initial USPTO submission of the reexamination request. Specifically, I realized that incorrect claims were listed on the reexamination cover sheet.

The filing of the instant Motion for Stay was therefore delayed to address this administrative error. We've since contacted the USPTO telephonically and discovered that this should not affect the substantive review.

9. Nonetheless Defendants are utilizing third-party patent counsel to file a corrected cover sheet and an explanatory statement regarding the correction to avoid any confusion and delays. Because this third-party counsel has experienced delays in finalizing the USPTO submission, and to avoid further delay in presenting this matter to the Court, Defendants elected to file the instant motion now, having been informed that the corrected form should be on file as of next week.

10. On June 11, my law firm has reached out to Plaintiff's counsel via email to let them know we still intend to file the motion to stay and to confirm their position.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 12, 2026

Respectfully submitted

/s/ *Marjorie Ouyang*
Marjorie Ouyang
Valley & Summit Law
One Park Plaza, Suite 600
Irvine, CA 92614

Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The undersigned further certifies that a copy of the aforementioned document was served upon all counsel of record via the Court's CM/ECF system.

Dated: June 12, 2026

Respectfully submitted

/s/ *Marjorie Ouyang*
Marjorie Ouyang
Valley & Summit Law
One Park Plaza, Suite 600
Irvine, CA 92614

Attorney for Defendants

DECLARATION OF MARJORIE OUYANG
4

# EXHIBIT A

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

U.S. Patent No.: 12,220,648 B2
Issued: February 11, 2025
Filed: June 7, 2024
Application No.: 18/736,862

For: Movable Puzzle Platform

Attorney Docket: N/A

**REQUEST FOR *EX PARTE* REEXAMINATION OF
U.S. PATENT NO. 12,220,648 B2**

Mail Stop *Ex Parte* Reexam
Commissioner for Patents

Dear Commissioner,

Pursuant to 35 U.S.C. §§ 302–307, a third-party requester ("Requester") hereby requests ex parte reexamination of Claim 1 (the "Challenged Claim") of United States Patent No. 12,220,648 B2 (the "'648 patent," EX1001). The '648 patent, entitled "Movable Puzzle Platform," issued on February 11, 2025 from U.S. Patent Application No. 18/736,862, filed June 7, 2024. The face of the patent lists Xiaoling Che and Jinyan Duan as inventors/applicants and identifies related U.S. continuation and continuation-in-part applications; foreign priority is claimed to CN 202111131554.1 and CN 202122334815.1, each filed September 26, 2021.

Requester submits that Claim 1 is unpatentable in view of prior patents and printed publications that raise substantial new questions of patentability under 35 U.S.C. § 303(a) and 37 C.F.R. § 1.510(b)(1). The prior art relied upon herein (1) was not previously considered during prosecution of the '648 patent, or (2) is presented in

1

a materially new light and combination consistent with MPEP § 2242. These references are non-cumulative of the information before the Examiner. Accordingly, Requester respectfully asks that the Office order ex parte reexamination and, upon review, reject the challenged claim.

## CO-PENDING LITIGATION

The '648 patent is currently at issue in Che et al. v. WAWSAM et al., No. 1:25-cv-04946 (N.D. Ill.). USPTO policy instructs that reexaminations involved in parallel litigation receive priority treatment: "Any cases involved in litigation, whether they are reexamination proceedings or reissue applications, will have priority over all other cases." MPEP § 2261. Requester therefore respectfully requests special status for this reexamination.

## EX PARTE REEXAMINATION FILING REQUIREMENTS

Pursuant to 37 C.F.R. § 1.510(b)(1), statements pointing out at least one substantial new question of patentability based on material, non-cumulative patent and printed-publication references for Claim 1 and all claims depending therefrom of U.S. Patent No. 12,220,648 B2 (the "'648 patent") are provided in Section VI of this Request. Although certain references, such as general puzzle-board prior art, were cited in the original record, the specific publications relied upon herein have not been considered in the new light and combinations demonstrated by the proposed substantial new questions of patentability.

Pursuant to 37 C.F.R. § 1.510(b)(2), reexamination of Claim 1 and all claims depending therefrom of the '648 patent is requested, and a detailed explanation of the pertinence and manner of applying the cited prior art to the Challenged Claims is

2

provided in Section VII of this Request.

Pursuant to 37 C.F.R. § 1.510(b)(3), copies of every patent or printed publication relied upon or referred to in the statements identifying each substantial new question of patentability, or in the detailed explanation of the pertinence and manner of applying such references, are provided as Exhibits A–I to this Request. These include U.S. Patent Application Publication No. 2021/0170267 A1 (A1), U.S. Design Patent D1013056 (D1), and authenticated 2018 Amazon listings, dated reviews, and a YouTube video (pre-priority printed publications).

Pursuant to 37 C.F.R. § 1.510(b)(4), a full copy of the '648 patent is provided as Exhibit A, together with any certificate of correction, disclaimer, or reexamination certificate issued for the patent.

Pursuant to 37 C.F.R. § 1.510(b)(5), the attached Certificate of Service confirms that a complete copy of this Request has been served on the Patent Owner at the correspondence address of record in accordance with 37 C.F.R. § 1.33(c):

Barron & Young PLLC

5465 Legacy Drive, Suite 650

Plano, TX 75024

Also submitted herewith is the required fee set forth in 37 C.F.R. § 1.20(c)(1) for filing an ex parte reexamination request.

Pursuant to 37 C.F.R. § 1.510(b)(6), Requester certifies that the statutory estoppel provisions of 35 U.S.C. §§ 315(e)(1) and 325(e)(1) do not prohibit the filing of this ex parte patent reexamination request. Requester has not previously challenged

the '648 patent and is not a party to any prior or pending post-grant proceeding involving this patent before the USPTO.

**TABLE OF EXHIBITS**

Exhibit A    U.S. Patent No. 12,220,648 B2 (Che et al.) (for reexamination)

Exhibit B    Prosecution history of U.S. Patent No. 12,220,648 B2 (U.S. Application No. 18/736,862)

Exhibit C    U.S. Patent Application Publication No. 2021/0170267 A1 ("A1")

Exhibit D    U.S. Design Patent D1013056 ("D1013056")

Exhibit E    Amazon product page (2018) for Bits and Pieces USA rotating puzzle table (ASIN B00C5VMW7G) — PDF capture with visible URL/date and archive record

Exhibit F    Amazon customer review permalink ROOIG4L0A68W6 (for ASIN B00C5VMW7G) — PDF capture with visible URL/date and any images

Exhibit G    Amazon customer review permalink R39EXVUF2WOYC6 (for ASIN B00C5VMW7G) — PDF capture with visible URL/date and any images

Exhibit H    Amazon customer review permalink R2GEMUHJ0JS3XQ (for ASIN B00C5VMW7G) — PDF capture with visible URL/date and any images

Exhibit I    YouTube video page posted August 24, 2018 (ID: p1UHpKXQ_zk) — page header (upload date/channel), representative frames, and basic metadata — PDF capture and archive record

Exhibit J    Certificate of Service (service on Patent Owner at correspondence address of record)

## I.    INTRODUCTION

Pursuant to 35 U.S.C. §§ 302–307 and 37 C.F.R. § 1.510, Requester respectfully requests *ex* parte examination of Claim 1 of U.S. Patent No. 12,220,648 B2 (the "'648 patent"). The '648 patent, entitled "Movable Puzzle Platform," issued on February 11, 2025 from U.S. Patent Application No. 18/736,862, filed June 7, 2024. The face of the patent lists Xiaoling Che and Jinyan Duan as inventors/applicants

4

and identifies related U.S. continuation and continuation-in-part applications; foreign priority is claimed to CN 202111131554.1 and CN 202122334815.1, each filed September 26, 2021.

