**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| XIAOLING CHE, et al., | Case No. 1:25-cv-04946 |
| Plaintiffs/ Counter-Defendants, | |
| v. | Honorable Virginia M. Kendall |
| SHENZHEN MUMUWAN MAOYI YOUXIAN GONG SI, et al., | Amended Complaint Filed: May 5, 2025 |
| Defendants/Counter-Plaintiffs. | |

**NOTICE OF MOTION**

TO: All Parties of Record

PLEASE TAKE NOTICE that on June 18, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendants Shenzhen Mumuwan Maoyi Youxian Gongsi, Qingyunxiangesiwei Shangmao Youxian Gongsi, Shenzhen Ximeikeji Youxian Gongsi, and Shenzhen Mengdudu Chongwu Yongpin Youxian Gongsi (collectively, "Defendants") shall appear before the Honorable Virginia M. Kendall in Courtroom 2541 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present Defendants' Motion to Stay Proceedings Pending Ex Parte Reexamination, a true and correct copy of which is hereby served upon you.

Dated: June 12, 2026

Respectfully submitted

/s/ *Marjorie Ouyang*
Marjorie Ouyang
Valley & Summit Law
One Park Plaza, Suite 600
Irvine, CA 92614

Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the Filing Users by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The undersigned further certifies that a copy of the aforementioned document was served upon all counsel of record via the Court's CM/ECF system.


Dated: June 12, 2026

Respectfully submitted

/s/ *Marjorie Ouyang*
Marjorie Ouyang
Valley & Summit Law
One Park Plaza, Suite 600
Irvine, CA 92614

Attorney for Defendants