**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Xiaoling Che, et al.

                                                  Plaintiff,

v.                                                              Case No.:
                                                                1:25−cv−04946
                                                                Honorable Virginia
                                                                M. Kendall

Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

                                                  Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

        MINUTE entry before the Honorable Virginia M. Kendall: Attorney Mingzi Ouyang request to appear via Webex for Motion hearing set for 6/18/2026 at 9:30 a.m. due to being out of state is granted. Attorney Mingzi Ouyang is Ordered to file an appearance on or before 6/18/2026. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov You can use the dial in option ONLY if you do not have access to a device with video capability: (650)−479−3207, the access code is: 180 698 4009. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.