# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Xiaoling Che et al v. Shenzhen Mumuwan

Case Number: 1:25-cv-04946

An appearance is hereby filed by the undersigned as attorney for:
Defendants Qingyunxiangesiwei-shangmaoyouxiangongsi, Shenzhen Mengdudu Chongwu Yongpin Youxian Gongsi, Shenzhen Mumuwan Maoyi Youxian Gong Si, Shenzhen Ximeikeji Youxian Gongsi

Attorney name (type or print): Mingzi Ouyang

Firm: Valley & Summit Law

Street address: One Park Plaza, Suite 600

City/State/Zip: Irvine, CA 92614

Bar ID Number: 314334
(See item 3 in instructions)

Telephone Number: 909-248-4522

Email Address: marjorie.ouyang@valleysummitlaw.com

Are you acting as lead counsel in this case? ☑Yes ☐No

Are you a member of the court's general bar? ☑Yes ☐No

Are you a member of the court's trial bar? ☐Yes ☑No

Are you appearing *pro hac vice*? ☐Yes ☑No

If this case reaches trial, will you act as the trial attorney? ☑Yes ☐No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 16, 2026

Attorney signature: S/ Mingzi Ouyang
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023