## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Xiaoling Che, et al.

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:25−cv−04946

                                                        Honorable Virginia
                                                        M. Kendall

Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 18, 2026:

     MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held on 6/18/2026. The Court heard brief oral arguments as to defendants' motion to stay [69]. The Court denies the motion. Oral motion by defendants for a one−week extension of the construction claim deadline is granted with no objection from plaintiffs. Counsel shall submit a proposed order extending the briefing schedule for both parties to the Court's proposed order email. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.