# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

XIAOLING CHE, et al.,

    Plaintiffs/ Counter-Defendants,

v.

SHENZHEN MUMUWAN MAOYI
YOUXIAN GONG SI, et al.,

    Defendants/Counter-Plaintiffs.

Case No. 1:25-cv-04946

Honorable Virginia M. Kendall

Amended Complaint Filed: May 5, 2025

## ORDER MODIFYING CLAIM CONSTRUCTION DEADLINES

This matter came before the Court on June 18, 2026, during a schedule hearing, upon Defendants' Counsel's oral application for an extension of time to file certain claim construction briefs due to a trial conflict commencing June 22, 2026.

For good cause show, IT IS HERBY ORDERED that the schedule for claim construction briefing is amended as follows:

1. The deadline for filing the Defendants' opening Claim Construction Brief, originally due on June 22, 2026, is extended by one week to June 29, 2026.

2. The deadline for Plaintiff to file the Responsive Claim Construction Brief, originally due on July 27, 2026, is extended by one week to August 3, 2026.

**IT IS SO ORDERED.**

Dated: June 22, 2026

Virginia M. Kendall
United States District Judge

**[PROPOSED] ORDER MODIFYING CLAIM CONSTRUCTION DEADLINES**
1