This Request is based solely on patents and printed publications under 35 U.S.C. §§ 102 and 103 that were not considered by the Office during the original prosecution of the '648 patent. Specifically, this request relies upon:

    **A.**    Exhibit C: US 2021/0170267 A1 ("A1"), which discloses a puzzle board having restricting/limiting walls located at or along a board edge (fixing portion);

    **B.**    Exhibts E-I: Public-web printed publications from 2018—Amazon product pages, dated customer reviews, and a YouTube video— demonstrating commercial puzzle tables with perimeter walls and under-board drawers before September 26, 2021; and

    **C.**    Exhibit D: U.S. Design Patent D1013056 ("D1"), showing an overall perimeter-wall configuration predating the '648 priority date (relied upon herein to demonstrate the state of the art and the background knowledge of a Person of Ordinary Skill in the Art).

As detailed below, these references raise substantial new questions of patentability (SNQs) under 35 U.S.C. § 303(a) regarding the "restricting wall stacked on the fixing portion" limitations of the '648 patent. The original prosecution record confirms the Examiner never evaluated these structural limitations in view of the prior

5

art presented herein. Therefore, the Office is respectfully requested to order reexamination and cancel the unpatentable claims.

Requester therefore respectfully asks the Office to order ex parte reexamination under 35 U.S.C. § 304 so that the patentability of the '648 claims may be reconsidered in light of these earlier printed-publication disclosures.

## II.  CITATION OF PRIOR ART PATENTS AND PRINTED PUBLICATIONS RELIED UPON IN REQUEST FOR REEXAMINATION

Reexamination of Claim 1 of U.S. Patent No. 12,220,648 B2 is requested in view of the following patents and printed publications, each of which qualifies as prior art under 35 U.S.C. § 102(a)(1):

U.S. Patent Application Publication No. 2021/0170267 A1 ("A1") is attached hereto as Exhibit C. A1 was filed on December 9, 2019 and published in June 2021, and is a printed publication before the '648 patent's earliest foreign priority date of September 26, 2021. A1 discloses puzzle-board restricting/limiting wall structures positioned at/along the board edge (fixing portion) and is relied upon in Grounds 1–2.

U.S. Design Patent No. D1013056 ("D1013056") is attached hereto as Exhibit D. D1013056 was filed on August 27, 2019 and issued prior to September 26, 2021. It is a U.S. patent/printed publication before the '648 priority date and is relied upon as corroborative evidence of the overall perimeter-wall configuration of puzzle tables in the art.

Amazon product page (2018) for Bits and Pieces USA rotating puzzle table

6

(ASIN B00C5VMW7G) is attached hereto as Exhibit E. Exhibit E is a PDF capture of the publicly accessible Amazon listing, showing the visible URL and date information, and is accompanied by an archive record demonstrating public availability before September 26, 2021. This listing is relied upon as a printed publication evidencing pre-priority commercial puzzle tables with perimeter-retention features and under-board storage.

Amazon customer review (permalink ROOIG4L0A68W6) for ASIN B00C5VMW7G is attached hereto as Exhibit F. Exhibit F is a PDF capture of the review page including the visible URL, review date, and included images (where applicable), with accompanying archive confirmation. It is relied upon as a printed publication evidencing pre-priority public disclosure of puzzle-table perimeter-retention and storage features.

Amazon customer review (permalink R39EXVUF2WOYC6) for ASIN B00C5VMW7G is attached hereto as Exhibit G. Exhibit G is a PDF capture of the review page including the visible URL, review date, and included images (where applicable), with accompanying archive confirmation. It is relied upon as a printed publication evidencing pre-priority public disclosure of puzzle-table perimeter-retention and storage features.

Amazon customer review (permalink R2GEMUHJ0JS3XQ) for ASIN B00C5VMW7G is attached hereto as Exhibit H. Exhibit H is a PDF capture of the review page including the visible URL, review date, and included images (where applicable), with accompanying archive confirmation. It is relied upon as a printed

7

publication evidencing pre-priority public disclosure of puzzle-table perimeter-retention and storage features.

YouTube video page posted August 24, 2018 (Video ID: p1UHpKXQ_zk) is attached hereto as Exhibit I. Exhibit I includes a PDF capture of the video page (with upload date and channel identification visible), representative frame captures, and basic metadata, together with an archive record confirming public availability before September 26, 2021. It is relied upon as a printed publication evidencing pre-priority public disclosure of perimeter-retention and under-board storage on commercially available puzzle tables.

Exhibits E–I are submitted as PDF captures of publicly accessible web pages, each displaying its corresponding URL and date information. These materials are relied upon as printed publications because they were publicly available prior to September 26, 2021, and would have been accessible to persons of ordinary skill in the art exercising reasonable diligence.

The Amazon product listings and customer review pages are from a well-known commercial platform and reflect publicly available product information and user-generated content. The YouTube video page includes visible upload date and source information. Together, these materials establish that the disclosed features were publicly available prior to the priority date of the '648 patent.

## III.   CLAIM CONSTRUCTION

Pursuant to 37 C.F.R. § 1.510(b)(2), Requester submits that for the purposes of this reexamination, the terms of the '648 patent should be given their broadest

reasonable interpretation (BRI) consistent with the specification, or alternatively, their plain and ordinary meaning as understood by a person of ordinary skill in the art. No special definitions were provided in the specification that would alter the plain meaning of terms such as "fixing portion," "restricting wall," or "drawer cavities."

## IV.  STATEMENT POINTING OUT SUBSTANTIAL NEW QUESTIONS OF PATENTABILITY

### A.  Legal Standard

Under 35 U.S.C. §§ 302–304 and 37 C.F.R. § 1.510(b), a requester must (i) point out each substantial new question of patentability (SNQ) based on patents or printed publications, and (ii) provide a detailed explanation of the pertinence and manner of applying such references to the challenged claims. An SNQ exists when there is a substantial likelihood that a reasonable examiner would consider the cited publications important to deciding patentability. MPEP § 2216. A question may be "new" even if a reference was previously cited if it is now presented or viewed in a new light or different way together with a material new argument or interpretation. 35 U.S.C. § 303(a) (as amended in 2002); MPEP § 2242. This Request relies exclusively on 35 U.S.C. §§ 102 and 103 and patents/printed publications. MPEP §§ 2216, 2242, 2258.

### B.  Claim Feature at Issue

Claim 1 of U.S. Patent No. 12,220,648 B2 recites a puzzle board with a "restricting wall" comprising first and second extending walls that are "upwardly extending from and [are] stacked on" a "fixing portion" of the puzzle board and "disposed apart," together with a board assembly including main supporting walls

9

forming drawer cavities. The prosecution record does not contain a prior-art analysis mapping this "restricting wall … stacked on the fixing portion" limitation to pre-priority printed publications. (Ex. B).

### C.     Why the Questions Are "New" and "Substantial"

The Office did not previously analyze any prior art reference disclosing the specific dual-wall geometry at the fixing portion required by Claim 1. US 2021/0170267 A1 ("A1," Ex. C) explicitly describes restricting or limiting walls positioned along the board edge, but the '648 record contains no discussion of A1 or comparable publications.

The prosecution history confirms that the Examiner issued no substantive Office Action under 35 U.S.C. §§ 102 or 103 and never applied any printed-publication prior art to the "restricting wall … stacked on the fixing portion" limitation. The only action during prosecution was a Restriction Requirement, followed by an election response and an immediate allowance. Thus, the Examiner never evaluated, cited, or mapped any reference to the dual, spaced-apart wall segments recited in Claim 1, nor did the Examiner conduct any prior-art analysis addressing perimeter-wall structures or drawer-supporting main walls. Because these publications directly address the configuration that appears to have driven allowance, they raise substantial new questions of patentability within the meaning of MPEP § 2216.

### D.     Substantial New Questions of Patentability

a.   SNQ-1A (35 U.S.C. § 103 — Obviousness)

Does A1 in view of the 2018 Amazon/YouTube Printed Publications and the

10

knowledge of a Person of Ordinary Skill in the Art (as evidenced by D1013056) raise a Substantial New Question of Patentability regarding Claim 1?

Yes. SNQ-1A is raised because A1 teaches a restricting wall located at the board edge/fixing portion. IN light of the 2018 printed-publication record showing commercial puzzle tables with perimeter retention walls and onboarded drawers, and the background knowledge of a skilled artisan regarding standard puzzle platform designs (as corroborated by D1013056), a person of ordinary skill would have found it obvious to employ two parallel upwardly extending wall segments built upon the fixing portion. A reasonable examiner would consider the teachings of A1 combined with the structural drawer cavities shown in the 2018 Printed Publications highly important in deciding the patentability of the claims. Under *KSR v. Teleflex*, 550 U.S. 398 (2007), such an implementation would have been an obvious design choice yielding no patentable distinction.

b.   SNQ-1B (35 U.S.C. § 102 — Anticipation)

Does A1 alone raise a Substantial New Question of Patentability regarding Claim 1?

Yes. SNQ-1B is raised because A1 independently anticipates Claim 1. A1 expressly discloses each and every element of the "restricting-wall-stacked-on-fixing-portion" limitation. Because the Examiner did not apply A1 to the claims during the original prosecution, a reasonable examiner would consider A1 highly important in deciding whether Claim 1 is anticipated under 35 U.S.C. § 102.

11

### E.     Printed-Publication Status and Evidence Plan

Exhibits E–I are submitted as PDF captures of publicly accessible web pages, each displaying its corresponding URL and date information. These materials are relied upon as printed publications because they were publicly available prior to September 26, 2021, and would have been accessible to persons of ordinary skill in the art exercising reasonable diligence.

The Amazon product listings and customer review pages are from a widely used commercial platform and reflect publicly available product information and user-generated content. The YouTube video page includes a visible upload date and source information. Together, these materials demonstrate that the disclosed features were publicly available prior to the priority date of the '648 patent.

These materials satisfy the printed-publication requirement for ex parte reexamination and are cited solely for their publicly disclosed content.

### F.     Relief

Because the cited patents and printed publications (Exs. C–D, E–I) teach or render obvious the "restricting wall … upwardly extending from and stacked on the fixing portion … disposed apart" limitation of Claim 1, this Request presents substantial new questions of patentability under 35 U.S.C. §§ 102 and 103. The Office should order ex parte reexamination under 35 U.S.C. § 304 for Claim 1.

### V.     DETAILED EXPLANATION OF THE PERTINENCE AND MANNER OF APPLYING THE PRIOR ART REFERENCES TO EVERY CLAIM FOR WHICH REEXAMINATION IS REQUESTED

### A.     Claim 1 (Independent)

This section provides a detailed explanation of the pertinence and manner of applying the cited references to Claim 1 of the '648 patent, as required by 37 C.F.R. § 1.510(b)(2). Each element of the Challenged Claim is taught or rendered obvious by the combination of US 2021/0170267 A1 ("A1," Ex. C), U.S. Design Patent D1013056 ("D1," Ex. D), and publicly accessible 2018 printed-web publications (Exs. E–I).

The '648 patent claims a structure consisting of:

(1) a puzzle board,

(2) a fixing portion at the perimeter of the board,

(3) a restricting wall including two upwardly extending wall segments stacked on the fixing portion, and

(4) main supporting walls configured as drawer cavities beneath the board.

Each limitation is addressed in the claim chart below.

13

| Claim Limitation | A1 (Ex. C) | 2018 Amazon / Reviews / YouTube (Exs. E–I) | D1013056 (Ex. D) / Combination Rationale |
|---|---|---|---|
| Preamble: Movable puzzle platform / puzzle board | A1 ¶¶ 1–3; Figs. 1–2 disclose a puzzle board. | Amazon 2018 puzzle tables; reviews and YouTube show puzzle boards. | D1013056 shows a puzzle-platform top; predictable combination. |
| 1(a) fixing portion at perimeter | A1 ¶¶ 13–16; Fig. 2 show wall at board edge = fixing portion. | Amazon Ex. E shows rim attached to board edge; reviews confirm raised edge. | D1013056 shows perimeter boundary; standard in puzzle tables. |
| 1(b) restricting wall on fixing portion | A1 ¶ 14; Figs. 2–3 disclose restricting wall on edge. | Amazon shows perimeter raised border directly on edge. | D1013056 shows same perimeter-wall structure. |
| 1(c) two extending walls spaced + upward from fixing portion | A1 Figs. 2–3; ¶¶ 15–18 show spaced wall segments forming retaining | Amazon/Reviews/YouTube show two upward walls forming a retaining rim. | D1013056 has dual upward perimeter contours; predictable under KSR. |
| 1(d) supporting walls forming drawer cavity | A1 ¶¶ 25–27 disclose under-board support (not drawers). | Amazon 2018 shows drawers/trays under board; reviews/video confirm. | Adding drawers is a predictable improvement under KSR. |

A Person of Ordinary Skill in the Art would be motivated to modify the puzzle board of A1 with the under-board drawer cavities of the 2018 Amazon Tables to provide conveninent storage for puzzle pieces while maintaining the restricting edge walls taught by A1. A1 already teaches a restricting wall positioned along the perimeter of the board for retaining puzzle pieces. The 2018 products show that puzzle tables incorporating perimeter rims and under-board drawers were in routine commercial use well before the '648 patent's priority date. D1013056 further confirms that perimeter-wall puzzle platforms formed part of the ordinary design repertoire in the field.

In view of this body of prior art, a skilled artisan would have had every reason to apply A1's edge-wall geometry to a commercial puzzle table of the type shown in the 2018 publications and to integrate the familiar drawer structures beneath the board.

14

Doing so yields precisely the arrangement recited in Claim 1—a fixing portion at the perimeter, two spaced, upwardly extending wall segments stacked on that fixing portion, and supporting walls forming a drawer cavity. The combination merely places known components to work for their established purposes, produces no unexpected result, and represents the type of predictable design variation that KSR Int'l Co. v. Teleflex Inc., 550 U.S. 398 (2007), identifies as obvious under 35 U.S.C. § 103.

**B.**     **Claims 2–23 (Dependent and Independent Claims)**

Claims 2–23 depend directly or indirectly from Claim 1 and add predictable, well-known design variations regarding the arrangement of the base, supporting walls, magnetic elements, kickstands, and the specific number/placement of drawer cavities. A POSITA looking to optimize the puzzle board of Claim 1 would find it obvious to implement the structural arrangements recited in Claims 2–23.

This section provides a detailed explanation of the pertinence and manner of applying the cited references to Claims 2-23 of the '648 patent, as required by 37 C.F.R. § 1.510(b)(2). Each limitation of each dependent claim is addressed in the claim chart and section below.

| Claim | Claim Limitation(s) | A1 (Ex. C) | 2018 Amazon / Reviews / YouTube (Exs. E–I) | D1013056 (Ex. D) / Combination Rationale |
|---|---|---|---|---|
| 2 | "...wherein a side of the fixing portion is exposed out of the first main supporting wall." | A1 discloses a planar workboard edge. | Amazon Exs. show a flush-cut outer wooden edge where the fixing portion and lower supporting walls | Flush, exposed edges are a standard, predictable woodworking design choice to ensure a smooth exterior profile under KSR. |

15

| | | | align vertically and are exposed. | |
|---|---|---|---|---|
| 3 | "...wherein the side of the fixing portion is exposed out of the first extending wall." | A1 discloses raised borders along the panel edge. | Amazon Exs. show a flush exterior where the puzzle plate edge (fixing portion) aligns flush with the raised perimeter walls. | Aligning the edge of a base board flush with an attached top wall is a routine manufacturing choice to avoid overhangs. |
| 4 | "...wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall." | A1 shows symmetrical raised borders on opposite edges. | Amazon Exs. show symmetrical flush-cut outer wooden edges on opposing sides of the puzzle board. | Applying the same flush-edge carpentry technique symmetrically to the opposite side of the table is a predictable iteration. |
| 5 | "...wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board." | A1 discloses under-board structural supports. | Amazon Exs. show internal wooden supports beneath the board to frame the sliding drawers and bear weight. | Adding an internal bracing wall to support a flat wooden span and house drawers is an obvious structural improvement. |
| 6 | "...wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two | A1 discloses four drawers mounted along the width of the workboard. | Amazon Exs. show side-by-side sliding drawers separated by internal dividing walls beneath the main puzzle plate. | Using a divider to create distinct lateral cavities for adjacent drawers is a standard cabinetry technique obvious to a POSITA. |

16

| | | | | |
|---|---|---|---|---|
| | drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board." | | | |
| 7 | "...wherein the first inner supporting wall is interlaced with the first dividing supporting wall." | A1 implies a grid structure to mount independent drawers. | Amazon Exs. require an internal intersecting framework (interlacing) to support drawers sliding from adjacent perpendicular sides. | Interlacing structural ribs beneath a board to form a drawer-housing grid is an expected, predictable carpentry method. |
| 8 | "...further comprising a base, the base comprises a plurality of holding portions positioned spaced from each other and stacked on the supplement arrangement, respectively." | A1 discloses drawers mounted on the lower surface. | Amazon Exs. show a lower wooden framework/base that holds the drawers beneath the puzzle plate. | Adding base holding portions to enclose and support sliding drawers is a routine, predictable design choice for portable tables. |
| 9 | "...further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement." | A1 implies lower mounting brackets parallel to the panel. | Amazon Exs. show a flat bottom base parallel to the top puzzle plate, creating a sandwich structure for the drawers. | A parallel base is required to enclose the drawers and allow the entire assembly to rest flat on a tabletop. |
| 11 | "...wherein the puzzle plate is coplanar with the fixing portion." | A1 describes a panel having an upper surface extending to a perimeter edge. | Amazon Exs. visually demonstrate the continuous, flat puzzle surface extending | A coplanar surface is inherent to a flat puzzle board design maximizing playable area. |

17

| | | | directly to the outer edge. | |
|---|---|---|---|---|
| 12 | "…wherein a side of the fixing portion is exposed out of the first main supporting wall." | A1 discloses a continuous panel edge. | Amazon Exs. reveal a flush-cut outer profile where the top board edge is vertically aligned and exposed. | Flush, exposed edges are standard to prevent snagging and create a clean aesthetic. |
| 13 | "…wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall,"

"the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall,"

"the second extending wall and the fixing portion of the puzzle board are successively stacked on the | A1 discloses a rectangular board requiring borders on multiple side edges. | Amazon Exs. show retaining walls and supporting frames on multiple opposing sides of the board. | D1013056 clearly displays symmetrical perimeter walls on opposite sides of a puzzle table, making this a predictable combination. |

18

| | | | |
|---|---|---|---|
| | second main supporting wall." | | | |
| 14 | "...further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively." | A1 relies on under-board mounting. | Amazon Exs. feature a full parallel bottom base spanning the opposing supporting walls to enclose the sliding drawers. | Adding a bottom panel to close off the drawer cavities and provide stability is an obvious mechanical requirement. |
| 15 | "...wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board." | A1 requires mounting structures for its four drawers. | Amazon Exs. display internal bracing walls glued/nailed to the bottom of the board to bear weight and frame drawers. | Internal bracing is the standard engineering solution to strengthen a wide, flat wooden span. |
| 16 | "...wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board and spaced apart from the first inner supporting wall for forming a first longitudinal cavity and a second longitudinal cavity," <br><br> "the movable puzzle platform | A1 explicitly discloses "four drawers are mounted". | Amazon Exs. clearly show four independently sliding drawers. | Creating structural cavities for a second pair of drawers using a second inner wall is the only logical way to construct a 4-drawer table. |

|  | further comprises a second pair of puzzle drawers actuated to slide in-and-out of the first and second longitudinal cavities, respectively." |  |  |  |
|---|---|---|---|---|
| 18 | "...wherein the first inner supporting wall is interlaced with the first dividing supporting wall." | A1 implies structural framing for its four drawers. | Amazon Exs. inherently require intersecting (interlaced) internal support walls to partition four separate drawer slots. | Intersecting structural joints (interlacing) are predictable carpentry joints for grid-like compartmentalization. |
| 19 | "...wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board," <br><br> "the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of | A1 specifically claims "four drawers". | Amazon Exs. picture four drawers requiring dividing walls to keep them structurally separated. | D1013056 shows the 4-drawer layout. Duplicating a dividing wall to accommodate more drawers is an obvious scaling of features. |

20

| | | | | |
|---|---|---|---|---|
| | drawer cavities, respectively." | | | |
| 20 | "...wherein the restricting wall further comprises a second extending wall apart from the first extending wall"

"and a third extending wall connecting the first and second extending walls and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly." | A1 describes perimeter edges encompassing the front, back, and sides. | Amazon Exs. show continuous raised border walls along multiple sides of the puzzle surface. | D1013056 shows continuous perimeter walls on a puzzle board. Connecting walls to prevent piece loss is highly predictable. |
| 21 | "...wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall." | A1 relies on internal structures for multiple drawers. | Amazon Exs. feature four drawers extending from different board sections, requiring a multi-part grid framework. | Extending the interlaced structural grid to support additional drawers is an expected, iterative improvement under KSR. |
| 22 | "...wherein the supplement arrangement further comprises a third dividing supporting wall | A1 utilizes four distinct drawers. | Amazon Exs. use dividing walls to separate adjacent puzzle piece drawers securely. | Adding subsequent dividing walls to fortify the interior spaces between drawers is an obvious mechanical choice. |

21

| | | | | |
|---|---|---|---|---|
| | connected with the first and second inner supporting walls." | | | |
| 23 | "...wherein thea side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other." | A1 discloses straight, flat external edges. | Amazon Exs. feature a flat, flush-cut exterior profile where all stacked wooden layers align vertically. | Making stacked wooden layers coplanar (flush) is a ubiquitous woodworking technique to avoid protruding edges. |

a. Edge Geometry and Coplanar Surfaces (Claims 2, 3, 4, 11, 12, and 23).

Claims 2, 3, 4, 11, 12, and 23 dictate the geometric arrangement of the board's outer edges. These claims require the fixing portion to be exposed, coplanar with the puzzle plate, or coplanar with the supporting walls and base. For example, Claim 11 recites, "wherein the puzzle plate is coplanar with the fixing portion," and Claim 23 recites, "wherein the side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other."

The 2018 Amazon prior art explicitly demonstrates commercial puzzle boards featuring a flush-cut outer wooden edge where the fixing portion, the main supporting walls, and the base align vertically and are exposed to the exterior. A Person of Ordinary Skill in the Art (POSITA) would recognize flush, exposed edges as a standard, predictable woodworking technique for puzzle tables to ensure a smooth, splinter-free exterior. Furthermore, aligning the puzzle plate to be coplanar with the fixing portion is an inherent manufacturing choice to maximize the flat playable area. Therefore, Claims 2, 3, 4, 11, 12, and 23 are rendered obvious by A1 in view of the

22

2018 Amazon Printed Publications.

      b.  Internal Support and Divider Walls (Claims 5, 6, 7, 15, 16, 18, 19, 21, and 22).

Claims 5, 6, 7, 15, 16, 18, 19, 21, and 22 detail the internal structure of the supplement arrangement. These claims introduce inner supporting walls and dividing supporting walls used to create independent drawer cavities and improve structural strength. For instance, Claim 5 recites "a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength," and Claim 19 recites "a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities... [and] a second pair of puzzle drawers." Claim 7 specifies that "the first inner supporting wall is interlaced with the first dividing supporting wall."

The 2018 Amazon prior art explicitly demonstrates commercial puzzle boards featuring four independently sliding puzzle drawers (a first and second pair) extending from different sections of the board. To functionally house four independent drawers that slide out from different sides of a rectangular board, a POSITA inherently understands the absolute necessity of adding and intersecting (interlacing) internal dividing and supporting walls beneath the puzzle plate. These walls physically separate the drawers, create a structural grid, and prevent the wide wooden span from sagging. U.S. Design Patent D1013056 further corroborates this standard industry design by depicting a puzzle board with four distinct drawer compartments. Therefore, duplicating and interlacing these structural walls is an obvious design choice, rendering Claims 5, 6, 7, 15, 16, 18, 19, 21, and 22 unpatentable.

23

c. Base and Holding Portions (Claims 8, 9, and 14).

Claims 8, 9, and 14 introduce a base panel or holding portions beneath the drawer cavities to support the puzzle board and drawers. Claim 9, for example, recites "a base substantially parallel to the puzzle plate and stacked on the supplement arrangement." Claim 8 recites that "the base comprises a plurality of holding portions positioned spaced from each other and stacked on the supplement arrangement."

The 2018 Amazon products depict slide-out drawers resting within and sliding out of a defined lower wooden structure. A solid bottom panel or base that is substantially parallel to the main puzzle plate is a standard, fundamental mechanical requirement. It is required to house the sliding drawers, prevent them from falling out of the bottom, and allow the assembled board to sit flatly on a tabletop. Therefore, Claims 8, 9, and 14 are rendered obvious by A1 in view of the 2018 Amazon Printed Publications.

d. Base and Holding Portions (Claims 13 and 20).

Claims 13 and 20 expand the restricting wall feature to encompass additional sides of the puzzle board. Claim 20 recites "a second extending wall apart from the first extending wall and a third extending wall connecting the first and second extending walls."

US 2021/0170267 A1 explicitly discloses a rectangular jigsaw puzzle workboard with perimeter edges including a front edge, a back edge, a first side edge, and a second side edge. Applying extending restricting walls to multiple, opposite, or all sides of a rectangular puzzle board, and connecting them, is the standard, predictable

24

method used to prevent puzzle pieces from sliding off the board. This continuous perimeter boundary is universally shown in both A1 and D1013056. Therefore, Claims 13 and 20 are rendered obvious by A1 in view of D1013056.

## VI.    CONCLUSION

For the reasons set forth above, the cited patents and printed-publication prior art—A1, D1013056, and the authenticated 2018 online materials—raise substantial new questions of patentability as to Claim 1 of the '648 patent and all claims depending therefrom. Each limitation of the Challenged Claims is taught or rendered obvious by these references, individually and in combination, and none of this analysis was before the Office during the original prosecution. Accordingly, Requester respectfully asks that the Office order ex parte reexamination under 35 U.S.C. § 304, reconsider the patentability of the '648 patent in light of the cited art, and ultimately reject and cancel Claim 1 and all dependent claims under 35 U.S.C. §§ 102 and/or 103.

Dated: April 28, 2026                                    Requester
                                                        Chengting Hu

# EXHIBIT B

US0D1013056S

(12) **United States Design Patent**

Jervis

(10) **Patent No.:** **US D1,013,056 S**

(45) **Date of Patent:** \*\* **Jan. 30, 2024**

(54) **PUZZLE BOARD**

(71) Applicant: **eBrands Global Oy**, Helsinki (FI)

(72) Inventor: **Neil Jervis**, Melbourne (AU)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/703,418**

(22) Filed: **Aug. 27, 2019**

(51) **LOC (14) Cl.** ............................................ **21-01**

(52) **U.S. Cl.**
USPC ...................................................... **D21/478**

(58) **Field of Classification Search**
USPC .............. D21/392, 397, 478, 491, 492, 493;
D6/691.8, 66, 63; 273/157 R
CPC ......... A63F 9/1044; A47B 3/003; A47B 7/00;
A47B 13/00; A47B 13/02; A47B 13/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,987,496 | A | * | 1/1935 | Springborn | A63F 9/1044 273/157 R |
| 4,302,013 | A | * | 11/1981 | Kavis | A63F 9/1044 273/157 R |
| 4,436,307 | A | * | 3/1984 | Caldwell | A63F 9/1044 273/157 R |
| 4,479,651 | A | * | 10/1984 | LaFleur | A63F 9/1044 273/DIG. 30 |
| 4,484,745 | A | * | 11/1984 | Sleeper | A63F 9/1044 273/157 R |
| 4,552,361 | A | * | 11/1985 | LaFleur | A63F 9/1044 273/DIG. 30 |
| D293,855 | S | * | 1/1988 | Sutou | D6/633 |

(Continued)

OTHER PUBLICATIONS

"Portable-Puzzle-Board-Storage", posted Dec. 27, 2018 [Online], [retrieved May 20, 2022]. Retrieved from Internet, https://www.amazon.com/Portable-Puzzle-Board-Storage-Table/product-reviews/

B07HCZX52Y/ref=cm_cr_arp_d_viewopt_srt?ie=UTF8 &reviewerType=all_reviews&sortBy=helpful&pageNumber=1.\*

(Continued)

*Primary Examiner* — Mehri F Bajoul

(74) *Attorney, Agent, or Firm* — Sandy Lipkin

(57) **CLAIM**

The ornamental design for a puzzle board, as shown and described.

**DESCRIPTION**

FIG. **1** is a front-top-right perspective view of a puzzle board showing my new design having a set of drawers and a cover sheet in an open configuration;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a front-top-right perspective view thereof having a set of drawers and the cover sheet in a closed configuration;

FIG. **4** is a front-bottom-right perspective view thereof;

FIG. **5** is a front elevational view thereof;

FIG. **6** is a rear elevational view thereof;

FIG. **7** is a left elevational view thereof;

FIG. **8** is a right elevational view thereof;

FIG. **9** is a top plan view thereof;

FIG. **10** is a bottom view thereof;

FIG. **11** is a left elevational view thereof, showing a drawer separately for ease of illustrating the complete disclosure;

FIG. **12** is a cross-sectional view taken along the line **12-12** in FIG. **11**;

FIG. **13** is a front-top-right perspective view of a single drawer shown separately for ease of illustrating the complete disclosure;

FIG. **14** is a back-top perspective view of a single drawer shown separately for ease of illustrating the complete disclosure;

FIG. **15** is a front elevational view thereof;

FIG. **16** is a rear elevational view thereof;

FIG. **17** is a top plan view thereof; and,

FIG. **18** is a bottom plan view thereof.

**1 Claim, 18 Drawing Sheets**



## US D1,013,056 S

Page 2

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,865,325 | A | * | 9/1989 | Stolz ..................... A63F 9/1044 |
| | | | | 273/157 R |
| D325,942 | S | * | 5/1992 | Hoyer .......................... D21/491 |
| D356,608 | S | * | 3/1995 | Poon ............................ D21/392 |
| 5,403,005 | A | | 4/1995 | Avila-Valdez |
| 5,624,118 | A | | 4/1997 | Gottesman |
| 5,651,547 | A | * | 7/1997 | Rannelli ............... A63F 9/1044 |
| | | | | 273/157 R |
| D400,600 | S | * | 11/1998 | Ackerman ................... D21/478 |
| 6,517,070 | B1 | * | 2/2003 | Clapera ..................... A63F 9/20 |
| | | | | D21/392 |
| 7,552,821 | B1 | * | 6/2009 | Demers ................. A63F 9/1044 |
| | | | | 206/499 |
| D915,526 | S | * | 4/2021 | Bailey .......................... D21/478 |
| 2022/0156132 | A1 | * | 5/2022 | Goel ....................... G06F 9/547 |

### OTHER PUBLICATIONS

"Puzzle Boards with 4 Storage & Sorting Drawers", posted Nov. 22, 2019 [Online], [retrieved May 20, 2022]. Retrieved from Internet, https://www.amazon.com/product-reviews/B07XR17W6T/ref=cm_cr_arp_d_viewopt_srt?pd_rd_i=B07XR17W6T&sortBy=recent&pageNumber=35.*

* cited by examiner

**U.S. Patent**  Jan. 30, 2024  Sheet 1 of 18  US D1,013,056 S



FIG. 1



FIG. 2



FIG. 3

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 37 of 68 PageID #:637



FIG. 4



FIG. 5



FIG. 6

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 40 of 68 PageID #:640



FIG. 7

U.S. Patent　　　Jan. 30, 2024　　　Sheet 8 of 18　　　US D1,013,056 S



FIG. 8

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 42 of 68 PageID #:642



FIG. 9

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 43 of 68 PageID #:643



FIG. 10



FIG. 11



FIG. 12



FIG. 13

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 47 of 68 PageID #:647



FIG. 14

U.S. Patent          Jan. 30, 2024          Sheet 15 of 18          US D1,013,056 S



FIG. 15



FIG. 16



FIG. 17



FIG. 18

# EXHIBIT C

Case 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 53 of 68 PageID #:653

☰ All | **Holiday Shop** | **Same-Day Delivery** | **Amazon Haul** | **Medical Care** ⌄ | **Amazon Basics** | **Prime Video** | **Pet Supplies** | **Amazon Home** | **Pharmacy** | **Handmade** | **Beauty & Personal Care** | **Subscribe & Save** | **Black Friday Week starts**

oys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Gift List

 

PLAYVIBE Rotating Puzzle Board - 1500 Pieces, 26 x 35 in - 6-Drawer Storage System & Puzzle Tabl... ★★★★½ (2,559)  $59.99 ✓prime

Toys & Games › Puzzles › Puzzle Accessories

# Bits and Pieces Rotating Puzzle Board with Drawers, Jigsaw Puzzle Board 1000 Pieces, 22 Inch x 30 Inch Spinning Wooden Tray Table with 4 Organizing Piece Sorting Trays, Portable, Easy Storage

Visit the Bits and Pieces Store

4.5 ★★★★☆ ⌄ (18,575)  |  Find specific info

**50+ bought** in past month

$**69**98

Price history

Or $**11**67 /mo (6 mo). Select from 4 plans

✓prime Two-Day

FREE Returns ⌄

With **Amazon Business**, you would have **saved $88.16** in the last year. Create a free account and **save up to 3%** today.

Size: **1000 pc Plateau With Spinner**

| 1000 pc Plateau | 1000 pc Plateau Wi... | 1500 pc Plateau | 1500 pc Plateau Wi... |
|---|---|---|---|
| $49.99 ~~$54.99~~ FREE Delivery Thursday | $69.98 FREE Delivery Thursday | $59.99 FREE Delivery Tomorrow | $79.99 FREE Delivery Thursday |

- Effortless 360° Puzzle Access - Transform your puzzling experience with our premium rotating puzzle board. The smooth Lazy Susan base ensures easy access to every section of your puzzle, eliminating

Click to see full view

🔵 Ask Rufus

Does it come with puzzle pieces?   Is it easy to rotate?

https://www.amazon.com/kag/? encoding=UTF8&ref =sv t 1

6 VIDEOS

$**69**98

✓prime Two-Day

FREE delivery **Thursday, November 20**. Order within **8 hrs 31 mins**

⊘ Shorter shipping distance ⌄

◎ Deliver to YUEQIWU - Irvine 92606

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Bits And Pieces USA |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 54 of 68 PageID #:654

Sponsor

Toys & Games › Puzzles › Puzzle Accessories





Click to see full view

**Ask Rufus**

Does it come with puzzle pieces?  Is it easy to rotate?

What is the board made of?  Ask something else

## Bits and Pieces Rotating Puzzle Board with Drawers, Jigsaw Puzzle Board 1000 Pieces, 22 Inch x 30 Inch Spinning Wooden Tray Table with 4 Organizing Piece Sorting Trays, Portable, Easy Storage

Visit the Bits and Pieces Store

4.5 ★★★★⯨ ✔ (18,575)  |  Find specific info

**50+ bought** in past month

$**69**⁹⁸

Price history

Or $**11**⁶⁷ /mo (6 mo). Select from 4 plans

✔prime Two-Day

FREE Returns ⌄

With **Amazon Business**, you would have **saved $88.16** in the last year. Create a free account and **save up to 3%** today.

Size: **1000 pc Plateau With Spinner**

| 1000 pc Plateau | 1000 pc Plateau Wi... | 1500 pc Plateau | 1500 pc Plateau Wi... |
|---|---|---|---|
| $49.99 ~~$54.99~~ FREE Delivery Thursday | $69.98 FREE Delivery Thursday | $59.99 FREE Delivery Tomorrow | $79.99 FREE Delivery Thursday |

- **Effortless 360° Puzzle Access** - Transform your puzzling experience with our premium rotating puzzle board. The smooth Lazy Susan base ensures easy access to every section of your puzzle, eliminating the need to stretch or reach across your work. Perfect for adults and families alike.

- **Four Spacious Sorting Drawers** - Organize puzzle pieces effortlessly with four wooden sliding drawers. Perfect for sorting by color, theme, or edge pieces, these reinforced compartments keep your pieces safe and secure while you assemble.

- **Durable & Smooth Non-Slip Surface** - Crafted from premium materials with a lacquered finish, our jigsaw puzzle board offers a smooth, non-slip surface that prevents warping and allows puzzle pieces to glide into place. Designed for stability, so you can enjoy hours of stress-free puzzling. Open side design allows for easy removal of finished puzzle for gluing or framing.

- **Versatile & Portable Design** - This puzzle table with drawers is lightweight and portable, making it

$**69**⁹⁸

✔prime Two-Day

FREE delivery **Thursday, November 20**. Order within **8 hrs 31 mins**

⊘ Shorter shipping distance ⌄

⊚ Deliver to YUEQIWU - Irvine 92606

**In Stock**

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from  Amazon
Sold by  Bits And Pieces USA
Returns  FREE refund/replacement until Jan 31, 2026
Gift options  Available at checkout

⌄ See more

Add to List



Sponsored ▼

Toys & Games › Puzzles › Puzzle Accessories



360° Rotation
Reach Every Piece Easily

Click to see full view

**✦ Ask Rufus**

Does it come with puzzle pieces?    Is it easy to rotate?

What is the board made of?    **Ask something else**

# Bits and Pieces Rotating Puzzle Board with Drawers, Jigsaw Puzzle Board 1000 Pieces, 22 Inch x 30 Inch Spinning Wooden Tray Table with 4 Organizing Piece Sorting Trays, Portable, Easy Storage

Visit the Bits and Pieces Store

4.5 ★★★★☆ (18,575)  |  Find specific info

**50+ bought** in past month

## $69⁹⁸

Price history

Or $11⁶⁷ /mo (6 mo). Select from 4 plans

✓prime Two-Day
FREE Returns ⌄

With **Amazon Business**, you would have **saved $88.16** in the last year. Create a free account and **save up to 3%** today.

Size: **1000 pc Plateau With Spinner**

| 1000 pc Plateau | 1000 pc Plateau Wi... | 1500 pc Plateau | 1500 pc Plateau Wi... |
|---|---|---|---|
| $49.99 ~~$54.99~~ FREE Delivery Thursday | $69.98 FREE Delivery Thursday | $59.99 FREE Delivery Tomorrow | $79.99 FREE Delivery Thursday |

- **Effortless 360° Puzzle Access** - Transform your puzzling experience with our premium rotating puzzle board. The smooth Lazy Susan base ensures easy access to every section of your puzzle, eliminating the need to stretch or reach across your work. Perfect for adults and families alike.

- **Four Spacious Sorting Drawers** - Organize puzzle pieces effortlessly with four wooden sliding drawers. Perfect for sorting by color, theme, or edge pieces, these reinforced compartments keep your pieces safe and secure while you assemble.

- **Durable & Smooth Non-Slip Surface** - Crafted from premium materials with a lacquered finish, our jigsaw puzzle board offers a smooth, non-slip surface that prevents warping and allows puzzle pieces to glide into place. Designed for stability, so you can enjoy hours of stress-free puzzling. Open side design allows for easy removal of finished puzzle for gluing or framing.

- Versatile & Portable Design - This puzzle table with drawers is lightweight and portable, making it



$69⁹⁸

✓prime Two-Day

FREE delivery **Thursday, November 20**. Order within **8 hrs 31 mins**

⟳ Shorter shipping distance ⌄

⊙ Deliver to YUEQIWU - Irvine 92606

### In Stock

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Bits And Pieces USA |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Gift options | Available at checkout |

⌄ See more

**Add to List**



Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 56 of 68 PageID #:656



J. McKay

★★★★☆ **This is a truly great product!**

Reviewed in the United States on November 29, 2020

Size: 1500 pc Plateau | **Verified Purchase**

This product is spacious enough for a large puzzle, the pieces slide smoothly as the video depicts, the drawers move effortlessly and smoothly in and out and can be removed completely (which was a question I had). One reviewer had said the drawers tend to stick, but I do not find any hint of that problem.

If this product had a cover to protect the pieces when it's being stored I would have easily given it a five star rating. I read several reviews that talked about a piece of cardboard found in the delivery box which they used as a cover, but I searched carefully and there was no such cardboard delivered with my product.

The only other drawback to this product is that it, while being very well-made of quality materials, does tend to be pretty heavy. I am a female, 75 years old, and I CAN lift it and move it by myself, though it does take a bit of effort.

( Helpful ) | Report

Jan Edling

★★★★★ **Very happy with this. Well worth the price.**

Reviewed in the United States on April 3, 2017

Size: 1500 pc Plateau | **Verified Purchase**

Bought this for my husband for his birthday and he loves it! (and that's saying a lot! He's so damn picky!!) The quality is great. Well built. Strong. Very smooth surfaces. And the drawers are great! Be careful when you move this cuz if you tilt it to get thru doorways the drawers will slide right out. So if you need to tilt it be aware of this or pull the drawers out first.

The biggest puzzle we've done was 1000 pieces and with the drawers it fit just fine. But keep in mind my husband builds the frame first and doesn't like loose pieces inside the frame. (...told you he was picky) So that meant all the loose pieces had to fit in the drawers and that still worked fine. So given this I'm sure a 1500 piece puzzle will work for most.

We plan on taking this to our cabin in the mountains and I'm guessing we'll come home with half built puzzles. So I kept the box it came in and the cardboard that will fit on top inside the box. Our plan is to put it in the trunk and lay our soft luggage on top. It looks like that will work fine. Time will tell. But so far we are thrilled with this. Well worth the price.

4 people found this helpful

( Helpful ) | Report

‹ Previous page | Next page ›

Helpful | Report

---

ShopTilDrop

★★★★★ **Puzzle space saver! I loved first one so much I came back for a second!**

Reviewed in the United States on February 8, 2017

Size: 1500 pc Plateau | **Verified Purchase**

I am a puzzler with little room so I was happy to find this! I love the drawers! I always do 1000 piece puzzles and depending on the puzzle it self, size wise, most of the time all my pieces fit in the draws, on the occasion they all don't fit i just put the extra in the puzzle box until i make room for them in the drawers. It's so nice because I sort my pieces by color and I can pull out a drawer and work on a certain are, put it back and get out a different one. Mine came packed great ! I liked it so much I came back for a second one in case I get bored or stuck on one puzzle I can start another one. I can carry it from room to room but have to tilt it slightly to get in the door ways. I also saved the cardboard that comes packed with it, it fits right over top my puzzle in case I don't get to work on it for awhile it keeps the dirt and i suppose if I had cats it would keep them out of it also !

Helpful | Report

---

KM83

★★★★☆ **Good product, but not great**

Reviewed in the United States on July 27, 2019

Size: 1500 pc Plateau | **Verified Purchase**

I was excited to get this board because I do not have a large enough or flat enough table space to do puzzles larger than 500 pieces. This board had what I was looking for and was a fair price, given that I don't have the skills or tools to make it myself. However, I was disappointed when I opened it and noticed right away the puzzle surface is somewhat warped. It isn't level or perfectly flat. It seems like maybe the adhesive underneath was separating or...? It isn't a huge deal but it is noticeable and it does affect the puzzle somewhat while piecing it together. It isn't bad enough to try to return since it's so big, but I'm not sure if this happens on all the boards or if mine is defective. If I had bought it in store I'd take it back, but trying to deal with shipping this thing would be hellish. Overall I don't regret the purchase, but wouldn't buy one again.

 

4 people found this helpful

Helpful | Report

---

Heather Adams

★★★☆☆ **Great product, but already has issues**

Reviewed in the United States on December 24, 2024

Size: 1000 pc Plateau | **Verified Purchase**

K. Starr

★★★★☆ **Great...just shy of perfect.**

Reviewed in the United States on October 11, 2016

Size: 1500 pc Plateau | **Verified Purchase**

Great item! It's the best puzzle solution I've found. I've been able to fit every 1000 piece puzzle I've done on it including panoramic puzzles. 1000 pieces easily fit in the 4 drawers for storage.

There are a few minor things I would change to make it a perfect 5-star item:

make the surface material more rigid. The surface is just a bit wavy because the board is floppy and it sits on a frame. Not that big a deal for me.

Include a cover that fits on the top. This could be easily accomplished. I have just been using the cardboard it was packaged with and that is working ok, but isn't going to work forever. I've been trying to figure out a latching system l could use to keep a thin sheet of particle board secured to the top when I'm not puzzling. I haven't figured that out yet.

Overall it's a pretty great product and I'd recommend it for anyone who's looking for a puzzling surface that can be moved from room to room.

7 people found this helpful

Helpful | Report

DC 49

★★★★☆ **Lots of room**

Case: 1:25-cv-04946 Document #: 69-1 Filed: 05/12/26 Page 60 of 68 PageID #:660

amazon.com/product-reviews/B0CKKCZQHS/ref=cm_cr_getr_d_paging_btm_next_10?ie=UTF8&reviewerType=all_reviews&pageNumber=10

Verify it's you

**From the United States**

Carolyn

★★☆☆☆ **Large & somewhat heavy but useful.**

Reviewed in the United States on February 6, 2019

Size: 1000 pc Plateau | **Verified Purchase**

I do like the puzzle "plateau". I do puzzles with my teens. I can leave the
It's pretty large & somewhat heavy. We have a large coffee table with a
don't keep it completely level.

The main issue I had was when I received the table, I opened it up & I no
made a mess with clamps & oozing,dripping glue. Later on I realized t
under the wood trim when we were using it. Very frustrating to go throu

The table is very unique & serves our purpose well though. No products
$0! Maybe an acceptable problem if it was $20. But.....now that it's don
(by puzzle for example)

PLAYVIBE Rotating Puzzle…
★★★★☆ 2,559
$59⁹⁹ prime

Sponsored

Need customer service?



Carolyn

★★★☆☆

**Large & somewhat heavy but useful.**

Reviewed in the United States on February 6, 2019

I do like the puzzle "plateau". I do puzzles
with my teens. I can leave the puzzle half
done & pick up the platform to stick it
under the coffee table when we're not
working on it. It is pretty large & somewhat
heavy. We have a large coffee table with a
bottom shelf so it works perfectly.
Something I don't like is the drawers come
flying out when I carry it if I don't keep it
completely level.
The main issue I had was when I received
the table, I opened it up & I noticed
immediately the top trim piece was
separating from the frame. I didn't want to
return it. So I glued it, made a mess with
clamps & oozing,dripping glue. Later on I
realized the other side trim & fiber board
were separating too! I only noticed after
puzzle pieces were sliding under the wood
trim when we were using it. Very
frustrating to go through the same process
of gluing & clamping again!

The table is very unique & serves our
purpose well though. No products like this

One person found this helpful

Helpful    Report

Mr. G.

★★★★☆ **Larger than I expected, but info was given ahead of time**

Reviewed in the United States on December 18, 2023

Size: 1500 pc Plateau | **Verified Purchase**

is is a cool worktable and the drawers are more of a bonus than I expe
arger than I expected, but info was given ahead of time so thats on m

Helpful    Report

M. L. B. Iowa

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 61 of 68 PageID #:661

# Customer Review

**Pacheco232425**

★★★★★ **Big, sturdy,perfect**

Reviewed in the United States on July 20, 2021

Size: 35" x 26" - 1500 Piece | Set name: No Spinner | **Verified Purchase**

Came fast.

Big inside drawers

One tiny scratch on the surface no biggie.

Great craftsmanship.



Helpful | Report

## Product Details

Bits and Pieces Jigsaw Puzzle Boar...
by Bits and Pieces

★★★★☆ 4.5 out of 5

18,841 global ratings

| | | |
|---|---|---|
| 5 star | | 77% |
| 4 star | | 12% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 4% |

See All Buying Options

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 62 of 68 PageID #:662



Pacheco232425

⭐⭐⭐⭐⭐ **Big, sturdy,perfect**

Reviewed in the United States on July 20, 2021

Size: 35" x 26" - 1500 Piece | Set name: No Spinner | **Verified Purchase**

Came fast.

Big inside drawers

One tiny scratch on the surface no biggie.

Great craftsmanship.

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 63 of 68 PageID #:663



Pacheco232425

⭐⭐⭐⭐⭐ **Big, sturdy,perfect**

Reviewed in the United States on July 20, 2021

Size: 35" x 26" - 1500 Piece   |   Set name: No Spinner   |   **Verified Purchase**

Came fast.

Big inside drawers

One tiny scratch on the surface no biggie.

Great craftsmanship.

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 64 of 68 PageID #:664



Pacheco232425

★★★★★ **Big, sturdy,perfect**

Reviewed in the United States on July 20, 2021

Size: 35" x 26" – 1500 Piece | Set name: No Spinner | **Verified Purchase**

Came fast.

Big inside drawers

One tiny scratch on the surface no biggie.

Great craftsmanship.

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 65 of 68 PageID #:665

# Customer Review



LAGreg

★★★★★ **Works great 1000 pieces**

Reviewed in the United States on December 28, 2020

Size: 30" x 22" - 1000 Piece | Set name: No Spinner | **Verified Purchase**

Perfect size for 1,000 piece (or fewer) puzzles. With the edges of your puzzle complete, like in my picture, there is about 2 inches of available space around the edge of the tray for loose pieces. So you WILL want to use the drawers or put your loose pieces on the table.

It's sturdy and has some heft to it. Makes moving the puzzle very simple to do.

Highly recommend.



( Helpful ) | Report

## Product Details



[Bits and Pieces Jigsaw Puzzle Boar...](#)
by [Bits and Pieces](#)

★★★★½ 4.5 out of 5

18,841 global ratings

| | | |
|---|---|---|
| 5 star | ████████████ | 77% |
| 4 star | ██ | 12% |
| 3 star | █ | 5% |
| 2 star |  | 2% |
| 1 star | █ | 4% |

**See All Buying Options**

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 66 of 68 PageID #:666

# Customer Review

G

★★★☆☆ **Cracked on arrival**

Reviewed in the United States on June 19, 2018

Size: 30" x 22" - 1000 Piece | Set name: No Spinner | **Verified Purchase**

The board itself has a nice layout. It's very light as well, unfortunately I think that's why it arrived cracked. Mine doesn't look anywhere as bad as others but I'm disappointed with the packaging as it could've been protected better.

One person found this helpful

( Helpful ) | Report

## Product Details



 Bits and Pieces Jigsaw Puzzle Boar...
by  Bits and Pieces

★★★★½ 4.5 out of 5

18,841 global ratings

| | | |
|---|---|---|
| 5 star | | 77% |
| 4 star | | 12% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 4% |

**See All Buying Options**

# EXHIBIT D

Case: 1:25-cv-04946 Document #: 69-1 Filed: 06/12/26 Page 68 of 68 PageID #:668



▶ YouTube

Search

+ Create

BITS AND PIECES
www.bitsandpieces.com

### And Plenty Of Room
### To Hold Your Sorted Puzzle Pieces

**Standard Wooden Puzzle Plateau 1000 - Item #47271/Jumbo Puzzle Plateau 1500 - Item #47272**

bitsandpiecesweb
70.7K subscribers

Subscribe

👍 28  👎  ➤ Share  ⬇ Download  🔖 Save  ⋯

32,988 views  Aug 23, 2018

Our Wooden Puzzle Plateaus are a puzzle storage system that's virtually indestructible. The jigsaw puzzle organizers have four wooden-reinforced sliding drawers to sort and store your puzzle

---

Save Today
Sponsored · sleepnumber.com
Shop now ⌄

All  From bitsandpiecesweb  Jigsaw puzzles  ›

**GLP-1s for Just $50/wk**
Weight Loss Plans Built Around Your
Body & Goals, If Rx'd. 100% Online +
Free Shipping.
Sponsored · hers

Learn more

**Cozy Candlelight and Christmas Elegance | Art Framed …**
Frame TV Art Gallery Wallpapers
140K views · 11 months ago

**How to Make a Puzzle Board with Drawers - Thrift Diving**
Thrift Diving (Serena Appiah)
105K views · 4 years ago

**How to glue up a puzzle without a backer board | Tutorial**
Crafts With Ellen
645K views · 5 years ago

**Jigsaw Puzzles - Part 1 - Tips and Tricks**
Your Body, Mind and Home
46K views · 5 years ago

**Jumbo Puzzle Mates Portapuzzle Puzzle Board …**