# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Xiaoling Che and Jinyan Duan, | Case No. 1:25-cv-04946 |
| Plaintiffs, | **JOINT APPENDIX** |
| v. | Judge: Virginia M. Kendall |
| Shenzhen Mumuwan Maoyi Youxian Gong Si et al., | Complaint Filed: May 5, 2025 |
| Defendants. | |

Counsel for Plaintiffs and Counter-Defendants
Xiaoling Che and Jinyan Duan

Edward H. Rice
Rice Technology Law Group
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062
Email: ed@ricetechlaw.com

Steven M. Lubezny
Rice Technology Law Group
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062
Email: steve@ricetechlaw.com

Marina N. Saito
Rice Technology Law Group
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062
Email: marina@ricetechlaw.com

Counsel for Defendants and Counter-Plaintiffs
Shenzhen Ximeikeji Youxian Gongsi; Shenzhen
Mumuwan Maoyi Youxian Gong Si;
Qingyunxiangesiweishangmaoyouxiangongsi;
and Shenzhen Mengdudu Chongwu Yongpin
Youxian Gongsi

Mingzi Ouyang
Valley & Summit Law, P.C.
One Park Plaza, Suite 600
Irvine, CA 92614
Email:
marjorie.ouyang@valleysummitlaw.com

Marta Sylwia Rocha
Valley & Summit Law, P.C.
One Park Plaza, Suite 600
Irvine, CA 92614
Email: marta.rocha@valleysummitlaw.com

**TABLE OF CONTENTS**

| No. | Document Description | Starting Page |
|---|---|---|
| 1 | U.S. Patent No. 12,220,648 B2 | JA0001 |
| 2 | June 7, 2024 Placeholder Sheet for Supplemental Content | JA0073 |
| 3 | June 7, 2024 Drawings – Supplemental Drawings | JA0074 |
| 4 | June 7, 2024 Certification and Request for Prioritized Examination Under 37 C.F.R. § 1.102(e) | JA0130 |
| 5 | June 7, 2024 Power of Attorney | JA0131 |
| 6 | June 7, 2024 Abstract of the Disclosure | JA0134 |
| 7 | June 7, 2024 Claims | JA0135 |
| 8 | June 7, 2024 Specification | JA0139 |
| 9 | June 7, 2024 Drawings | JA0172 |
| 10 | June 7, 2024 Declaration for Utility or Design Application Using an Application Data Sheet | JA0228 |
| 11 | June 7, 2024 Application Data Sheet | JA0230 |
| 12 | June 7, 2024 Information Disclosure Statement by Applicant | JA0239 |
| 13 | June 7, 2024 Electronic Fee Payment | JA0243 |
| 14 | June 7, 2024 Electronic Filing System Acknowledgment Receipt | JA0245 |
| 15 | June 7, 2024 Application Body Structured Text Document | JA0248 |
| 16 | June 21, 2024 Welcome Letter | JA0286 |
| 17 | June 21, 2024 Patent Application Fee Determination Record | JA0287 |
| 18 | June 21, 2024 Filing Receipt | JA0288 |
| 19 | June 26, 2024 Certificate of Availability of a Certified Industrial Design Document in a Digital Library | JA0292 |
| 20 | July 22, 2024 Track One Request Granted | JA0307 |
| 21 | August 6, 2024 Index of Claims | JA0309 |
| 22 | August 6, 2024 Restriction Requirement / Office Action | JA0310 |
| 23 | August 15, 2024 Patent Application Fee Determination Record | JA0316 |
| 24 | August 15, 2024 Response to August 6, 2024 Restriction Requirement | JA0317 |
| 25 | August 15, 2024 Electronic Filing System Acknowledgment Receipt | JA0323 |
| 26 | August 26, 2024 Examiner's Search Strategy and Results | JA0325 |
| 27 | August 26, 2024 List of References Cited by Applicant and Considered | JA0327 |

**TABLE OF CONTENTS**

| No. | Document Description | Starting Page |
|---|---|---|
|  | by Examiner |  |
| 28 | August 26, 2024 Bibliographic Data Sheet | JA0331 |
| 29 | August 26, 2024 Search Information | JA0333 |
| 30 | August 26, 2024 Index of Claims | JA0335 |
| 31 | August 26, 2024 List of References Cited by Examiner | JA0336 |
| 32 | August 26, 2024 Non-Final Rejection | JA0337 |
| 33 | September 26, 2024 Notice of Publication | JA0345 |
| 34 | September 28, 2024 Corrected Application Data Sheet | JA0346 |
| 35 | September 28, 2024 Electronic Filing System Acknowledgment Receipt | JA0351 |
| 36 | October 1, 2024 Response to August 26, 2024 Non-Final Rejection | JA0353 |
| 37 | October 1, 2024 Electronic Filing System Acknowledgment Receipt | JA0361 |
| 38 | October 2, 2024 Filing Receipt | JA0363 |
| 39 | October 8, 2024 Patent Application Fee Determination Record | JA0367 |
| 40 | October 11, 2024 Certificate of Availability of a Certified Industrial Design Document in a Digital Library | JA0368 |
| 41 | October 16, 2024 Certificate of Availability of a Certified Industrial Design Document in a Digital Library | JA0387 |
| 42 | November 19, 2024 Examiner's Search Strategy and Results | JA0406 |
| 43 | November 19, 2024 Issue Information | JA0409 |
| 44 | November 19, 2024 Search Information | JA0412 |
| 45 | November 19, 2024 Index of Claims | JA0414 |
| 46 | November 19, 2024 Notice of Allowance and Fees Due | JA0415 |
| 47 | January 2, 2025 Electronic Filing System Acknowledgment Receipt | JA0423 |
| 48 | January 2, 2025 Electronic Fee Payment | JA0425 |
| 49 | January 2, 2025 Issue Fee Payment | JA0427 |
| 50 | January 22, 2025 Issue Notification | JA0428 |
| 51 | February 11, 2025 eGrant Day-of Notification | JA0430 |
| 52 | February 11, 2025 Official Patent eGrant Document | JA0432 |



US012220648B2

# (12) United States Patent
## Che et al.

(10) **Patent No.:** **US 12,220,648 B2**
(45) **Date of Patent:** **Feb. 11, 2025**

(54) **MOVABLE PUZZLE PLATFORM**

(71) Applicants:Xiaoling Che, Hubei (CN); **Jinyan Duan**, Guangdong (CN)

(72) Inventors: **Xiaoling Che**, Hubei (CN); **Jinyan Duan**, Guangdong (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/736,862**

(22) Filed: **Jun. 7, 2024**

(65) **Prior Publication Data**

US 2024/0316448 A1      Sep. 26, 2024

### Related U.S. Application Data

(63) Continuation of application No. 18/235,896, filed on Aug. 21, 2023, now Pat. No. 12,048,885, which is a continuation-in-part of application No. 17/829,359, filed on Jun. 1, 2022, now Pat. No. 12,104,744, application No. 18/736,862 is a continuation of application No. 18/235,416, filed on Aug. 18, 2023, now Pat. No. 12,059,631, which is a continuation-in-part of application No. 17/829,359, filed on Jun. 1, 2022, now Pat. No. 12,104,744, application No. 18/736,862 is a continuation-in-part
(Continued)

(30) **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Sep. 26, 2021 | (CN) | .......................... | 202111131554.1 |
| Sep. 26, 2021 | (CN) | .......................... | 202122334815.1 |
| Jun. 13, 2023 | (CN) | ........................ | 202330364018.X |

(51) **Int. Cl.**

| | |
|---|---|
| *A63F 9/10* | (2006.01) |
| *A47B 13/08* | (2006.01) |
| *A47B 41/00* | (2006.01) |
| *A47B 83/04* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A63F 9/1044* (2013.01); *A47B 13/08* (2013.01); *A47B 41/00* (2013.01); *A47B 83/04* (2013.01); *A63F 9/10* (2013.01); *A63F 2009/105* (2013.01)

(58) **Field of Classification Search**
CPC ............. A63F 9/1044; A63F 2009/105; A47B 13/081; A47B 41/00; A47B 83/043
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 776,355 | A | * | 11/1904 | Selander ................. A47B 41/00 312/258 |
| 1,838,558 | A | * | 12/1931 | Kolodny ................ A47B 13/16 312/285 |
| 1,987,496 | A | * | 1/1935 | Springborn ........... A63F 9/1044 273/157 R |
| 2,833,609 | A | * | 5/1958 | Lawless ................ A47B 13/081 108/62 |
| 3,224,391 | A | * | 12/1965 | Cooper ................. A47B 13/081 108/140 |
| 3,884,476 | A | * | 5/1975 | Sanders ................ A63F 9/1044 273/157 R |

(Continued)

*Primary Examiner* — Nkeisha Smith

(57) **ABSTRACT**

A movable puzzle platform includes a puzzle board having a puzzle plate and a fixing portion, a supplement arrangement having a first main supporting wall and a second main supporting wall, a restricting wall having a first extending wall and a second extending wall, and at least two puzzle drawers. The first and second main supporting walls are cooperated with the puzzle board for forming at least two drawer cavities. Each puzzle drawer is actuated to slide in-and-out of a corresponding drawer cavity. The first extending wall and the fixing portion are successively stacked on the first main supporting wall. The second extending wall and the fixing portion are successively stacked on the second main supporting wall. The puzzle platform is configured for retaining all the unfinished pieces and allowing the player to conveniently play puzzles.

**23 Claims, 56 Drawing Sheets**



JA0001

**US 12,220,648 B2**

Page 2

**Related U.S. Application Data**

of application No. 17/829,359, filed on Jun. 1, 2022, now Pat. No. 12,104,744, and a continuation-in-part of application No. 18/541,685, filed on Dec. 15, 2023, now Pat. No. 12,042,740, said application No. 18/235,416 is a continuation-in-part of application No. 17/505,587, filed on Oct. 19, 2021, now Pat. No. 11,890,551, said application No. 18/235,896 is a continuation-in-part of application No. 17/505,587, filed on Oct. 19, 2021, now Pat. No. 11,890,551, said application No. 18/541,685 is a continuation of application No. 17/505,587, filed on Oct. 19, 2021, now Pat. No. 11,890,551.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,479,651 A * | 10/1984 | LaFleur | A63F 9/1044 |
| | | | 273/DIG. 30 |
| 4,591,161 A | 5/1986 | Vanderhoof | |
| 5,127,720 A * | 7/1992 | Shultz | A63F 3/068 |
| | | | 206/39 |
| 5,533,857 A | 7/1996 | Ferrone | |
| 10,419,054 B1 | 9/2019 | VanTassell et al. | |
| 2010/0101461 A1 | 4/2010 | Brault et al. | |
| 2021/0170267 A1 | 6/2021 | Malki | |
| 2021/0170268 A1 * | 6/2021 | Malki | A63F 9/1044 |

* cited by examiner

JA0002



Fig. 1

JA0003



Fig. 2

JA0004

Fig. 3

Fig. 4

JA0005



Fig. 5

JA0006



Fig. 6

JA0007



Fig. 7

JA0008



Fig. 8



Fig. 9

Fig. 10

JA0010

Fig. 11

JA0011



Fig. 12

Fig. 13

JA0012



Fig. 14

JA0013



Fig. 15



Fig. 16

JA0014



Fig. 17

Fig. 18

JA0015



Fig. 19

Fig. 20

JA0016



Fig. 21

Fig. 22

JA0017

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 21 of 509 PageID #:723



Fig. 23

JA0018



Fig. 24

JA0019



Fig. 25

JA0020



Fig. 26

JA0021

Fig. 27

C-C

301d

10d

305d

324

301d

326d

10d

JA0022



Fig. 28

JA0023



Fig. 29

JA0024



Fig. 30



Fig. 31

JA0025

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 29 of 509 PageID #:731



Fig. 32

JA0026

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 30 of 509 PageID #:732



Fig. 33

JA0027



Fig. 34



Fig. 35

JA0028

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 32 of 509 PageID #:734

I-I



Fig. 36

JA0029



Fig. 37

Fig. 38

JA0030

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 34 of 509 PageID #:736



Fig. 39

JA0031

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 35 of 509 PageID #:737



Fig. 40

Fig. 41

JA0032



Fig. 42



Fig. 43

JA0033



Fig. 44

JA0034



Fig. 45

JA0035

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 39 of 509 PageID #:741



Fig. 46

JA0036

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 40 of 509 PageID #:742

F-F

20e



Fig. 47

JA0037



Fig. 48

Fig. 49

JA0038

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 42 of 509 PageID #:744



Fig. 50

JA0039



Fig. 51

JA0040



Fig. 52



Fig. 53

JA0041



Fig. 54

Fig. 55

JA0042



Fig. 56



Fig. 57

JA0043



Fig.58

K–K

Fig.59

JA0044



Fig. 60



Fig. 61

JA0045

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 49 of 509 PageID #:751



Fig. 62

Fig. 63

JA0046

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 50 of 509 PageID #:752



Fig. 64



Fig. 65

JA0047

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 51 of 509 PageID #:753



Fig. 66

JA0048



Fig. 67

JA0049



Fig. 68

JA0050



Fig. 69



Fig. 70

JA0051



Fig. 71



Fig.72

JA0052



Fig. 73

JA0053

Fig.74

JA0054



Fig. 75

JA0055



Fig. 76

JA0056



Fig. 77

JA0057



Fig. 78

JA0058

US 12,220,648 B2

# MOVABLE PUZZLE PLATFORM

## CROSS REFERENCES AND PRIORITIES

This application is a continuation application of U.S. patent application Ser. No. 18/235,896 filed on Aug. 21, 2023, which is a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on Jun. 1, 2022;

a continuation application of U.S. patent application Ser. No. 18/235,416 filed on Aug. 18, 2023, which is a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on Jun. 1, 2022; and

a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on Jun. 1, 2022, the contents of each of which are incorporated by reference in their entirety.

## BACKGROUND OF THE PRESENT INVENTION

### Field of Invention

The present invention relates to puzzle game apparatus, and more particularly to a movable puzzle platform, wherein the puzzle platform is configured for retaining all the unfinished pieces and while allowing the player to conveniently play the puzzle.

### Description of Related Arts

Puzzles are devised over the years and are among the most popular board games generally played alone by an individual. It is well known that puzzles are good for the brain. Studies have shown that playing puzzles can improve cognition and visual-spatial reasoning, and can train concentration and patience.

Other than as a means of entertainment and enjoyment, players would like to challenge themselves by playing higher piece counts of the puzzle. Generally speaking, the higher the piece count, the harder the puzzle is. However, a common drawback or a burden for the player is that the finished size of the puzzles is relatively large. For example, a finished size of 1,000 piece puzzles is about 30"×24", a finished size of 5,000 piece puzzles is about 60"×40", and so on. In other words, these puzzles require a relatively large playing surface such as the surface of a table or a puzzle board for putting all the pieces together to form a puzzle figure. Therefore, to play a relatively large puzzle, for example 60"×40" or more, the side length of the puzzle board is longer than the player's arm length that the player is unable to reach the other sides of the puzzle board, so that the player is required to move around the playing surface to put pieces at different directions and portions near each side of the puzzle board. As a skilled player, the strategies for playing the puzzles are configured for sorting the pieces into groups and assembling the border first. Therefore, the player will need to move from one side of the playing surface to another side thereof to play the puzzles. Furthermore, it could take hours, days or even months to compete a larger scale puzzle. One or more puzzle pieces could be missed accidentally or unintentionally. It is sad that the player usually finds out there is a missing piece at the end. Therefore, how to avoid losing any pieces, it is best to find a container to save all the unfinished pieces.

A need exists for a tool that retains all the unfinished pieces and while allowing the player to conveniently play

the puzzle. It is to the provision of such a tool that the present disclosure is primarily directed.

## SUMMARY OF THE PRESENT INVENTION

The invention is advantageous in that it provides a movable puzzle platform, wherein the puzzle platform is configured for allowing a player to conveniently play the puzzles. The movable puzzle platform comprises a board assembly comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board. The first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

In the other aspect, the present invention provides another movable puzzle platform comprising a board assembly comprising a puzzle board comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extended from the fixing portion. The first extending wall is integral with a periphery of the first main supporting wall as a whole for forming a first receiving space for fixing the puzzle board.

Still further objects and advantages will become apparent from a consideration of the ensuing description and drawings. These and other objectives, features, and advantages of the present invention will become apparent from the following detailed description, the accompanying drawings, and the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an illustrative isometric view of a movable puzzle platform according to a first embodiment of the present invention.

FIG. 2 is an exploded perspective view of the movable puzzle platform shown in FIG. 1.

FIG. 3 is an illustrative isometric view of the movable puzzle platform shown in FIG. 1, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. 4 is an illustrative isometric view of the movable puzzle platform shown in FIG. 1, a puzzle board and a rotating assembly thereof being removed away.

FIG. 5 is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. 1.

FIG. 6 is an illustrative isometric view of the restricting wall and the supporting portion of the movable puzzle platform shown in FIG. 1, but from another aspect.

FIG. 7 is a cross-sectional view of the movable puzzle platform taken along line A-A of FIG. 1.

FIG. 8 is a cross-sectional view of the movable puzzle platform taken along line B-B of FIG. 1.

FIG. 9 is an illustrative isometric view of the movable puzzle platform shown in FIG. 1, but from another aspect.

FIG. 10 is an illustrative isometric view of the movable puzzle platform shown in FIG. 1, a base and the rotating assembly thereof being removed away.

FIG. 11 is a partially exploded perspective view of the movable puzzle platform shown in FIG. 1.

JA0059

US 12,220,648 B2

3

FIG. **12** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity, and the base thereof being removed away.

FIG. **13** is a side view of the rotating assembly of the movable puzzle platform shown in FIG. **1**.

FIG. **14** illustrates an alternative mode of a rotating assembly of the movable puzzle platform shown in FIG. **1**.

FIG. **15** is a sectional view of a supplement arrangement of the movable puzzle platform shown in FIG. **1**.

FIG. **16** is an illustrative isometric view of the movable puzzle platform according to a second embodiment of the present invention.

FIG. **17** is an illustrative isometric view of the movable puzzle platform shown in FIG. **16**, but from another aspect.

FIG. **18** is an illustrative isometric view of the movable puzzle platform shown in FIG. **16**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **19** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **16**.

FIG. **20** is an illustrative isometric view of a movable puzzle platform according to a third embodiment of the present invention.

FIG. **21** is an illustrative isometric view of the movable puzzle platform shown in FIG. **20**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **22** is an illustrative isometric view of the movable puzzle platform shown in FIG. **20**, but from another aspect.

FIG. **23** is an illustrative isometric view of a movable puzzle platform according to a fourth embodiment of the present invention.

FIG. **24** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **25** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, two puzzle drawers thereof being pulled out of a corresponding drawer cavity.

FIG. **26** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, three puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **27** is a cross-sectional view of the movable puzzle platform taken along line C-C of FIG. **23**.

FIG. **28** is a cross-sectional view of the movable puzzle platform taken along line D-D of FIG. **23**.

FIG. **29** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **30** is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in FIG. **23**.

FIG. **31** is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **32** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **23**.

FIG. **33** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **34** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line G-G of FIG. **30**.

FIG. **35** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line H-H of FIG. **30**.

FIG. **36** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line I-I of FIG. **30**.

4

FIG. **37** is an illustrative isometric view of a movable puzzle platform according to a fifth embodiment of the present invention.

FIG. **38** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, illustrating a kickstand being in close position.

FIG. **39** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, illustrating the kickstand being in close position, but from another aspect.

FIG. **40** is a side view of the movable puzzle platform shown in FIG. **37**, illustrating the kickstand being pivotally folded to support a board assembly at an inclined manner on a playing place in open position.

FIG. **41** is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in FIG. **37**.

FIG. **42** is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in FIG. **37**, but from another aspect.

FIG. **43** is an illustrative isometric view of the rotating assembly of the shown in FIG. **37**, a first moving member thereof being removed away.

FIG. **44** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **37**.

FIG. **45** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **37**, but from another aspect.

FIG. **46** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line E-E of FIG. **41**.

FIG. **47** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line F-F of FIG. **41**.

FIG. **48** is an illustrative isometric view of a movable puzzle platform according to a sixth embodiment of the present invention.

FIG. **49** is an illustrative isometric view of the movable puzzle platform shown in FIG. **48**, illustrating a kickstand being in open position.

FIG. **50** a partially exploded perspective view of the movable puzzle platform shown in FIG. **48**.

FIG. **51** is an illustrative isometric view of a movable puzzle platform according to a seventh embodiment of the present invention.

FIG. **52** is a cross-sectional view of the movable puzzle platform taken along line J-J of FIG. **51**.

FIG. **53** is a cross-sectional view of the movable puzzle platform taken along line J-J of FIG. **51**, but from another aspect.

FIG. **54** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, but from another aspect.

FIG. **55** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, puzzle drawers thereof being pulled out of a corresponding drawer cavity.

FIG. **56** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **57** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **51**.

FIG. **58** is an illustrative isometric view of a movable puzzle platform according to an eighth embodiment of the present invention.

FIG. **59** is a cross-sectional view of the movable puzzle platform taken along line K-K of FIG. **58**.

FIG. **60** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, a puzzle board thereof being removed away.

JA0060

US 12,220,648 B2

5

FIG. **61** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, the puzzle board thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **62** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, but from another aspect.

FIG. **63** is an illustrative isometric view of a movable puzzle platform according to a ninth embodiment of the present invention.

FIG. **64** is an illustrative isometric view of a movable puzzle platform according to a tenth embodiment of the present invention.

FIG. **65** is an illustrative isometric view of a movable puzzle platform according to an eleventh embodiment of the present invention.

FIG. **66** is an illustrative isometric view of the movable puzzle platform shown in FIG. **65**, but from another aspect.

FIG. **67** is an illustrative isometric view of the movable puzzle platform of the shown in FIG. **65**, a puzzle board and a rotating assembly thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **68** is a partially exploded perspective view of the movable puzzle platform shown in FIG. **67**, the puzzle board and the rotating assembly thereof being removed away and the puzzle drawers thereof being removed away.

FIG. **69** is an illustrative isometric view of the movable puzzle platform shown in FIG. **65**, but from another aspect.

FIG. **70** is a cross-sectional view of the movable puzzle platform taken along line L-L of FIG. **69**.

FIG. **71** is a cross-sectional view of the movable puzzle platform taken along line M-M of FIG. **69**.

FIG. **72** is an illustrative isometric view of a movable puzzle platform illustrating another mode of a kickstand being in close position.

FIG. **73** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **72** being in open position.

FIG. **74** is an illustrative isometric view of a movable puzzle platform illustrating a third mode of a kickstand being in close position.

FIG. **75** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **74** being in open position.

FIG. **76** is an illustrative isometric view of a movable puzzle platform illustrating a fourth mode of a kickstand being in open position.

FIG. **77** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **76** being in close position.

FIG. **78** is a perspective view of the movable puzzle platform incorporating with the puzzle pieces to form a puzzle game kit according to the above preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The following description is disclosed to enable any person skilled in the art to make and use the present invention. Preferred embodiments are provided in the following description only as examples and modifications will be apparent to those skilled in the art. The general principles defined in the following description would be applied to other embodiments, alternatives, modifications, equivalents, and applications without departing from the spirit and scope of the present invention.

6

Referring to FIGS. **1** to **15**, a movable puzzle platform **1** according to a first embodiment of the present invention is illustrated, wherein the movable puzzle platform **1** is arranged for a user or a player to assemble a plurality of puzzle pieces **100** thereon. Accordingly, the movable puzzle platform **1** comprises a board assembly **90** and a rotating assembly **20** attached on the board assembly **90**. The board assembly **90** comprises a puzzle board **10** for placing the puzzle pieces **100**, a supplement arrangement **30** attached on the puzzle board **10**, a base **40** attached on the supplement arrangement **30**, and a restricting wall **50** upwardly extended from a peripheral edge of the puzzle board **10**. The rotating assembly **20** is configured for allowing the board assembly **90** sliding on a playing place and provides accessibility for the board assembly **90** to move the board assembly **90** at different planar directions with respect to the playing place. The supplement arrangement **30** is configured not only for storing the puzzle pieces **100** before they are assembled, but also for allowing the player to preassemble and store a section of the puzzle figure with a group of puzzle pieces **100**. The supplement arrangement **30** and the restricting wall **50** are positioned at the two sides of the puzzle board **10**, respectively. Although good results have been shown with the board assembly **90** that is rectangular in shape, it is within the scope of the present invention that numerous other shapes of the board assembly **90** could be used to achieve the desired functionality as described herein. The movable puzzle platform **1** is manufactured from a suitable durable material such as wood combined with durable fiberboard. In another embodiment, a movable puzzle platform could be manufactured from plastic or fiberglass. In yet another embodiment, a puzzle board is made of non-slip felt surfaces to keep the puzzle pieces secure.

The puzzle board **10** with an even thickness may take any shape, such as circular, square, rectangular and so on. According to this embodiment as shown in FIGS. **1-2** and **11**, the puzzle board **10** is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X. Accordingly, the puzzle board defines XY coordinate surface. The puzzle board **10** comprises a puzzle plate **101** for playing the puzzle pieces **100** thereon and a fixing portion **102** extending from the edge of the puzzle plate **101** and connected with the supplement arrangement **30** and the restricting wall **50**, respectively. The puzzle plate **101** comprises a flat playing surface **11** and a bottom surface **12** opposite to the playing surface **11**. It is worth mentioning that an area of the playing surface **11** is not smaller than an area of the puzzle pieces **100** being put together. Preferably, the area of the playing surface **11** matches with the area of the puzzle pieces **100** after the puzzle pieces **100** are assembled. In other words, the puzzle board **10** serves as a puzzle frame for framing the puzzle pieces **100** after the puzzle pieces **100** are assembled. It is worth mentioning that the puzzle board **10** has a predetermined size adapted for a larger scale puzzle, such as at least 1,000 puzzle pieces, being assembled on the puzzle board **10**.

In this embodiment, the restricting wall **50** is substantially perpendicular to the puzzle board **10** and is generally four-piece type. The restricting wall **50** comprises a first extending wall **51** mounted on the fixing portion **102** and arranged in the longitudinal direction X, a second extending wall **52** mounted on the fixing portion **102** and spaced apart from the first extending wall **51**, a third extending wall **53** mounted on the fixing portion **102** and arranged in the lateral

JA0061

US 12,220,648 B2

7

direction Y for connected with the adjacent first and second extending walls **51**, **52**, and a fourth extending wall **54** mounted on the fixing portion **102** and spaced apart from the third extending wall **53** for connected with the adjacent first and second extending walls **51**, **52**. The first and second extending walls **51**, **52** are parallel to each other in the longitudinal direction X. The third and fourth extending walls **53**, **54** are parallel to each other in the lateral direction Y. The restricting wall **50** is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces **100** off the puzzle plate **101**. Each of extending walls is substantially strip-shaped and connected with the adjacent extending walls for forming the restricting wall **50** having a closed structure. The restricting wall with a closed curve shape is configured for preventing the puzzle pieces fall off from the puzzle board when the board assembly is rotated on the playing place via a rotation movement of the rotating assembly and/or when the board assembly is moved by a user or a player from one place to another. Each of extending walls may be detachably assembled edge-to-edge to form the restricting wall **50**. It is optional that a restricting wall may be an integral unit. Optionally, adjacent extending walls are unconnected with each other. A restricting wall further four arc walls located on four corners of a puzzle plate and smoothly connecting two adjacent extending walls. It is optional that each arc wall is configured to be a part of a circle.

The supplement arrangement **30** comprises a supporting portion **301** connected with the bottom surface **12** of the puzzle plate **101** for forming at least one drawer cavity **31** and at least one puzzle drawer **32** received in the corresponding drawer cavity **31**. The puzzle board **10** of the movable puzzle platform **1** has a thin and big size. A length and/or a width of the puzzle board **10** is much greater than a thickness of the puzzle board **10**, so the supporting portion **301** is configured for improving the structural strength of the puzzle board **10**. The supporting portion **301** is substantially perpendicular to the puzzle board **10** and may take any shape, such as circular, square, rectangular and so on. As shown in FIGS. **1-15**, in this embodiment, the supplement arrangement **30** has six drawer cavities **31** and six puzzle drawers **32** received in the corresponding drawer cavity **31**. The storing capacity of drawers vary as per varying sizes of the puzzle pieces. The drawer cavities **31** comprise four lateral cavities **302** and two longitudinal cavities **303**. The four lateral cavities **302** comprise a first lateral cavity **33**, a second lateral cavity **34**, a third lateral cavity **35** and a fourth lateral cavity **36**. The two longitudinal cavities **303** comprise a first longitudinal cavity **37** and a second longitudinal cavity **38**. In this embodiment, the supporting portion is configured not only for improving the structural strength of the movable puzzle platform, but also for forming the drawer cavities together with the puzzle plate.

The supporting portion **301** comprises a first main supporting wall **311** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X, a second main supporting wall **312** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X and disposed opposite to the first main supporting wall **311**, a first dividing supporting wall **313** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X and disposed between the first and second main supporting walls **311**, **312**, a second dividing supporting wall **314** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X and disposed between the first and second main supporting walls **311**, **312**, a first inner supporting wall **315** attached on the bottom surface **12**

8

of the puzzle board **10** along the lateral direction Y and connected with the first and second main supporting walls **311**, **312**, and a second inner supporting wall **316** attached on the bottom surface **12** of the puzzle board **10** along the lateral direction Y and connected with the first and second main supporting walls **311**, **312**. The first and second dividing supporting walls **313**, **314** are spaced apart from each other. The first and second inner supporting walls **315**, **316** are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls **313**, **314** and the first and second main supporting walls **311**, **312** are disposed parallel to each other. The first dividing supporting wall **313** connects with the first inner supporting wall **315** and the second dividing supporting wall **314** connects with the second inner supporting wall **316** for forming crossing structures, respectively. The first and second inner supporting walls **315**, **316** are not exposed from the first and second main supporting walls **311**, **312**, respectively.

One end of the first dividing supporting wall **313** is connected with the first inner supporting wall **315** and is substantially perpendicular to the first inner supporting wall **315**, and another end of the first dividing supporting wall **313** and the third extending wall **53** partly overlap in a thickness direction of the board assembly **90**. One end of the second dividing supporting wall **314** is connected with the second inner supporting wall **316** and is substantially perpendicular to the second inner supporting wall **316** and another end of the second dividing supporting wall **314** and the fourth extending wall **54** partly overlap in a thickness direction of the board assembly **90**. The first lateral cavity **33** is formed by the first main supporting wall **311** cooperated with the first dividing supporting wall **313** and the first inner supporting wall **315**. The second lateral cavity **34** is formed by the second main supporting wall **312** cooperated with the first dividing supporting wall **313** and the first inner supporting wall **315**. The third lateral cavity **35** is formed by the second main supporting wall **312** cooperated with the second dividing supporting wall **314** and the second inner supporting wall **316**. The fourth lateral cavity **36** is formed by the first main supporting wall **311** cooperated with the second dividing supporting wall **314** and the second inner supporting wall **316**. In this embodiment, the first dividing supporting wall **313** cooperates with the first and second main supporting wall **311**,**312** for varying volumes of the first and second lateral cavities **33**, **34**. Moreover, the second dividing supporting wall **314** cooperates with the first and second main supporting wall **311**, **312** for varying volumes of the third and fourth lateral cavities **35**, **36**.

The supporting portion **30** further comprises a third dividing supporting wall **317** extending from the bottom surface **12** of the puzzle plate **101** along the longitudinal direction X and connected with the first and second inner supporting walls **315**, **316** and a fourth dividing supporting wall **318** extending from the bottom surface **12** of the puzzle plate **101** along the longitudinal direction X and connected with the first and second inner supporting walls **315**, **316**. The third and fourth dividing supporting walls **317**, **318** are located between the first and second inner supporting walls **315**, **316** and spaced apart to each other. The third and fourth dividing supporting walls **317**, **318** are parallel to the first and second main supporting walls **311**, **312**. The first and second main supporting walls and the first through fourth dividing supporting walls are configured for improving the structural strength of the movable puzzle platform along the longitudinal direction X, respectively. The first and second inner supporting walls are configured for improving the

JA0062

US 12,220,648 B2

9

structural strength of the movable puzzle platform along the lateral direction Y, respectively. The first and second inner supporting walls and the first through fourth dividing supporting walls are arranged between the first and second main supporting walls, respectively. The main supporting walls and the inner supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. The inner supporting walls and the dividing supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. Optionally, each of the main supporting walls, each of the inner supporting walls and/or each of the dividing supporting walls may be extended in any direction, spaced apart with each other and/or spaced apart from the bottom surface of the puzzle board as long as it is configured for improving the structural strength of the board assembly and/or forming the drawer cavity together with the puzzle plate.

The first main supporting wall 311 comprises a right first part 3111 connected with the first inner supporting wall 315, a left first part 3112 connected with the second inner supporting wall 316 and spaced apart from the right first part 3111 for forming a first opening 3113. The first longitudinal cavity 37 is formed by the first and second inner supporting walls 315, 316 together with the third dividing supporting wall 317. The first longitudinal cavity 37 is communicated with the first opening 3113, so that the corresponding puzzle drawer 32 can be slide in-and-out through the first opening 3113. The second main supporting wall 312 comprises a right second part 3121 connected with the first inner supporting wall 315, a left second part 3122 connected with the second inner supporting wall 316 and spaced apart from the right second part 3121 for forming a second opening 3123. The second longitudinal cavity 38 is formed by the first and second inner supporting walls 315, 316 together with the fourth dividing supporting wall 318. The second longitudinal cavity 38 is communicated with the second opening 3123, so that the corresponding puzzle drawer 32 can be slide in-and-out through the second opening 3123.

According to the first embodiment, the four lateral cavities 302 are formed at the transverse sides of the puzzle board 10 respectively. Particularly, the first and second lateral cavities 33, 34 are spacedly formed at each of the transverse sides of the puzzle board 10. The third and fourth lateral cavities 35, 36 are spacedly formed at each of the other transverse sides of the puzzle board 10. In other words, two corresponding puzzle drawers 32 are slidably coupled at each of the transverse sides of the puzzle board 10. Therefore, four puzzle drawers 32 are slidably coupled at the transverse sides of the puzzle board 10. It is worth mentioning that each puzzle drawer 32 is independently actuated to slide in-and-out of the corresponding lateral cavity 302. Since the puzzle drawers 32 are slidably coupled at the transverse sides of the puzzle board 10, each puzzle drawer 32 is relatively long enough and each drawer cavity 31 is deep enough to retain the puzzle drawer 32 therein so as to prevent the puzzle drawer 32 being slid out of the drawer cavity 31 accidentally or unintentionally when moving the puzzle board 10 on the playing surface. Accordingly, a length of each puzzle drawer is slightly smaller than half of the length of the puzzle board between the transverse sides thereof.

Each of the puzzle drawer 32 comprises a rectangular bottom panel 321 slidably received in the corresponding drawer cavity 31, a front panel 322 extending from the bottom panel 321, a back panel 323 extending from the bottom panel 321 and opposite to the front panel 322, a pair

10

of side panels 324 extending from the bottom panel 321 for connected with the front panel 322 and the back panel 323. Optionally, each of the puzzle drawer 32 further comprises an anti-slipping layer 325 attached the bottom panel 321 for preassembling a group of puzzle pieces 100 to form a section of the puzzle figure and storing the puzzle pieces 100. Each of drawer cavity 302 comprises a gap 326 formed between the pair of side panels 324 and the corresponding supporting portion 301, thereby reducing the friction between the pair of side panels 324 and the corresponding supporting portion 301 when each of the puzzle drawer 32 is pulled and slid out of the corresponding drawer cavity 31.

The supplement arrangement 30 further comprises a drawer holder 304 provided at the puzzle board 10 to retain the puzzle drawers 32 in the drawer cavities 31 respectively. In this embodiment, the drawer holder 304 comprises a first magnetic element 331 provided at an inner wall of the drawer cavity 31 and a second magnetic element 332 provided at the puzzle drawer 32 to magnetically attract with the first magnetic element 331 so as to retain the puzzle drawer 32 in the drawer cavity 31. Due to the magnetically attracting force between the first and second magnetic elements 331, 332, the puzzle drawers 32 are held within the drawer cavities 31 respectively to prevent the puzzle drawer 32 being slid out of the drawer cavity 31 accidentally or unintentionally when moving the puzzle board 10 on the playing place. When a pulling force is applied at one of the puzzle drawers 32 to overcome the magnetically attracting force, the puzzle drawer 32 can be pulled and slid out of the drawer cavity 31.

In this embodiment, the first extending wall 51 is integral with a periphery of the first main supporting wall 311 as a whole for forming a first monolithic portion 55. The first monolithic portion 55 comprises a first receiving space 103 for fixing and receiving the fixing portion 102 of the puzzle board 10. The second extending wall 52 is integral with a periphery of the second main supporting wall 312 as a whole for forming a second monolithic portion 56. The second monolithic portion 56 comprises a second receiving space 104 for fixing and receiving the fixing portion 102 of the puzzle board 10. Optionally, a first monolithic portion further comprises a first fixing space positioned below the first receiving space and formed on the first main supporting wall for fixing and receiving one ends of the first and second inner supporting walls, respectively. A second monolithic portion further comprises a second fixing space positioned below the second receiving space and formed on the second main supporting wall for fixing and receiving another ends of the first and second inner supporting walls. When assembled, one ends of the first and second inner supporting walls are inserted into the first fixing space and are not exposed from the first main supporting wall of the first monolithic portion. Another ends of the first and second inner supporting walls are inserted into the second fixing space and are not exposed from the second main supporting wall of the second monolithic portion. The first receiving space is parallel to the first fixing space. The second receiving space is parallel to the second fixing space.

Therefore, the combination of the first extending wall 51, the puzzle board 10 and the first main supporting wall 311 is stable and reliable. The combination of the second extending wall 52, the puzzle board 10 and the second main supporting wall 312 is stable and reliable. The combination of first and second inner supporting walls 315, 316 and the first and second main supporting wall 311, 312 is stable and reliable. The side of the fixing portion 102 is accommodated in the first and second receiving spaces 103, 104, which is

JA0063

US 12,220,648 B2

11 12

not exposed from the first and second monolithic portions 55, 56, thus can avoid the puzzle board 10 being removed from the restricting wall 50 and the first and second main supporting walls 311,312 under larger exterior impact, or under the condition of failure in gluing. The third extending wall 53 is directly stacked on the fixing portion 102 of the puzzle board 10 and the fourth extending wall 54 is directly stacked on the fixing portion 102 of the puzzle board 10. The third and fourth extending walls are stacked on the fixing portion 102 of the puzzle board 10 by suitable chemical or mechanical methods such as but not limited to glue or wood screws, respectively. When assembled, the side of the fixing portion 102 is exposed out of the third and fourth extending walls 53, 54, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency.

Referring to FIG. 5, each of extending walls comprises an inner surface 57, an outer surface 58 opposite to the inner surface 57, and a pair of side surfaces 59 connecting the inner and outer surfaces 57, 58. The side surface of one extending wall is engaged with the inner surface of the adjacent extending wall. Particularly, the side surface of the third and fourth extending walls are engaged with the inner surface of the adjacent first and second extending walls, respectively. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent extending wall. The third extending wall 53 comprises a third extending body 531 and a pair of third fastening portions 532 projecting from two ends of the third extending body 531 and inserted and fixed in the first and second receiving spaces 103, 104 for improving the structural strength of the movable puzzle platform 1. The fourth extending wall 54 comprises a fourth extending body 541 and a pair of fourth fastening portions 542 projecting from two ends of the fourth extending body 541 and inserted and fixed in the first and second receiving spaces 103, 104 for improving the structural strength of the movable puzzle platform 1. Optionally, a fastening portion may be provided on the longitudinal extending wall and a receiving space may be provided on the lateral extending wall for receiving and fixing the fastening portion.

The first extending wall 51 and/or the first main supporting wall 311 are/is made of plastic, wood, or metal. When the first extending wall 51 is made of plastic by molding, the first main supporting wall 311 is preferred to be integrally molded on the first extending wall 51 as a whole. When the first extending wall 51 is made of metal by stamping, the first main supporting wall 311 is preferred to be integrally molded on the first extending wall 51 as a whole. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of aluminum, the weight of the movable puzzle platform 1 can be reduced. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of stainless steel or tempered steel, the structural strength of the movable puzzle platform 1 can be improved. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of plastic or wood, the manufacturing cost of the movable puzzle platform 1 can be reduced. The second extending wall 52 has the same structure as the first extending wall 51 and the second main supporting wall 312 has the same structure as the first main supporting wall 311.

The base 40 is assembled with the supporting portion 301 of the supplement arrangement 30 for supporting the movable puzzle platform 1 on the playing place such as a table surface, a wall surface, a floor surface, and the like or even

a support frame for supporting the movable puzzle platform 1 on ground. The base 40 is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and covering the supporting portion 301. In this embodiment, the bottom panel 321 of each of the puzzle drawer 32 is mounted on the base 40 and slid on the base 40 directly. So, the base is configured not only holding the puzzle drawer 32 and preventing the puzzle drawer 32 from falling off the supporting portion 301, but also for allowing each of the puzzle drawer 32 to be slid in-and-out of the corresponding drawer cavity 31. The base 40 is stacked on the supporting portion 301 by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Optionally, a base is integral with at least a part of the supporting portion of the supplement arrangement as a whole for forming a stable and reliable structure.

As shown in FIG. 2, the puzzle board 10 further comprises an anti-slipping layer 14 overlappedly provided on the playing surface 11 for preventing the puzzle pieces 100 being slipped thereon. Preferably, the anti-slipping layer 14 has a self adhesive bottom surface adhered on the playing surface 11, wherein the anti-slipping layer 14 can be removed from the playing surface 11 without damaging the playing surface 11 and the anti-slipping layer 14. Therefore, the anti-slipping layer 14 is reusable to place on the playing surface 11. Furthermore, the anti-slipping layer 14 serves as a backing layer of the puzzle pieces 100 after the puzzle pieces 100 are assembled.

It is appreciated that electronic puzzle game is provided as software or APP that the user or player can play the puzzle game with a display such as a TV screen, LED screen or computer monitor. However, the player may generally use a smaller screen to play because a relatively larger screen such as 50" or more TV screen supported on a playing surface is difficult for the player to reach all sizes of the screen. In one alternative embodiment, the puzzle board 10 can be embodied as an electronic screen, such as a TV display or LED screen, and the playing surface 11 is the screen surface that serves as puzzle floor for the player to select and put puzzle piece images together, wherein the rotating assembly 20 is mounted to the bottom of the electronic board assembly 90 for allowing the electronic board assembly 90 to smoothly slide on the playing place that provides accessibility for moving the electronic board assembly 90 at different planar directions with respect to the playing place.

As shown in FIGS. 2, 9 and 13-15, the rotating assembly 20 comprises a first moving member 21 coupled at the base 40 and a second moving member 22 rotatably coupled to the first moving member 21. It is worth mentioning that the rotating assembly 20 is preferred to be coupled coaxially with a center of gravity of the board assembly 90, for example at a center portion of the board assembly 90, such that the board assembly 90 can be moved on the playing place in a balancing manner.

According to this embodiment of the present invention, the board assembly 90 is adapted for being self-rotated 360° on the playing place via a rotation movement between the first and second moving members 21, 22. In other words, the user is able to selectively rotate the board assembly 90 from one longitudinal side to another opposed longitudinal side or to any one of the shorter transverse sides without walking around the board assembly 90. For example, the user is able to assemble one puzzle piece 100 at one side of the board assembly 90 and to rotate the board assembly 90 at 180° in order to assembly another puzzle piece 100 at an opposed side of the board assembly 90, so as to speed up the assembling time of the puzzle pieces 100. It should be

US 12,220,648 B2

13

understood that a rotating angle of the puzzle board **10** can be adjusted to be smaller than 360°.

In this embodiment, the rotating assembly **20** is detachably coupled at the base **40**. As shown in FIGS. **2**, **9** and **13-15**, the rotating assembly **20** comprises a plurality of coupling members **25** extended from the first moving member **21** to detachably couple at the base **40**. Preferably, the coupling members **25** are integrally extended from an inner circumferential surface of the first ring member, i.e. the first moving member **21**, wherein each of the coupling members **25** has a coupling slot formed thereon to detachably couple at the base **40** by inserting screws through the coupling slot to the base **40**. It is worth mentioning that a plurality of screw holes are formed at the base **40**, such that the screws can engage with the screw holes through the coupling slot to couple the rotating assembly **20** at the base **40**.

The rotating assembly **20** further comprises a second bearing unit **24** provided at a bottom side of the second moving member **22** for sliding the puzzle board **10** on the playing surface at different planar directions via the second moving member **22**. Via the second bearing unit **24** at the second moving member **22**, the puzzle board **10** is able to selectively slide on the playing place at any direction with respect to the XY coordinate surface. Via the first bearing unit **23**, the puzzle board **10** is able to selectively rotate on the playing surface with respect to XY coordinate surface. In other words, the puzzle board **10** is able to freely move at XY coordinate surface, so as to adjust the planer angle of the puzzle board **10** with respect to the user conveniently.

Alternatively, as shown in FIG. **14**, the rotating assembly **20** further comprises one or more first coupling elements **25A** spacedly provided on the base **40**, and one or more second coupling elements **26A** spacedly provided at the first moving member **21** to detachably couple the first coupling elements **25A** so as to detachably couple the rotating assembly **20** at the base **40**. Preferably, the first and second coupling elements **25A**, **26A** are magnetic elements adapted for magnetically attracting with each other. The first coupling elements **25A** are aligned in a ring shaped on the base **40**. The second coupling elements **26A** are provided on a playing surface of the first ring member, i.e. the first moving member **21**, wherein the first and second coupling elements **25A**, **26A** are aligned with each other and are magnetically attracted with each other to detachably couple the rotating assembly **20** at the base **40**.

The rotating assembly **20** is coupled with the base **40** and made of plastic or metal and so on. In this embodiment, the first and second moving members **21**, **22** are first and second ring members respectively coaxially engaged with each other. In other words, a diameter of the first moving member **21** is smaller than a diameter of the second moving member **22**. The rotating assembly **20** further comprises a first bearing unit **23** coupled between the first and second moving members **21**, **22**, such that when the first moving member **21**, i.e. the first ring member, is rotated within the second moving member **22**, i.e. the second ring member, the board assembly **90** is self-rotated 360° on the playing place. Particularly, an outer circumferential surface of the first moving member **21** is engaged with an inner circumferential surface of the second moving member **22** via the first bearing unit **23** to enable the second moving member **22** being coaxially rotated with respect to the first moving member **21**.

The rotating assembly **20** further comprises a plurality of friction pads **28** intervally attached on the second moving member **22** for enhancing relative friction between the second moving member **22** and the playing place and

14

ensuring the position of the movable puzzle platform **1**, so that the board assembly **90** is in rotatable state. The rotating assembly with friction pads is easy to conveniently control the board assembly compared with castors or other similar swivel-type wheels attached on the board assembly.

FIGS. **16-19** show a movable puzzle platform **1a** of a second embodiment of the present invention. A movable puzzle platform **1a** according to the second embodiment of the present invention is illustrated, wherein the movable puzzle platform **1a** is arranged for a user or a player to assemble a plurality of puzzle pieces **100a** thereon. Accordingly, the movable puzzle platform **1a** comprises a board assembly **90a** and a rotating assembly **20a** attached on the board assembly **90a**. The board assembly **90a** comprises a puzzle board **10a**, a supplement arrangement **30a** attached on the puzzle board **10a**, a base **40a** attached on the supplement arrangement **30a**, and a restricting wall **50a** upwardly extended from a peripheral edge of the puzzle board **10a**.

The second embodiment is similar to the first embodiment of the present invention except that: (1) The restricting wall **50a** is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board **10a** can be omitted, so the restricting wall **50a** is an unclosed structure for forming a surrounding opening **501a**. (2) Two longitudinal cavities can be omitted. The supplement arrangement **30a** has four lateral drawer cavities **302a** and four puzzle drawers **32a** received in the corresponding drawer cavity **302a**.

In this embodiment, the restricting wall **50a** is substantially perpendicular to the puzzle board **10a** and comprises a first extending wall **51a** mounted on the puzzle board **10a** and arranged in the longitudinal direction X, a second extending wall **52a** mounted on the puzzle board **10a** and spaced apart from the first extending wall **51a**, and a third extending wall **53a** mounted on the puzzle board **10a** and arranged in the lateral direction Y for connected with the adjacent first and second extending walls **51a**, **52a**. The first and second extending walls **51a**, **52a** are parallel to each other in the longitudinal direction X. The surrounding opening **501a** is configured for providing comfort for the player's arm while using the board assembly **90a** while seated at the surrounding opening **501a**. The assembled puzzle pieces **100** can be removed out completely via the surrounding opening **501a**. It is optional that any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all the extending walls can be omitted. The restricting wall **50a** can be easily disassembled and reassembled from the puzzle board **10a**.

FIGS. **20-22** show a movable puzzle platform **1b** of a third embodiment of the present invention. A movable puzzle platform **1b** according to the third embodiment of the present invention is illustrated, wherein the movable puzzle platform **1b** comprises a puzzle board **10b**, a rotating assembly **20b** attached on the puzzle board **10b**, a supplement arrangement **30b** attached on the puzzle board **10b**, a base **40b** attached on the supplement arrangement **30b**, and a restricting wall **50b** upwardly extended from a peripheral edge of the puzzle board **10b**.

The third embodiment is similar to the first embodiment of the present invention except that the restricting wall **50b** is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board can be omitted, so the restricting wall **50b** is an unclosed structure for forming a surrounding opening **501b**. In this embodiment,

US 12,220,648 B2

15

the restricting wall 50b is substantially perpendicular to the puzzle board 10b and comprises a first extending wall 51b mounted on the puzzle board 10b and arranged in the longitudinal direction X, a second extending wall 52b mounted on the puzzle board 10b and spaced apart from the first extending wall 51b, and a third extending wall 53 mounted on the puzzle board 10b and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51b, 52b. The first and second extending walls 51b, 52b are parallel to each other in the longitudinal direction X. The surrounding opening 501a is configured for the convenience of the player's arm is supported directly on the puzzle board 10. Optionally, any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all extending walls can be omitted.

FIGS. 23-36 show a movable puzzle platform 1d of a fourth embodiment of the present invention comprises a board assembly 90d and a rotating assembly 20d attached on the board assembly 90d. The board assembly 90d comprises a puzzle board 10d, a supplement arrangement 30d attached on the puzzle board 10d, and a restricting wall 50d upwardly extended from a peripheral edge of the puzzle board 10d. The puzzle board 10d comprises a puzzle plate 101d with a bottom surface 12d for playing the puzzle pieces 100d thereon. The supplement arrangement 30d comprises at least one puzzle drawer 32d, at least one drawer cavity 31d for receiving the corresponding puzzle drawer 32d, and a supporting portion 301d connected with the bottom surface 12d of the puzzle plate 101d for forming the drawer cavity 31d.

The four embodiment is similar to the first embodiment of the present invention except that the movable puzzle platform 1d further comprises a complementary conformation 80d provided between the puzzle drawer 32d and the corresponding supporting portion 301d for holding the puzzle drawer 32d and preventing the puzzle drawer 32d from falling off the supporting portion 301d, so a base can be omitted and the rotating assembly 20d is directly attached on the supplement arrangement 30d. Each of the puzzle drawer 32d comprises a rectangular bottom panel 321d slidably received in the corresponding drawer cavity 31d and a pair of side panels 324d extending from the bottom panel 321d. The complementary conformation 80d comprises a pair of engaging portions 326d extending outwardly from a pair of side panels 324d towards the corresponding supporting portion 301d and a pair of engaging slots 305d provided on the corresponding supporting portion 301d for receiving the corresponding engaging portions 326d. In usage state, each of the engaging portions 326d is configured for smoothly sliding in the corresponding engaging slot 305d. The extending direction of the slots 305d is parallel to that of the corresponding supporting portion 301d.

The supporting portion 301d further comprises a pair of main supporting walls 311d, a first inner supporting portions 315d attached on the bottom surface 12d of the puzzle board 10d along the lateral direction Y and positioned between the pair of main supporting walls 311d, and a second inner supporting wall 316d attached on the bottom surface 12d of the puzzle board 10d along the lateral direction Y, a first dividing supporting wall 313d attached on the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and extending from the first inner supporting portion 315d away from the second inner supporting wall 316d, a second dividing supporting wall 314d attached on the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and extending from the second inner supporting portion 316d away from the first inner supporting wall 315d, a third dividing supporting wall 317d

16

extending from the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and connected with the first and second inner supporting walls 315d, 316d and a fourth dividing supporting wall 318d extending from the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and connected with the first and second inner supporting walls 315d, 316d. An outer diameter of the rotating assembly 20d is greater than a distance from the first inner supporting wall 315d to the second inner supporting wall 316d. The rotating assembly 20d is connected with the first and second inner supporting portions 315d, 316d and the first through fourth dividing supporting walls 313d, 314d, 317d, 318d, respectively. The first and second inner supporting walls 315d, 316d are exposed from the main supporting walls 311d, respectively. Optionally, each of engaging slots is long enough to retain a corresponding supporting portion therein so as to improve the structural strength of a movable puzzle platform, such that an inner supporting wall is able to be inserted into the corresponding engaging slot of the main supporting wall or the dividing supporting wall is able to be inserted into the corresponding engaging slot of the inner supporting wall.

The rotating assembly 20d comprises a first moving member 21d coupled at the supporting portion 301d of the supplement arrangement 30d, a second moving member 22d rotatably coupled to the first moving member 21d, and a bearing unit 23d coupled between the first and second moving members 21d, 22d. The bearing unit 23d is constructed to have a holding ring 231d and a plurality of ball bearings 232d spacedly retained at the holding ring 231d in a rotatable manner, such that when the holding ring 231d is coaxially held between the first and second moving members 21d, 22d, the ball bearings 232d are rotatably sandwiched between the first and second moving members 21d, 22d so as to enable the first and second moving members 21d, 22d being coaxially moved with each other. In this embodiment, the first moving member 21d is rotatably and mounted to the second moving member 22d by the bearing unit 23d, thereby enabling the puzzle board 10d to be self-rotated on the playing place. In one embodiment, a ratio of an inner diameter of the first moving member to an outer diameter of the first moving member is in a range of 0.95 to 0.5, a ratio of an inner diameter of the second moving member to an outer diameter of the second moving member is in a range of 0.95 to 0.5.

The first moving member 21d comprises a flat first middle portion 211d, a first projecting portion 212d extending from the center of the first middle portion 211d toward the second moving member 22d, a first rolling surface 213d provided on the first projecting portion 212d for directly engaging with the ball bearings 232d, a pair of first engaging wall 214d extending from the first middle portion 211d and spaced apart from the first projecting portion 212d and a first engaging body 215d projecting from the first engaging wall 214d toward the second moving member 22d. The second moving member 22d comprises a flat second middle portion 221d, a second projecting portion 222d extending from the center of the second middle portion 221d toward the first moving member 21d, a second rolling surface 223d provided on the second projecting portion 221d for engaging with the ball bearings 232d, a pair of second engaging wall 224d extending from the second middle portion 221d and spaced apart from the second projecting portion 222d and a second engaging body 225d projecting from the second engaging wall 224d and constantly engaged with the first engaging body 215d to enable the second moving member 22 being coaxially rotated with respect to the first moving

JA0066

US 12,220,648 B2

17

member 21. The first and second rolling surfaces 213d,223d may be a ring-shaped groove. Optionally, the first and second rolling surfaces can be omitted. Ball bearings are engaged with a first projecting portion and a second projecting portion directly. The rotating assembly 20 further comprises a plurality of friction pads 28d intervally attached on the second moving member 22 and/or the first moving member 21 for enhancing relative friction between the second moving member 22 and the playing place and/or the board assembly 90 and the first moving member 21 and ensuring the position of the movable puzzle platform 1d, so that the board assembly 90 is in rotatable state.

The holding ring 231d is a substantially flat ring, which is a whole entirety ring and indivisible, and comprises a retaining ring 26d having a diameter generally equal to the circular first and second rolling surfaces 213d, 223d, a plurality of retaining base 24d intervally and integrally protruded on one side of the retaining ring 26d and a plurality of retaining holes 25d drilled completely through the corresponding retaining base 24d for the plurality of ball bearings 232d being rotatably retained therein respectively. Each of the retaining holes 25d comprises a pair of locking openings 251d spaced apart from each other and a connecting hole 252d integrally and smoothly connected with the pair of locking openings 251d and coaxial with respect to the locking openings 251d. An upper surface of the retaining holes 25d is coplanar with that of the retaining ring 26d. Diameters of the locking openings 251d are slightly smaller than that of the ball bearings 232d so as to lock the plurality of ball bearings 232d in position respectively while allowing the plurality of ball bearings 232d in a free rolling manner. The connecting hole 252d is slightly greater than of ball bearings 232d for receiving the ball bearings 232d in a rollable manner. In this embodiment, a side edge of the retaining ring 26d is aligned with that of the first and second projecting portions 212d, 222d, respectively.

FIGS. 37-47 show a movable puzzle platform 1e of a fifth embodiment of the present invention comprises a board assembly 90e and a rotating assembly 20e attached on the board assembly 90e. The board assembly 90e comprises a puzzle board 10e, a supplement arrangement 30e attached on the puzzle board 10e, and a restricting wall 50e upwardly extended from a peripheral edge of the puzzle board 10e.

The supplement arrangement 30e comprises a supporting portion 301e connected with a bottom surface 12e of the puzzle board 10e for forming at least one drawer cavity 31e and at least one puzzle drawer 32e received in the corresponding drawer cavity 31e. The supporting portion 301e comprises a first main supporting wall 311e attached on the bottom surface 12e of the puzzle board 10e along the longitudinal direction X, a second main supporting wall 312e attached on the bottom surface 12e of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311e, a first dividing supporting wall 313e attached on the bottom surface 121e of the puzzle board 10e along the longitudinal direction X and disposed between the first and second main supporting walls 311e, 312e, a second dividing supporting wall 314e attached on the bottom surface 12e of the puzzle board 10e along the longitudinal direction X and disposed between the first and second main supporting walls 311e, 312e, a first inner supporting wall 315e attached on the bottom surface 12e of the puzzle board 10e along the lateral direction Y and connected with the first and second main supporting walls 311e, 312e, and a second inner supporting wall 316e attached on the bottom surface 12e of the puzzle board 10e along the lateral direction Y and connected with the first and

18

second main supporting walls 311e, 312e. The first and second dividing supporting walls 313e, 314e are spaced apart from each other. The first and second inner supporting walls 315e, 316e are spaced apart from each other and disposed parallel to each other for forming a supporting space 319e. The first and second dividing supporting walls 313e, 314e and the first and second main supporting walls 311e, 312e are disposed parallel to each other. The first dividing supporting wall 313e connects with the first inner supporting wall 315e and the second dividing supporting wall 314e connects with the second inner supporting wall 316e.

The movable puzzle platform 1e further comprises a kickstand 15 pivotally coupled at the board assembly 90e. The kickstand 15 is manufactured from a suitable durable material such as wood, plastic, fiberglass or metal. In this embodiment, the kickstand 15 is collapsible and pivotally coupled at the supplement arrangement 30e. Particularly, one end of the kickstand 15 is pivotally coupled at the supplement arrangement 30e while a free end of the kickstand 15 is adapted to pivotally fold from the puzzle board 10e to support on a playing place. Therefore, when the kickstand 15 is pivotally folded on the puzzle board 10e, the board assembly 90e is movable on the playing place via the rotating assembly 20e. In another words, in open position, the kickstand 15 is pivotally folded for supporting on the playing place and the puzzle board 10e is inclined and supported on the playing place. The open position is the desired position for the user of the movable puzzle platform 1e during the assembly process. In closed position, the kickstand 15 is pivotally received in the supporting space 319e of the supporting portion 301e and substantially parallel to the board assembly 90e. This position is desirable for storage, movement and transportation of the movable puzzle platform 1e. The kickstand 15 having a generally H-shaped and comprises a first supporting arm 151 pivotally coupled at the first inner supporting wall 315e, a second supporting arm 152 parallel to the first supporting arm 151 and pivotally coupled at the second inner supporting wall 316e, at least one fastening arm 153 detachably connected with the first and second supporting arms 151, 152. Each of the supporting arms 151, 152 is capable of detachably fastening to the corresponding inner supporting walls 315e, 316e. An extending direction of the first supporting arm 151 is different from that of the fastening arm 153. Optionally, when a board assembly of a movable puzzle platform further comprise a base, a kickstand may pivotally coupled at the base directly.

The supporting portion 30 further comprises a third dividing supporting wall 317e extending from the bottom surface 12d of the puzzle board 10e along the longitudinal direction X and connected with the first and second inner supporting walls 315e, 316e and a fourth dividing supporting wall 318e extending from the bottom surface 12e of the puzzle board 10e along the longitudinal direction X and connected with the first and second inner supporting walls 315e, 316e. The supporting space 319e is formed by the first and second inner supporting walls 315e, 316e and the third and fourth dividing supporting walls 317e, 318e. Optionally, the first and second supporting arms may pivotally couple at the third or fourth dividing supporting wall.

In this embodiment, the rotating assembly 20e is coupled with the kickstand 15 and comprises a first moving member 21e coupled at the kickstand 40e and a second moving member 22e rotatably coupled to the first moving member 21e. It is worth mentioning that the rotating assembly 20e is preferred to be coupled coaxially with a center of gravity of

JA0067

US 12,220,648 B2

19

the board assembly **90e**, such that the puzzle board **10e** can be moved on the playing place in a balancing manner. The rotating assembly **20e** further comprises a plurality of ball bearings **23e** rotatably sandwiched between the first and second moving members **21e**, **22e**, such that when the first moving member **21e** is rotated within the second moving member **22e**, the board assembly **90e** is self-rotated 360° on the playing place.

The first moving member **21e** comprises a first middle portion **211e**, an inclining portion **212e** extending downwardly from the periphery of the first middle portion **211e** and surrounding the first middle portion **211e** for avoiding the first moving member **21e** colliding with the puzzle board **10e** of the board assembly **90e**, a first projecting portion **213e** extending upwardly from the periphery of the inclining portion **212e** and surrounding the inclining portion **212e**, and an edge portion **214e** extending the periphery of the first projecting portion **213e** and away from the first middle portion **211e**. The second moving member **22e** comprises a second middle portion **221e**, a second projecting portion **223e** extending downwardly from the periphery of the second middle portion **212e** away from the first projecting portion **213e**, and a bending portion **224e** bent upward from the periphery of the second projecting portion **213e** for forming an accommodating space **225e** for receiving the edge portion **214e**. The bending portion **224e** is unconnected with the edge portion **214e** for forming a rotating gap **226e** to enable the second moving member **22** being coaxially rotated with respect to the first moving member **21** and preventing the first moving member **21e** detaching from the second moving member **22e**. The accommodating space **225e** cooperated with the rotating gap **226e** is configured to supply sufficient rotating space for the edge portion **214e** of the first moving member **21e**. The first moving member **21e** and a second moving member **22e** is substantially circular platy shape. The first moving member **21e** further comprises a first through hole **210e** provide on the first middle portion **211e** for greatly reducing material cost. The second moving member **22e** further comprises a second through hole **220e** provide on the second middle portion **221e** for greatly reducing material cost. The rotating assembly **20e** is made of aluminum, stainless steel by metal stamping techniques. Optionally, a bending portion is connected with the edge portion as long as a second moving member is coaxially rotated with respect to a first moving member and preventing the first moving member detaching from the second moving member.

In order to completely open the kickstand **15** from the puzzle board **10e** and avoid the rotating assembly **20e** colliding with the puzzle board **10e**, an outer diameter DI of the rotating assembly **20e** is slightly smaller than lengths H1 of the supporting arms **151**, **152**. In order to receive the kickstand **15**, a length of the supporting space **319e** is not smaller than a distance between the supporting arms **151**, **152**.

The first and second projecting portions **213e**, **223e** are spaced apart from each other for forming a holding space **227e**. The plurality of ball bearings **23e** retained at the holding space **227e** in a rotatable manner, such that when the ball bearings **23e** are rotatably sandwiched between the first and second moving members **21e**, **22e**, so as to enable the first and second moving members **21e**, **22e** being coaxially moved with each other. An inner circumferential surface of the first moving member **21e** is engaged with an inner circumferential surface of the second moving member **22e** via the ball bearings **23e** to enable the second moving member **22e** being coaxially rotated with respect to the first

20

moving member **21e**. In usage state, referring to FIGS. **46-47**, adjacent ball bearings **23e** may be engaged with each other or spaced apart from each other as long as the ball bearings **23e** are in constantly contact with a top inner surface of the first projecting portion **213e** and the bottom inner surface of the second projecting portion **223e** to effectively enable the first and second moving members **21e**, **22e** being coaxially moved with each other.

The rotating assembly **20e** further comprises a plurality of friction pads **28e** intervally attached on the second moving member **22e** and/or the first moving member **21e** for enhancing relative friction between the second moving member **22e** and the playing place and/or the board assembly **90e** and the first moving member **21e** and ensuring the position of the movable puzzle platform **1e**, so that the board assembly **90e** is in rotatable state.

FIGS. **48-50** show a movable puzzle platform **1c** of a sixth embodiment of the present invention comprises a board assembly **90g**, a kickstand **15g** pivotally coupled at the board assembly **90g** and a rotating assembly **20g** attached on the kickstand **15g**. The board assembly **90g** comprises a puzzle board **10g**, a supplement arrangement **30g** attached on the puzzle board **10e**, and a restricting wall **50g** upwardly extended from a peripheral edge of the puzzle board **10g**. The sixth embodiment is similar to the fifth embodiment of the present invention except that: the board assembly **90g** further comprises a base **40g**. The base **40g** comprises a base portion **401g** covered on the supplement arrangement **30g** and a base opening **402g** surrounded by the base portion **401g** and provided in a center of the base **40g** for avoiding the kickstand **15g** colliding with the base portion **401g**.

FIGS. **51-57** show a movable puzzle platform **1f** of a seventh embodiment of the present invention, wherein the movable puzzle platform **1f** is arranged for a user or a player to assemble a plurality of puzzle pieces **100f** thereon. The movable puzzle platform **1f** comprises a board assembly **90f** and a rotating assembly **20f** attached on the board assembly **90f**. The board assembly **90f** comprises a puzzle board **10f**, a supplement arrangement **30f** attached on the puzzle board **10f**, and a restricting wall **50f** upwardly extended from the puzzle board **10f**. The puzzle board **10f** comprises a puzzle plate **101f** and a fixing portion **102f** extending from the edge of the puzzle plate **101f**. The puzzle plate **101f** comprises a flat playing surface **11f** and a bottom surface **12f** opposite to the playing surface **11f**. The puzzle board **10f** is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

In this embodiment, the restricting wall **50f** is substantially perpendicular to the puzzle board **10f** and is generally four-piece type. The restricting wall **50f** comprises a first extending wall **51f** mounted on the fixing portion **102f** and arranged in the longitudinal direction X, a second extending wall **52f** mounted on the fixing portion **102f** and spaced apart from the first extending wall **51f**, a third extending wall **53f** mounted on the fixing portion **102f** and arranged in the lateral direction Y for connected with the adjacent first and second extending walls **51f**, **52f**, and a fourth extending wall **54f** mounted on the fixing portion **102f** and spaced apart from the third extending wall **53f** for connected with the adjacent first and second extending walls **51f**, **52f**. The first and second extending walls **51f**, **52f** are parallel to each other in the longitudinal direction X. The third and fourth extending walls **53f**, **54f** are parallel to each other in the lateral direction Y. The restricting wall **50f** is configured for pre-

JA0068

US 12,220,648 B2

21

venting the players from accidentally or unintentionally pushing the puzzle pieces 100*f* off the puzzle plate 1*f*.

The supplement arrangement 30*f* comprises a supporting portion 301*f* connected with the bottom surface 12*f* of the puzzle plate 101*f* for forming at least one drawer cavity 31*f* and at least one puzzle drawer 32*f* received in the corresponding drawer cavity 31*f*. Each of the puzzle drawer 32 comprises a rectangular bottom panel 324*f* slidably received in the corresponding drawer cavity 31. The supporting portion 301*f* comprises a first main supporting wall 311*f* attached on the bottom surface 12*f* of the puzzle board 10*f* along the longitudinal direction X, a second main supporting wall 312*f* attached on the bottom surface 12*f* of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311*f*, a first dividing supporting wall 313*f* attached on the bottom surface 12*f* of the puzzle board 10*f* along the longitudinal direction X and disposed between the first and second main supporting walls 311*f*, 312*f*, a second dividing supporting wall 314*f* attached on the bottom surface 12*f* of the puzzle board 10*f* along the longitudinal direction X and disposed between the first and second main supporting walls 311*f*, 312*f*, a first inner supporting wall 315*f* attached on the bottom surface 12*f* of the puzzle board 10*f* along the lateral direction Y and connected with the first and second main supporting walls 311*f*, 312*f*, and a second inner supporting wall 316*f* attached on the bottom surface 12*f* of the puzzle board 10*f* along the lateral direction Y and connected with the first and second main supporting walls 311*f*, 312*f*. The first and second dividing supporting walls 313*f*, 314*f* are spaced apart from each other. The first and second inner supporting walls 315*f*, 316*f* are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls 313*f*, 314*f* and the first and second main supporting walls 311*f*, 312*f* are disposed parallel to each other. The first dividing supporting wall 313*f* connects with the first inner supporting wall 315*f* and the second dividing supporting wall 314*f* connects with the second inner supporting wall 316*f*. The supporting portion 301*f* further comprises a third dividing supporting wall 317*f* extending from the bottom surface 12*f* of the puzzle board 10*f* along the longitudinal direction X and connected with the first and second inner supporting walls 315*f*, 316*f* and a fourth dividing supporting wall 318*f* extending from the bottom surface 12*f* of the puzzle board 10*f* along the longitudinal direction X and connected with the first and second inner supporting walls 315*f*, 316*f*. The third and fourth dividing supporting walls 317, 318 are spaced apart from each other.

The restricting wall 50*f* and the fixing portion 102*f* of the puzzle board 10*f* are successively stacked on the supporting portion 301*f* by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Particularly, the first extending wall 51*f* and the fixing portion 102*f* of the puzzle board 10*f* are successively stacked on the first main supporting wall 311*f*. The second extending wall 52*f* and the fixing portion 102*f* of the puzzle board 10*f* are successively stacked on the second main supporting wall 312*f*. The third extending wall 53*f* is directly stacked on the fixing portion 102*f* of the puzzle board 10*f* and the fourth extending wall 54*f* is directly stacked on the fixing portion 102*f* of the puzzle board 10*f*. When assembled, the side of the fixing portion 102*f* is exposed out of the first through fourth restricting walls 51*f*-54*f* and the first and second main supporting wall 311*f*, 312*f*, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency. Each of extending walls comprises an inner surface 57*f*, an outer surface 58*f* opposite to

22

the inner surface 57*f*, and a pair of side surfaces 59*f* connecting the inner and outer surfaces 57*f*, 58*f*. The side surface of the extending wall is engaged with the side surface of the adjacent extending wall. Particularly, the side surface of the first and second extending walls 51*f*, 52*f* are engaged with the side surface of the adjacent third and fourth extending walls 53*f*, 54*f*, respectively.

The base 40*f* is stacked on the supporting portion 301*f* of the supplement arrangement 30 by glue. The base 40*f* is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and coving the supporting portion 301. In this embodiment, the rotating assembly 20 is directly mounted on the base 40*f*. Each of the puzzle drawer 32*d* comprises a rectangular bottom panel 321*d* slidably received in the corresponding drawer cavity 31*d* and slid on the base 40 directly.

FIGS. 58-62 show a movable puzzle platform 1*h* of an eighth embodiment of the present invention, wherein the movable puzzle platform 1*h* is arranged for a user or a player to assemble a plurality of puzzle pieces 100*h* thereon. The movable puzzle platform 1*h* comprises a board assembly 90*h*, a kickstand 15*h* pivotally coupled at the board assembly 90*h* and a rotating assembly 20*h* attached on the kickstand 15*h*. The board assembly 90*h* comprises a puzzle board 10*h*, a supplement arrangement 30*h* attached on the puzzle board 10*h*, and a restricting wall 50*h* upwardly extended from the puzzle board 10*h*. The puzzle board 10*h* comprises a puzzle plate 101*h* and a fixing portion 102*h* extending from the edge of the puzzle plate 101*h*. The puzzle plate 101*h* comprises a flat playing surface 11*h* and a bottom surface 12*h* opposite to the playing surface 11*h*. The puzzle board 10*h* is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

The supplement arrangement 30*h* comprises a supporting portion 301*h* connected with the bottom surface 12*h* of the puzzle plate 101*h* for forming at least one drawer cavity 31*h* and at least one puzzle drawer 32*h* received in the corresponding drawer cavity 31*h*. The base 40*h* comprises a plurality of holding portions 401*h* with same shape arranged on the corresponding supporting portion 301*h* and positioned spaced from each other. Each of the holding portions 401*h* is substantially strip-shaped and connected with the corresponding supporting portion 301*h* for form a L-shaped structure. Each of the puzzle drawer 32*h* is partly exposed from the corresponding holding portions 401*h*. The holding portions 401*h* are integral with the corresponding supporting portion 301*h* as a whole. It is optional that the plurality of holding portions of the base is detachably stacked on the corresponding supporting portion by glue. Each of the holding portions 401*h* is not only holding the puzzle drawer 32 and preventing the puzzle drawer 32 from falling off the supporting portion, but also for allowing each of the puzzle drawer 32 to be slid thereon. Particularly, referring to FIG. 62, the plurality of holding portions 401*h* of the base 40*h* are integral with the corresponding supporting portion 301*h* and the restricting wall 50*h* as a whole.

Referring to FIG. 63, show a movable puzzle platform 1*i* of a ninth embodiment of the present invention. The ninth embodiment is similar to the fourth embodiment of the present invention except that an outer diameter of a rotating assembly 20*i* is smaller than a distance from a first inner supporting wall 315*i* to a second inner supporting wall 316*i*. A supporting portion further comprises at least one fixing arm 329*i* arranged between a third dividing supporting wall

JA0069

US 12,220,648 B2

23

24

317$i$ and a fourth dividing supporting wall 318$i$. The rotating assembly 20$i$ is connected with the fixing arm 329$i$ and the third and fourth dividing supporting walls 317$i$, 318$i$, respectively.

Referring to FIG. 64, show a movable puzzle platform 1$j$ of a tenth embodiment of the present invention. The tenth embodiment is similar to the fourth embodiment of the present invention except that a structure of rotating assembly 20$j$ is similar to that of the fifth embodiment of the present invention.

Referring to FIGS. 65-71, show a movable puzzle platform 1$k$ of an eleventh embodiment of the present invention. The movable puzzle platform 1$k$ comprises a board assembly 90$k$, a kickstand 15$k$ pivotally coupled at the board assembly 90$k$ and a rotating assembly 20$k$ attached on the kickstand 15$k$. The board assembly 90$k$ comprises a puzzle board 10$k$, a supplement arrangement 30$k$ attached on the puzzle board 10$k$, an extending wall 50$k$ upwardly extended from a peripheral edge of the puzzle board 10$k$ and a base 40$k$ is stacked on and detachably fastened to the supplement arrangement 30$k$. The puzzle board 10$k$ comprises a puzzle plate 101$k$ and a fixing portion 102$k$ extending from the edge of the puzzle plate 101$k$. The puzzle board 10K is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

The supplement arrangement 30$k$ comprises at least one puzzle drawer 32$k$, at least one drawer cavity 31$k$ for receiving the corresponding puzzle drawer 32$k$, and a supporting portion 301$k$ connected with the bottom surface 12$k$ of the puzzle plate 101$k$ for forming the drawer cavity 31$k$. The movable puzzle platform 1$k$ further comprises a complementary conformation 80$k$ provided between the puzzle drawer 32$k$ and the corresponding supporting portion 301$k$ for holding the puzzle drawer 32$k$ and preventing the puzzle drawer 32$k$ from falling off the supporting portion 301$k$. Each of the puzzle drawer 32$k$ comprises a rectangular bottom panel 321$k$ slidably received in the corresponding drawer cavity 31$k$ and a pair of side panels 324$k$ extending from the bottom panel 321$k$. The complementary conformation 80$d$ comprises a pair of engaging slots 305$k$ provided on the pair of side panels 324$k$, and a pair of engaging portions 326$k$ extending outwardly from the corresponding supporting portion 301$k$ for inserted into the corresponding engaging slots 305$k$. In usage state, each of the engaging slot 305$k$ is configured for smoothly sliding in the corresponding engaging portions 326$k$. The extending direction of the slots 305$k$ is parallel to that of the corresponding supporting portion 301$k$. Each of the engaging portions 326$k$ is connected with the corresponding supporting portion 301$k$, directly.

The extending wall 50$k$ is substantially perpendicular to the puzzle board 10$k$ and comprises at least a pair of extending walls assembled edge-to-edge. Each of extending walls 50$k$ comprises an inner surface 501$k$, an outer surface 502$k$ opposite to the inner surface 501$k$, and a pair of side surface 503$k$ connecting the inner and outer surfaces 501$k$, 502$k$. The side surface of the extending wall 503$k$ is engaged with the inner surface 501$k$ of the adjacent extending wall 50$k$. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent lateral extending wall.

In this embodiment, the extending wall 50$k$ is integral with the corresponding supporting portion 301$k$ as a whole

for forming a monolithic portion 55$k$. The monolithic portion 55$k$ comprises a receiving space 103$k$ for fixing and receiving the fixing portion 102$k$ of the puzzle board 10$k$.

Although the kickstand 15 is shown in the fifth embodiment to be generally H-shaped, those skilled in the art will recognize that numerous different shapes could be used in place of the H-shaped kickstand 15 to achieve the desired function as described herein. More specifically but not by way of limitation the kickstand 15 could be cylindrical, circular, square and so on. Referring to FIGS. 72-73, a movable puzzle platform 1L comprises a puzzle board 10L, a supporting portion 301L supporting the puzzle board 10L, and a kickstand 15L attached on the supporting portion 301L. The kickstand 15L could be a planar plate with a rectangle shape and connected with the supporting portion 301L of the via a hinge 16L. Referring to FIGS. 74-75, a movable puzzle platform IM comprises a puzzle board 10M, a supporting portion 301M supporting the puzzle board 10M, and a kickstand 15M attached on the puzzle board 10M. The kickstand 15M could be a planar plate with a rectangle shape and connected with the puzzle board 10M of the via at least a pair of hinges 16M. Referring to FIGS. 76-77, a movable puzzle platform IN comprises a puzzle board 10N, a supporting portion 301N supporting the puzzle board 10N, and a kickstand 15N attached on the supporting portion 301N. The kickstand 15L could be substantially strip-shaped and connected with the supporting portion 301N of the via at least a hinge 16N.

The puzzle board is made of plastic, wood, or metal. When the puzzle board is made of plastic by molding, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. When the puzzle board is made of metal by stamping, the restricting wall is preferred to be integrally molded on the puzzle plate. Optionally, the restricting wall can be stacked on the puzzle plate and integrally welded to the puzzle plate as a whole. When the puzzle board is made of wood, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. If the puzzle board is made of aluminum, the weight of the puzzle board can be reduced. If the puzzle board is made of stainless steel or tempered steel, the structural strength of the puzzle board can be improved. If the puzzle board is made of plastic or wood, the manufacturing cost of the puzzle board can be reduced. It is worth mentioning that, the restricting wall and the puzzle plate can be secured together by threads, snap-fit, friction fit, etc., to fix the restricting wall on the puzzle plate. It is appreciated that the puzzle plate and the restricting wall can be made of different materials. The puzzle plate and the restricting wall may be fabricated in any desired manner, using any acceptable material.

In one application, as shown in FIG. 78, the movable puzzle platform of the present invention can be incorporated with the puzzle pieces 100 to form a puzzle game kit. Particularly, the area of the playing surface 11 matches with the area of the puzzle pieces 100 after the puzzle pieces 100 are assembled, such that the puzzle board 10 serves as a puzzle frame for framing the puzzle pieces 100 after the puzzle pieces 100 are assembled. Furthermore, the puzzle board 10 is constructed to have a plurality of supplement arrangement 30. Therefore, the supplement arrangement 30, the rotating assembly 20 and the puzzle pieces 100 are packed in a box. In order to play the puzzle pieces 100, the board panels can be assembled edge-to-edge to form the

JA0070

US 12,220,648 B2

25

puzzle board 10. Then, the rotating assembly 20 can be coupled at the bottom side 11 of the puzzle board 10 to form the movable puzzle platform for the user to move the puzzle board 10 on the playing surface and to assemble the puzzle pieces 100 on the playing surface 11 of the puzzle board 10. Once the puzzle pieces 100 are completely assembled on the playing surface 11 of the puzzle board 10, the rotating assembly 20 can be detached from the bottom side 11 of the puzzle board 10, such that the puzzle board 10 forms the puzzle frame for framing the puzzle pieces 100.

It will thus be seen that the objects of the present invention have been fully and effectively accomplished. The embodiments have been shown and described for the purposes of illustrating the functional and structural principles of the present invention and is subject to change without departure from such principles. Therefore, this invention includes all modifications encompassed within the spirit and scope of the following claims.

What is claimed is:

1. A movable puzzle platform comprising:
a board assembly comprising:
a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall;
a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and
at least two puzzle drawers;
wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity;
wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and
wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

2. The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall.

3. The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall.

4. The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall.

5. The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

6. The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board.

26

7. The movable puzzle platform, as recited in claim 6, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

8. The movable puzzle platform, as recited in claim 1, further comprising a base, the base comprises a plurality of holding portions positioned spaced from each other and stacked on the supplement arrangement, respectively.

9. The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement.

10. A movable puzzle platform comprising:
a board assembly comprising:
a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board; and
a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board;
at least two puzzle drawers; and
a rotating assembly attached on the board assembly;
wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and
wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity.

11. The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion.

12. The movable puzzle platform, as recited in claim 10, wherein a side of the fixing portion is exposed out of the first main supporting wall.

13. The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

14. The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively.

15. The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

16. The movable puzzle platform, as recited in claim 15, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board and spaced apart from the first inner supporting wall for forming a first longitudinal cavity and a second longitudinal cavity, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the first and second longitudinal cavities, respectively.

17. A movable puzzle platform comprising:
a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board and a first dividing supporting wall posi-

JA0071

US 12,220,648 B2

27

tioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and

at least one puzzle drawer actuated to slide in-and-out of the drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and

wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

18. The movable puzzle platform, as recited in claim 17, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

19. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further

28

comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively.

20. The movable puzzle platform, as recited in claim 19, wherein the restricting wall further comprises a second extending wall apart from the first extending wall and a third extending wall connecting the first and second extending walls and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly.

21. The movable puzzle platform, as recited in claim 19, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall.

22. The movable puzzle platform, as recited in claim 21, wherein the supplement arrangement further comprises a third dividing supporting wall connected with the first and second inner supporting walls.

23. The movable puzzle platform, as recited in claim 17, wherein thea side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other.

* * * * *

JA0072

DocCode - SCORE

# Placeholder Sheet for Supplemental Content

Application Number: 18736862          Document Date: 06/07/2024

The presence of this form indicates that the following document type was received in electronic format on the date identified above. This document is stored separately from the typical case contents which are stored in image format.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded and no paper documents or physical media exist.

- Drawing

At the time of document entry (noted above):
- USPTO employees may access this supplemental content via Docket Application Viewer (DAV) or Supplemental Content Viewer (SCV).
- External customers may access this supplemental content via Patent Center.

Form Revision Date:  March 1, 2024

JA0073



Fig. 1

JA0074



Fig. 2

JA0075



Fig. 3

Fig. 4

JA0076



Fig. 5

JA0077



Fig. 6



Fig. 7

JA0079



Fig. 8

JA0080



Fig. 9

Fig. 10

8

JA0081



Fig. 11

JA0082



Fig. 12



Fig. 13

JA0083



Fig. 14

JA0084



Fig. 15



Fig. 16

JA0085



Fig. 17

Fig. 18

13

JA0086



Fig. 19

Fig. 20

14

JA0087



Fig. 21

Fig. 22

15

JA0088



Fig. 23

JA0089



Fig. 24

JA0090



Fig. 25

18

JA0091



Fig. 26

JA0092



Fig. 27

JA0093



Fig. 28

JA0094



Fig. 29

22

JA0095



Fig. 30



Fig. 31

23

JA0096



Fig. 32

24

JA0097



Fig. 33

JA0098



Fig. 34



Fig. 35

JA0099

I–I



Fig. 36

27

JA0100



Fig. 37

Fig. 38

28

JA0101



Fig. 39

29

JA0102



Fig. 40

Fig. 41

JA0103



Fig. 42



Fig. 43

JA0104



Fig. 44

32

JA0105



Fig. 45

33

JA0106



E–E

20e

Fig. 46

34

JA0107



F−F

20e

Fig. 47

JA0108



Fig. 48

Fig. 49

36

JA0109



Fig. 50

37

JA0110



Fig. 51

38

JA0111



Fig. 52



Fig. 53

39

JA0112



Fig. 54

Fig. 55

40

JA0113



Fig. 56



Fig. 57

JA0114



Fig.58

K–K

Fig.59

42

JA0115



Fig. 60



Fig. 61

JA0116



Fig. 62

Fig. 63

44

JA0117



Fig. 64



Fig. 65

JA0118



Fig. 66

JA0119



**Fig. 67**

47

JA0120



Fig. 68

48

JA0121



Fig. 69



Fig. 70

JA0122



Fig. 71

1L



Fig.72

JA0123



Fig. 73

JA0124



Fig.74

JA0125



Fig. 75

JA0126



Fig. 76

JA0127



Fig. 77

55

JA0128



Fig. 78

JA0129

**Doc Code: TRACK1.REQ**
**Document Description: TrackOne Request**

PTO/AIA/424 (11-23)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
### UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Xiaoling Che | Nonprovisional Application Number (if known): | Not Yet Assigned |
|---|---|---|---|
| Title of Invention: | Movable Puzzle Platform | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

I.  [ X ]  **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

i. (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via USPTO patent electronic filing system.
---OR---
(b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

ii. An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

II.  [ ]  **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

i. A request for continued examination has been filed with, or prior to, this form.
ii. If the application is a utility application, this certification and request is being filed via USPTO patent electronic filing system.
iii. The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
iv. This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
v. No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature | /Charles Ho/ | Date | June 7, 2024 |
|---|---|---|---|
| Name (Print/Typed) | Charles Ho | Practitioner Registration Number | 51,807 |

**Note:** *This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required. ***

[ ]  *Total of ___1___ forms are submitted.

1

JA0130

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 09/30/2025. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Xiaoling Che |
| Title | Movable Puzzle Platform |
| Art Unit | N/A |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | SUNYOO-24016-USPT |

**SIGNATURE of Applicant or Patent Practitioner**

| Signature | /Charles Ho/ | Date (Optional) | June 7, 2024 |
|---|---|---|---|
| Name | Charles Ho | Registration Number | 51,807 |

| | |
|---|---|
| Title (if Applicant is a juristic entity) | |
| Applicant Name (if Applicant is a juristic entity) | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ *Total of _____1_____ forms are submitted.

{SUNYOO-24016-USPT/01989902v1}

JA0131

Doc Code: PA..
Document Description.. Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 08/30/2025. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| Not Yet Assigned | Concurrently Herewith |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[x] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: 

197464

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[x] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number:

OR

| Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

[x] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[ ] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *Xiaoling Che* | Date (Optional) | 2024.C.31 |
|---|---|---|---|
| Name | Xiaoling Che | | |
| Title | | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[x] Total of    2    forms are submitted.

JA0132

Doc Code: PA.
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 09/30/2025. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| Not Yet Assigned | Concurrently Herewith |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[x] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:   | 197464 |

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[x] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number: _____

OR

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

[ ]

[x] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[ ] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *Jinyan Duan* | Date (Optional) | 2024.05.31 |
|---|---|---|---|
| Name | Jinyan Duan | | |
| Title | | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[x] Total of   2   forms are submitted.

JA0133

## ABSTRACT OF THE DISCLOSURE

A movable puzzle platform includes a puzzle board having a puzzle plate and a fixing portion, a supplement arrangement having a first main supporting wall and a second main supporting wall, a restricting wall having a first extending wall and a second extending wall, and at least two puzzle drawers. The first and second main supporting walls are cooperated with the puzzle board for forming at least two drawer cavities. Each puzzle drawer is actuated to slide in-and-out of a corresponding drawer cavity. The first extending wall and the fixing portion are successively stacked on the first main supporting wall. The second extending wall and the fixing portion are successively stacked on the second main supporting wall. The puzzle platform is configured for retaining all the unfinished pieces and allowing the player to conveniently play puzzles.

JA0134

WHAT IS CLAIMED IS:

1. A movable puzzle platform comprising:

a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and

at least two puzzle drawers;

wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least two drawer cavities, each puzzle drawer is actuated to slide in-and-out of a corresponding drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and

wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

2. The movable puzzle platform, as recited in claim 1, wherein the side of the fixing portion is exposed out of the first main supporting wall.

3. The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall.

4. The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall.

5. The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

JA0135

6. The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board.

7. The movable puzzle platform, as recited in claim 6, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

8. The movable puzzle platform, as recited in claim 1, further comprising a base, the base comprises a plurality of holding portions positioned spaced from each other and stacked on the supplement arrangement, respectively.

9. The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement.

10. A movable puzzle platform comprising:

a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; and

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall;

at least two puzzle drawers; and

a rotating assembly attached on the board assembly;

wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and

wherein the supplement arrangement is cooperated with the puzzle board for forming at least two drawer cavities, and each puzzle drawer is actuated to slide in-and-out of a corresponding drawer cavity.

JA0136

11. The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion.

12. The movable puzzle platform, as recited in claim 10, wherein the side of the fixing portion is exposed out of the first main supporting wall.

13. The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

14. The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively.

15. The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

16. The movable puzzle platform, as recited in claim 15, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board and spaced apart from the first inner supporting wall for forming a first longitudinal cavity and a second longitudinal cavity, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the first and second longitudinal cavities, respectively.

17. A movable puzzle platform comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board and a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least two drawer cavities together with the puzzle board and the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and

JA0137

at least two puzzle drawers actuated to slide in-and-out of a corresponding drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

18. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

19. The movable puzzle platform, as recited in claim 18, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

20. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively.

21. The movable puzzle platform, as recited in claim 20, wherein the restricting wall further comprises a second extending wall apart from the first extending wall and a third extending wall connecting the first and second extending walls and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly.

22. The movable puzzle platform, as recited in claim 20, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall.

23. The movable puzzle platform, as recited in claim 22, wherein the supplement arrangement further comprises a third dividing supporting wall connected with the first and second inner supporting walls.

24. The movable puzzle platform, as recited in claim 17, wherein the side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other.

JA0138

# Movable Puzzle Platform

## CROSS REFERENCES AND PRIORITIES

This application is a continuation application of U.S. patent application Ser. No. 18/235,896 filed on August 21, 2023, which is a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on June 1, 2022;

a continuation application of U.S. patent application Ser. No. 18/235,416 filed on August 18, 2023, which is a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on June 1, 2022; and

a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on June 1, 2022, the contents of each of which are incorporated by reference in their entirety.

## BACKGROUND OF THE PRESENT INVENTION

### FIELD OF INVENTION

[0001]     The present invention relates to puzzle game apparatus, and more particularly to a movable puzzle platform, wherein the puzzle platform is configured for retaining all the unfinished pieces and while allowing the player to conveniently play the puzzle.

### DESCRIPTION OF RELATED ARTS

[0002]     Puzzles are devised over the years and are among the most popular board games generally played alone by an individual.  It is well known that puzzles are good for the brain.  Studies have shown that playing puzzles can improve cognition and visual-spatial reasoning, and can train concentration and patience.

[0003]     Other than as a means of entertainment and enjoyment, players would like to challenge themselves by playing higher piece counts of the puzzle.  Generally speaking, the higher the piece count, the harder the puzzle is.  However, a common drawback or a burden for the player is that the finished size of the puzzles is relatively large.  For example, a finished size of 1,000 piece puzzles is about 30" x 24", a finished size of 5,000 piece puzzles is about 60" x 40", and so on.  In other words, these puzzles require a relatively large playing surface such as the surface of a table or a puzzle board for putting all the pieces together to form a puzzle figure.  Therefore, to play a

JA0139

relatively large puzzle, for example 60" x 40" or more, the side length of the puzzle board is longer than the player's arm length that the player is unable to reach the other sides of the puzzle board, so that the player is required to move around the playing surface to put pieces at different directions and portions near each side of the puzzle board. As a skilled player, the strategies for playing the puzzles are configured for sorting the pieces into groups and assembling the border first. Therefore, the player will need to move from one side of the playing surface to another side thereof to play the puzzles. Furthermore, it could take hours, days or even months to compete a larger scale puzzle. One or more puzzle pieces could be missed accidentally or unintentionally. It is sad that the player usually finds out there is a missing piece at the end. Therefore, how to avoid losing any pieces, it is best to find a container to save all the unfinished pieces.

[0004]   A need exists for a tool that retains all the unfinished pieces and while allowing the player to conveniently play the puzzle. It is to the provision of such a tool that the present disclosure is primarily directed.

SUMMARY OF THE PRESENT INVENTION

[0005]   The invention is advantageous in that it provides a movable puzzle platform, wherein the puzzle platform is configured for allowing a player to conveniently play the puzzles. The movable puzzle platform comprises a board assembly comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board. The first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

[0006]   In the other aspect, the present invention provides another movable puzzle platform comprising a board assembly comprising a puzzle board comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extended from the fixing portion. The first extending wall is integral with a periphery of the first main supporting wall as a whole for forming a first receiving space for fixing the puzzle board.

[0007]   Still further objects and advantages will become apparent from a consideration of the ensuing description and drawings. These and other objectives, features, and advantages of the

JA0140

present invention will become apparent from the following detailed description, the accompanying drawings, and the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0008] Fig. 1 is an illustrative isometric view of a movable puzzle platform according to a first embodiment of the present invention.

[0009] Fig. 2 is an exploded perspective view of the movable puzzle platform shown in Fig. 1.

[0010] Fig. 3 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0011] Fig. 4 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, a puzzle board and a rotating assembly thereof being removed away.

[0012] Fig. 5 is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in Fig. 1.

[0013] Fig. 6 is an illustrative isometric view of the restricting wall and the supporting portion of the movable puzzle platform shown in Fig. 1, but from another aspect.

[0014] Fig. 7 is a cross-sectional view of the movable puzzle platform taken along line A-A of Fig. 1.

[0015] Fig. 8 is a cross-sectional view of the movable puzzle platform taken along line B-B of Fig. 1.

[0016] Fig. 9 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, but from another aspect.

[0017] Fig. 10 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, a base and the rotating assembly thereof being removed away.

[0018] Fig. 11 is a partially exploded perspective view of the movable puzzle platform shown in Fig. 1.

[0019] Fig. 12 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity, and the base thereof being removed away.

[0020] Fig. 13 is a side view of the rotating assembly of the movable puzzle platform shown in Fig. 1.

JA0141

[0021]　Fig.14 illustrates an alternative mode of a rotating assembly of the movable puzzle platform shown in Fig. 1.

[0022]　Fig. 15 is a sectional view of a supplement arrangement of the movable puzzle platform shown in Fig. 1.

[0023]　Fig. 16 is an illustrative isometric view of the movable puzzle platform according to a second embodiment of the present invention.

[0024]　Fig. 17 is an illustrative isometric view of the movable puzzle platform shown in Fig. 16, but from another aspect.

[0025]　Fig. 18 is an illustrative isometric view of the movable puzzle platform shown in Fig. 16, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0026]　Fig. 19 is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in Fig. 16.

[0027]　Fig. 20 is an illustrative isometric view of a movable puzzle platform according to a third embodiment of the present invention.

[0028]　Fig. 21 is an illustrative isometric view of the movable puzzle platform shown in Fig. 20, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0029]　Fig. 22 is an illustrative isometric view of the movable puzzle platform shown in Fig. 20, but from another aspect.

[0030]　Fig. 23 is an illustrative isometric view of a movable puzzle platform according to a fourth embodiment of the present invention.

[0031]　Fig. 24 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, but from another aspect.

[0032]　Fig. 25 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, two puzzle drawers thereof being pulled out of a corresponding drawer cavity.

[0033]　Fig. 26 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, three puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0034]　Fig. 27 is a cross-sectional view of the movable puzzle platform taken along line C-C of Fig. 23.

{SUNYOO-24016-USPT/01989271v1}

4

JA0142

[0035]     Fig. 28 is a cross-sectional view of the movable puzzle platform taken along line D-D of Fig. 23.

[0036]     Fig. 29 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, but from another aspect.

[0037]     Fig. 30 is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in Fig. 23.

[0038]     Fig. 31 is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in Fig. 23, but from another aspect.

[0039]     Fig. 32 is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in Fig. 23.

[0040]     Fig. 33 is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in Fig. 23, but from another aspect.

[0041]     Fig. 34 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line G-G of Fig. 30.

[0042]     Fig. 35 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line H-H of Fig. 30.

[0043]     Fig. 36 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line I-I of Fig. 30.

[0044]     Fig. 37 is an illustrative isometric view of a movable puzzle platform according to a fifth embodiment of the present invention.

[0045]     Fig. 38 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, illustrating a kickstand being in close position.

[0046]     Fig. 39 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, illustrating the kickstand being in close position, but from another aspect.

[0047]     Fig. 40 is a side view of the movable puzzle platform shown in Fig. 37, illustrating the kickstand being pivotally folded to support a board assembly at an inclined manner on a playing place in open position.

[0048]     Fig. 41 is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in Fig. 37.

JA0143

[0049]     Fig. 42 is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in Fig. 37, but from another aspect.

[0050]     Fig. 43 is an illustrative isometric view of the rotating assembly of the shown in Fig. 37, a first moving member thereof being removed away.

[0051]     Fig. 44 is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in Fig. 37.

[0052]     Fig. 45 is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in Fig. 37, but from another aspect.

[0053]     Fig. 46 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line E-E of Fig. 41.

[0054]     Fig. 47 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line F-F of Fig. 41.

[0055]     Fig. 48 is an illustrative isometric view of a movable puzzle platform according to a sixth embodiment of the present invention.

[0056]     Fig. 49 is an illustrative isometric view of the movable puzzle platform shown in Fig. 48, illustrating a kickstand being in open position.

[0057]     Fig. 50 a partially exploded perspective view of the movable puzzle platform shown in Fig. 48.

[0058]     Fig. 51 is an illustrative isometric view of a movable puzzle platform according to a seventh embodiment of the present invention.

[0059]     Fig. 52 is a cross-sectional view of the movable puzzle platform taken along line J-J of Fig. 51.

[0060]     Fig. 53 is a cross-sectional view of the movable puzzle platform taken along line J-J of Fig. 51, but from another aspect.

[0061]     Fig. 54 is an illustrative isometric view of the movable puzzle platform shown in Fig. 51, but from another aspect.

[0062]     Fig. 55 is an illustrative isometric view of the movable puzzle platform shown in Fig. 51, puzzle drawers thereof being pulled out of a corresponding drawer cavity.

JA0144

[0063]   Fig. 56 is an illustrative isometric view of the movable puzzle platform shown in Fig. 51, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0064]   Fig. 57 is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in Fig. 51.

[0065]   Fig. 58 is an illustrative isometric view of a movable puzzle platform according to an eighth embodiment of the present invention.

[0066]   Fig. 59 is a cross-sectional view of the movable puzzle platform taken along line K-K of Fig. 58.

[0067]   Fig. 60 is an illustrative isometric view of the movable puzzle platform shown in Fig. 58, a puzzle board thereof being removed away.

[0068]   Fig. 61 is an illustrative isometric view of the movable puzzle platform shown in Fig. 58, the puzzle board thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0069]   Fig. 62 is an illustrative isometric view of the movable puzzle platform shown in Fig, 58, but from another aspect.

[0070]   Fig. 63 is an illustrative isometric view of a movable puzzle platform according to a ninth embodiment of the present invention.

[0071]   Fig. 64 is an illustrative isometric view of a movable puzzle platform according to a tenth embodiment of the present invention.

[0072]   Fig. 65 is an illustrative isometric view of a movable puzzle platform according to an eleventh embodiment of the present invention.

[0073]   Fig. 66 is an illustrative isometric view of the movable puzzle platform shown in Fig. 65, but from another aspect.

[0074]   Fig. 67 is an illustrative isometric view of the movable puzzle platform of the shown in Fig. 65, a puzzle board and a rotating assembly thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0075]   Fig. 68 is a partially exploded perspective view of the movable puzzle platform shown in Fig. 67, the puzzle board and the rotating assembly thereof being removed away and the puzzle drawers thereof being removed away.

JA0145

[0076]    Fig. 69 is an illustrative isometric view of the movable puzzle platform shown in Fig. 65, but from another aspect.

[0077]    Fig. 70 is a cross-sectional view of the movable puzzle platform taken along line L-L of Fig. 69.

[0078]    Fig. 71 is a cross-sectional view of the movable puzzle platform taken along line M-M of Fig. 69.

[0079]    Fig. 72 is an illustrative isometric view of a movable puzzle platform illustrating another mode of a kickstand being in close position.

[0080]    Fig. 73 is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in Fig. 72 being in open position.

[0081]    Fig. 74 is an illustrative isometric view of a movable puzzle platform illustrating a third mode of a kickstand being in close position.

[0082]    Fig. 75 is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in Fig. 74 being in open position.

[0083]    Fig. 76 is an illustrative isometric view of a movable puzzle platform illustrating a fourth mode of a kickstand being in open position.

[0084]    Fig. 77 is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in Fig. 76 being in close position.

[0085]    Fig. 78 is a perspective view of the movable puzzle platform incorporating with the puzzle pieces to form a puzzle game kit according to the above preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

[0086]    The following description is disclosed to enable any person skilled in the art to make and use the present invention.  Preferred embodiments are provided in the following description only as examples and modifications will be apparent to those skilled in the art.  The general principles defined in the following description would be applied to other embodiments, alternatives, modifications, equivalents, and applications without departing from the spirit and scope of the present invention.

[0087]    Referring to Figs. 1 to 15, a movable puzzle platform 1 according to a first embodiment of the present invention is illustrated, wherein the movable puzzle platform 1 is arranged for a user

JA0146

or a player to assemble a plurality of puzzle pieces 100 thereon. Accordingly, the movable puzzle platform 1 comprises a board assembly 90 and a rotating assembly 20 attached on the board assembly 90. The board assembly 90 comprises a puzzle board 10 for placing the puzzle pieces 100, a supplement arrangement 30 attached on the puzzle board 10, a base 40 attached on the supplement arrangement 30, and a restricting wall 50 upwardly extended from a peripheral edge of the puzzle board 10. The rotating assembly 20 is configured for allowing the board assembly 90 sliding on a playing place and provides accessibility for the board assembly 90 to move the board assembly 90 at different planar directions with respect to the playing place. The supplement arrangement 30 is configured not only for storing the puzzle pieces 100 before they are assembled, but also for allowing the player to preassemble and store a section of the puzzle figure with a group of puzzle pieces 100. The supplement arrangement 30 and the restricting wall 50 are positioned at the two sides of the puzzle board 10, respectively. Although good results have been shown with the board assembly 90 that is rectangular in shape, it is within the scope of the present invention that numerous other shapes of the board assembly 90 could be used to achieve the desired functionality as described herein. The movable puzzle platform 1 is manufactured from a suitable durable material such as wood combined with durable fiberboard. In another embodiment, a movable puzzle platform could be manufactured from plastic or fiberglass. In yet another embodiment, a puzzle board is made of non-slip felt surfaces to keep the puzzle pieces secure.

[0088]    The puzzle board 10 with an even thickness may take any shape, such as circular, square, rectangular and so on. According to this embodiment as shown in Figs. 1-2 and 11, the puzzle board 10 is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X. Accordingly, the puzzle board defines XY coordinate surface. The puzzle board 10 comprises a puzzle plate 101 for playing the puzzle pieces 100 thereon and a fixing portion 102 extending from the edge of the puzzle plate 101 and connected with the supplement arrangement 30 and the restricting wall 50, respectively. The puzzle plate 101 comprises a flat playing surface 11 and a bottom surface 12 opposite to the playing surface 11. It is worth mentioning that an area of the playing surface 11 is not smaller than an area of the puzzle pieces 100 being put together. Preferably, the area of the playing surface 11 matches with the area of the puzzle pieces 100 after the puzzle pieces 100 are assembled. In other words, the puzzle board 10 serves as a puzzle frame for framing the puzzle pieces 100 after the puzzle pieces 100 are assembled. It is worth mentioning that the puzzle board 10 has a predetermined size adapted

JA0147

for a larger scale puzzle, such as at least 1,000 puzzle pieces, being assembled on the puzzle board 10.

[0089] In this embodiment, the restricting wall 50 is substantially perpendicular to the puzzle board 10 and is generally four-piece type. The restricting wall 50 comprises a first extending wall 51 mounted on the fixing portion 102 and arranged in the longitudinal direction X, a second extending wall 52 mounted on the fixing portion 102 and spaced apart from the first extending wall 51, a third extending wall 53 mounted on the fixing portion 102 and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51, 52, and a fourth extending wall 54 mounted on the fixing portion 102 and spaced apart from the third extending wall 53 for connected with the adjacent first and second extending walls 51, 52. The first and second extending walls 51, 52 are parallel to each other in the longitudinal direction X. The third and fourth extending walls 53, 54 are parallel to each other in the lateral direction Y. The restricting wall 50 is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces 100 off the puzzle plate 101. Each of extending walls is substantially strip-shaped and connected with the adjacent extending walls for forming the restricting wall 50 having a closed structure. The restricting wall with a closed curve shape is configured for preventing the puzzle pieces fall off from the puzzle board when the board assembly is rotated on the playing place via a rotation movement of the rotating assembly and/or when the board assembly is moved by a user or a player from one place to another. Each of extending walls may be detachably assembled edge-to-edge to form the restricting wall 50. It is optional that a restricting wall may be an integral unit. Optionally, adjacent extending walls are unconnected with each other. A restricting wall further four arc walls located on four corners of a puzzle plate and smoothly connecting two adjacent extending walls. It is optional that each arc wall is configured to be a part of a circle.

[0090] The supplement arrangement 30 comprises a supporting portion 301 connected with the bottom surface 12 of the puzzle plate 101 for forming at least one drawer cavity 31 and at least one puzzle drawer 32 received in the corresponding drawer cavity 31. The puzzle board 10 of the movable puzzle platform 1 has a thin and big size. A length and/or a width of the puzzle board 10 is much greater than a thickness of the puzzle board 10, so the supporting portion 301 is configured for improving the structural strength of the puzzle board 10. The supporting portion 301 is substantially perpendicular to the puzzle board 10 and may take any shape, such as circular, square, rectangular and so on. As shown in Figs. 1 -15, in this embodiment, the supplement arrangement 30 has six drawer cavities 31 and six puzzle drawers 32 received in the corresponding drawer cavity 31. The storing capacity of drawers vary as per varying sizes of the puzzle pieces. The

JA0148

drawer cavities 31 comprise four lateral cavities 302 and two longitudinal cavities 303. The four lateral cavities 302 comprise a first lateral cavity 33, a second lateral cavity 34, a third lateral cavity 35 and a fourth lateral cavity 36. The two longitudinal cavities 303 comprise a first longitudinal cavity 37 and a second longitudinal cavity 38. In this embodiment, the supporting portion is configured not only for improving the structural strength of the movable puzzle platform, but also for forming the drawer cavities together with the puzzle plate.

[0091] The supporting portion 301 comprises a first main supporting wall 311 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X, a second main supporting wall 312 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311, a first dividing supporting wall 313 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X and disposed between the first and second main supporting walls 311, 312, a second dividing supporting wall 314 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X and disposed between the first and second main supporting walls 311, 312, a first inner supporting wall 315 attached on the bottom surface 12 of the puzzle board 10 along the lateral direction Y and connected with the first and second main supporting walls 311, 312, and a second inner supporting wall 316 attached on the bottom surface 12 of the puzzle board 10 along the lateral direction Y and connected with the first and second main supporting walls 311, 312. The first and second dividing supporting walls 313, 314 are spaced apart from each other. The first and second inner supporting walls 315, 316 are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls 313, 314 and the first and second main supporting walls 311, 312 are disposed parallel to each other. The first dividing supporting wall 313 connects with the first inner supporting wall 315 and the second dividing supporting wall 314 connects with the second inner supporting wall 316 for forming crossing structures, respectively. The first and second inner supporting walls 315, 316 are not exposed from the first and second main supporting walls 311, 312, respectively.

[0092] One end of the first dividing supporting wall 313 is connected with the first inner supporting wall 315 and is substantially perpendicular to the first inner supporting wall 315, and another end of the first dividing supporting wall 313 and the third extending wall 53 partly overlap in a thickness direction of the board assembly 90. One end of the second dividing supporting wall 314 is connected with the second inner supporting wall 316 and is substantially perpendicular to the second inner supporting wall 316 and another end of the second dividing supporting wall 314 and the fourth extending wall 54 partly overlap in a thickness direction of the board assembly 90.

JA0149

The first lateral cavity 33 is formed by the first main supporting wall 311 cooperated with the first dividing supporting wall 313 and the first inner supporting wall 315. The second lateral cavity 34 is formed by the second main supporting wall 312 cooperated with the first dividing supporting wall 313 and the first inner supporting wall 315. The third lateral cavity 35 is formed by the second main supporting wall 312 cooperated with the second dividing supporting wall 314 and the second inner supporting wall 316. The fourth lateral cavity 36 is formed by the first main supporting wall 311 cooperated with the second dividing supporting wall 314 and the second inner supporting wall 316. In this embodiment, the first dividing supporting wall 313 cooperates with the first and second main supporting wall 311,312 for varying volumes of the first and second lateral cavities 33, 34. Moreover, the second dividing supporting wall 314 cooperates with the first and second main supporting wall 311, 312 for varying volumes of the third and fourth lateral cavities 35, 36.

[0093] The supporting portion 30 further comprises a third dividing supporting wall 317 extending from the bottom surface 12 of the puzzle plate 101 along the longitudinal direction X and connected with the first and second inner supporting walls 315, 316 and a fourth dividing supporting wall 318 extending from the bottom surface 12 of the puzzle plate 101 along the longitudinal direction X and connected with the first and second inner supporting walls 315, 316. The third and fourth dividing supporting walls 317, 318 are located between the first and second inner supporting walls 315, 316 and spaced apart to each other. The third and fourth dividing supporting walls 317, 318 are parallel to the first and second main supporting walls 311, 312. The first and second main supporting walls and the first through fourth dividing supporting walls are configured for improving the structural strength of the movable puzzle platform along the longitudinal direction X, respectively. The first and second inner supporting walls are configured for improving the structural strength of the movable puzzle platform along the lateral direction Y, respectively. The first and second inner supporting walls and the first through fourth dividing supporting walls are arranged between the first and second main supporting walls, respectively. The main supporting walls and the inner supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. The inner supporting walls and the dividing supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. Optionally, each of the main supporting walls, each of the inner supporting walls and/or each of the dividing supporting walls may be extended in any direction, spaced apart with each other and/or spaced apart from the bottom surface of the puzzle board as long as it is configured for improving the structural strength of the board assembly and/or forming the drawer cavity together with the puzzle plate.

JA0150

[0094]    The first main supporting wall 311 comprises a right first part 3111 connected with the first inner supporting wall 315, a left first part 3112 connected with the second inner supporting wall 316 and spaced apart from the right first part 3111 for forming a first opening 3113. The first longitudinal cavity 37 is formed by the first and second inner supporting walls 315, 316 together with the third dividing supporting wall 317. The first longitudinal cavity 37 is communicated with the first opening 3113, so that the corresponding puzzle drawer 32 can be slide in-and-out through the first opening 3113. The second main supporting wall 312 comprises a right second part 3121 connected with the first inner supporting wall 315, a left second part 3122 connected with the second inner supporting wall 316 and spaced apart from the right second part 3121 for forming a second opening 3123. The second longitudinal cavity 38 is formed by the first and second inner supporting walls 315, 316 together with the fourth dividing supporting wall 318. The second longitudinal cavity 38 is communicated with the second opening 3123, so that the corresponding puzzle drawer 32 can be slide in-and-out through the second opening 3123.

[0095]    According to the first embodiment, the four lateral cavities 302 are formed at the transverse sides of the puzzle board 10 respectively.  Particularly, the first and second lateral cavities 33, 34 are spacedly formed at each of the transverse sides of the puzzle board 10.  The third and fourth lateral cavities 35, 36 are spacedly formed at each of the other transverse sides of the puzzle board 10. In other words, two corresponding puzzle drawers 32 are slidably coupled at each of the transverse sides of the puzzle board 10.  Therefore, four puzzle drawers 32 are slidably coupled at the transverse sides of the puzzle board 10.  It is worth mentioning that each puzzle drawer 32 is independently actuated to slide in-and-out of the corresponding lateral cavity 302. Since the puzzle drawers 32 are slidably coupled at the transverse sides of the puzzle board 10, each puzzle drawer 32 is relatively long enough and each drawer cavity 31 is deep enough to retain the puzzle drawer 32 therein so as to prevent the puzzle drawer 32 being slid out of the drawer cavity 31 accidentally or unintentionally when moving the puzzle board 10 on the playing surface. Accordingly, a length of each puzzle drawer is slightly smaller than half of the length of the puzzle board between the transverse sides thereof.

[0096]    Each of the puzzle drawer 32 comprises a rectangular bottom panel 321 slidably received in the corresponding drawer cavity 31, a front panel 322 extending from the bottom panel 321, a back panel 323 extending from the bottom panel 321 and opposite to the front panel 322, a pair of side panels 324 extending from the bottom panel 321 for connected with the front panel 322 and the back panel 323. Optionally, each of the puzzle drawer 32 further comprises an anti-slipping layer 325 attached the bottom panel 321 for preassembling a group of puzzle pieces 100 to form a

JA0151

section of the puzzle figure and storing the puzzle pieces 100. Each of drawer cavity 302 comprises a gap 326 formed between the pair of side panels 324 and the corresponding supporting portion 301, thereby reducing the friction between the pair of side panels 324 and the corresponding supporting portion 301 when each of the puzzle drawer 32 is pulled and slid out of the corresponding drawer cavity 31.

[0097]    The supplement arrangement 30 further comprises a drawer holder 304 provided at the puzzle board 10 to retain the puzzle drawers 32 in the drawer cavities 31 respectively.  In this embodiment, the drawer holder 304 comprises a first magnetic element 331 provided at an inner wall of the drawer cavity 31 and a second magnetic element 332 provided at the puzzle drawer 32 to magnetically attract with the first magnetic element 331 so as to retain the puzzle drawer 32 in the drawer cavity 31.  Due to the magnetically attracting force between the first and second magnetic elements 331, 332, the puzzle drawers 32 are held within the drawer cavities 31 respectively to prevent the puzzle drawer 32 being slid out of the drawer cavity 31 accidentally or unintentionally when moving the puzzle board 10 on the playing place.  When a pulling force is applied at one of the puzzle drawers 32 to overcome the magnetically attracting force, the puzzle drawer 32 can be pulled and slid out of the drawer cavity 31.

[0098]    In this embodiment, the first extending wall 51 is integral with a periphery of the first main supporting wall 311 as a whole for forming a first monolithic portion 55. The first monolithic portion 55 comprises a first receiving space 103 for fixing and receiving the fixing portion 102 of the puzzle board 10. The second extending wall 52 is integral with a periphery of the second main supporting wall 312 as a whole for forming a second monolithic portion 56. The second monolithic portion 56 comprises a second receiving space 104 for fixing and receiving the fixing portion 102 of the puzzle board 10. Optionally, a first monolithic portion further comprises a first fixing space positioned below the first receiving space and formed on the first main supporting wall for fixing and receiving one ends of the first and second inner supporting walls, respectively. A second monolithic portion further comprises a second fixing space positioned below the second receiving space and formed on the second main supporting wall for fixing and receiving another ends of the first and second inner supporting walls. When assembled, one ends of the first and second inner supporting walls are inserted into the first fixing space and are not exposed from the first main supporting wall of the first monolithic portion. Another ends of the first and second inner supporting walls are inserted into the second fixing space and are not exposed from the second main supporting wall of the second monolithic portion. The first receiving space is parallel to the first fixing space. The second receiving space is parallel to the second fixing space.

JA0152

[0099] Therefore, the combination of the first extending wall 51, the puzzle board 10 and the first main supporting wall 311 is stable and reliable. The combination of the second extending wall 52, the puzzle board 10 and the second main supporting wall 312 is stable and reliable. The combination of first and second inner supporting walls 315, 316 and the first and second main supporting wall 311, 312 is stable and reliable. The side of the fixing portion 102 is accommodated in the first and second receiving spaces 103, 104, which is not exposed from the first and second monolithic portions 55, 56, thus can avoid the puzzle board 10 being removed from the restricting wall 50 and the first and second main supporting walls 311,312 under larger exterior impact, or under the condition of failure in gluing. The third extending wall 53 is directly stacked on the fixing portion 102 of the puzzle board 10 and the fourth extending wall 54 is directly stacked on the fixing portion 102 of the puzzle board 10. The third and fourth extending walls are stacked on the fixing portion 102 of the puzzle board 10 by suitable chemical or mechanical methods such as but not limited to glue or wood screws, respectively. When assembled, the side of the fixing portion 102 is exposed out of the third and fourth extending walls 53, 54, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency.

[00100] Referring to Fig. 5, each of extending walls comprises an inner surface 57, an outer surface 58 opposite to the inner surface 57, and a pair of side surfaces 59 connecting the inner and outer surfaces 57, 58. The side surface of one extending wall is engaged with the inner surface of the adjacent extending wall. Particularly, the side surface of the third and fourth extending walls are engaged with the inner surface of the adjacent first and second extending walls, respectively. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent extending wall. The third extending wall 53 comprises a third extending body 531 and a pair of third fastening portions 532 projecting from two ends of the third extending body 531 and inserted and fixed in the first and second receiving spaces 103, 104 for improving the structural strength of the movable puzzle platform 1. The fourth extending wall 54 comprises a fourth extending body 541 and a pair of fourth fastening portions 542 projecting from two ends of the fourth extending body 541 and inserted and fixed in the first and second receiving spaces 103, 104 for improving the structural strength of the movable puzzle platform 1. Optionally, a fastening portion may be provided on the longitudinal extending wall and a receiving space may be provided on the lateral extending wall for receiving and fixing the fastening portion.

JA0153

[00101] The first extending wall 51 and/or the first main supporting wall 311 are/is made of plastic, wood, or metal. When the first extending wall 51 is made of plastic by molding, the first main supporting wall 311 is preferred to be integrally molded on the first extending wall 51 as a whole. When the first extending wall 51 is made of metal by stamping, the first main supporting wall 311 is preferred to be integrally molded on the first extending wall 51 as a whole. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of aluminum, the weight of the movable puzzle platform 1 can be reduced. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of stainless steel or tempered steel, the structural strength of the movable puzzle platform 1 can be improved. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of plastic or wood, the manufacturing cost of the movable puzzle platform 1 can be reduced. The second extending wall 52 has the same structure as the first extending wall 51 and the second main supporting wall 312 has the same structure as the first main supporting wall 311.

[00102] The base 40 is assembled with the supporting portion 301 of the supplement arrangement 30 for supporting the movable puzzle platform 1 on the playing place such as a table surface, a wall surface, a floor surface, and the like or even a support frame for supporting the movable puzzle platform 1 on ground. The base 40 is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and covering the supporting portion 301. In this embodiment, the bottom panel 321 of each of the puzzle drawer 32 is mounted on the base 40 and slid on the base 40 directly. So, the base is configured not only holding the puzzle drawer 32 and preventing the puzzle drawer 32 from falling off the supporting portion 301, but also for allowing each of the puzzle drawer 32 to be slid in-and-out of the corresponding drawer cavity 31. The base 40 is stacked on the supporting portion 301 by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Optionally, a base is integral with at least a part of the supporting portion of the supplement arrangement as a whole for forming a stable and reliable structure.

[00103] As shown in Fig. 2, the puzzle board 10 further comprises an anti-slipping layer 14 overlappedly provided on the playing surface 11 for preventing the puzzle pieces 100 being slipped thereon. Preferably, the anti-slipping layer 14 has a self adhesive bottom surface adhered on the playing surface 11, wherein the anti-slipping layer 14 can be removed from the playing surface 11 without damaging the playing surface 11 and the anti-slipping layer 14. Therefore, the anti-slipping layer 14 is reusable to place on the playing surface 11. Furthermore, the anti-slipping

JA0154

layer 14 serves as a backing layer of the puzzle pieces 100 after the puzzle pieces 100 are assembled.

[00104] It is appreciated that electronic puzzle game is provided as software or APP that the user or player can play the puzzle game with a display such as a TV screen, LED screen or computer monitor. However, the player may generally use a smaller screen to play because a relatively larger screen such as 50" or more TV screen supported on a playing surface is difficult for the player to reach all sizes of the screen. In one alternative embodiment, the puzzle board 10 can be embodied as an electronic screen, such as a TV display or LED screen, and the playing surface 11 is the screen surface that serves as puzzle floor for the player to select and put puzzle piece images together, wherein the rotating assembly 20 is mounted to the bottom of the electronic board assembly 90 for allowing the electronic board assembly 90 to smoothly slide on the playing place that provides accessibility for moving the electronic board assembly 90 at different planar directions with respect to the playing place.

[00105] As shown in Figs 2, 9 and 13-15, the rotating assembly 20 comprises a first moving member 21 coupled at the base 40 and a second moving member 22 rotatably coupled to the first moving member 21. It is worth mentioning that the rotating assembly 20 is preferred to be coupled coaxially with a center of gravity of the board assembly 90, for example at a center portion of the board assembly 90, such that the board assembly 90 can be moved on the playing place in a balancing manner.

[00106] According to this embodiment of the present invention, the board assembly 90 is adapted for being self-rotated 360º on the playing place via a rotation movement between the first and second moving members 21, 22. In other words, the user is able to selectively rotate the board assembly 90 from one longitudinal side to another opposed longitudinal side or to any one of the shorter transverse sides without walking around the board assembly 90. For example, the user is able to assemble one puzzle piece 100 at one side of the board assembly 90 and to rotate the board assembly 90 at 180º in order to assembly another puzzle piece 100 at an opposed side of the board assembly 90, so as to speed up the assembling time of the puzzle pieces 100. It should be understood that a rotating angle of the puzzle board 10 can be adjusted to be smaller than 360º.

[00107] In this embodiment, the rotating assembly 20 is detachably coupled at the base 40. As shown in Fig. 2, 9 and 13-15, the rotating assembly 20 comprises a plurality of coupling members 25 extended from the first moving member 21 to detachably couple at the base 40. Preferably, the coupling members 25 are integrally extended from an inner circumferential surface of the first ring

JA0155

member, i.e. the first moving member 21, wherein each of the coupling members 25 has a coupling slot formed thereon to detachably couple at the base 40 by inserting screws through the coupling slot to the base 40. It is worth mentioning that a plurality of screw holes are formed at the base 40, such that the screws can engage with the screw holes through the coupling slot to couple the rotating assembly 20 at the base 40.

[00108] The rotating assembly 20 further comprises a second bearing unit 24 provided at a bottom side of the second moving member 22 for sliding the puzzle board 10 on the playing surface at different planar directions via the second moving member 22. Via the second bearing unit 24 at the second moving member 22, the puzzle board 10 is able to selectively slide on the playing place at any direction with respect to the XY coordinate surface. Via the first bearing unit 23, the puzzle board 10 is able to selectively rotate on the playing surface with respect to XY coordinate surface. In other words, the puzzle board 10 is able to freely move at XY coordinate surface, so as to adjust the planer angle of the puzzle board 10 with respect to the user conveniently.

[00109] Alternatively, as shown in Fig. 14, the rotating assembly 20 further comprises one or more first coupling elements 25A spacedly provided on the base 40, and one or more second coupling elements 26A spacedly provided at the first moving member 21 to detachably couple the first coupling elements 25A so as to detachably couple the rotating assembly 20 at the base 40. Preferably, the first and second coupling elements 25A, 26A are magnetic elements adapted for magnetically attracting with each other. The first coupling elements 25A are aligned in a ring shaped on the base 40. The second coupling elements 26A are provided on a playing surface of the first ring member, i.e. the first moving member 21, wherein the first and second coupling elements 25A, 26A are aligned with each other and are magnetically attracted with each other to detachably couple the rotating assembly 20 at the base 40.

[00110] The rotating assembly 20 is coupled with the base 40 and made of plastic or metal and so on. In this embodiment, the first and second moving members 21, 22 are first and second ring members respectively coaxially engaged with each other. In other words, a diameter of the first moving member 21 is smaller than a diameter of the second moving member 22. The rotating assembly 20 further comprises a first bearing unit 23 coupled between the first and second moving members 21, 22, such that when the first moving member 21, i.e. the first ring member, is rotated within the second moving member 22, i.e. the second ring member, the board assembly 90 is self-rotated 360º on the playing place. Particularly, an outer circumferential surface of the first moving member 21 is engaged with an inner circumferential surface of the second moving member 22 via

JA0156

the first bearing unit 23 to enable the second moving member 22 being coaxially rotated with respect to the first moving member 21.

[00111] The rotating assembly 20 further comprises a plurality of friction pads 28 intervally attached on the second moving member 22 for enhancing relative friction between the second moving member 22 and the playing place and ensuring the position of the movable puzzle platform 1, so that the board assembly 90 is in rotatable state. The rotating assembly with friction pads is easy to conveniently control the board assembly compared with castors or other similar swivel-type wheels attached on the board assembly.

[00112] Figs. 16-19 show a movable puzzle platform 1a of a second embodiment of the present invention. A movable puzzle platform 1a according to the second embodiment of the present invention is illustrated, wherein the movable puzzle platform 1a is arranged for a user or a player to assemble a plurality of puzzle pieces 100a thereon. Accordingly, the movable puzzle platform 1a comprises a board assembly 90a and a rotating assembly 20a attached on the board assembly 90a. The board assembly 90a comprises a puzzle board 10a, a supplement arrangement 30a attached on the puzzle board 10a, a base 40a attached on the supplement arrangement 30a, and a restricting wall 50a upwardly extended from a peripheral edge of the puzzle board 10a.

[00113] The second embodiment is similar to the first embodiment of the present invention except that: (1) The restricting wall 50a is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board 10a can be omitted, so the restricting wall 50a is an unclosed structure for forming a surrounding opening 501a. (2) Two longitudinal cavities can be omitted. The supplement arrangement 30a has four lateral drawer cavities 302a and four puzzle drawers 32a received in the corresponding drawer cavity 302a.

[00114] In this embodiment, the restricting wall 50a is substantially perpendicular to the puzzle board 10a and comprises a first extending wall 51a mounted on the puzzle board 10a and arranged in the longitudinal direction X, a second extending wall 52a mounted on the puzzle board 10a and spaced apart from the first extending wall 51a, and a third extending wall 53a mounted on the puzzle board 10a and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51a, 52a. The first and second extending walls 51a, 52a are parallel to each other in the longitudinal direction X. The surrounding opening 501a is configured for providing comfort for the player's arm while using the board assembly 90a while seated at the surrounding opening 501a. The assembled puzzle pieces 100 can be removed out completely via the

JA0157

surrounding opening 501a. It is optional that any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all the extending walls can be omitted. The restricting wall 50a can be easily disassembled and reassembled from the puzzle board 10a.

[00115] Figs. 20-22 show a movable puzzle platform 1b of a third embodiment of the present invention. A movable puzzle platform 1b according to the third embodiment of the present invention is illustrated, wherein the movable puzzle platform 1b comprises a puzzle board 10b, a rotating assembly 20b attached on the puzzle board 10b, a supplement arrangement 30b attached on the puzzle board 10b, a base 40b attached on the supplement arrangement 30b, and a restricting wall 50b upwardly extended from a peripheral edge of the puzzle board 10b.

[00116] The third embodiment is similar to the first embodiment of the present invention except that the restricting wall 50b is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board can be omitted, so the restricting wall 50b is an unclosed structure for forming a surrounding opening 501b. In this embodiment, the restricting wall 50b is substantially perpendicular to the puzzle board 10b and comprises a first extending wall 51b mounted on the puzzle board 10b and arranged in the longitudinal direction X, a second extending wall 52b mounted on the puzzle board 10b and spaced apart from the first extending wall 51b, and a third extending wall 53 mounted on the puzzle board 10b and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51b, 52b. The first and second extending walls 51b, 52b are parallel to each other in the longitudinal direction X. The surrounding opening 501a is configured for the convenience of the player's arm is supported directly on the puzzle board 10. Optionally, any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all extending walls can be omitted.

[00117] Figs. 23-36 show a movable puzzle platform 1d of a fourth embodiment of the present invention comprises a board assembly 90d and a rotating assembly 20d attached on the board assembly 90d. The board assembly 90d comprises a puzzle board 10d, a supplement arrangement 30d attached on the puzzle board 10d, and a restricting wall 50d upwardly extended from a peripheral edge of the puzzle board 10d. The puzzle board 10d comprises a puzzle plate 101d with a bottom surface 12d for playing the puzzle pieces 100d thereon. The supplement arrangement 30d comprises at least one puzzle drawer 32d, at least one drawer cavity 31d for receiving the corresponding puzzle drawer 32d, and a supporting portion 301d connected with the bottom surface 12d of the puzzle plate 101d for forming the drawer cavity 31d.

JA0158

[00118]   The four embodiment is similar to the first embodiment of the present invention except that the movable puzzle platform 1d further comprises a complementary conformation 80d provided between the puzzle drawer 32d and the corresponding supporting portion 301d for holding the puzzle drawer 32d and preventing the puzzle drawer 32d from falling off the supporting portion 301d, so a base can be omitted and the rotating assembly 20d is directly attached on the supplement arrangement 30d. Each of the puzzle drawer 32d comprises a rectangular bottom panel 321d slidably received in the corresponding drawer cavity 31d and a pair of side panels 324d extending from the bottom panel 321d. The complementary conformation 80d comprises a pair of engaging portions 326d extending outwardly from a pair of side panels 324d towards the corresponding supporting portion 301d and a pair of engaging slots 305d provided on the corresponding supporting portion 301d for receiving the corresponding engaging portions 326d. In usage state, each of the engaging portions 326d is configured for smoothly sliding in the corresponding engaging slot 305d. The extending direction of the slots 305d is parallel to that of the corresponding supporting portion 301d.

[00119]   The supporting portion 301d further comprises a pair of main supporting walls 311d, a first inner supporting portions 315d attached on the bottom surface 12d of the puzzle board 10d along the lateral direction Y and positioned between the pair of main supporting walls 311d, and a second inner supporting wall 316d attached on the bottom surface 12d of the puzzle board 10d along the lateral direction Y, a first dividing supporting wall 313d attached on the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and extending from the first inner supporting portion 315d away from the second inner supporting wall 316d, a second dividing supporting wall 314d attached on the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and extending from the second inner supporting portion 316d away from the first inner supporting wall 315d, a third dividing supporting wall 317d extending from the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and connected with the first and second inner supporting walls 315d, 316d and a fourth dividing supporting wall 318d extending from the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and connected with the first and second inner supporting walls 315d, 316d. An outer diameter of the rotating assembly 20d is greater than a distance from the first inner supporting wall 315d to the second inner supporting wall 316d. The rotating assembly 20d is connected with the first and second inner supporting portions 315d, 316d and the first through fourth dividing supporting walls 313d, 314d, 317d, 318d, respectively. The first and second inner supporting walls 315d, 316d are exposed from the main supporting walls 311d, respectively. Optionally, each of engaging slots is

JA0159

long enough to retain a corresponding supporting portion therein so as to improve the structural strength of a movable puzzle platform, such that an inner supporting wall is able to be inserted into the corresponding engaging slot of the main supporting wall or the dividing supporting wall is able to be inserted into the corresponding engaging slot of the inner supporting wall.

[00120] The rotating assembly 20d comprises a first moving member 21d coupled at the supporting portion 301d of the supplement arrangement 30d, a second moving member 22d rotatably coupled to the first moving member 21d, and a bearing unit 23d coupled between the first and second moving members 21d, 22d. The bearing unit 23d is constructed to have a holding ring 231d and a plurality of ball bearings 232d spacedly retained at the holding ring 231d in a rotatable manner, such that when the holding ring 231d is coaxially held between the first and second moving members 21d, 22d, the ball bearings 232d are rotatably sandwiched between the first and second moving members 21d, 22d so as to enable the first and second moving members 21d, 22d being coaxially moved with each other. In this embodiment, the first moving member 21d is rotatably and mounted to the second moving member 22d by the bearing unit 23d, thereby enabling the puzzle board 10d to be self-rotated on the playing place. In one embodiment, a ratio of an inner diameter of the first moving member to an outer diameter of the first moving member is in a range of 0.95 to 0.5, a ratio of an inner diameter of the second moving member to an outer diameter of the second moving member is in a range of 0.95 to 0.5.

[00121] The first moving member 21d comprises a flat first middle portion 211d, a first projecting portion 212d extending from the center of the first middle portion 211d toward the second moving member 22d, a first rolling surface 213d provided on the first projecting portion 212d for directly engaging with the ball bearings 232d, a pair of first engaging wall 214d extending from the first middle portion 211d and spaced apart from the first projecting portion 212d and a first engaging body 215d projecting from the first engaging wall 214d toward the second moving member 22d. The second moving member 22d comprises a flat second middle portion 221d, a second projecting portion 222d extending from the center of the second middle portion 221d toward the first moving member 21d, a second rolling surface 223d provided on the second projecting portion 221d for engaging with the ball bearings 232d, a pair of second engaging wall 224d extending from the second middle portion 221d and spaced apart from the second projecting portion 222d and a second engaging body 225d projecting from the second engaging wall 224d and constantly engaged with the first engaging body 215d to enable the second moving member 22 being coaxially rotated with respect to the first moving member 21. The first and second rolling surfaces 213d,223d may be a ring-shaped groove. Optionally, the first and second rolling surfaces can be omitted. Ball bearings

JA0160

are engaged with a first projecting portion and a second projecting portion directly. The rotating assembly 20 further comprises a plurality of friction pads 28d intervally attached on the second moving member 22 and/or the first moving member 21 for enhancing relative friction between the second moving member 22 and the playing place and/or the board assembly 90 and the first moving member 21 and ensuring the position of the movable puzzle platform 1d, so that the board assembly 90 is in rotatable state.

[00122] The holding ring 231d is a substantially flat ring, which is a whole entirety ring and indivisible, and comprises a retaining ring 26d having a diameter generally equal to the circular first and second rolling surfaces 213d, 223d, a plurality of retaining base 24d intervally and integrally protruded on one side of the retaining ring 26d and a plurality of retaining holes 25d drilled completely through the corresponding retaining base 24d for the plurality of ball bearings 232d being rotatably retained therein respectively. Each of the retaining holes 25d comprises a pair of locking openings 251d spaced apart from each other and a connecting hole 252d integrally and smoothly connected with the pair of locking openings 251d and coaxial with respect to the locking openings 251d. An upper surface of the retaining holes 25d is coplanar with that of the retaining ring 26d. Diameters of the locking openings 251d are slightly smaller than that of the ball bearings 232d so as to lock the plurality of ball bearings 232d in position respectively while allowing the plurality of ball bearings 232d in a free rolling manner. The connecting hole 252d is slightly greater than of ball bearings 232d for receiving the ball bearings 232d in a rollable manner. In this embodiment, a side edge of the retaining ring 26d is aligned with that of the first and second projecting portions 212d, 222d, respectively.

[00123] Figs. 37-47 show a movable puzzle platform 1e of a fifth embodiment of the present invention comprises a board assembly 90e and a rotating assembly 20e attached on the board assembly 90e. The board assembly 90e comprises a puzzle board 10e, a supplement arrangement 30e attached on the puzzle board 10e, and a restricting wall 50e upwardly extended from a peripheral edge of the puzzle board 10e.

[00124] The supplement arrangement 30e comprises a supporting portion 301e connected with a bottom surface 12e of the puzzle board 10e for forming at least one drawer cavity 31e and at least one puzzle drawer 32e received in the corresponding drawer cavity 31e. The supporting portion 301e comprises a first main supporting wall 311e attached on the bottom surface 12e of the puzzle board 10e along the longitudinal direction X, a second main supporting wall 312e attached on the bottom surface 12e of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311e, a first dividing supporting wall 313e attached on the bottom

JA0161

surface 121e of the puzzle board 10e along the longitudinal direction X and disposed between the first and second main supporting walls 311e, 312e, a second dividing supporting wall 314e attached on the bottom surface 12e of the puzzle board 10e along the longitudinal direction X and disposed between the first and second main supporting walls 311e, 312e, a first inner supporting wall 315e attached on the bottom surface 12e of the puzzle board 10e along the lateral direction Y and connected with the first and second main supporting walls 311e, 312e, and a second inner supporting wall 316e attached on the bottom surface 12e of the puzzle board 10e along the lateral direction Y and connected with the first and second main supporting walls 311e, 312e. The first and second dividing supporting walls 313e, 314e are spaced apart from each other. The first and second inner supporting walls 315e, 316e are spaced apart from each other and disposed parallel to each other for forming a supporting space 319e. The first and second dividing supporting walls 313e, 314e and the first and second main supporting walls 311e, 312e are disposed parallel to each other. The first dividing supporting wall 313e connects with the first inner supporting wall 315e and the second dividing supporting wall 314e connects with the second inner supporting wall 316e.

[00125] The movable puzzle platform 1e further comprises a kickstand 15 pivotally coupled at the board assembly 90e. The kickstand 15 is manufactured from a suitable durable material such as wood, plastic, fiberglass or metal. In this embodiment, the kickstand 15 is collapsible and pivotally coupled at the supplement arrangement 30e. Particularly, one end of the kickstand 15 is pivotally coupled at the supplement arrangement 30e while a free end of the kickstand 15 is adapted to pivotally fold from the puzzle board 10e to support on a playing place. Therefore, when the kickstand 15 is pivotally folded on the puzzle board 10e, the board assembly 90e is movable on the playing place via the rotating assembly 20e. In another words, in open position, the kickstand 15 is pivotally folded for supporting on the playing place and the puzzle board 10e is inclined and supported on the playing place. The open position is the desired position for the user of the movable puzzle platform 1e during the assembly process. In closed position, the kickstand 15 is pivotally received in the supporting space 319e of the supporting portion 301e and substantially parallel to the board assembly 90e. This position is desirable for storage, movement and transportation of the movable puzzle platform 1e. The kickstand 15 having a generally H-shaped and comprises a first supporting arm 151 pivotally coupled at the first inner supporting wall 315e, a second supporting arm 152 parallel to the first supporting arm 151 and pivotally coupled at the second inner supporting wall 316e, at least one fastening arm 153 detachably connected with the first and second supporting arms 151, 152. Each of the supporting arms 151, 152 is capable of detachably fastening to the corresponding inner supporting walls 315e, 316e. An extending

JA0162

direction of the first supporting arm 151 is different from that of the fastening arm 153. Optionally, when a board assembly of a movable puzzle platform further comprise a base, a kickstand may pivotally coupled at the base directly.

[00126] The supporting portion 30 further comprises a third dividing supporting wall 317e extending from the bottom surface 12d of the puzzle board 10e along the longitudinal direction X and connected with the first and second inner supporting walls 315e, 316e and a fourth dividing supporting wall 318e extending from the bottom surface 12e of the puzzle board 10e along the longitudinal direction X and connected with the first and second inner supporting walls 315e, 316e. The supporting space 319e is formed by the first and second inner supporting walls 315e, 316e and the third and fourth dividing supporting walls 317e, 318e. Optionally, the first and second supporting arms may pivotally couple at the third or fourth dividing supporting wall.

[00127] In this embodiment, the rotating assembly 20e is coupled with the kickstand 15 and comprises a first moving member 21e coupled at the kickstand 40e and a second moving member 22e rotatably coupled to the first moving member 21e. It is worth mentioning that the rotating assembly 20e is preferred to be coupled coaxially with a center of gravity of the board assembly 90e, such that the puzzle board 10e can be moved on the playing place in a balancing manner. The rotating assembly 20e further comprises a plurality of ball bearings 23e rotatably sandwiched between the first and second moving members 21e, 22e, such that when the first moving member 21e is rotated within the second moving member 22e, the board assembly 90e is self-rotated 360° on the playing place.

[00128] The first moving member 21e comprises a first middle portion 211e, an inclining portion 212e extending downwardly from the periphery of the first middle portion 211e and surrounding the first middle portion 211e for avoiding the first moving member 21e colliding with the puzzle board 10e of the board assembly 90e, a first projecting portion 213e extending upwardly from the periphery of the inclining portion 212e and surrounding the inclining portion 212e, and an edge portion 214e extending the periphery of the first projecting portion 213e and away from the first middle portion 211e. The second moving member 22e comprises a second middle portion 221e, a second projecting portion 223e extending downwardly from the periphery of the second middle portion 212e away from the first projecting portion 213e, and a bending portion 224e bent upward from the periphery of the second projecting portion 213e for forming an accommodating space 225e for receiving the edge portion 214e. The bending portion 224e is unconnected with the edge portion 214e for forming a rotating gap 226e to enable the second moving member 22 being coaxially rotated with respect to the first moving member 21 and preventing the first moving

JA0163

member 21e detaching from the second moving member 22e. The accommodating space 225e cooperated with the rotating gap 226e is configured to supply sufficient rotating space for the edge portion 214e of the first moving member 21e. The first moving member 21e and a second moving member 22e is substantially circular platy shape. The first moving member 21e further comprises a first through hole 210e provide on the first middle portion 211e for greatly reducing material cost. The second moving member 22e further comprises a second through hole 220e provide on the second middle portion 221e for greatly reducing material cost. The rotating assembly 20e is made of aluminum, stainless steel by metal stamping techniques. Optionally, a bending portion is connected with the edge portion as long as a second moving member is coaxially rotated with respect to a first moving member and preventing the first moving member detaching from the second moving member.

[00129] In order to completely open the kickstand 15 from the puzzle board 10e and avoid the rotating assembly 20e colliding with the puzzle board 10e, an outer diameter D1 of the rotating assembly 20e is slightly smaller than lengths H1 of the supporting arms 151, 152. In order to receive the kickstand 15, a length of the supporting space 319e is not smaller than a distance between the supporting arms 151, 152.

[00130] The first and second projecting portions 213e, 223e are spaced apart from each other for forming a holding space 227e. The plurality of ball bearings 23e retained at the holding space 227e in a rotatable manner, such that when the ball bearings 23e are rotatably sandwiched between the first and second moving members 21e, 22e, so as to enable the first and second moving members 21e, 22e being coaxially moved with each other. An inner circumferential surface of the first moving member 21e is engaged with an inner circumferential surface of the second moving member 22e via the ball bearings 23e to enable the second moving member 22e being coaxially rotated with respect to the first moving member 21e. In usage state, referring to Figs. 46-47, adjacent ball bearings 23e may be engaged with each other or spaced apart from each other as long as the ball bearings 23e are in constantly contact with a top inner surface of the first projecting portion 213e and the bottom inner surface of the second projecting portion 223e to effectively enable the first and second moving members 21e, 22e being coaxially moved with each other.

[00131] The rotating assembly 20e further comprises a plurality of friction pads 28e intervally attached on the second moving member 22e and/or the first moving member 21e for enhancing relative friction between the second moving member 22e and the playing place and/or the board assembly 90e and the first moving member 21e and ensuring the position of the movable puzzle platform 1e, so that the board assembly 90e is in rotatable state.

JA0164

[00132]  Figs. 48-50 show a movable puzzle platform 1c of a sixth embodiment of the present invention comprises a board assembly 90g, a kickstand 15g pivotally coupled at the board assembly 90g and a rotating assembly 20g attached on the kickstand 15g. The board assembly 90g comprises a puzzle board 10g, a supplement arrangement 30g attached on the puzzle board 10e, and a restricting wall 50g upwardly extended from a peripheral edge of the puzzle board 10g. The sixth embodiment is similar to the fifth embodiment of the present invention except that: the board assembly 90g further comprises a base 40g. The base 40g comprises a base portion 401g covered on the supplement arrangement 30g and a base opening 402g surrounded by the base portion 401g and provided in a center of the base 40g for avoiding the kickstand 15g colliding with the base portion 401g.

[00133]  Figs. 51-57 show a movable puzzle platform 1f of a seventh embodiment of the present invention, wherein the movable puzzle platform 1f is arranged for a user or a player to assemble a plurality of puzzle pieces 100f thereon. The movable puzzle platform 1f comprises a board assembly 90f and a rotating assembly 20f attached on the board assembly 90f. The board assembly 90f comprises a puzzle board 10f, a supplement arrangement 30f attached on the puzzle board 10f, and a restricting wall 50f upwardly extended from the puzzle board 10f.  The puzzle board 10f comprises a puzzle plate 101f and a fixing portion 102f extending from the edge of the puzzle plate 101f. The puzzle plate 101f comprises a flat playing surface 11f and a bottom surface 12f opposite to the playing surface 11f. The puzzle board 10f is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

[00134]  In this embodiment, the restricting wall 50f is substantially perpendicular to the puzzle board 10f and is generally four-piece type. The restricting wall 50f comprises a first extending wall 51f mounted on the fixing portion 102f and arranged in the longitudinal direction X, a second extending wall 52f mounted on the fixing portion 102f and spaced apart from the first extending wall 51f, a third extending wall 53f mounted on the fixing portion 102f and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51f, 52f, and a fourth extending wall 54f mounted on the fixing portion 102f and spaced apart from the third extending wall 53f for connected with the adjacent first and second extending walls 51f, 52f. The first and second extending walls 51f, 52f are parallel to each other in the longitudinal direction X. The third and fourth extending walls 53f, 54f are parallel to each other in the lateral direction Y. The restricting wall 50f is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces 100f off the puzzle plate 1f.

JA0165

[00135] The supplement arrangement 30f comprises a supporting portion 301f connected with the bottom surface 12f of the puzzle plate 101f for forming at least one drawer cavity 31f and at least one puzzle drawer 32f received in the corresponding drawer cavity 31f. The supporting portion 301f comprises a first main supporting wall 311f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X, a second main supporting wall 312f attached on the bottom surface 12f of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311f, a first dividing supporting wall 313f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and disposed between the first and second main supporting walls 311f, 312f, a second dividing supporting wall 314f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and disposed between the first and second main supporting walls 311f, 312f, a first inner supporting wall 315f attached on the bottom surface 12f of the puzzle board 10f along the lateral direction Y and connected with the first and second main supporting walls 311f, 312f, and a second inner supporting wall 316f attached on the bottom surface 12f of the puzzle board 10f along the lateral direction Y and connected with the first and second main supporting walls 311f, 312f. The first and second dividing supporting walls 313f, 314f are spaced apart from each other. The first and second inner supporting walls 315f, 316f are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls 313f, 314f and the first and second main supporting walls 311f, 312f are disposed parallel to each other. The first dividing supporting wall 313f connects with the first inner supporting wall 315f and the second dividing supporting wall 314f connects with the second inner supporting wall 316f.

[00136] The restricting wall 50f and the fixing portion 102f of the puzzle board 10f are successively stacked on the supporting portion 301f by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Particularly, the first extending wall 51f and the fixing portion 102f of the puzzle board 10f are successively stacked on the first main supporting wall 311f. The second extending wall 52f and the fixing portion 102f of the puzzle board 10f are successively stacked on the second main supporting wall 312f. The third extending wall 53f is directly stacked on the fixing portion 102f of the puzzle board 10f and the fourth extending wall 54f is directly stacked on the fixing portion 102f of the puzzle board 10f. When assembled, the side of the fixing portion 102f is exposed out of the first through fourth restricting walls 51f-54f and the first and second main supporting wall 311f, 312f, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency. Each of extending walls comprises an inner surface 57f, an outer surface 58f opposite to the inner surface 57f, and a pair

JA0166

of side surfaces 59f connecting the inner and outer surfaces 57f, 58f. The side surface of the extending wall is engaged with the side surface of the adjacent extending wall. Particularly, the side surface of the first and second extending walls 51f, 52f are engaged with the side surface of the adjacent third and fourth extending walls 53f, 54f, respectively.

[00137] The base 40f is stacked on the supporting portion 301f of the supplement arrangement 30 by glue. The base 40f is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and coving the supporting portion 301. In this embodiment, the rotating assembly 20 is directly mounted on the base 40f. Each of the puzzle drawer 32d comprises a rectangular bottom panel 321d slidably received in the corresponding drawer cavity 31d and slid on the base 40 directly.

[00138] Figs. 58-62 show a movable puzzle platform 1h of an eighth embodiment of the present invention, wherein the movable puzzle platform 1h is arranged for a user or a player to assemble a plurality of puzzle pieces 100h thereon. The movable puzzle platform 1h comprises a board assembly 90h, a kickstand 15h pivotally coupled at the board assembly 90h and a rotating assembly 20h attached on the kickstand 15h. The board assembly 90h comprises a puzzle board 10h, a supplement arrangement 30h attached on the puzzle board 10h, and a restricting wall 50h upwardly extended from the puzzle board 10h. The puzzle board 10h comprises a puzzle plate 101h and a fixing portion 102h extending from the edge of the puzzle plate 101h. The puzzle plate 101h comprises a flat playing surface 11h and a bottom surface 12h opposite to the playing surface 11h. The puzzle board 10h is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

[00139] The supplement arrangement 30h comprises a supporting portion 301h connected with the bottom surface 12h of the puzzle plate 101h for forming at least one drawer cavity 31h and at least one puzzle drawer 32h received in the corresponding drawer cavity 31h. The base 40h comprises a plurality of holding portions 401h with same shape arranged on the corresponding supporting portion 301h and positioned spaced from each other. Each of the holding portions 401h is substantially strip-shaped and connected with the corresponding supporting portion 301h for form a L-shaped structure. Each of the puzzle drawer 32h is partly exposed from the corresponding holding portions 401h. The holding portions 401h are integral with the corresponding supporting portion 301h as a whole. It is optional that the plurality of holding portions of the base is detachably stacked on the corresponding supporting portion by glue. Each of the holding portions 401h is not only holding the puzzle drawer 32 and preventing the puzzle drawer 32 from falling off the

supporting portion, but also for allowing each of the puzzle drawer 32 to be slid thereon. Particularly, referring to Fig. 62, the plurality of holding portions 401h of the base 40h are integral with the corresponding supporting portion 301h and the restricting wall 50h as a whole.

[00140] Referring to Fig. 63, show a movable puzzle platform 1i of a ninth embodiment of the present invention. The ninth embodiment is similar to the fourth embodiment of the present invention except that an outer diameter of a rotating assembly 20i is smaller than a distance from a first inner supporting wall 315i to a second inner supporting wall 316i. A supporting portion further comprises at least one fixing arm 329i arranged between a third dividing supporting wall 317i and a fourth dividing supporting wall 318i. The rotating assembly 20i is connected with the fixing arm 329i and the third and fourth dividing supporting walls 317i, 318i, respectively.

[00141] Referring to Fig. 64, show a movable puzzle platform 1j of a tenth embodiment of the present invention. The tenth embodiment is similar to the fourth embodiment of the present invention except that a structure of rotating assembly 20j is similar to that of the fifth embodiment of the present invention.

[00142] Referring to Figs. 65-71, show a movable puzzle platform 1k of an eleventh embodiment of the present invention. The movable puzzle platform 1k comprises a board assembly 90k, a kickstand 15k pivotally coupled at the board assembly 90k and a rotating assembly 20k attached on the kickstand 15k. The board assembly 90k comprises a puzzle board 10k, a supplement arrangement 30k attached on the puzzle board 10k, an extending wall 50k upwardly extended from a peripheral edge of the puzzle board 10k and a base 40k is stacked on and detachably fastened to the supplement arrangement 30k. The puzzle board 10k comprises a puzzle plate 101k and a fixing portion 102k extending from the edge of the puzzle plate 101k. The puzzle board 10K is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

[00143] The supplement arrangement 30k comprises at least one puzzle drawer 32k, at least one drawer cavity 31k for receiving the corresponding puzzle drawer 32k, and a supporting portion 301k connected with the bottom surface 12k of the puzzle plate 101k for forming the drawer cavity 31k. The movable puzzle platform 1k further comprises a complementary conformation 80k provided between the puzzle drawer 32k and the corresponding supporting portion 301k for holding the puzzle drawer 32k and preventing the puzzle drawer 32k from falling off the supporting portion 301k. Each of the puzzle drawer 32k comprises a rectangular bottom panel

JA0168

321k slidably received in the corresponding drawer cavity 31k and a pair of side panels 324k extending from the bottom panel 321k. The complementary conformation 80d comprises a pair of engaging slots 305k provided on the pair of side panels 324k, and a pair of engaging portions 326k extending outwardly from the corresponding supporting portion 301k for inserted into the corresponding engaging slots 305k. In usage state, each of the engaging slot 305k is configured for smoothly sliding in the corresponding engaging portions 326k. The extending direction of the slots 305k is parallel to that of the corresponding supporting portion 301k. Each of the engaging portions 326k is connected with the corresponding supporting portion 301k, directly.

[00144] The extending wall 50k is substantially perpendicular to the puzzle board 10k and comprises at least a pair of extending walls assembled edge-to-edge. Each of extending walls 50k comprises an inner surface 501k, an outer surface 502k opposite to the inner surface 501k, and a pair of side surface 503k connecting the inner and outer surfaces 501k, 502k. The side surface of the extending wall 503k is engaged with the inner surface 501k of the adjacent extending wall 50k. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent lateral extending wall.

[00145] In this embodiment, the extending wall 50k is integral with the corresponding supporting portion 301k as a whole for forming a monolithic portion 55k. The monolithic portion 55k comprises a receiving space 103k for fixing and receiving the fixing portion 102k of the puzzle board 10k.

[00146] Although the kickstand 15 is shown in the fifth embodiment to be generally H-shaped, those skilled in the art will recognize that numerous different shapes could be used in place of the H-shaped kickstand 15 to achieve the desired function as described herein. More specifically but not by way of limitation the kickstand 15 could be cylindrical, circular, square and so on. Referring to Figs. 72-73, a movable puzzle platform 1L comprises a puzzle board 10L, a supporting portion 301L supporting the puzzle board 10L, and a kickstand 15L attached on the supporting portion 301L. The kickstand 15L could be a planar plate with a rectangle shape and connected with the supporting portion 301L of the via a hinge 16L. Referring to Figs. 74-75, a movable puzzle platform 1M comprises a puzzle board 10M, a supporting portion 301M supporting the puzzle board 10M, and a kickstand 15M attached on the puzzle board 10M. The kickstand 15M could be a planar plate with a rectangle shape and connected with the puzzle board 10M of the via at least a pair of hinges 16M. Referring to Figs. 76-77, a movable puzzle platform 1N comprises a puzzle board 10N, a supporting portion 301N supporting the puzzle board 10N, and a kickstand 15N

JA0169

attached on the supporting portion 301N. The kickstand 15L could be substantially strip-shaped and connected with the supporting portion 301N of the via at least a hinge 16N.

[00147] The puzzle board is made of plastic, wood, or metal. When the puzzle board is made of plastic by molding, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. When the puzzle board is made of metal by stamping, the restricting wall is preferred to be integrally molded on the puzzle plate. Optionally, the restricting wall can be stacked on the puzzle plate and integrally welded to the puzzle plate as a whole. When the puzzle board is made of wood, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. If the puzzle board is made of aluminum, the weight of the puzzle board can be reduced. If the puzzle board is made of stainless steel or tempered steel, the structural strength of the puzzle board can be improved. If the puzzle board is made of plastic or wood, the manufacturing cost of the puzzle board can be reduced. It is worth mentioning that, the restricting wall and the puzzle plate can be secured together by threads, snap-fit, friction fit, etc., to fix the restricting wall on the puzzle plate. It is appreciated that the puzzle plate and the restricting wall can be made of different materials. The puzzle plate and the restricting wall may be fabricated in any desired manner, using any acceptable material.

[00148] In one application, as shown in Fig. 78, the movable puzzle platform of the present invention can be incorporated with the puzzle pieces 100 to form a puzzle game kit. Particularly, the area of the playing surface 11 matches with the area of the puzzle pieces 100 after the puzzle pieces 100 are assembled, such that the puzzle board 10 serves as a puzzle frame for framing the puzzle pieces 100 after the puzzle pieces 100 are assembled. Furthermore, the puzzle board 10 is constructed to have a plurality of supplement arrangement 30. Therefore, the supplement arrangement 30, the rotating assembly 20 and the puzzle pieces 100 are packed in a box. In order to play the puzzle pieces 100, the board panels can be assembled edge-to-edge to form the puzzle board 10. Then, the rotating assembly 20 can be coupled at the bottom side 11 of the puzzle board 10 to form the movable puzzle platform for the user to move the puzzle board 10 on the playing surface and to assemble the puzzle pieces 100 on the playing surface 11 of the puzzle board 10. Once the puzzle pieces 100 are completely assembled on the playing surface 11 of the puzzle board 10, the rotating assembly 20 can be detached from the bottom side 11 of the puzzle board 10, such that the puzzle board 10 forms the puzzle frame for framing the puzzle pieces 100.

JA0170

[00149] It will thus be seen that the objects of the present invention have been fully and effectively accomplished. The embodiments have been shown and described for the purposes of illustrating the functional and structural principles of the present invention and is subject to change without departure from such principles. Therefore, this invention includes all modifications encompassed within the spirit and scope of the following claims.

JA0171





Fig. 1

JA0172



Fig. 2

JA0173



Fig. 3

Fig. 4

JA0174



Fig. 5

JA0175



Fig. 6

JA0176



Fig.7

JA0177



Fig. 8

JA0178



Fig. 9

Fig. 10

JA0179



Fig. 11

JA0180



Fig. 12



Fig. 13

JA0181





Fig. 14

JA0182



Fig. 15



Fig. 16

JA0183



Fig. 17

Fig. 18

JA0184



Fig. 19

Fig. 20

14

JA0185



Fig. 21

Fig. 22

JA0186



Fig. 23

JA0187



Fig. 24

JA0188



Fig. 25

JA0189



Fig. 26

JA0190



Fig. 27

JA0191



Fig. 28

JA0192



Fig. 29

JA0193



Fig. 30



Fig. 31

23

JA0194



Fig. 32

JA0195



Fig. 33

JA0196



Fig. 34



Fig. 35

JA0197

I−I



Fig. 36

27

JA0198



Fig. 37

Fig. 38

28



Fig. 39

29

JA0200



Fig. 40

Fig. 41

JA0201



Fig. 42



Fig. 43

JA0202



Fig. 44

JA0203



Fig. 45

JA0204



E-E

20e

Fig. 46

34

JA0205



Fig. 47

JA0206



Fig. 48

Fig. 49

JA0207



Fig. 50

JA0208

1f

100f   51f

J

31f

32f

54f

40f   301f   102f   101f

10f

50f

102f

40f   312f

Fig. 51

38



Fig. 52



Fig. 53

JA0210



Fig. 54

Fig. 55

JA0211



Fig. 56



Fig. 57

JA0212



Fig.58

K—K

Fig.59

42

JA0213



Fig. 60



Fig. 61

JA0214



Fig. 62

Fig. 63

44

JA0215



Fig. 64



Fig. 65

JA0216



Fig. 66

JA0217



301k

326k

301k

301k

80k

324k

321k

324k

305k

Fig. 67

47

JA0218



50k

301k

326k

103k

55k

326k

40k

301k

Fig. 68

48



Fig. 69



Fig. 70

JA0220



Fig. 71



Fig.72

JA0221



Fig. 73

JA0222



Fig.74

JA0223



Fig. 75

JA0224



Fig. 76

54

JA0225



Fig. 77

JA0226



Fig. 78

JA0227

PTO/AIA/01 (06-12)
Approved for use through 06/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | Movable Puzzle Platform |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:  [x] The attached application, or

[ ] United States application or PCT international application number _____
filed on _____ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

### LEGAL NAME OF INVENTOR

Inventor: _____ Xiaoling Che _____    Date (Optional): 2024.5.31

Signature: _____ Xiaoling Che _____

Note: An application data sheet (PTO/AIA/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

JA0228

PTO/AIA/01 (06-12)
Approved for use through 06/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | Movable Puzzle Platform |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:  [x] The attached application, or

[ ] United States application or PCT international application number _____
filed on _____ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

### LEGAL NAME OF INVENTOR

Inventor: _____ Jinyan Duan _____   Date (Optional): 2024.05.31

Signature: _____ Jinyan Duan _____

Note: An application data sheet (PTO/AIA/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

JA0229

PTO/AIA/14 (01-22)
Approved for use through 06/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SUNYOO-24016-USPT |
|---|---|---|
| | Application Number | |

| Title of Invention | Movable Puzzle Platform |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor    1**                                                    [Remove]
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Xiaoling | | Che | |

**Residence Information (Select One)**  ○ US Residency  ● Non US Residency  ○ Active US Military Service

| City | Dangyang, Hubei | Country of Residence [i] | | CN |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | No. 049, Yuquanji Town, Yuquan Office |
|---|---|
| Address 2 | |
| City | Dangyang, Hubei | **State/Province** | |
| Postal Code | | **Country** [i] | CN |

**Inventor    2**                                                    [Remove]
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Jinyan | | Duan | |

**Residence Information (Select One)**  ○ US Residency  ● Non US Residency  ○ Active US Military Service

| City | Shenzhen, Guangdong | Country of Residence [i] | | CN |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 303, Building A4, Fuyong Huayuan, Bao'an District |
|---|---|
| Address 2 | |
| City | Shenzhen, Guangdong | **State/Province** | |
| Postal Code | | **Country** [i] | CN |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.                    [Add]

## Correspondence Information:

JA0230

PTO/AIA/14 (01-22)
Approved for use through 06/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | **Attorney Docket Number** | SUNYOO-24016-USPT |
|---|---|---|
| | **Application Number** | |

| Title of Invention | Movable Puzzle Platform |
|---|---|

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| **Customer Number** | 197464 | |
|---|---|---|
| **Email Address** | | [Add Email] [Remove Email] |

## Application Information:

| **Title of the Invention** | Movable Puzzle Platform | | |
|---|---|---|---|
| **Attorney Docket Number** | SUNYOO-24016-USPT | **Small Entity Status Claimed** | ☒ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | | **Suggested Figure for Publication (if any)** | |

### Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 197464 | | |

JA0231

PTO/AIA/14 (01-22)
Approved for use through 06/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SUNYOO-24016-USPT |
| | Application Number | |

| Title of Invention | Movable Puzzle Platform |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.

When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| --- | --- | --- | --- |
| | Continuation of | 18235896 | 2023-08-21 |
| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 18235896 | Continuation in part of | 17829359 | 2022-06-01 |
| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 18235416 | 2023-08-18 |
| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 18235416 | Continuation in part of | 17829359 | 2022-06-01 |
| Prior Application Status | Pending | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation in part of | 17829359 | 2022-06-01 |

| Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | Add |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

JA0232

PTO/AIA/14 (01-22)
Approved for use through 06/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SUNYOO-24016-USPT |
|---|---|---|
| | Application Number | |

| Title of Invention | Movable Puzzle Platform |
|---|---|

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| 202330364018.X | CN | 2023-06-13 | 5B80 |

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| 202111131554.1 | CN | 2021-09-26 | |

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| 202122334815.1 | CN | 2021-09-26 | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.

NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

JA0233

PTO/AIA/14 (01-22)
Approved for use through 06/30/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SUNYOO-24016-USPT |
|---|---|---|
|  | Application Number |  |

| Title of Invention | Movable Puzzle Platform |
|---|---|

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

JA0234

PTO/AIA/14 (01-22)
Approved for use through 08/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SUNYOO-24016-USPT |
|---|---|---|
| | Application Number | |

| Title of Invention | Movable Puzzle Platform |
|---|---|

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant    1**                                                                    Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

○ Assignee                        ○ Legal Representative under  35 U.S.C. 117                        ○ Joint Inventor

○ Person to whom the inventor is obligated to assign.                        ○ Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here.        ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Applicant:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | **State/Province** | |
|---|---|---|---|
| **Country** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.        Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

JA0235

PTO/AIA/14 (01-22)
Approved for use through 06/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | SUNYOO-24016-USPT |
|---|---|---|
| | Application Number | |

| Title of Invention | Movable Puzzle Platform |
|---|---|

## Assignee 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

[Remove]

If the Assignee or Non-Applicant Assignee is an Organization check here.   ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | **State/Province** | |
|---|---|---|---|
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.   [Add]

## Signature:

[Remove]

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Charles Ho/ | | | Date (YYYY-MM-DD) | 2024-06-07 |
|---|---|---|---|---|---|
| First Name | Charles | Last Name | Ho | Registration Number | 51,807 |

Additional Signature may be generated within this form by selecting the Add button.   [Add]

JA0236

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | SUNYOO-24016-USPT |
|---|---|---|
| | Application Number | |

| Title of Invention | Movable Puzzle Platform |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.2.13

JA0237

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

JA0238

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | |
| Filing Date | | |
| First Named Inventor | Xiaoling Che | |
| Art Unit | N/A | |
| Examiner Name | Not Yet Assigned | |
| Attorney Docket Number | SUNYOO-24016-USPT | |

**U.S.PATENTS**     Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 10419054 | B1 | 2019-09-17 | VanTassell et al. | |
| | 2 | 5533857 | A | 1996-07-09 | Ferrone, Rock A. | |
| | 3 | 4591161 | A | 1986-05-27 | Vanderhoof, John R. | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

**U.S.PATENT APPLICATION PUBLICATIONS**     Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20210170268 | A1 | 2021-06-10 | Malki, Fereniki | |
| | 2 | 20210170267 | A1 | 2021-06-10 | Malki, Fereniki | |
| | 3 | 20100101461 | A1 | 2010-04-29 | Brault et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

**FOREIGN PATENT DOCUMENTS**     Remove

JA0239

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | |
| | Filing Date | |
| | First Named Inventor | Xiaoling Che |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket  Number | SUNYOO-24016-USPT |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button [ Add ]

**NON-PATENT LITERATURE DOCUMENTS** [ Remove ]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button [ Add ]

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

JA0240

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | |
|---|---|---|
| | Filing Date | |
| | First Named Inventor | Xiaoling Che |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | SUNYOO-24016-USPT |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Charles Ho/ | Date (YYYY-MM-DD) | 2024-06-07 |
|---|---|---|---|
| Name/Print | Charles Ho | Registration Number | 51,807 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

JA0241

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

JA0242

**uspto** UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| 18/736,862 | 06/07/2024 12:21:42 PM Z ET | SUNYOO-24016-USPT |

## Title of Invention

Movable Puzzle Platform

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9431 | FILED BY | Nelson Poon |
| PATENT CENTER # | 65866827 | AUTHORIZED BY | Charles Ho |
| CUSTOMER # | 197464 | FILING DATE | - |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Xiaoling Che |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| CARD / 4707 | E202467C24075689 | Nelson Poon |

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 2202 | EACH CLAIM IN EXCESS OF 20 | 40.00 | 4 | 160.00 |
| 2830 | PROCESSING FEE, EXCEPT IN PROVISIONAL APPLICATIONS | 56.00 | 1 | 56.00 |
| 2817 | REQUEST FOR PRIORITIZED EXAMINATION | 1680.00 | 1 | 1680.00 |
| 2111 | UTILITY PATENT APPL. SEARCH FEE | 280.00 | 1 | 280.00 |
| 4011 | BASIC FILING FEE- UTILITY | 64.00 | 1 | 64.00 |
| 2311 | EXAMINATION OF ORIGINAL | 320.00 | 1 | 320.00 |

JA0243

PATENT APPLICATION

|  | | |
|---|---|---|
| | **TOTAL AMOUNT:** | $2,560.00 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

JA0244

**UNITED STATES PATENT AND TRADEMARK OFFICE**

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/736,862** | **06/07/2024 12:21:42 PM Z ET** | **SUNYOO-24016-USPT** |

## Title of Invention

Movable Puzzle Platform

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9431 | FILED BY | Nelson Poon |
| PATENT CENTER # | 65866827 | FILING DATE | - |
| CUSTOMER # | 197464 | FIRST NAMED INVENTOR | Xiaoling Che |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Charles Ho |

## Documents

# TOTAL DOCUMENTS: 8

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| Spec-APP.TEXT.docx | 38 | Application body structured text document | 82 KB |
| Warning: Bookmarks were found and have been removed. | | | |
| Information Disclosure Statement Fillable PDF.pdf | 4 | Information Disclosure Statement (IDS) Form (SB08) | 1234 KB |
| Certification and Request for Prioritized Examination.pdf | 1 | Track One Request | 33 KB |
| Executed Declaration.pdf | 2 | Oath or Declaration filed | 3503 KB |
| Executed POA.pdf | 3 | Power of Attorney | 4200 KB |

JA0245

| | | | |
|---|---|---|---|
| Spec.pdf | 38 | Auxiliary PDF of Application | 157 KB |
| Application Data Sheet.pdf | 9 | Application Data Sheet | 2174 KB |
| Drawings.pdf | 56 | Drawings-only black and white line drawings | 1956 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| Spec-APP.TEXT.docx | 1DBF3372240E36DC9D72A2704A5468E209CF8CD9671D6173C963C0464982A2B5AF2539A98D2CC0AC1ED00BDE57E3F9EEC8168869EB265E56E85379AE4379BA8A |
| Information Disclosure Statement Fillable PDF.pdf | FD6B36C95E833AB8FAB26A71542ED5434C54A3CC9CEFEC0A9BF35A9E68DB7581BCA6DABACC08CB67542C30F832FA53F98658B390A7DAE0BC72BD4A2F5CF8B6BD |
| Certification and Request for Prioritized Examination.pdf | B9CF59D679D8FBFD65C36212672F48530CCA344E63D204C99CA6D1ABC77EFA7BF82FFAF39D9D442C2550A299A21BB382D71B7620F55CD4AFCAC0566A568E8222 |
| Executed Declaration.pdf | 31D7638F5418DA86E2C30271A1E821B56C2D06B1134B424E4B7ADD13E40550483E505740E13DA5F8707DE0D78132567711BE568A378B1368C5A1BD233EC2011B |
| Executed POA.pdf | CB38DF667C41EF3C4ECC91E9348795F88A4E5A34879F579FDFA4CC052715E0779A2DCC0B51661A52639807E0494CF7492E82D0569024AD78CD30DA3E5C6F007D |
| Spec.pdf | A3091268212C49FFB1EF97610705C405CB02FAFCB93F42B2CDF62367806D76F114CEE840066905F1F6C06174EC8F69EEB4D8811898233951327160747B1BACB7 |
| Application Data Sheet.pdf | B70C1E61ED9EB05362451C6116B830D09FDE53DA4F5507AB125D2B996D8795EBD0F96D105772A9E0CF9B55EBF849ED83B9791689DA5221E326E2B272B20371CF |

JA0246

Drawings.pdf 7E15D8ED13D13417821806442BC468759420DF94F48DBAB442
81F3915B8D484D58F3AB08F864F727679AB223277B928D5BB7
1364655629CCC8202C21DE5DC992

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

JA0247

# Movable Puzzle Platform

## CROSS REFERENCES AND PRIORITIES

This application is a continuation application of U.S. patent application Ser. No. 18/235,896 filed on August 21, 2023, which is a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on June 1, 2022;

a continuation application of U.S. patent application Ser. No. 18/235,416 filed on August 18, 2023, which is a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on June 1, 2022; and

a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on June 1, 2022, the contents of each of which are incorporated by reference in their entirety.

## BACKGROUND OF THE PRESENT INVENTION

### FIELD OF INVENTION

[0001]   The present invention relates to puzzle game apparatus, and more particularly to a movable puzzle platform, wherein the puzzle platform is configured for retaining all the unfinished pieces and while allowing the player to conveniently play the puzzle.

### DESCRIPTION OF RELATED ARTS

[0002]   Puzzles are devised over the years and are among the most popular board games generally played alone by an individual.  It is well known that puzzles are good for the brain.  Studies have shown that playing puzzles can improve cognition and visual-spatial reasoning, and can train concentration and patience.

[0003]   Other than as a means of entertainment and enjoyment, players would like to challenge themselves by playing higher piece counts of the puzzle.  Generally speaking, the higher the piece count, the harder the puzzle is.  However, a common drawback or a burden for the player is that the finished size of the puzzles is relatively large.  For example, a finished size of 1,000 piece puzzles is about 30" x 24", a finished size of 5,000 piece puzzles is about 60" x 40", and so on.  In other words, these puzzles require a relatively large playing surface such as the surface of a table or a puzzle board for putting all the pieces together to form a puzzle figure.  Therefore, to play a

JA0248

relatively large puzzle, for example 60" x 40" or more, the side length of the puzzle board is longer than the player's arm length that the player is unable to reach the other sides of the puzzle board, so that the player is required to move around the playing surface to put pieces at different directions and portions near each side of the puzzle board. As a skilled player, the strategies for playing the puzzles are configured for sorting the pieces into groups and assembling the border first. Therefore, the player will need to move from one side of the playing surface to another side thereof to play the puzzles. Furthermore, it could take hours, days or even months to compete a larger scale puzzle. One or more puzzle pieces could be missed accidentally or unintentionally. It is sad that the player usually finds out there is a missing piece at the end. Therefore, how to avoid losing any pieces, it is best to find a container to save all the unfinished pieces.

[0004]     A need exists for a tool that retains all the unfinished pieces and while allowing the player to conveniently play the puzzle. It is to the provision of such a tool that the present disclosure is primarily directed.

SUMMARY OF THE PRESENT INVENTION

[0005]     The invention is advantageous in that it provides a movable puzzle platform, wherein the puzzle platform is configured for allowing a player to conveniently play the puzzles. The movable puzzle platform comprises a board assembly comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board. The first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

[0006]     In the other aspect, the present invention provides another movable puzzle platform comprising a board assembly comprising a puzzle board comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extended from the fixing portion. The first extending wall is integral with a periphery of the first main supporting wall as a whole for forming a first receiving space for fixing the puzzle board.

[0007]     Still further objects and advantages will become apparent from a consideration of the ensuing description and drawings. These and other objectives, features, and advantages of the

JA0249

present invention will become apparent from the following detailed description, the accompanying drawings, and the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

[0008]	Fig. 1 is an illustrative isometric view of a movable puzzle platform according to a first embodiment of the present invention.

[0009]	Fig. 2 is an exploded perspective view of the movable puzzle platform shown in Fig. 1.

[0010]	Fig. 3 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0011]	Fig. 4 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, a puzzle board and a rotating assembly thereof being removed away.

[0012]	Fig. 5 is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in Fig. 1.

[0013]	Fig. 6 is an illustrative isometric view of the restricting wall and the supporting portion of the movable puzzle platform shown in Fig. 1, but from another aspect.

[0014]	Fig. 7 is a cross-sectional view of the movable puzzle platform taken along line A-A of Fig. 1.

[0015]	Fig. 8 is a cross-sectional view of the movable puzzle platform taken along line B-B of Fig. 1.

[0016]	Fig. 9 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, but from another aspect.

[0017]	Fig. 10 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, a base and the rotating assembly thereof being removed away.

[0018]	Fig. 11 is a partially exploded perspective view of the movable puzzle platform shown in Fig. 1.

[0019]	Fig. 12 is an illustrative isometric view of the movable puzzle platform shown in Fig. 1, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity, and the base thereof being removed away.

[0020]	Fig. 13 is a side view of the rotating assembly of the movable puzzle platform shown in Fig. 1.

JA0250

[0021] Fig.14 illustrates an alternative mode of a rotating assembly of the movable puzzle platform shown in Fig. 1.

[0022] Fig. 15 is a sectional view of a supplement arrangement of the movable puzzle platform shown in Fig. 1.

[0023] Fig. 16 is an illustrative isometric view of the movable puzzle platform according to a second embodiment of the present invention.

[0024] Fig. 17 is an illustrative isometric view of the movable puzzle platform shown in Fig. 16, but from another aspect.

[0025] Fig. 18 is an illustrative isometric view of the movable puzzle platform shown in Fig. 16, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0026] Fig. 19 is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in Fig. 16.

[0027] Fig. 20 is an illustrative isometric view of a movable puzzle platform according to a third embodiment of the present invention.

[0028] Fig. 21 is an illustrative isometric view of the movable puzzle platform shown in Fig. 20, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0029] Fig. 22 is an illustrative isometric view of the movable puzzle platform shown in Fig. 20, but from another aspect.

[0030] Fig. 23 is an illustrative isometric view of a movable puzzle platform according to a fourth embodiment of the present invention.

[0031] Fig. 24 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, but from another aspect.

[0032] Fig. 25 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, two puzzle drawers thereof being pulled out of a corresponding drawer cavity.

[0033] Fig. 26 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, three puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0034] Fig. 27 is a cross-sectional view of the movable puzzle platform taken along line C-C of Fig. 23.

JA0251

[0035]     Fig. 28 is a cross-sectional view of the movable puzzle platform taken along line D-D of Fig. 23.

[0036]     Fig. 29 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, but from another aspect.

[0037]     Fig. 30 is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in Fig. 23.

[0038]     Fig. 31 is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in Fig. 23, but from another aspect.

[0039]     Fig. 32 is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in Fig. 23.

[0040]     Fig. 33 is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in Fig. 23, but from another aspect.

[0041]     Fig. 34 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line G-G of Fig. 30.

[0042]     Fig. 35 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line H-H of Fig. 30.

[0043]     Fig. 36 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line I-I of Fig. 30.

[0044]     Fig. 37 is an illustrative isometric view of a movable puzzle platform according to a fifth embodiment of the present invention.

[0045]     Fig. 38 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, illustrating a kickstand being in close position.

[0046]     Fig. 39 is an illustrative isometric view of the movable puzzle platform shown in Fig. 23, illustrating the kickstand being in close position, but from another aspect.

[0047]     Fig. 40 is a side view of the movable puzzle platform shown in Fig. 37, illustrating the kickstand being pivotally folded to support a board assembly at an inclined manner on a playing place in open position.

[0048]     Fig. 41 is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in Fig. 37.

JA0252

[0049]    Fig. 42 is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in Fig. 37, but from another aspect.

[0050]    Fig. 43 is an illustrative isometric view of the rotating assembly of the shown in Fig. 37, a first moving member thereof being removed away.

[0051]    Fig. 44 is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in Fig. 37.

[0052]    Fig. 45 is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in Fig. 37, but from another aspect.

[0053]    Fig. 46 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line E-E of Fig. 41.

[0054]    Fig. 47 is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line F-F of Fig. 41.

[0055]    Fig. 48 is an illustrative isometric view of a movable puzzle platform according to a sixth embodiment of the present invention.

[0056]    Fig. 49 is an illustrative isometric view of the movable puzzle platform shown in Fig. 48, illustrating a kickstand being in open position.

[0057]    Fig. 50 a partially exploded perspective view of the movable puzzle platform shown in Fig. 48.

[0058]    Fig. 51 is an illustrative isometric view of a movable puzzle platform according to a seventh embodiment of the present invention.

[0059]    Fig. 52 is a cross-sectional view of the movable puzzle platform taken along line J-J of Fig. 51.

[0060]    Fig. 53 is a cross-sectional view of the movable puzzle platform taken along line J-J of Fig. 51, but from another aspect.

[0061]    Fig. 54 is an illustrative isometric view of the movable puzzle platform shown in Fig. 51, but from another aspect.

[0062]    Fig. 55 is an illustrative isometric view of the movable puzzle platform shown in Fig. 51, puzzle drawers thereof being pulled out of a corresponding drawer cavity.

JA0253

[0063]    Fig. 56 is an illustrative isometric view of the movable puzzle platform shown in Fig. 51, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0064]    Fig. 57 is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in Fig. 51.

[0065]    Fig. 58 is an illustrative isometric view of a movable puzzle platform according to an eighth embodiment of the present invention.

[0066]    Fig. 59 is a cross-sectional view of the movable puzzle platform taken along line K-K of Fig. 58.

[0067]    Fig. 60 is an illustrative isometric view of the movable puzzle platform shown in Fig. 58, a puzzle board thereof being removed away.

[0068]    Fig. 61 is an illustrative isometric view of the movable puzzle platform shown in Fig. 58, the puzzle board thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0069]    Fig. 62 is an illustrative isometric view of the movable puzzle platform shown in Fig, 58, but from another aspect.

[0070]    Fig. 63 is an illustrative isometric view of a movable puzzle platform according to a ninth embodiment of the present invention.

[0071]    Fig. 64 is an illustrative isometric view of a movable puzzle platform according to a tenth embodiment of the present invention.

[0072]    Fig. 65 is an illustrative isometric view of a movable puzzle platform according to an eleventh embodiment of the present invention.

[0073]    Fig. 66 is an illustrative isometric view of the movable puzzle platform shown in Fig. 65, but from another aspect.

[0074]    Fig. 67 is an illustrative isometric view of the movable puzzle platform of the shown in Fig. 65, a puzzle board and a rotating assembly thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

[0075]    Fig. 68 is a partially exploded perspective view of the movable puzzle platform shown in Fig. 67, the puzzle board and the rotating assembly thereof being removed away and the puzzle drawers thereof being removed away.

JA0254

[0076]    Fig. 69 is an illustrative isometric view of the movable puzzle platform shown in Fig. 65, but from another aspect.

[0077]    Fig. 70 is a cross-sectional view of the movable puzzle platform taken along line L-L of Fig. 69.

[0078]    Fig. 71 is a cross-sectional view of the movable puzzle platform taken along line M-M of Fig. 69.

[0079]    Fig. 72 is an illustrative isometric view of a movable puzzle platform illustrating another mode of a kickstand being in close position.

[0080]    Fig. 73 is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in Fig. 72 being in open position.

[0081]    Fig. 74 is an illustrative isometric view of a movable puzzle platform illustrating a third mode of a kickstand being in close position.

[0082]    Fig. 75 is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in Fig. 74 being in open position.

[0083]    Fig. 76 is an illustrative isometric view of a movable puzzle platform illustrating a fourth mode of a kickstand being in open position.

[0084]    Fig. 77 is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in Fig. 76 being in close position.

[0085]    Fig. 78 is a perspective view of the movable puzzle platform incorporating with the puzzle pieces to form a puzzle game kit according to the above preferred embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

[0086]    The following description is disclosed to enable any person skilled in the art to make and use the present invention.  Preferred embodiments are provided in the following description only as examples and modifications will be apparent to those skilled in the art.  The general principles defined in the following description would be applied to other embodiments, alternatives, modifications, equivalents, and applications without departing from the spirit and scope of the present invention.

[0087]    Referring to Figs. 1 to 15, a movable puzzle platform 1 according to a first embodiment of the present invention is illustrated, wherein the movable puzzle platform 1 is arranged for a user

JA0255

or a player to assemble a plurality of puzzle pieces 100 thereon. Accordingly, the movable puzzle platform 1 comprises a board assembly 90 and a rotating assembly 20 attached on the board assembly 90. The board assembly 90 comprises a puzzle board 10 for placing the puzzle pieces 100, a supplement arrangement 30 attached on the puzzle board 10, a base 40 attached on the supplement arrangement 30, and a restricting wall 50 upwardly extended from a peripheral edge of the puzzle board 10. The rotating assembly 20 is configured for allowing the board assembly 90 sliding on a playing place and provides accessibility for the board assembly 90 to move the board assembly 90 at different planar directions with respect to the playing place. The supplement arrangement 30 is configured not only for storing the puzzle pieces 100 before they are assembled, but also for allowing the player to preassemble and store a section of the puzzle figure with a group of puzzle pieces 100. The supplement arrangement 30 and the restricting wall 50 are positioned at the two sides of the puzzle board 10, respectively. Although good results have been shown with the board assembly 90 that is rectangular in shape, it is within the scope of the present invention that numerous other shapes of the board assembly 90 could be used to achieve the desired functionality as described herein. The movable puzzle platform 1 is manufactured from a suitable durable material such as wood combined with durable fiberboard. In another embodiment, a movable puzzle platform could be manufactured from plastic or fiberglass. In yet another embodiment, a puzzle board is made of non-slip felt surfaces to keep the puzzle pieces secure.

[0088] The puzzle board 10 with an even thickness may take any shape, such as circular, square, rectangular and so on. According to this embodiment as shown in Figs. 1-2 and 11, the puzzle board 10 is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X. Accordingly, the puzzle board defines XY coordinate surface. The puzzle board 10 comprises a puzzle plate 101 for playing the puzzle pieces 100 thereon and a fixing portion 102 extending from the edge of the puzzle plate 101 and connected with the supplement arrangement 30 and the restricting wall 50, respectively. The puzzle plate 101 comprises a flat playing surface 11 and a bottom surface 12 opposite to the playing surface 11. It is worth mentioning that an area of the playing surface 11 is not smaller than an area of the puzzle pieces 100 being put together. Preferably, the area of the playing surface 11 matches with the area of the puzzle pieces 100 after the puzzle pieces 100 are assembled. In other words, the puzzle board 10 serves as a puzzle frame for framing the puzzle pieces 100 after the puzzle pieces 100 are assembled. It is worth mentioning that the puzzle board 10 has a predetermined size adapted

JA0256

for a larger scale puzzle, such as at least 1,000 puzzle pieces, being assembled on the puzzle board 10.

[0089]    In this embodiment, the restricting wall 50 is substantially perpendicular to the puzzle board 10 and is generally four-piece type. The restricting wall 50 comprises a first extending wall 51 mounted on the fixing portion 102 and arranged in the longitudinal direction X, a second extending wall 52 mounted on the fixing portion 102 and spaced apart from the first extending wall 51, a third extending wall 53 mounted on the fixing portion 102 and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51, 52, and a fourth extending wall 54 mounted on the fixing portion 102 and spaced apart from the third extending wall 53 for connected with the adjacent first and second extending walls 51, 52. The first and second extending walls  51, 52 are parallel to each other in the longitudinal direction X. The third and fourth extending walls 53, 54 are parallel to each other in the lateral direction Y. The restricting wall 50 is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces 100 off the puzzle plate 101. Each of extending walls is substantially strip-shaped and connected with the adjacent extending walls for forming the restricting wall 50 having a closed structure. The restricting wall with a closed curve shape is configured for preventing the puzzle pieces fall off from the puzzle board when the board assembly is rotated on the playing place via a rotation movement of the rotating assembly and/or when the board assembly is moved by a user or a player from one place to another. Each of extending walls may be detachably assembled edge-to-edge to form the restricting wall 50. It is optional that a restricting wall may be an integral unit. Optionally, adjacent extending walls are unconnected with each other. A restricting wall further four arc walls located on four corners of a puzzle plate and smoothly connecting two adjacent extending walls. It is optional that each arc wall is configured to be a part of a circle.

[0090]    The supplement arrangement 30 comprises a supporting portion 301 connected with the bottom surface 12 of the puzzle plate 101 for forming at least one drawer cavity 31 and at least one puzzle drawer 32 received in the corresponding drawer cavity 31. The puzzle board 10 of the movable puzzle platform 1 has a thin and big size. A length and/or a width of the puzzle board 10 is much greater than a thickness of the puzzle board 10, so the supporting portion 301 is configured for improving the structural strength of the puzzle board 10. The supporting portion 301 is substantially perpendicular to the puzzle board 10 and may take any shape, such as circular, square, rectangular and so on. As shown in Figs. 1 -15, in this embodiment, the supplement arrangement 30 has six drawer cavities 31 and six puzzle drawers 32 received in the corresponding drawer cavity 31. The storing capacity of drawers vary as per varying sizes of the puzzle pieces. The

JA0257

drawer cavities 31 comprise four lateral cavities 302 and two longitudinal cavities 303. The four lateral cavities 302 comprise a first lateral cavity 33, a second lateral cavity 34, a third lateral cavity 35 and a fourth lateral cavity 36. The two longitudinal cavities 303 comprise a first longitudinal cavity 37 and a second longitudinal cavity 38. In this embodiment, the supporting portion is configured not only for improving the structural strength of the movable puzzle platform, but also for forming the drawer cavities together with the puzzle plate.

[0091] The supporting portion 301 comprises a first main supporting wall 311 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X, a second main supporting wall 312 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311, a first dividing supporting wall 313 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X and disposed between the first and second main supporting walls 311, 312, a second dividing supporting wall 314 attached on the bottom surface 12 of the puzzle board 10 along the longitudinal direction X and disposed between the first and second main supporting walls 311, 312, a first inner supporting wall 315 attached on the bottom surface 12 of the puzzle board 10 along the lateral direction Y and connected with the first and second main supporting walls 311, 312, and a second inner supporting wall 316 attached on the bottom surface 12 of the puzzle board 10 along the lateral direction Y and connected with the first and second main supporting walls 311, 312. The first and second dividing supporting walls 313, 314 are spaced apart from each other. The first and second inner supporting walls 315, 316 are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls 313, 314 and the first and second main supporting walls 311, 312 are disposed parallel to each other. The first dividing supporting wall 313 connects with the first inner supporting wall 315 and the second dividing supporting wall 314 connects with the second inner supporting wall 316 for forming crossing structures, respectively. The first and second inner supporting walls 315, 316 are not exposed from the first and second main supporting walls 311, 312, respectively.

[0092] One end of the first dividing supporting wall 313 is connected with the first inner supporting wall 315 and is substantially perpendicular to the first inner supporting wall 315, and another end of the first dividing supporting wall 313 and the third extending wall 53 partly overlap in a thickness direction of the board assembly 90. One end of the second dividing supporting wall 314 is connected with the second inner supporting wall 316 and is substantially perpendicular to the second inner supporting wall 316 and another end of the second dividing supporting wall 314 and the fourth extending wall 54 partly overlap in a thickness direction of the board assembly 90.

JA0258

The first lateral cavity 33 is formed by the first main supporting wall 311 cooperated with the first dividing supporting wall 313 and the first inner supporting wall 315. The second lateral cavity 34 is formed by the second main supporting wall 312 cooperated with the first dividing supporting wall 313 and the first inner supporting wall 315. The third lateral cavity 35 is formed by the second main supporting wall 312 cooperated with the second dividing supporting wall 314 and the second inner supporting wall 316. The fourth lateral cavity 36 is formed by the first main supporting wall 311 cooperated with the second dividing supporting wall 314 and the second inner supporting wall 316. In this embodiment, the first dividing supporting wall 313 cooperates with the first and second main supporting wall 311,312 for varying volumes of the first and second lateral cavities 33, 34. Moreover, the second dividing supporting wall 314 cooperates with the first and second main supporting wall 311, 312 for varying volumes of the third and fourth lateral cavities 35, 36.

[0093]    The supporting portion 30 further comprises a third dividing supporting wall 317 extending from the bottom surface 12 of the puzzle plate 101 along the longitudinal direction X and connected with the first and second inner supporting walls 315, 316 and a fourth dividing supporting wall 318 extending from the bottom surface 12 of the puzzle plate 101 along the longitudinal direction X and connected with the first and second inner supporting walls 315, 316. The third and fourth dividing supporting walls 317, 318 are located between the first and second inner supporting walls 315, 316 and spaced apart to each other. The third and fourth dividing supporting walls 317, 318 are parallel to the first and second main supporting walls 311, 312. The first and second main supporting walls and the first through fourth dividing supporting walls are configured for improving the structural strength of the movable puzzle platform along the longitudinal direction X, respectively. The first and second inner supporting walls are configured for improving the structural strength of the movable puzzle platform along the lateral direction Y, respectively. The first and second inner supporting walls and the first through fourth dividing supporting walls are arranged between the first and second main supporting walls, respectively. The main supporting walls and the inner supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. The inner supporting walls and the dividing supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. Optionally, each of the main supporting walls, each of the inner supporting walls and/or each of the dividing supporting walls may be extended in any direction, spaced apart with each other and/or spaced apart from the bottom surface of the puzzle board as long as it is configured for improving the structural strength of the board assembly and/or forming the drawer cavity together with the puzzle plate.

JA0259

[0094]   The first main supporting wall 311 comprises a right first part 3111 connected with the first inner supporting wall 315, a left first part 3112 connected with the second inner supporting wall 316 and spaced apart from the right first part 3111 for forming a first opening 3113. The first longitudinal cavity 37 is formed by the first and second inner supporting walls 315, 316 together with the third dividing supporting wall 317. The first longitudinal cavity 37 is communicated with the first opening 3113, so that the corresponding puzzle drawer 32 can be slide in-and-out through the first opening 3113. The second main supporting wall 312 comprises a right second part 3121 connected with the first inner supporting wall 315, a left second part 3122 connected with the second inner supporting wall 316 and spaced apart from the right second part 3121 for forming a second opening 3123. The second longitudinal cavity 38 is formed by the first and second inner supporting walls 315, 316 together with the fourth dividing supporting wall 318. The second longitudinal cavity 38 is communicated with the second opening 3123, so that the corresponding puzzle drawer 32 can be slide in-and-out through the second opening 3123.

[0095]   According to the first embodiment, the four lateral cavities 302 are formed at the transverse sides of the puzzle board 10 respectively.  Particularly, the first and second lateral cavities 33, 34 are spacedly formed at each of the transverse sides of the puzzle board 10.  The third and fourth lateral cavities 35, 36 are spacedly formed at each of the other transverse sides of the puzzle board 10. In other words, two corresponding puzzle drawers 32 are slidably coupled at each of the transverse sides of the puzzle board 10.  Therefore, four puzzle drawers 32 are slidably coupled at the transverse sides of the puzzle board 10.  It is worth mentioning that each puzzle drawer 32 is independently actuated to slide in-and-out of the corresponding lateral cavity 302. Since the puzzle drawers 32 are slidably coupled at the transverse sides of the puzzle board 10, each puzzle drawer 32 is relatively long enough and each drawer cavity 31 is deep enough to retain the puzzle drawer 32 therein so as to prevent the puzzle drawer 32 being slid out of the drawer cavity 31 accidentally or unintentionally when moving the puzzle board 10 on the playing surface. Accordingly, a length of each puzzle drawer is slightly smaller than half of the length of the puzzle board between the transverse sides thereof.

[0096]   Each of the puzzle drawer 32 comprises a rectangular bottom panel 321 slidably received in the corresponding drawer cavity 31, a front panel 322 extending from the bottom panel 321, a back panel 323 extending from the bottom panel 321 and opposite to the front panel 322, a pair of side panels 324 extending from the bottom panel 321 for connected with the front panel 322 and the back panel 323. Optionally, each of the puzzle drawer 32 further comprises an anti-slipping layer 325 attached the bottom panel 321 for preassembling a group of puzzle pieces 100 to form a

JA0260

section of the puzzle figure and storing the puzzle pieces 100. Each of drawer cavity 302 comprises a gap 326 formed between the pair of side panels 324 and the corresponding supporting portion 301, thereby reducing the friction between the pair of side panels 324 and the corresponding supporting portion 301 when each of the puzzle drawer 32 is pulled and slid out of the corresponding drawer cavity 31.

[0097]     The supplement arrangement 30 further comprises a drawer holder 304 provided at the puzzle board 10 to retain the puzzle drawers 32 in the drawer cavities 31 respectively.  In this embodiment, the drawer holder 304 comprises a first magnetic element 331 provided at an inner wall of the drawer cavity 31 and a second magnetic element 332 provided at the puzzle drawer 32 to magnetically attract with the first magnetic element 331 so as to retain the puzzle drawer 32 in the drawer cavity 31.  Due to the magnetically attracting force between the first and second magnetic elements 331, 332, the puzzle drawers 32 are held within the drawer cavities 31 respectively to prevent the puzzle drawer 32 being slid out of the drawer cavity 31 accidentally or unintentionally when moving the puzzle board 10 on the playing place.  When a pulling force is applied at one of the puzzle drawers 32 to overcome the magnetically attracting force, the puzzle drawer 32 can be pulled and slid out of the drawer cavity 31.

[0098]     In this embodiment, the first extending wall 51 is integral with a periphery of the first main supporting wall 311 as a whole for forming a first monolithic portion 55. The first monolithic portion 55 comprises a first receiving space 103 for fixing and receiving the fixing portion 102 of the puzzle board 10. The second extending wall 52 is integral with a periphery of the second main supporting wall 312 as a whole for forming a second monolithic portion 56. The second monolithic portion 56 comprises a second receiving space 104 for fixing and receiving the fixing portion 102 of the puzzle board 10. Optionally, a first monolithic portion further comprises a first fixing space positioned below the first receiving space and formed on the first main supporting wall for fixing and receiving one ends of the first and second inner supporting walls, respectively. A second monolithic portion further comprises a second fixing space positioned below the second receiving space and formed on the second main supporting wall for fixing and receiving another ends of the first and second inner supporting walls. When assembled, one ends of the first and second inner supporting walls are inserted into the first fixing space and are not exposed from the first main supporting wall of the first monolithic portion. Another ends of the first and second inner supporting walls are inserted into the second fixing space and are not exposed from the second main supporting wall of the second monolithic portion. The first receiving space is parallel to the first fixing space. The second receiving space is parallel to the second fixing space.

JA0261

[0099]    Therefore, the combination of the first extending wall 51, the puzzle board 10 and the first main supporting wall 311 is stable and reliable.  The combination of the second extending wall 52, the puzzle board 10 and the second main supporting wall 312 is stable and reliable. The combination of first and second inner supporting walls 315, 316 and the first and second main supporting wall 311, 312 is stable and reliable. The side of the fixing portion 102 is accommodated in the first and second receiving spaces 103, 104, which is not exposed from the first and second monolithic portions 55, 56, thus can avoid the puzzle board 10 being removed from the restricting wall 50 and the first and second main supporting walls 311,312 under larger exterior impact, or under the condition of failure in gluing. The third extending wall 53 is directly stacked on the fixing portion 102 of the puzzle board 10 and the fourth extending wall 54 is directly stacked on the fixing portion 102 of the puzzle board 10. The third and fourth extending walls are stacked on the fixing portion 102 of the puzzle board 10 by suitable chemical or mechanical methods such as but not limited to glue or wood screws, respectively. When assembled, the side of the fixing portion 102 is exposed out of the third and fourth extending walls 53, 54, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency.

[00100]  Referring to Fig. 5, each of extending walls comprises an inner surface 57, an outer surface 58 opposite to the inner surface 57, and a pair of side surfaces 59 connecting the inner and outer surfaces 57, 58. The side surface of one extending wall is engaged with the inner surface of the adjacent extending wall. Particularly, the side surface of the third and fourth extending walls are engaged with the inner surface of the adjacent first and second extending walls, respectively. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent extending wall. The third extending wall 53 comprises a third extending body 531 and a pair of third fastening portions 532 projecting from two ends of the third extending body 531 and inserted and fixed in the first and second receiving spaces 103, 104 for improving the structural strength of the movable puzzle platform 1. The fourth extending wall 54 comprises a fourth extending body 541 and a pair of fourth fastening portions 542 projecting from two ends of the fourth extending body 541 and inserted and fixed in the first and second receiving spaces 103, 104 for improving the structural strength of the movable puzzle platform 1. Optionally, a fastening portion may be provided on the longitudinal extending wall and a receiving space may be provided on the lateral extending wall for receiving and fixing the fastening portion.

JA0262

[00101] The first extending wall 51 and/or the first main supporting wall 311 are/is made of plastic, wood, or metal. When the first extending wall 51 is made of plastic by molding, the first main supporting wall 311 is preferred to be integrally molded on the first extending wall 51 as a whole. When the first extending wall 51 is made of metal by stamping, the first main supporting wall 311 is preferred to be integrally molded on the first extending wall 51 as a whole. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of aluminum, the weight of the movable puzzle platform 1 can be reduced. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of stainless steel or tempered steel, the structural strength of the movable puzzle platform 1 can be improved. If the first extending wall 51 and/or the first main supporting wall 311 are/is made of plastic or wood, the manufacturing cost of the movable puzzle platform 1 can be reduced. The second extending wall 52 has the same structure as the first extending wall 51 and the second main supporting wall 312 has the same structure as the first main supporting wall 311.

[00102] The base 40 is assembled with the supporting portion 301 of the supplement arrangement 30 for supporting the movable puzzle platform 1 on the playing place such as a table surface, a wall surface, a floor surface, and the like or even a support frame for supporting the movable puzzle platform 1 on ground. The base 40 is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and covering the supporting portion 301. In this embodiment, the bottom panel 321 of each of the puzzle drawer 32 is mounted on the base 40 and slid on the base 40 directly. So, the base is configured not only holding the puzzle drawer 32 and preventing the puzzle drawer 32 from falling off the supporting portion 301, but also for allowing each of the puzzle drawer 32 to be slid in-and-out of the corresponding drawer cavity 31. The base 40 is stacked on the supporting portion 301 by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Optionally, a base is integral with at least a part of the supporting portion of the supplement arrangement as a whole for forming a stable and reliable structure.

[00103] As shown in Fig. 2, the puzzle board 10 further comprises an anti-slipping layer 14 overlappedly provided on the playing surface 11 for preventing the puzzle pieces 100 being slipped thereon. Preferably, the anti-slipping layer 14 has a self adhesive bottom surface adhered on the playing surface 11, wherein the anti-slipping layer 14 can be removed from the playing surface 11 without damaging the playing surface 11 and the anti-slipping layer 14. Therefore, the anti-slipping layer 14 is reusable to place on the playing surface 11. Furthermore, the anti-slipping

JA0263

layer 14 serves as a backing layer of the puzzle pieces 100 after the puzzle pieces 100 are assembled.

[00104] It is appreciated that electronic puzzle game is provided as software or APP that the user or player can play the puzzle game with a display such as a TV screen, LED screen or computer monitor. However, the player may generally use a smaller screen to play because a relatively larger screen such as 50" or more TV screen supported on a playing surface is difficult for the player to reach all sizes of the screen. In one alternative embodiment, the puzzle board 10 can be embodied as an electronic screen, such as a TV display or LED screen, and the playing surface 11 is the screen surface that serves as puzzle floor for the player to select and put puzzle piece images together, wherein the rotating assembly 20 is mounted to the bottom of the electronic board assembly 90 for allowing the electronic board assembly 90 to smoothly slide on the playing place that provides accessibility for moving the electronic board assembly 90 at different planar directions with respect to the playing place.

[00105] As shown in Figs 2, 9 and 13-15, the rotating assembly 20 comprises a first moving member 21 coupled at the base 40 and a second moving member 22 rotatably coupled to the first moving member 21. It is worth mentioning that the rotating assembly 20 is preferred to be coupled coaxially with a center of gravity of the board assembly 90, for example at a center portion of the board assembly 90, such that the board assembly 90 can be moved on the playing place in a balancing manner.

[00106] According to this embodiment of the present invention, the board assembly 90 is adapted for being self-rotated 360º on the playing place via a rotation movement between the first and second moving members 21, 22. In other words, the user is able to selectively rotate the board assembly 90 from one longitudinal side to another opposed longitudinal side or to any one of the shorter transverse sides without walking around the board assembly 90. For example, the user is able to assemble one puzzle piece 100 at one side of the board assembly 90 and to rotate the board assembly 90 at 180º in order to assembly another puzzle piece 100 at an opposed side of the board assembly 90, so as to speed up the assembling time of the puzzle pieces 100. It should be understood that a rotating angle of the puzzle board 10 can be adjusted to be smaller than 360º.

[00107] In this embodiment, the rotating assembly 20 is detachably coupled at the base 40. As shown in Fig. 2, 9 and 13-15, the rotating assembly 20 comprises a plurality of coupling members 25 extended from the first moving member 21 to detachably couple at the base 40. Preferably, the coupling members 25 are integrally extended from an inner circumferential surface of the first ring

JA0264

member, i.e. the first moving member 21, wherein each of the coupling members 25 has a coupling slot formed thereon to detachably couple at the base 40 by inserting screws through the coupling slot to the base 40. It is worth mentioning that a plurality of screw holes are formed at the base 40, such that the screws can engage with the screw holes through the coupling slot to couple the rotating assembly 20 at the base 40.

[00108] The rotating assembly 20 further comprises a second bearing unit 24 provided at a bottom side of the second moving member 22 for sliding the puzzle board 10 on the playing surface at different planar directions via the second moving member 22. Via the second bearing unit 24 at the second moving member 22, the puzzle board 10 is able to selectively slide on the playing place at any direction with respect to the XY coordinate surface. Via the first bearing unit 23, the puzzle board 10 is able to selectively rotate on the playing surface with respect to XY coordinate surface. In other words, the puzzle board 10 is able to freely move at XY coordinate surface, so as to adjust the planer angle of the puzzle board 10 with respect to the user conveniently.

[00109] Alternatively, as shown in Fig. 14, the rotating assembly 20 further comprises one or more first coupling elements 25A spacedly provided on the base 40, and one or more second coupling elements 26A spacedly provided at the first moving member 21 to detachably couple the first coupling elements 25A so as to detachably couple the rotating assembly 20 at the base 40. Preferably, the first and second coupling elements 25A, 26A are magnetic elements adapted for magnetically attracting with each other. The first coupling elements 25A are aligned in a ring shaped on the base 40. The second coupling elements 26A are provided on a playing surface of the first ring member, i.e. the first moving member 21, wherein the first and second coupling elements 25A, 26A are aligned with each other and are magnetically attracted with each other to detachably couple the rotating assembly 20 at the base 40.

[00110] The rotating assembly 20 is coupled with the base 40 and made of plastic or metal and so on. In this embodiment, the first and second moving members 21, 22 are first and second ring members respectively coaxially engaged with each other. In other words, a diameter of the first moving member 21 is smaller than a diameter of the second moving member 22. The rotating assembly 20 further comprises a first bearing unit 23 coupled between the first and second moving members 21, 22, such that when the first moving member 21, i.e. the first ring member, is rotated within the second moving member 22, i.e. the second ring member, the board assembly 90 is self-rotated 360º on the playing place. Particularly, an outer circumferential surface of the first moving member 21 is engaged with an inner circumferential surface of the second moving member 22 via

JA0265

the first bearing unit 23 to enable the second moving member 22 being coaxially rotated with respect to the first moving member 21.

[00111]  The rotating assembly 20 further comprises a plurality of friction pads 28 intervally attached on the second moving member 22 for enhancing relative friction between the second moving member 22 and the playing place and ensuring the position of the movable puzzle platform 1, so that the board assembly 90 is in rotatable state. The rotating assembly with friction pads is easy to conveniently control the board assembly compared with castors or other similar swivel-type wheels attached on the board assembly.

[00112]  Figs. 16-19 show a movable puzzle platform 1a of a second embodiment of the present invention. A movable puzzle platform 1a according to the second embodiment of the present invention is illustrated, wherein the movable puzzle platform 1a is arranged for a user or a player to assemble a plurality of puzzle pieces 100a thereon.  Accordingly, the movable puzzle platform 1a comprises a board assembly 90a and a rotating assembly 20a attached on the board assembly 90a. The board assembly 90a comprises a puzzle board 10a, a supplement arrangement 30a attached on the puzzle board 10a, a base 40a attached on the supplement arrangement 30a, and a restricting wall 50a upwardly extended from a peripheral edge of the puzzle board 10a.

[00113]  The second embodiment is similar to the first embodiment of the present invention except that: (1) The restricting wall 50a is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board 10a can be omitted, so the restricting wall 50a is an unclosed structure for forming a surrounding opening 501a. (2) Two longitudinal cavities can be omitted. The supplement arrangement 30a has four lateral drawer cavities 302a and four puzzle drawers 32a received in the corresponding drawer cavity 302a.

[00114]  In this embodiment, the restricting wall 50a is substantially perpendicular to the puzzle board 10a and comprises a first extending wall 51a mounted on the puzzle board 10a and arranged in the longitudinal direction X, a second extending wall 52a mounted on the puzzle board 10a and spaced apart from the first extending wall 51a, and a third extending wall 53a mounted on the puzzle board 10a and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51a, 52a. The first and second extending walls 51a, 52a are parallel to each other in the longitudinal direction X. The surrounding opening 501a is configured for providing comfort for the player's arm while using the board assembly 90a while seated at the surrounding opening 501a. The assembled puzzle pieces 100 can be removed out completely via the

JA0266

surrounding opening 501a. It is optional that any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all the extending walls can be omitted. The restricting wall 50a can be easily disassembled and reassembled from the puzzle board 10a.

[00115] Figs. 20-22 show a movable puzzle platform 1b of a third embodiment of the present invention. A movable puzzle platform 1b according to the third embodiment of the present invention is illustrated, wherein the movable puzzle platform 1b comprises a puzzle board 10b, a rotating assembly 20b attached on the puzzle board 10b, a supplement arrangement 30b attached on the puzzle board 10b, a base 40b attached on the supplement arrangement 30b, and a restricting wall 50b upwardly extended from a peripheral edge of the puzzle board 10b.

[00116] The third embodiment is similar to the first embodiment of the present invention except that the restricting wall 50b is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board can be omitted, so the restricting wall 50b is an unclosed structure for forming a surrounding opening 501b. In this embodiment, the restricting wall 50b is substantially perpendicular to the puzzle board 10b and comprises a first extending wall 51b mounted on the puzzle board 10b and arranged in the longitudinal direction X, a second extending wall 52b mounted on the puzzle board 10b and spaced apart from the first extending wall 51b, and a third extending wall 53 mounted on the puzzle board 10b and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51b, 52b. The first and second extending walls 51b, 52b are parallel to each other in the longitudinal direction X. The surrounding opening 501a is configured for the convenience of the player's arm is supported directly on the puzzle board 10. Optionally, any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all extending walls can be omitted.

[00117] Figs. 23-36 show a movable puzzle platform 1d of a fourth embodiment of the present invention comprises a board assembly 90d and a rotating assembly 20d attached on the board assembly 90d. The board assembly 90d comprises a puzzle board 10d, a supplement arrangement 30d attached on the puzzle board 10d, and a restricting wall 50d upwardly extended from a peripheral edge of the puzzle board 10d. The puzzle board 10d comprises a puzzle plate 101d with a bottom surface 12d for playing the puzzle pieces 100d thereon. The supplement arrangement 30d comprises at least one puzzle drawer 32d, at least one drawer cavity 31d for receiving the corresponding puzzle drawer 32d, and a supporting portion 301d connected with the bottom surface 12d of the puzzle plate 101d for forming the drawer cavity 31d.

JA0267

[00118]  The four embodiment is similar to the first embodiment of the present invention except that the movable puzzle platform 1d further comprises a complementary conformation 80d provided between the puzzle drawer 32d and the corresponding supporting portion 301d for holding the puzzle drawer 32d and preventing the puzzle drawer 32d from falling off the supporting portion 301d, so a base can be omitted and the rotating assembly 20d is directly attached on the supplement arrangement 30d. Each of the puzzle drawer 32d comprises a rectangular bottom panel 321d slidably received in the corresponding drawer cavity 31d and a pair of side panels 324d extending from the bottom panel 321d. The complementary conformation 80d comprises a pair of engaging portions 326d extending outwardly from a pair of side panels 324d towards the corresponding supporting portion 301d and a pair of engaging slots 305d provided on the corresponding supporting portion 301d for receiving the corresponding engaging portions 326d. In usage state, each of the engaging portions 326d is configured for smoothly sliding in the corresponding engaging slot 305d. The extending direction of the slots 305d is parallel to that of the corresponding supporting portion 301d.

[00119]  The supporting portion 301d further comprises a pair of main supporting walls 311d, a first inner supporting portions 315d attached on the bottom surface 12d of the puzzle board 10d along the lateral direction Y and positioned between the pair of main supporting walls 311d, and a second inner supporting wall 316d attached on the bottom surface 12d of the puzzle board 10d along the lateral direction Y, a first dividing supporting wall 313d attached on the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and extending from the first inner supporting portion 315d away from the second inner supporting wall 316d, a second dividing supporting wall 314d attached on the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and extending from the second inner supporting portion 316d away from the first inner supporting wall 315d, a third dividing supporting wall 317d extending from the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and connected with the first and second inner supporting walls 315d, 316d and a fourth dividing supporting wall 318d extending from the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and connected with the first and second inner supporting walls 315d, 316d. An outer diameter of the rotating assembly 20d is greater than a distance from the first inner supporting wall 315d to the second inner supporting wall 316d. The rotating assembly 20d is connected with the first and second inner supporting portions 315d, 316d and the first through fourth dividing supporting walls 313d, 314d, 317d, 318d, respectively. The first and second inner supporting walls 315d, 316d are exposed from the main supporting walls 311d, respectively. Optionally, each of engaging slots is

JA0268

long enough to retain a corresponding supporting portion therein so as to improve the structural strength of a movable puzzle platform, such that an inner supporting wall is able to be inserted into the corresponding engaging slot of the main supporting wall or the dividing supporting wall is able to be inserted into the corresponding engaging slot of the inner supporting wall.

[00120] The rotating assembly 20d comprises a first moving member 21d coupled at the supporting portion 301d of the supplement arrangement 30d, a second moving member 22d rotatably coupled to the first moving member 21d, and a bearing unit 23d coupled between the first and second moving members 21d, 22d. The bearing unit 23d is constructed to have a holding ring 231d and a plurality of ball bearings 232d spacedly retained at the holding ring 231d in a rotatable manner, such that when the holding ring 231d is coaxially held between the first and second moving members 21d, 22d, the ball bearings 232d are rotatably sandwiched between the first and second moving members 21d, 22d so as to enable the first and second moving members 21d, 22d being coaxially moved with each other. In this embodiment, the first moving member 21d is rotatably and mounted to the second moving member 22d by the bearing unit 23d, thereby enabling the puzzle board 10d to be self-rotated on the playing place. In one embodiment, a ratio of an inner diameter of the first moving member to an outer diameter of the first moving member is in a range of 0.95 to 0.5, a ratio of an inner diameter of the second moving member to an outer diameter of the second moving member is in a range of 0.95 to 0.5.

[00121] The first moving member 21d comprises a flat first middle portion 211d, a first projecting portion 212d extending from the center of the first middle portion 211d toward the second moving member 22d, a first rolling surface 213d provided on the first projecting portion 212d for directly engaging with the ball bearings 232d, a pair of first engaging wall 214d extending from the first middle portion 211d and spaced apart from the first projecting portion 212d and a first engaging body 215d projecting from the first engaging wall 214d toward the second moving member 22d. The second moving member 22d comprises a flat second middle portion 221d, a second projecting portion 222d extending from the center of the second middle portion 221d toward the first moving member 21d, a second rolling surface 223d provided on the second projecting portion 221d for engaging with the ball bearings 232d, a pair of second engaging wall 224d extending from the second middle portion 221d and spaced apart from the second projecting portion 222d and a second engaging body 225d projecting from the second engaging wall 224d and constantly engaged with the first engaging body 215d to enable the second moving member 22 being coaxially rotated with respect to the first moving member 21. The first and second rolling surfaces 213d,223d may be a ring-shaped groove. Optionally, the first and second rolling surfaces can be omitted. Ball bearings

JA0269

are engaged with a first projecting portion and a second projecting portion directly. The rotating assembly 20 further comprises a plurality of friction pads 28d intervally attached on the second moving member 22 and/or the first moving member 21 for enhancing relative friction between the second moving member 22 and the playing place and/or the board assembly 90 and the first moving member 21 and ensuring the position of the movable puzzle platform 1d, so that the board assembly 90 is in rotatable state.

[00122] The holding ring 231d is a substantially flat ring, which is a whole entirety ring and indivisible, and comprises a retaining ring 26d having a diameter generally equal to the circular first and second rolling surfaces 213d, 223d, a plurality of retaining base 24d intervally and integrally protruded on one side of the retaining ring 26d and a plurality of retaining holes 25d drilled completely through the corresponding retaining base 24d for the plurality of ball bearings 232d being rotatably retained therein respectively. Each of the retaining holes 25d comprises a pair of locking openings 251d spaced apart from each other and a connecting hole 252d integrally and smoothly connected with the pair of locking openings 251d and coaxial with respect to the locking openings 251d. An upper surface of the retaining holes 25d is coplanar with that of the retaining ring 26d. Diameters of the locking openings 251d are slightly smaller than that of the ball bearings 232d so as to lock the plurality of ball bearings 232d in position respectively while allowing the plurality of ball bearings 232d in a free rolling manner. The connecting hole 252d is slightly greater than of ball bearings 232d for receiving the ball bearings 232d in a rollable manner. In this embodiment, a side edge of the retaining ring 26d is aligned with that of the first and second projecting portions 212d, 222d, respectively.

[00123] Figs. 37-47 show a movable puzzle platform 1e of a fifth embodiment of the present invention comprises a board assembly 90e and a rotating assembly 20e attached on the board assembly 90e. The board assembly 90e comprises a puzzle board 10e, a supplement arrangement 30e attached on the puzzle board 10e, and a restricting wall 50e upwardly extended from a peripheral edge of the puzzle board 10e.

[00124] The supplement arrangement 30e comprises a supporting portion 301e connected with a bottom surface 12e of the puzzle board 10e for forming at least one drawer cavity 31e and at least one puzzle drawer 32e received in the corresponding drawer cavity 31e. The supporting portion 301e comprises a first main supporting wall 311e attached on the bottom surface 12e of the puzzle board 10e along the longitudinal direction X, a second main supporting wall 312e attached on the bottom surface 12e of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311e, a first dividing supporting wall 313e attached on the bottom

JA0270

surface 121e of the puzzle board 10e along the longitudinal direction X and disposed between the first and second main supporting walls 311e, 312e, a second dividing supporting wall 314e attached on the bottom surface 12e of the puzzle board 10e along the longitudinal direction X and disposed between the first and second main supporting walls 311e, 312e, a first inner supporting wall 315e attached on the bottom surface 12e of the puzzle board 10e along the lateral direction Y and connected with the first and second main supporting walls 311e, 312e, and a second inner supporting wall 316e attached on the bottom surface 12e of the puzzle board 10e along the lateral direction Y and connected with the first and second main supporting walls 311e, 312e. The first and second dividing supporting walls 313e, 314e are spaced apart from each other. The first and second inner supporting walls 315e, 316e are spaced apart from each other and disposed parallel to each other for forming a supporting space 319e. The first and second dividing supporting walls 313e, 314e and the first and second main supporting walls 311e, 312e are disposed parallel to each other. The first dividing supporting wall 313e connects with the first inner supporting wall 315e and the second dividing supporting wall 314e connects with the second inner supporting wall 316e.

[00125]  The movable puzzle platform 1e further comprises a kickstand 15 pivotally coupled at the board assembly 90e. The kickstand 15 is manufactured from a suitable durable material such as wood, plastic, fiberglass or metal. In this embodiment, the kickstand 15 is collapsible and pivotally coupled at the supplement arrangement 30e. Particularly, one end of the kickstand 15 is pivotally coupled at the supplement arrangement 30e while a free end of the kickstand 15 is adapted to pivotally fold from the puzzle board 10e to support on a playing place.  Therefore, when the kickstand 15 is pivotally folded on the puzzle board 10e, the board assembly 90e is movable on the playing place via the rotating assembly 20e.  In another words, in open position, the kickstand 15 is pivotally folded for supporting on the playing place and the puzzle board 10e is inclined and supported on the playing place. The open position is the desired position for the user of the movable puzzle platform 1e during the assembly process. In closed position, the kickstand 15 is pivotally received in the supporting space 319e of the supporting portion 301e and substantially parallel to the board assembly 90e. This position is desirable for storage, movement and transportation of the movable puzzle platform 1e. The kickstand 15 having a generally H-shaped and comprises a first supporting arm 151 pivotally coupled at the first inner supporting wall 315e, a second supporting arm 152 parallel to the first supporting arm 151 and pivotally coupled at the second inner supporting wall 316e, at least one fastening arm 153 detachably connected with the first and second supporting arms 151, 152. Each of the supporting arms 151, 152 is capable of detachably fastening to the corresponding inner supporting walls 315e, 316e. An extending

JA0271

direction of the first supporting arm 151 is different from that of the fastening arm 153. Optionally, when a board assembly of a movable puzzle platform further comprise a base, a kickstand may pivotally coupled at the base directly.

[00126] The supporting portion 30 further comprises a third dividing supporting wall 317e extending from the bottom surface 12d of the puzzle board 10e along the longitudinal direction X and connected with the first and second inner supporting walls 315e, 316e and a fourth dividing supporting wall 318e extending from the bottom surface 12e of the puzzle board 10e along the longitudinal direction X and connected with the first and second inner supporting walls 315e, 316e. The supporting space 319e is formed by the first and second inner supporting walls 315e, 316e and the third and fourth dividing supporting walls 317e, 318e. Optionally, the first and second supporting arms may pivotally couple at the third or fourth dividing supporting wall.

[00127] In this embodiment, the rotating assembly 20e is coupled with the kickstand 15 and comprises a first moving member 21e coupled at the kickstand 40e and a second moving member 22e rotatably coupled to the first moving member 21e. It is worth mentioning that the rotating assembly 20e is preferred to be coupled coaxially with a center of gravity of the board assembly 90e, such that the puzzle board 10e can be moved on the playing place in a balancing manner. The rotating assembly 20e further comprises a plurality of ball bearings 23e rotatably sandwiched between the first and second moving members 21e, 22e, such that when the first moving member 21e is rotated within the second moving member 22e, the board assembly 90e is self-rotated 360º on the playing place.

[00128] The first moving member 21e comprises a first middle portion 211e, an inclining portion 212e extending downwardly from the periphery of the first middle portion 211e and surrounding the first middle portion 211e for avoiding the first moving member 21e colliding with the puzzle board 10e of the board assembly 90e, a first projecting portion 213e extending upwardly from the periphery of the inclining portion 212e and surrounding the inclining portion 212e, and an edge portion 214e extending the periphery of the first projecting portion 213e and away from the first middle portion 211e. The second moving member 22e comprises a second middle portion 221e, a second projecting portion 223e extending downwardly from the periphery of the second middle portion 212e away from the first projecting portion 213e, and a bending portion 224e bent upward from the periphery of the second projecting portion 213e for forming an accommodating space 225e for receiving the edge portion 214e. The bending portion 224e is unconnected with the edge portion 214e for forming a rotating gap 226e to enable the second moving member 22 being coaxially rotated with respect to the first moving member 21 and preventing the first moving

JA0272

member 21e detaching from the second moving member 22e. The accommodating space 225e cooperated with the rotating gap 226e is configured to supply sufficient rotating space for the edge portion 214e of the first moving member 21e. The first moving member 21e and a second moving member 22e is substantially circular platy shape. The first moving member 21e further comprises a first through hole 210e provide on the first middle portion 211e for greatly reducing material cost. The second moving member 22e further comprises a second through hole 220e provide on the second middle portion 221e for greatly reducing material cost. The rotating assembly 20e is made of aluminum, stainless steel by metal stamping techniques. Optionally, a bending portion is connected with the edge portion as long as a second moving member is coaxially rotated with respect to a first moving member and preventing the first moving member detaching from the second moving member.

[00129] In order to completely open the kickstand 15 from the puzzle board 10e and avoid the rotating assembly 20e colliding with the puzzle board 10e, an outer diameter D1 of the rotating assembly 20e is slightly smaller than lengths H1 of the supporting arms 151, 152. In order to receive the kickstand 15, a length of the supporting space 319e is not smaller than a distance between the supporting arms 151, 152.

[00130] The first and second projecting portions 213e, 223e are spaced apart from each other for forming a holding space 227e. The plurality of ball bearings 23e retained at the holding space 227e in a rotatable manner, such that when the ball bearings 23e are rotatably sandwiched between the first and second moving members 21e, 22e, so as to enable the first and second moving members 21e, 22e being coaxially moved with each other. An inner circumferential surface of the first moving member 21e is engaged with an inner circumferential surface of the second moving member 22e via the ball bearings 23e to enable the second moving member 22e being coaxially rotated with respect to the first moving member 21e. In usage state, referring to Figs. 46-47, adjacent ball bearings 23e may be engaged with each other or spaced apart from each other as long as the ball bearings 23e are in constantly contact with a top inner surface of the first projecting portion 213e and the bottom inner surface of the second projecting portion 223e to effectively enable the first and second moving members 21e, 22e being coaxially moved with each other.

[00131] The rotating assembly 20e further comprises a plurality of friction pads 28e intervally attached on the second moving member 22e and/or the first moving member 21e for enhancing relative friction between the second moving member 22e and the playing place and/or the board assembly 90e and the first moving member 21e and ensuring the position of the movable puzzle platform 1e, so that the board assembly 90e is in rotatable state.

JA0273

[00132] Figs. 48-50 show a movable puzzle platform 1c of a sixth embodiment of the present invention comprises a board assembly 90g, a kickstand 15g pivotally coupled at the board assembly 90g and a rotating assembly 20g attached on the kickstand 15g. The board assembly 90g comprises a puzzle board 10g, a supplement arrangement 30g attached on the puzzle board 10e, and a restricting wall 50g upwardly extended from a peripheral edge of the puzzle board 10g. The sixth embodiment is similar to the fifth embodiment of the present invention except that: the board assembly 90g further comprises a base 40g. The base 40g comprises a base portion 401g covered on the supplement arrangement 30g and a base opening 402g surrounded by the base portion 401g and provided in a center of the base 40g for avoiding the kickstand 15g colliding with the base portion 401g.

[00133] Figs. 51-57 show a movable puzzle platform 1f of a seventh embodiment of the present invention, wherein the movable puzzle platform 1f is arranged for a user or a player to assemble a plurality of puzzle pieces 100f thereon. The movable puzzle platform 1f comprises a board assembly 90f and a rotating assembly 20f attached on the board assembly 90f. The board assembly 90f comprises a puzzle board 10f, a supplement arrangement 30f attached on the puzzle board 10f, and a restricting wall 50f upwardly extended from the puzzle board 10f. The puzzle board 10f comprises a puzzle plate 101f and a fixing portion 102f extending from the edge of the puzzle plate 101f. The puzzle plate 101f comprises a flat playing surface 11f and a bottom surface 12f opposite to the playing surface 11f. The puzzle board 10f is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

[00134] In this embodiment, the restricting wall 50f is substantially perpendicular to the puzzle board 10f and is generally four-piece type. The restricting wall 50f comprises a first extending wall 51f mounted on the fixing portion 102f and arranged in the longitudinal direction X, a second extending wall 52f mounted on the fixing portion 102f and spaced apart from the first extending wall 51f, a third extending wall 53f mounted on the fixing portion 102f and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51f, 52f, and a fourth extending wall 54f mounted on the fixing portion 102f and spaced apart from the third extending wall 53f for connected with the adjacent first and second extending walls 51f, 52f. The first and second extending walls 51f, 52f are parallel to each other in the longitudinal direction X. The third and fourth extending walls 53f, 54f are parallel to each other in the lateral direction Y. The restricting wall 50f is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces 100f off the puzzle plate 1f.

JA0274

[00135] The supplement arrangement 30f comprises a supporting portion 301f connected with the bottom surface 12f of the puzzle plate 101f for forming at least one drawer cavity 31f and at least one puzzle drawer 32f received in the corresponding drawer cavity 31f. The supporting portion 301f comprises a first main supporting wall 311f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X, a second main supporting wall 312f attached on the bottom surface 12f of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311f, a first dividing supporting wall 313f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and disposed between the first and second main supporting walls 311f, 312f, a second dividing supporting wall 314f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and disposed between the first and second main supporting walls 311f, 312f, a first inner supporting wall 315f attached on the bottom surface 12f of the puzzle board 10f along the lateral direction Y and connected with the first and second main supporting walls 311f, 312f, and a second inner supporting wall 316f attached on the bottom surface 12f of the puzzle board 10f along the lateral direction Y and connected with the first and second main supporting walls 311f, 312f. The first and second dividing supporting walls 313f, 314f are spaced apart from each other. The first and second inner supporting walls 315f, 316f are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls 313f, 314f and the first and second main supporting walls 311f, 312f are disposed parallel to each other. The first dividing supporting wall 313f connects with the first inner supporting wall 315f and the second dividing supporting wall 314f connects with the second inner supporting wall 316f.

[00136] The restricting wall 50f and the fixing portion 102f of the puzzle board 10f are successively stacked on the supporting portion 301f by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Particularly, the first extending wall 51f and the fixing portion 102f of the puzzle board 10f are successively stacked on the first main supporting wall 311f. The second extending wall 52f and the fixing portion 102f of the puzzle board 10f are successively stacked on the second main supporting wall 312f. The third extending wall 53f is directly stacked on the fixing portion 102f of the puzzle board 10f and the fourth extending wall 54f is directly stacked on the fixing portion 102f of the puzzle board 10f. When assembled, the side of the fixing portion 102f is exposed out of the first through fourth restricting walls 51f-54f and the first and second main supporting wall 311f, 312f, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency. Each of extending walls comprises an inner surface 57f, an outer surface 58f opposite to the inner surface 57f, and a pair

JA0275

of side surfaces 59f connecting the inner and outer surfaces 57f, 58f. The side surface of the extending wall is engaged with the side surface of the adjacent extending wall. Particularly, the side surface of the first and second extending walls 51f, 52f are engaged with the side surface of the adjacent third and fourth extending walls 53f, 54f, respectively.

[00137] The base 40f is stacked on the supporting portion 301f of the supplement arrangement 30 by glue. The base 40f is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and coving the supporting portion 301. In this embodiment, the rotating assembly 20 is directly mounted on the base 40f. Each of the puzzle drawer 32d comprises a rectangular bottom panel 321d slidably received in the corresponding drawer cavity 31d and slid on the base 40 directly.

[00138] Figs. 58-62 show a movable puzzle platform 1h of an eighth embodiment of the present invention, wherein the movable puzzle platform 1h is arranged for a user or a player to assemble a plurality of puzzle pieces 100h thereon. The movable puzzle platform 1h comprises a board assembly 90h, a kickstand 15h pivotally coupled at the board assembly 90h and a rotating assembly 20h attached on the kickstand 15h. The board assembly 90h comprises a puzzle board 10h, a supplement arrangement 30h attached on the puzzle board 10h, and a restricting wall 50h upwardly extended from the puzzle board 10h. The puzzle board 10h comprises a puzzle plate 101h and a fixing portion 102h extending from the edge of the puzzle plate 101h. The puzzle plate 101h comprises a flat playing surface 11h and a bottom surface 12h opposite to the playing surface 11h. The puzzle board 10h is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

[00139] The supplement arrangement 30h comprises a supporting portion 301h connected with the bottom surface 12h of the puzzle plate 101h for forming at least one drawer cavity 31h and at least one puzzle drawer 32h received in the corresponding drawer cavity 31h. The base 40h comprises a plurality of holding portions 401h with same shape arranged on the corresponding supporting portion 301h and positioned spaced from each other. Each of the holding portions 401h is substantially strip-shaped and connected with the corresponding supporting portion 301h for form a L-shaped structure. Each of the puzzle drawer 32h is partly exposed from the corresponding holding portions 401h. The holding portions 401h are integral with the corresponding supporting portion 301h as a whole. It is optional that the plurality of holding portions of the base is detachably stacked on the corresponding supporting portion by glue. Each of the holding portions 401h is not only holding the puzzle drawer 32 and preventing the puzzle drawer 32 from falling off the

JA0276

supporting portion, but also for allowing each of the puzzle drawer 32 to be slid thereon. Particularly, referring to Fig. 62, the plurality of holding portions 401h of the base 40h are integral with the corresponding supporting portion 301h and the restricting wall 50h as a whole.

[00140] Referring to Fig. 63, show a movable puzzle platform 1i of a ninth embodiment of the present invention. The ninth embodiment is similar to the fourth embodiment of the present invention except that an outer diameter of a rotating assembly 20i is smaller than a distance from a first inner supporting wall 315i to a second inner supporting wall 316i. A supporting portion further comprises at least one fixing arm 329i arranged between a third dividing supporting wall 317i and a fourth dividing supporting wall 318i. The rotating assembly 20i is connected with the fixing arm 329i and the third and fourth dividing supporting walls 317i, 318i, respectively.

[00141] Referring to Fig. 64, show a movable puzzle platform 1j of a tenth embodiment of the present invention. The tenth embodiment is similar to the fourth embodiment of the present invention except that a structure of rotating assembly 20j is similar to that of the fifth embodiment of the present invention.

[00142] Referring to Figs. 65-71, show a movable puzzle platform 1k of an eleventh embodiment of the present invention. The movable puzzle platform 1k comprises a board assembly 90k, a kickstand 15k pivotally coupled at the board assembly 90k and a rotating assembly 20k attached on the kickstand 15k. The board assembly 90k comprises a puzzle board 10k, a supplement arrangement 30k attached on the puzzle board 10k, an extending wall 50k upwardly extended from a peripheral edge of the puzzle board 10k and a base 40k is stacked on and detachably fastened to the supplement arrangement 30k. The puzzle board 10k comprises a puzzle plate 101k and a fixing portion 102k extending from the edge of the puzzle plate 101k. The puzzle board 10K is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

[00143] The supplement arrangement 30k comprises at least one puzzle drawer 32k, at least one drawer cavity 31k for receiving the corresponding puzzle drawer 32k, and a supporting portion 301k connected with the bottom surface 12k of the puzzle plate 101k for forming the drawer cavity 31k. The movable puzzle platform 1k further comprises a complementary conformation 80k provided between the puzzle drawer 32k and the corresponding supporting portion 301k for holding the puzzle drawer 32k and preventing the puzzle drawer 32k from falling off the supporting portion 301k. Each of the puzzle drawer 32k comprises a rectangular bottom panel

JA0277

321k slidably received in the corresponding drawer cavity 31k and a pair of side panels 324k extending from the bottom panel 321k. The complementary conformation 80d comprises a pair of engaging slots 305k provided on the pair of side panels 324k, and a pair of engaging portions 326k extending outwardly from the corresponding supporting portion 301k for inserted into the corresponding engaging slots 305k. In usage state, each of the engaging slot 305k is configured for smoothly sliding in the corresponding engaging portions 326k. The extending direction of the slots 305k is parallel to that of the corresponding supporting portion 301k. Each of the engaging portions 326k is connected with the corresponding supporting portion 301k, directly.

[00144] The extending wall 50k is substantially perpendicular to the puzzle board 10k and comprises at least a pair of extending walls assembled edge-to-edge. Each of extending walls 50k comprises an inner surface 501k, an outer surface 502k opposite to the inner surface 501k, and a pair of side surface 503k connecting the inner and outer surfaces 501k, 502k. The side surface of the extending wall 503k is engaged with the inner surface 501k of the adjacent extending wall 50k. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent lateral extending wall.

[00145] In this embodiment, the extending wall 50k is integral with the corresponding supporting portion 301k as a whole for forming a monolithic portion 55k. The monolithic portion 55k comprises a receiving space 103k for fixing and receiving the fixing portion 102k of the puzzle board 10k.

[00146] Although the kickstand 15 is shown in the fifth embodiment to be generally H-shaped, those skilled in the art will recognize that numerous different shapes could be used in place of the H-shaped kickstand 15 to achieve the desired function as described herein. More specifically but not by way of limitation the kickstand 15 could be cylindrical, circular, square and so on. Referring to Figs. 72-73, a movable puzzle platform 1L comprises a puzzle board 10L, a supporting portion 301L supporting the puzzle board 10L, and a kickstand 15L attached on the supporting portion 301L. The kickstand 15L could be a planar plate with a rectangle shape and connected with the supporting portion 301L of the via a hinge 16L. Referring to Figs. 74-75, a movable puzzle platform 1M comprises a puzzle board 10M, a supporting portion 301M supporting the puzzle board 10M, and a kickstand 15M attached on the puzzle board 10M. The kickstand 15M could be a planar plate with a rectangle shape and connected with the puzzle board 10M of the via at least a pair of hinges 16M. Referring to Figs. 76-77, a movable puzzle platform 1N comprises a puzzle board 10N, a supporting portion 301N supporting the puzzle board 10N, and a kickstand 15N

JA0278

attached on the supporting portion 301N. The kickstand 15L could be substantially strip-shaped and connected with the supporting portion 301N of the via at least a hinge 16N.

[00147]  The puzzle board is made of plastic, wood, or metal. When the puzzle board is made of plastic by molding, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. When the puzzle board is made of metal by stamping, the restricting wall is preferred to be integrally molded on the puzzle plate. Optionally, the restricting wall can be stacked on the puzzle plate and integrally welded to the puzzle plate as a whole. When the puzzle board is made of wood, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. If the puzzle board is made of aluminum, the weight of the puzzle board can be reduced. If the puzzle board is made of stainless steel or tempered steel, the structural strength of the puzzle board can be improved. If the puzzle board is made of plastic or wood, the manufacturing cost of the puzzle board can be reduced. It is worth mentioning that, the restricting wall and the puzzle plate can be secured together by threads, snap-fit, friction fit, etc., to fix the restricting wall on the puzzle plate. It is appreciated that the puzzle plate and the restricting wall can be made of different materials. The puzzle plate and the restricting wall may be fabricated in any desired manner, using any acceptable material.

[00148]  In one application, as shown in Fig. 78, the movable puzzle platform of the present invention can be incorporated with the puzzle pieces 100 to form a puzzle game kit.  Particularly, the area of the playing surface 11 matches with the area of the puzzle pieces 100 after the puzzle pieces 100 are assembled, such that the puzzle board 10 serves as a puzzle frame for framing the puzzle pieces 100 after the puzzle pieces 100 are assembled.  Furthermore, the puzzle board 10 is constructed to have a plurality of supplement arrangement 30.  Therefore, the supplement arrangement 30, the rotating assembly 20 and the puzzle pieces 100 are packed in a box.  In order to play the puzzle pieces 100, the board panels can be assembled edge-to-edge to form the puzzle board 10.  Then, the rotating assembly 20 can be coupled at the bottom side 11 of the puzzle board 10 to form the movable puzzle platform for the user to move the puzzle board 10 on the playing surface and to assemble the puzzle pieces 100 on the playing surface 11 of the puzzle board 10. Once the puzzle pieces 100 are completely assembled on the playing surface 11 of the puzzle board 10, the rotating assembly 20 can be detached from the bottom side 11 of the puzzle board 10, such that the puzzle board 10 forms the puzzle frame for framing the puzzle pieces 100.

JA0279

[00149] It will thus be seen that the objects of the present invention have been fully and effectively accomplished. The embodiments have been shown and described for the purposes of illustrating the functional and structural principles of the present invention and is subject to change without departure from such principles. Therefore, this invention includes all modifications encompassed within the spirit and scope of the following claims.

JA0280

WHAT IS CLAIMED IS:

1. A movable puzzle platform comprising:

a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and

at least two puzzle drawers;

wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least two drawer cavities, each puzzle drawer is actuated to slide in-and-out of a corresponding drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and

wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

2. The movable puzzle platform, as recited in claim 1, wherein the side of the fixing portion is exposed out of the first main supporting wall.

3. The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall.

4. The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall.

5. The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

JA0281

6. The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board.

7. The movable puzzle platform, as recited in claim 6, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

8. The movable puzzle platform, as recited in claim 1, further comprising a base, the base comprises a plurality of holding portions positioned spaced from each other and stacked on the supplement arrangement, respectively.

9. The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement.

10. A movable puzzle platform comprising:

 a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; and

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall;

at least two puzzle drawers; and

a rotating assembly attached on the board assembly;

 wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and

wherein the supplement arrangement is cooperated with the puzzle board for forming at least two drawer cavities, and each puzzle drawer is actuated to slide in-and-out of a corresponding drawer cavity.

JA0282

11. The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion.

12. The movable puzzle platform, as recited in claim 10, wherein the side of the fixing portion is exposed out of the first main supporting wall.

13. The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

14. The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively.

15. The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

16. The movable puzzle platform, as recited in claim 15, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board and spaced apart from the first inner supporting wall for forming a first longitudinal cavity and a second longitudinal cavity, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the first and second longitudinal cavities, respectively.

17. A movable puzzle platform comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board and a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least two drawer cavities together with the puzzle board and the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and

JA0283

at least two puzzle drawers actuated to slide in-and-out of a corresponding drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

18. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

19. The movable puzzle platform, as recited in claim 18, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

20. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively.

21. The movable puzzle platform, as recited in claim 20, wherein the restricting wall further comprises a second extending wall apart from the first extending wall and a third extending wall connecting the first and second extending walls and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly.

22. The movable puzzle platform, as recited in claim 20, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall.

23. The movable puzzle platform, as recited in claim 22, wherein the supplement arrangement further comprises a third dividing supporting wall connected with the first and second inner supporting walls.

24. The movable puzzle platform, as recited in claim 17, wherein the side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other.

JA0284

## ABSTRACT OF THE DISCLOSURE

A movable puzzle platform includes a puzzle board having a puzzle plate and a fixing portion, a supplement arrangement having a first main supporting wall and a second main supporting wall, a restricting wall having a first extending wall and a second extending wall, and at least two puzzle drawers. The first and second main supporting walls are cooperated with the puzzle board for forming at least two drawer cavities. Each puzzle drawer is actuated to slide in-and-out of a corresponding drawer cavity. The first extending wall and the fixing portion are successively stacked on the first main supporting wall. The second extending wall and the fixing portion are successively stacked on the second main supporting wall. The puzzle platform is configured for retaining all the unfinished pieces and allowing the player to conveniently play puzzles.

{SUNYOO-24016-USPT/01989271v1}                                   38

JA0285



# United States Patent and Trademark Office

*Under Secretary of Commerce for Intellectual Property and*
*Director of the United States Patent and Trademark Office*

---

## WELCOME TO THE UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

---

*Congratulations on taking the first step to protect your invention. You can now advertise or mark any products covered by this application for your invention as **"Patent Pending"** for as long as this application is pending!*

*We are here to help you on the rest of your journey.*

**New to the process?** The Patent Basics page will take you from "What is a patent?" to assistance with the application process.

- www.uspto.gov/PatentBasics

**Consider cost savings.** You might qualify for small entity or micro entity status, which means a discount on most USPTO patent fees.

- www.uspto.gov/EntityStatus

**Become a registered electronic filer (eFiler).** You'll gain access to the full capabilities of Patent Center. As a registered eFiler, you can electronically view your submission, track the progress of your application, and respond to USPTO correspondence.

- www.uspto.gov/NewPatentFilers

**Learn how to identify which of your creative ideas might be intellectual property assets** and how to protect them by using the USPTO Intellectual Property (IP) Identifier.

- ipidentifier.uspto.gov

We also provide Pro Se Assistance, support specifically geared for **independent inventors without an attorney or agent.** Follow the link below, call us at 866-767-3848, or email **proseassistancecenter@uspto.gov**.

- www.uspto.gov/ProSePatents

**Need help near you?** We have regional offices across the country, as well as Patent and Trademark Resource Centers in libraries in nearly every state, with specialists standing by to help you at no cost.

- www.uspto.gov/locations
- www.uspto.gov/ptrc

**Contact us:**

- **General information:** USPTO Contact Center
  - www.uspto.gov/help
- **Patent Center:**
  Patent Electronic Business Center
  - www.uspto.gov/EBC
- **Pre or post-examination:** Application Assistance Unit
  - www.uspto.gov/PatentAssistance

**Want to learn more?**

- **Access our free services** all in one spot. Find all of our contact centers, nationwide services, events, education, and training.
  - www.uspto.gov/FreeServices
- **Connect with us** on Instagram, LinkedIn, Twitter, Facebook, and YouTube.
- **Hear about resources for startups, inventors, and entrepreneurs,** as well as our initiatives engaging women, the military community, and others. These programs offer helpful tips and tricks on identifying and managing your IP, finding options for funding, and expanding your network to support your business.
  - www.uspto.gov/startups
  - www.uspto.gov/inventors
  - www.uspto.gov/initiatives
- We hope you connect with us by subscribing to receive important notifications by email.
  - www.uspto.gov/subscribe

**Kathi Vidal**
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**Derrick Brent**
Deputy Under Secretary of Commerce for Intellectual Property and
Deputy Director of the United States Patent and Trademark Office

JA0286

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | | | | | Application or Docket Number<br>18/736,862 | |
|---|---|---|---|---|---|---|

## APPLICATION AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY | | OR OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE($) | FEE($) | RATE($) | FEE($) |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 64 | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 280 | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 320 | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 24 minus 20 = | * 4 | x 40 = | 160 | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 minus 3 = | * | x = | 0 | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 0 | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0 | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 824 | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | SMALL ENTITY<br>RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY<br>RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | SMALL ENTITY<br>RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY<br>RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

JA0287



**UNITED STATES PATENT AND TRADEMARK OFFICE**

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | | 824 | SUNYOO-24016-USPT | 24 | 3 |

**CONFIRMATION NO. 9431**

197464
Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

**FILING RECEIPT**

*OC000000074284127*

Date Mailed: 06/21/2024

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
Xiaoling Che, Dangyang, CHINA;
Jinyan Duan, Shenzhen, CHINA;

**Applicant(s)**
Xiaoling Che, Dangyang, CHINA;
Jinyan Duan, Shenzhen, CHINA;

**Power of Attorney:** The patent practitioners associated with Customer Number 197464

**Domestic Priority data as claimed by applicant**
This application is a CON of 18/235,896 08/21/2023
which is a CIP of 17/829,359 06/01/2022
This application is a CON of 18/235,416 08/18/2023
which is a CIP of 17/829,359 06/01/2022
This application is a CIP of 17/829,359 06/01/2022

**Foreign Applications** (You may be eligible to benefit from the Patent Prosecution Highway program at the USPTO. Please see http://www.uspto.gov for more information.)
CHINA 202330364018.X 06/13/2023 Access Code Provided
CHINA 202111131554.1 09/26/2021 No Access Code Provided
CHINA 202122334815.1 09/26/2021 No Access Code Provided

**Permission to Access Application via Priority Document Exchange:** Yes

JA0288

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

Request to Retrieve - This application either claims priority to one or more applications filed in an intellectual property Office that participates in the Priority Document Exchange (PDX) program or contains a proper **Request to Retrieve Electronic Priority Application(s)** (PTO/SB/38 or its equivalent). Consequently, the USPTO will attempt to electronically retrieve these priority documents.

**If Required, Foreign Filing License Granted:** 06/20/2024

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 18/736,862**

**Projected Publication Date:** 09/26/2024

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

    Movable Puzzle Platform

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign

JA0289

patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

JA0290

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

JA0291



**WIPO**
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

**Digital Access Service**
**(DAS)**

# CERTIFICATE OF AVAILABILITY OF A CERTIFIED INDUSTRIAL DESIGN DOCUMENT IN A DIGITAL LIBRARY

The International Bureau certifies that a copy of the industrial design application indicated below has been available to the WIPO Digital Access Service since the date of availability indicated, and that the industrial design application has been available to the indicated Office(s) as of the date specified following the relevant Office code:

Document details:   Country/Office:  CN

Filing date:  13 Jun 2023 (13.06.2023)

Application number:  202330364018X

Date of availability of document:   31 Oct 2023 (31.10.2023)

The following Offices can retrieve this document by using the access code:
AR, AT, AU, BR, CA, CL, CN, CO, CU, DK, EA, EM, ES, GE, IE, IL, IN, IT, JP, KR, LT, MC, MX, NO, PL, US

Date of issue of this certificate:   26 Jun 2024 (26.06.2024)

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

JA0292



# 国家知识产权局

## NATIONAL INTELLECTUAL PROPERTY ADMINISTRATION, PRC



# 证　明

本证明之附件是向本局提交的下列专利申请文件副本。

申　　请　　号：202330364018.X

申　请　类　型：外观设计专利

发明　创造　名称：拼图板

申　　请　　日：2023年06月13日

申　　请　　人：车孝玲

发明人或设计人：车孝玲

局长
申长雨

2023 年 10 月 31 日

JA0293

外 观 设 计 图 片 或 照 片

JA0294



主视图

外 观 设 计 图 片 或 照 片

JA0294

外 观 设 计 图 片 或 照 片

JA0295



后视图

外 观 设 计 图 片 或 照 片



左视图

外 观 设 计 图 片 或 照 片

JA0296

外 观 设 计 图 片 或 照 片

JA0297



右视图

外 观 设 计 图 片 或 照 片

130001
2022.10

4

JA0297

外 观 设 计 图 片 或 照 片

JA0298



俯视图

外 观 设 计 图 片 或 照 片

JA0298

外 观 设 计 图 片 或 照 片



仰视图

JA0299

外 观 设 计 图 片 或 照 片



立体图 1

JA0300

外 观 设 计 图 片 或 照 片



立体图 2

JA0301

外 观 设 计 图 片 或 照 片



使用状态图 1

JA0302

外 观 设 计 图 片 或 照 片



使用状态图 2

JA0303

外 观 设 计 图 片 或 照 片



使用状态图 3

外 观 设 计 图 片 或 照 片



使用状态图 4

JA0305

外 观 设 计 简 要 说 明

1.本外观设计产品的名称：拼图板。
2.本外观设计产品的用途：用于拼图的玩具。
3.本外观设计产品的设计要点：在于形状。
4.最能表明设计要点的图片或照片：立体图 1。

130002
2022.10

1

JA0306

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | Xiaoling Che | SUNYOO-24016-USPT | 9431 |

197464      7590      07/22/2024

Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

| EXAMINER |
|---|
| CENTRAL, DOCKET |

| ART UNIT | PAPER NUMBER |
|---|---|
| OPAP | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 07/22/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

bypatent.us@barron-young.com
bypatentdocket.us@barron-young.com

PTOL-90A (Rev. 04/07)

JA0307

| *Decision Granting Request for Prioritized Examination (Track I)* | Application No. 18/736,862 | | Applicant(s) Che et al. | |
|---|---|---|---|---|
| | Examiner CHERYL P GIBSON BAYLOR | Art Unit OPET | | AIA (FITF) Status Yes |

1.  THE REQUEST FILED <u>07 June 2024</u> IS **GRANTED** .

The above-identified application has met the requirements for prioritized examination
   A.     ☑ for an original nonprovisional application (Track I).
   B.     ☐ for an application undergoing continued examination (RCE).

2.  **The above-identified application will undergo prioritized examination**. The application will be accorded special status throughout its entire course of prosecution until one of the following occurs:

   A.     filing a **petition for extension of time** to extend the time period for filing a reply;

   B.     filing an **amendment to amend the application to contain more than four independent claims, more than thirty total claims** , or a multiple dependent claim;

   C.     filing a **request for continued examination** ;

   D.     filing a notice of appeal;

   E.     filing a request for suspension of action;

   F.     mailing of a notice of allowance;

   G.      mailing of a final Office action;

   H.      completion of examination as defined in 37 CFR 41.102; or

   I.     abandonment of the application.

Telephone inquiries with regard to this decision should be directed to CHERYL GIBSON BAYLOR at (571)272-3213. In his/her absence, calls may be directed to Petition Help Desk at (571) 272-3282.

/CHERYL GIBSON BAYLOR/
Paralegal Specialist, OPET

U.S. Patent and Trademark Office
PTO-2298 (Rev. 02-2012)

JA0308

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/736,862 | Che et al. |
| | **Examiner** | **Art Unit** |
| | NKEISHA J SMITH | 3632 |

| ✔ | Rejected | | - | Cancelled | | N | Non-Elected | | A | Appeal |
|---|---|---|---|---|---|---|---|---|---|---|
| = | Allowed | | ÷ | Restricted | | I | Interference | | O | Objected |

| CLAIMS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | | ☐ R.1.47 | | |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/01/2024 | | | | | | | | |
| | 1 | ÷ | | | | | | | | |
| | 2 | ÷ | | | | | | | | |
| | 3 | ÷ | | | | | | | | |
| | 4 | ÷ | | | | | | | | |
| | 5 | ÷ | | | | | | | | |
| | 6 | ÷ | | | | | | | | |
| | 7 | ÷ | | | | | | | | |
| | 8 | ÷ | | | | | | | | |
| | 9 | ÷ | | | | | | | | |
| | 10 | ÷ | | | | | | | | |
| | 11 | ÷ | | | | | | | | |
| | 12 | ÷ | | | | | | | | |
| | 13 | ÷ | | | | | | | | |
| | 14 | ÷ | | | | | | | | |
| | 15 | ÷ | | | | | | | | |
| | 16 | ÷ | | | | | | | | |
| | 17 | ÷ | | | | | | | | |
| | 18 | ÷ | | | | | | | | |
| | 19 | ÷ | | | | | | | | |
| | 20 | ÷ | | | | | | | | |
| | 21 | ÷ | | | | | | | | |
| | 22 | ÷ | | | | | | | | |
| | 23 | ÷ | | | | | | | | |
| | 24 | ÷ | | | | | | | | |

JA0309

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | Xiaoling Che | SUNYOO-24016-USPT | 9431 |

197464        7590        08/06/2024

Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

| EXAMINER |
|---|
| SMITH, NKEISHA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3632 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/06/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

bypatent.us@barron-young.com
bypatentdocket.us@barron-young.com

PTOL-90A (Rev. 04/07)

JA0310

| *Office Action Summary* | Application No. 18/736,862 | Applicant(s) Che et al. |
|---|---|---|
| | Examiner NKEISHA J SMITH | Art Unit 3632 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>2</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>6/7/2024</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ____.
2a) ☐ This action is **FINAL.**　　　2b) ☑ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1-24</u> is/are pending in the application.
   5a) Of the above claim(s) ____ is/are withdrawn from consideration.
6) ☐ Claim(s) ____ is/are allowed.
7) ☐ Claim(s) ____ is/are rejected.
8) ☐ Claim(s) ____ is/are objected to.
9) ☑ Claim(s) <u>1-24</u> are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.
11) ☐ The drawing(s) filed on ____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☐ All　　b)☐ Some**　　c)☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. ____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date ____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date ____.
4) ☐ Other: ____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 11-13)　　　　　Office Action Summary　　　　Part of Paper No./Mail Date 20240801

JA0311

Application/Control Number: 18/736,862                                                                   Page 2

Art Unit: 3632

***Notice of Pre-AIA or AIA Status***

1.      The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.

**DETAILED ACTION**

2.      The following correspondence is a non-final Office Action for application number 18/736,862 for

a MOVABLE PUZZLE PLATFORM, filed on 6/7/2024.  Claims 1-24 are pending.

***Election/Restrictions***

3.      This application contains claims directed to the following patentably distinct species:

    A.      Figs. 1-15;

    B.      Figs. 16-19;

    C.      Figs. 20-22;

    D.      Figs. 23-36, 38, 39;

    E.      Figs. 37, 40-47;

    F.      Figs. 48-50;

    G.      Figs. 51-57;

    H.      Figs. 58-62;

    I.      Fig. 63;

    J.      Fig. 64;

    K.      Figs. 65-71.

4.      The species are independent or distinct because claims to the different species recite the

mutually exclusive characteristics of such species, i.e., different embodiments of the puzzle platform.  In

addition, these species are not obvious variants of each other based on the current record.

JA0312

Application/Control Number: 18/736,862                                                                    Page 3
Art Unit: 3632

Applicant is required under 35 U.S.C. 121 to elect a single disclosed species for prosecution on the merits to which the claims shall be restricted if no generic claim is finally held to be allowable. Currently, claim 1 is generic.

5.      Restriction for examination purposes as indicated is proper because all these inventions listed in this action are independent or distinct for the reasons given above and there would be a serious search and examination burden if restriction were not required because one or more of the following reasons apply:

(a) the inventions have acquired a separate status in the art in view of their different classification;

(b) the inventions have acquired a separate status in the art due to their recognized divergent subject matter;

(c) the inventions require a different field of search (for example, searching different classes/subclasses or electronic resources, or employing different search queries);

(d) the prior art applicable to one invention would not likely be applicable to another invention;

(e) the inventions are likely to raise different non-prior art issues under 35 U.S.C. 101 and/or 35 U.S.C. 112, first paragraph.

6.      **Applicant is advised that the reply to this requirement to be complete <u>must</u> include (i) an election of a species to be examined** even though the requirement may be traversed (37 CFR 1.143) **and (ii) identification of the claims encompassing the elected species**, including any claims subsequently added.  An argument that a claim is allowable or that all claims are generic is considered nonresponsive unless accompanied by an election.

The election of the species may be made with or without traverse. To preserve a right to petition, the election must be made with traverse. If the reply does not distinctly and specifically point out supposed errors in the election of species requirement, the election shall be treated as an election

# JA0313

without traverse. Traversal must be presented at the time of election in order to be considered timely.

Failure to timely traverse the requirement will result in the loss of right to petition under 37 CFR 1.144.

If claims are added after the election, applicant must indicate which of these claims are readable on the

elected species.

Should applicant traverse on the ground that the species are not patentably distinct, applicant

should submit evidence or identify such evidence now of record showing the species to be obvious

variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one

of the species unpatentable over the prior art, the evidence or admission may be used in a rejection

under 35 U.S.C. 103(a) of the other species.

Upon the allowance of a generic claim, applicant will be entitled to consideration of claims to

additional species which depend from or otherwise require all the limitations of an allowable generic

claim as provided by 37 CFR 1.141.

### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to NKEISHA J. SMITH whose telephone number is (571)272-5781.  The examiner can

normally be reached on Normal hours: M/Th 7-4; T 9-5; W 7-3; F 7-4.

Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Terrell McKinnon can be reached on 571-272-4797.  The fax phone number for the organization where

this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained

JA0314

Application/Control Number: 18/736,862                                                                 Page 5
Art Unit: 3632

from either Private PAIR or Public PAIR.  Status information for unpublished applications is available

through Private PAIR only.  For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer

Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR

CANADA) or 571-272-1000.

　　　/NKEISHA SMITH/
　　　 Primary Examiner, Art Unit 3632
　　　August 1, 2024

JA0315

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>18/736,862 | Filing Date<br>06/07/2024 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:**  ☐ LARGE  ☑ SMALL  ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | x $40 = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | x $192 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT** | 08/15/2024 | | | | | | | |
| | Total<br>(37 CFR 1.16(i)) | * 24 | Minus | ** 24 | = 0 | | x $40 = | 0 |
| | Independent<br>(37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | | x $192 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | 0 |

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT** | | | | | | | | |
| | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | | x $0 = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | |
| | | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | HSLIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /TRACIE V HARGROVE/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

JA0316

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application No. | : | 18/736,862 |
| Application Filing Date | : | June 07, 2024 |
| Inventors | : | Xiaoling Che |
| Attorney Docket No. | : | SUNYOO-24016-USPT |
| Confirmation No. | : | 9431 |
| Examiner | : | SMITH, NKEISHA |
| Art Unit | : | 3632 |

Mail Stop Amendment

Commissioner for Patents

P.O. Box 1450

Alexandria, VA 22313-1450

## RESPONSE TO ELECTION/RESTRICTION REQUIREMENT

Sir/Madam:

In response to the Election/Restriction Requirement dated August 6, 2024, in connection with the above-identified application, kindly amend the subject application as follows and consider the accompanying amendments and remarks.

**Amendments to Claims** begin on page **2** of this paper.   This listing of claims will replace all prior versions, and listings, of claims in the application.

**Remarks** begin on page **6** of this paper.

JA0317

Amendments to Claims

1. (Currently amended) A movable puzzle platform comprising:

a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and

at least two puzzle drawers;

wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least ~~two~~one drawer ~~cavities~~cavity, each puzzle drawer is actuated to slide in-and-out of ~~a~~the ~~corresponding~~ drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and

wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

2. (Original) The movable puzzle platform, as recited in claim 1, wherein the side of the fixing portion is exposed out of the first main supporting wall.

3. (Original) The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall.

4. (Original) The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall.

5. (Original) The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

6. (Original) The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board.

JA0318

7. (Original) The movable puzzle platform, as recited in claim 6, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

8. (Withdrawn) The movable puzzle platform, as recited in claim 1, further comprising a base, the base comprises a plurality of holding portions positioned spaced from each other and stacked on the supplement arrangement, respectively.

9. (Original) The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement.

10. (Currently amended) A movable puzzle platform comprising:

a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, ~~a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall~~; and

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, ~~and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall~~;

at least two puzzle drawers; and

a rotating assembly attached on the board assembly;

wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and

wherein the supplement arrangement is cooperated with the puzzle board for forming at least ~~two~~one drawer ~~cavities~~cavity, and each puzzle drawer is actuated to slide in-and-out of ~~a~~the ~~corresponding~~ drawer cavity.

11. (Original) The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion.

12. (Original) The movable puzzle platform, as recited in claim 10, wherein the side of the fixing portion is exposed out of the first main supporting wall.

13. (Original) The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

JA0319

14. (Original) The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively.

15. (Original) The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

16. (Withdrawn) The movable puzzle platform, as recited in claim 15, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board and spaced apart from the first inner supporting wall for forming a first longitudinal cavity and a second longitudinal cavity, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the first and second longitudinal cavities, respectively.

17. (Currently amended) A movable puzzle platform comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board and a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least ~~two~~one drawer ~~cavities~~cavity together with the puzzle board and the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and

at least ~~two~~one puzzle ~~drawers~~drawer actuated to slide in-and-out of ~~a~~the ~~corresponding~~ drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

18. (Original) The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

19. (Original) The movable puzzle platform, as recited in claim 18, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

20. (Currently amended) The movable puzzle platform, as recited in claim ~~17~~18, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further comprises a

JA0320

second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively.

21. (Original) The movable puzzle platform, as recited in claim 20, wherein the restricting wall further comprises a second extending wall apart from the first extending wall and a third extending wall connecting the first and second extending walls and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly.

22. (Original) The movable puzzle platform, as recited in claim 20, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall.

23. (Original) The movable puzzle platform, as recited in claim 22, wherein the supplement arrangement further comprises a third dividing supporting wall connected with the first and second inner supporting walls.

24. (Original) The movable puzzle platform, as recited in claim 17, wherein the side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other.

JA0321

## REMARKS

Applicants highly appreciate Examiner's careful review of present application.

Claims 8 and 16 are withdrawn.    No new matter has been added.

Claims 1, 10, 17, and 20 are amended. All the amendments claims are based on the original disclosure of the application and no new matter has been added.

**Election/Restrictions**

The Office states that:

This application contains the following disclosed patentably distinct species:

(1) Species A, reading on Figs. 1-15;

(2) Species B, reading on Figs. 16-19;

(3) Species C, reading on Figs. 20-22;

(4) Species D, reading on Figs. 23-36, 38, 39;

(5) Species E, reading on Figs. 37, 40-47;

(6) Species F, reading on Figs. 48-50;

(7) Species G, reading on Figs. 51-57;

(8) Species H, reading on Figs. 58-62;

(9) Species I, reading on Fig. 63;

(10) Species J, reading on Fig. 64; and

(11) Species K, reading on Figs. 65-71.

**In response to this Election/Restriction requirement**, Applicants elect Species G (reading on Figs. 51-57) without traverse, withdraw claims 8 and 16 without prejudice and reserve the right to file a continuation or divisional application.

In view of the foregoing, the present application as defined in the pending claims is considered to be in a condition for allowance, and an action to such effect is earnestly solicited.

Respectfully submitted,

By: _____ /charles    ho/

Dated: August 15, 2024

Charles S. Ho, Reg. No. 51807

bypatent.us@barron-young.com

JA0322

**UNITED STATES**
**PATENT AND TRADEMARK OFFICE**

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| 18/736,862 | 08/15/2024 09:29:40 PM Z ET | SUNYOO-24016-USPT |

## Title of Invention

Movable Puzzle Platform

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9431 | FILED BY | Patrick Song |
| PATENT CENTER # | 66807869 | FILING DATE | 06/07/2024 |
| CUSTOMER # | 197464 | FIRST NAMED INVENTOR | Xiaoling Che |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Charles Ho |

## Documents

# TOTAL DOCUMENTS: 1

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| Response_to_RR_SUNYOO-24016-USPT.pdf | 6 | Response to Election / Restriction Filed | 44 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| Response_to_RR_SUNYOO-24016-USPT.pdf | FCCCABB7A15F05128EAFF7AC253848F08850B5A890F9EED9 8F3BA3F8B3016BD22932F515F8A8AB93C375DCFD501D87FF6 9A750D2EE75BFF16AA7895CE71F2984 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

JA0323

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

JA0324

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 307 | a63f9/1044 | (US-PGPUB; USPAT) | OR | ON | ON | 2024/08/20 10:04 AM |
| L2 | 12 | ("1763476" \| "3451681" \| "3792668").pn. OR ("3884476").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/08/20 12:31 PM |
| L3 | 63 | a63f2009/105 | (US-PGPUB; USPAT) | OR | ON | ON | 2024/08/20 01:08 PM |
| L4 | 48 | 273/153.00r | (US-PGPUB; USPAT) | OR | ON | ON | 2024/08/20 01:14 PM |
| L5 | 595 | a47b13/081 | (US-PGPUB; USPAT) | OR | ON | ON | 2024/08/20 01:29 PM |
| L6 | 328 | a47b41/00 | (US-PGPUB; USPAT) | OR | ON | ON | 2024/08/20 04:20 PM |
| L7 | 10 | ("776355").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/08/20 05:04 PM |
| L8 | 0 | a47b93/043 | (US-PGPUB; USPAT) | OR | ON | ON | 2024/08/20 05:21 PM |
| L9 | 0 | a47b83/043 | (US-PGPUB; USPAT) | OR | ON | ON | 2024/08/20 05:22 PM |
| L10 | 7 | ("10517391"\|"1987496"\|"20100101461"\|"20160281908"\|"20210170267"\|"20210170268"\|"4635894").PN. | (US-PGPUB; USPAT) | OR | ON | ON | 2024/08/20 05:29 PM |
| L11 | 27 | ("1987496").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/08/20 05:38 PM |
| L12 | 40 | ("1987496" \| "2560583" \| "3504915" \| "3729752" \| "3792668" \| "3974576" \| "4051607" \| "4154339" \| "4302013").pn. OR ("4479651").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/08/20 05:45 PM |
| L13 | 2000 | board AND drawers AND (rotat$3 WITH base) | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/08/21 09:29 AM |
| L14 | 38 | ("2170013" \| "2336281" \| "2353391" \| "2435151" \| "2616775" \| "2621093" \| "3307740" \| "3899982" \| "4549327" \| "4577788" \| "4654923" \| "4662518" \| "4777693" \| "4846382" | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/08/21 10:48 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | \| "4881291").pn. OR ("5127720").urpn. AND (PGPB \| USPT \| USOC).dbnm. | | | | | |
| L15 | 205 | (puzzle OR game) AND table AND (sliding near5 drawer) | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/08/21 11:38 AM |
| L16 | 6 | ("10419054" OR "20100101461" OR "20210170267" OR "20210170268" OR "4591161" OR "5533857").pn. | (US-PGPUB; USPAT) | OR | ON | ON | 2024/08/21 01:47 PM |
| L17 | 23 | ("1980637" \| "2766987" \| "2774598").pn. OR ("4591161").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/08/21 02:39 PM |
| L18 | 0 | (16/784449).APP. | (USPAT; USOCR) | OR | ON | ON | 2024/08/21 03:12 PM |
| L19 | 0 | (16/706884).APP. | (USPAT; USOCR) | OR | ON | ON | 2024/08/21 03:12 PM |
| L20 | 21 | ("1535484"\|"1987496"\|"2003834"\|"20070039523"\|"20070266911"\|"20080060563"\|"2008078"\|"2174613"\|"2182327"\|"3285205"\|"3792668"\|"4479651"\|"4484745"\|"4552361"\|"5365861"\|"6899306"\|"6928932").PN. | (USPAT; USOCR) | OR | ON | ON | 2024/08/21 03:14 PM |
| L21 | 10 | ("776355").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/08/21 03:46 PM |
| L22 | 27 | ((("CHE") near3 ("Xiaoling")) OR (("DUAN") near3 ("Jinyan"))).INV. | (US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT) | OR | ON | ON | 2024/08/21 07:03 PM |

## PE2E SEARCH - Search History (Interference)

There are no Interference searches to show.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Xiaoling Che |
| Art Unit | N/A |
| Examiner Name | Not Yet Assigned |
| Attorney Docket  Number | SUNYOO-24016-USPT |

## U.S.PATENTS  [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| /N.S/ | 1 | 10419054 | B1 | 2019-09-17 | VanTassell et al. | |
| /N.S/ | 2 | 5533857 | A | 1996-07-09 | Ferrone, Rock A. | |
| /N.S/ | 3 | 4591161 | A | 1986-05-27 | Vanderhoof, John R. | |

If you wish to add additional U.S. Patent citation information please click the Add button.  [Add]

## U.S.PATENT APPLICATION PUBLICATIONS  [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code1 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| /N.S/ | 1 | 20210170268 | A1 | 2021-06-10 | Malki, Fereniki | |
| /N.S/ | 2 | 20210170267 | A1 | 2021-06-10 | Malki, Fereniki | |
| /N.S/ | 3 | 20100101461 | A1 | 2010-04-29 | Brault et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  [Add]

## FOREIGN PATENT DOCUMENTS  [Remove]

JA0327

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Xiaoling Che |
| Art Unit | N/A |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | SUNYOO-24016-USPT |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

## NON-PATENT LITERATURE DOCUMENTS
[Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button [Add]

## EXAMINER SIGNATURE

| Examiner Signature | /NKEISHA SMITH/ | Date Considered | 08/21/2024 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

JA0328

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | |
| | Filing Date | |
| | First Named Inventor | Xiaoling Che |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | SUNYOO-24016-USPT |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Charles Ho/ | Date (YYYY-MM-DD) | 2024-06-07 |
| Name/Print | Charles Ho | Registration Number | 51,807 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

JA0329

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

JA0330

# Bibliographic Data

Application No: **18/736,862**

Foreign Priority claimed: ⦿ Yes ○ No

35 USC 119 (a-d) conditions met: ☑ Yes ☐ No ☐ Met After Allowance

Verified and Acknowledged: /NKEISHA SMITH/

Examiner's Signature | Initials

Title: Movable Puzzle Platform

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/07/2024 | 273 | 3632 | SUNYOO-24016-USPT |
| **RULE** | | | |

**APPLICANTS**

**INVENTORS**

Xiaoling Che,

Jinyan Duan,

**CONTINUING DATA**

This application is a CON of 18235896 08/21/2023 PAT 12048885

This application is a CON of 18235416 08/18/2023 PAT 12059631

18235416 is a CIP of 17829359 06/01/2022

This application is a CIP of 17829359 06/01/2022

18235896 is a CIP of 17829359 06/01/2022

**FOREIGN APPLICATIONS**

CHINA CN202111131554.1 09/26/2021

CHINA CN202122334815.1 09/26/2021

CHINA CN202330364018.X 06/13/2023

**IF REQUIRED, FOREIGN LICENSE GRANTED\*\***

06/20/2024

**\*\* SMALL ENTITY \*\***

**STATE OR COUNTRY**

**ADDRESS**

Barron & Young PLLC

5465 Legacy Drive, Suite 650

Plano, TX 75024

UNITED STATES

**FILING FEE RECEIVED**

JA0331

$2,560

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/736,862 | Che et al. |
| | **Examiner** | **Art Unit** |
| | NKEISHA J SMITH | 3632 |

**CPC - Searched***

| Symbol | Date | Examiner |
|---|---|---|
| A63F9/1044 | 08/21/2024 | NJS |
| A63F2009/105 | 08/21/2024 | NJS |
| A47B13/081 | 08/21/2024 | NJS |
| A47B41/00 | 08/21/2024 | NJS |
| A47B83/043 | 08/21/2024 | NJS |

**CPC Combination Sets - Searched***

| Symbol | Date | Examiner |
|---|---|---|
| | | |

**US Classification - Searched***

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

**Search Notes**

| Search Notes | Date | Examiner |
|---|---|---|
| SEARCH (CPC) - see search history attached | 08/21/2024 | NJS |
| Inventor's name search – PALM | 08/21/2024 | NJS |
| Inventor's name search – SEARCH | 08/21/2024 | NJS |
| Forward and backward search on pertinent references | 08/21/2024 | NJS |
| Text search | 08/21/2024 | NJS |

| | |
|---|---|
| | |

JA0333

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/736,862 | Che et al. |
| | **Examiner** | **Art Unit** |
| | NKEISHA J SMITH | 3632 |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

JA0334

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/736,862 | Che et al. |
| | Examiner | Art Unit |
| | NKEISHA J SMITH | 3632 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| CLAIMS | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | | ☐ CPA | | ☐ T.D. | | ☐ R.1.47 | |

| CLAIM | | DATE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/01/2024 | 08/21/2024 | | | | | | | | |
| | 1 | ÷ | ✓ | | | | | | | | |
| | 2 | ÷ | ✓ | | | | | | | | |
| | 3 | ÷ | ✓ | | | | | | | | |
| | 4 | ÷ | ✓ | | | | | | | | |
| | 5 | ÷ | ✓ | | | | | | | | |
| | 6 | ÷ | ✓ | | | | | | | | |
| | 7 | ÷ | ✓ | | | | | | | | |
| | 8 | ÷ | N | | | | | | | | |
| | 9 | ÷ | ✓ | | | | | | | | |
| | 10 | ÷ | ✓ | | | | | | | | |
| | 11 | ÷ | ✓ | | | | | | | | |
| | 12 | ÷ | ✓ | | | | | | | | |
| | 13 | ÷ | ✓ | | | | | | | | |
| | 14 | ÷ | ✓ | | | | | | | | |
| | 15 | ÷ | ✓ | | | | | | | | |
| | 16 | ÷ | N | | | | | | | | |
| | 17 | ÷ | ✓ | | | | | | | | |
| | 18 | ÷ | ✓ | | | | | | | | |
| | 19 | ÷ | ✓ | | | | | | | | |
| | 20 | ÷ | ✓ | | | | | | | | |
| | 21 | ÷ | ✓ | | | | | | | | |
| | 22 | ÷ | ✓ | | | | | | | | |
| | 23 | ÷ | ✓ | | | | | | | | |
| | 24 | ÷ | ✓ | | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No.: 20240821

Page 1 of 1

JA0335

| | | Application/Control No. 18/736,862 | | Applicant(s)/Patent Under Reexamination Che et al. | |
|---|---|---|---|---|---|
| *Notice of References Cited* | | | | | |
| | | Examiner NKEISHA J SMITH | | Art Unit 3632 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-3884476-A | 1975-05-20 | Sanders; Carl D. | A63F9/1044 | 273/157R |
| * | B | US-3224391-A | 1965-12-21 | JOSEPH COOPER | A47B13/081 | 108/140 |
| * | C | US-2833609-A | 1958-05-06 | LAWLESS CLEMENT J | A47B13/081 | 108/62 |
| * | D | US-0776355-A | 1904-11-29 | NW SELANDER | A47B41/00 | 312/258 |
| * | E | US-20210170268-A1 | 2021-06-10 | Malki; Fereniki | A63F9/1044 | 1/1 |
| * | F | US-1987496-A | 1935-01-08 | BRUNO SPRINGBORN | A63F9/1044 | 273/157R |
| * | G | US-4479651-A | 1984-10-30 | LaFleur; Robert H. | A63F9/1044 | 273/DIG.30 |
| * | H | US-5127720-A | 1992-07-07 | Shultz; Florance | A63F3/068 | 206/39 |
| * | I | US-1838558-A | 1931-12-29 | CHARLES KOLODNY | A47B13/16 | 312/285 |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date YYYY-MM-DD | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in YYYY-MM-DD format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 11-2023)      **Notice of References Cited**      Part of Paper No. 20240821

JA0336

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | Xiaoling Che | SUNYOO-24016-USPT | 9431 |

197464        7590        08/26/2024

Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

| EXAMINER |
|---|
| SMITH, NKEISHA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3632 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/26/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

bypatent.us@barron-young.com
bypatentdocket.us@barron-young.com

PTOL-90A (Rev. 04/07)

JA0337

| *Office Action Summary* | Application No. 18/736,862 | Applicant(s) Che et al. | |
|---|---|---|---|
| | Examiner NKEISHA J SMITH | Art Unit 3632 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☑ Responsive to communication(s) filed on <u>6/7/2024</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☐ This action is **FINAL.**    2b) ☑ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☑ Claim(s) <u>1-24</u> is/are pending in the application.
  5a) Of the above claim(s) <u>8-16</u> is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☑ Claim(s) <u>1-7,9-15 and 17-24</u> is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

## Application Papers

10)☐ The specification is objected to by the Examiner.
11)☑ The drawing(s) filed on <u>6/7/2024</u> is/are:  a)☐ accepted or  b)☑ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12)☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
  a)☑ All    b)☐ Some**    c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☑ Certified copies of the priority documents have been received in Application No. <u>18/235,896</u>.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

### Attachment(s)

1) ☑ Notice of References Cited (PTO-892)
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>6/7/2024</u>.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 11-13)      Office Action Summary      Part of Paper No./Mail Date 20240821

JA0338

Application/Control Number: 18/736,862                                                                 Page 2

Art Unit: 3632

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

1.      The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.

2.      The following correspondence is a non-final Office Action for application no. 18/736,862 for a

MOVABLE PUZZLE PLATFORM, filed on 6/7/2024.  Claims 1-24 are pending.  Claims 8 and 16 are

withdrawn.

### Election/Restrictions

3.      Applicant's election without traverse of Species G (Figs. 51-57) in the reply filed on 8/15/2024 is

acknowledged.

4.      Claims 8 and 16 are withdrawn from further consideration pursuant to 37 CFR 1.142(b) as being

drawn to a nonelected species, there being no allowable generic or linking claim. Election was made

**without** traverse in the reply filed on 8/15/2024.

### Priority

5.      Applicant is advised of possible benefits under 35 U.S.C. 119(a)-(d) and (f), wherein an

application for patent filed in the United States may be entitled to claim priority to an application filed in

a foreign country.

6.      Acknowledgment is made of applicant's claim for foreign priority under 35 U.S.C. 119 (a)-(d).

The certified copy has been filed in parent Application No. 18/235,896, filed on 8/21/2023.

### Drawings

7.      The drawings are objected to as failing to comply with 37 CFR 1.84(p)(5) because they include

the following reference character(s) not mentioned in the description: 324f, 317f and 318f.  Corrected

drawing sheets in compliance with 37 CFR 1.121(d), or amendment to the specification to add the

reference character(s) in the description in compliance with 37 CFR 1.121(b) are required in reply to the

JA0339

Application/Control Number: 18/736,862                                                                Page 3
Art Unit: 3632

Office action to avoid abandonment of the application. Any amended replacement drawing sheet should include all of the figures appearing on the immediate prior version of the sheet, even if only one figure is being amended. Each drawing sheet submitted after the filing date of an application must be labeled in the top margin as either "Replacement Sheet" or "New Sheet" pursuant to 37 CFR 1.121(d). If the changes are not accepted by the examiner, the applicant will be notified and informed of any required corrective action in the next Office action. The objection to the drawings will not be held in abeyance.

8.      In addition to Replacement Sheets containing the corrected drawing figure(s), applicant is required to submit a marked-up copy of each Replacement Sheet including annotations indicating the changes made to the previous version.  The marked-up copy must be clearly labeled as "Annotated Sheets" and must be presented in the amendment or remarks section that explains the change(s) to the drawings.  See 37 CFR 1.121(d)(1).  Failure to timely submit the proposed drawing and marked-up copy will result in the abandonment of the application.

### Claim Rejections - 35 USC § 112

9.      The following is a quotation of 35 U.S.C. 112(b):
(b)  CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

10.     Claim 1-7, 9-15 and 17-24 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor (or for applications subject to pre-AIA 35 U.S.C. 112, the applicant), regards as the invention.

JA0340

11.      Claims 1, 5, 6, 10, 13, 15, 17, 18 and 22 recite the limitation "the bottom surface" therein. There is insufficient antecedent basis for this limitation in the claims. Claims 2-4, 7, 9, 11, 12, 14, 19-21, 23 and 24 are rejected for the same reasons as dependent on claims 1, 10 and 17.

12.      Claims 2-4, 12 and 24 recite the limitation "the side" therein. There is insufficient antecedent basis for this limitation in the claims.

### Claim Rejections - 35 USC § 102

13.      In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis (i.e., changing from AIA to pre-AIA) for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

14.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention.

15.      Claim(s) 10 and 24 is/are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Shultz (U.S. Pat. 5,127,720).

Regarding claim 10, as best understood, Shultz teaches a movable puzzle platform comprising: a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board and a first dividing supporting wall (located on opposite side from first main supporting wall) positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting

JA0341

Application/Control Number: 18/736,862                                                                Page 5
Art Unit: 3632

wall; a restricting wall having a first extending wall upwardly extending from the fixing portion and

stacked on the fixing portion of the puzzle board; and at least one puzzle drawer actuated to slide in-

and-out of the drawer cavity; wherein the first extending wall and the fixing portion of the puzzle board

are successively stacked on the first main supporting wall.



Regarding claim 24, as best understood, Shultz teaches the platform of claim 17, wherein the

side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar

with each other (outer sides ae coplanar, see Fig. 4).

Application/Control Number: 18/736,862                                                      Page 6
Art Unit: 3632

***Allowable Subject Matter***

16.      Claims 1 and 17 would be allowable if rewritten or amended to overcome the rejection(s) under

35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), 2nd paragraph, set forth in this Office action.

17.      Claims 2-7, 9, 11-15 and 18-23 would be allowable if rewritten to overcome the rejection(s)

under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), 2nd paragraph, set forth in this Office action and to

include all of the limitations of the base claim and any intervening claims.

***Conclusion***

18.      The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure. USPub 2021/0170268; USP 3884476 (puzzle board with sliding drawers).

19.      Any inquiry concerning this communication or earlier communications from the examiner

should be directed to NKEISHA J. SMITH whose telephone number is (571)272-5781. The examiner can

normally be reached Normal hours: M/Th 7-4; T 9-5; W 7-3; F 7-4.

Examiner interviews are available via telephone, in-person, and video conferencing using a

USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use

the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Terrell McKinnon can be reached on 571-272-4797. The fax phone number for the organization where

this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from

Patent Center. Unpublished application information in Patent Center is available to registered users. To

file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit

https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional

questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like

JA0343

Application/Control Number: 18/736,862                                                                Page 7
Art Unit: 3632

assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or

571-272-1000.


/NKEISHA SMITH/
Primary Examiner, Art Unit 3632
August 21, 2024

JA0344



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 18/736,862 | 06/07/2024 | Xiaoling Che | SUNYOO-24016-USPT |

**CONFIRMATION NO. 9431**

197464
Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

**PUBLICATION NOTICE**

*OC000000078506892*

Date Mailed: 09/26/2024

**Title:** Movable Puzzle Platform

**Publication No.** US-2024-0316448-A1
**Publication Date:** 09/26/2024

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be viewed using the USPTO's publicly available Searchable Databases via the Patent Public Search tool at www.uspto.gov. The direct link to access the Patent Public Search tool is currently https://ppubs.uspto.gov/pubwebapp/static/pages/ppubsbasic.html.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through Patent Center, the USPTO's electronic patent application filing and management system. The direct link to access this status information is currently https://patentcenter.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of Patent Center.

Further assistance in electronically accessing the publication, or about Patent Center, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

JA0345

Doc Code: ADS.CORR
Application Data Sheet to update/correct info

PTO/AIA/14

 UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# Corrected Application Data Sheet

**18736862   :   Movable Puzzle Platform**

~~Strike-through~~ indicates removal of data from existing record Underline indicates new data being added to the application If no data is shown, no data has been corrected

## Inventor Information

| Data of record | Updated Data |
|---|---|

No data change in this section

## Application Information

| | |
|---|---|
| Title of Invention | Movable Puzzle Platform |
| Attorney Docket Number | SUNYOO-24016-USPT |
| Entity Status | Small |

## Domestic Benefit/National Stage Information

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c), 386(c), or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78(a)(2) or CFR 1.78(a)(4), and need not otherwise be made part of the specification.

JA0346

**Data of record**                                    **Updated Data**

|                    |                          |
|-------------------:|--------------------------|
| Prior app status   | PATENTED                 |
| Application number | 18736862                 |
| Continuity type    | Continuation of          |
| Prior app number   | 18235896                 |
| Filing Date        | 08/21/2023               |
| Patent number      | 12048885                 |
| Issue date         | 07/30/2024               |

|                    |                          |
|-------------------:|--------------------------|
| Prior app status   | PATENTED                 |
| Application number | 18235896                 |
| Continuity type    | Continuation in part of  |
| Prior app number   | 17829359                 |
| Filing Date        | 06/1/2022                |
| Patent number      | 12104744                 |
| Issue date         | 10/1/2024                |

|                    |                          |
|-------------------:|--------------------------|
| Prior app status   | PATENTED                 |
| Application number | 18736862                 |
| Continuity type    | Continuation of          |
| Prior app number   | 18235416                 |
| Filing Date        | 08/18/2023               |
| Patent number      | 12059631                 |
| Issue date         | 08/13/2024               |

|                    |                          |
|-------------------:|--------------------------|
| Prior app status   | PATENTED                 |
| Application number | 18235416                 |
| Continuity type    | Continuation in part of  |
| Prior app number   | 17829359                 |
| Filing Date        | 06/1/2022                |
| Patent number      | 12104744                 |
| Issue date         | 10/1/2024                |

|                    |                          |
|-------------------:|--------------------------|
| Prior app status   | PATENTED                 |

JA0347

Application number    18736862
Continuity type    Continuation in part of
Prior app number    17829359
Filing Date    06/1/2022
Patent number    12104744
Issue date    10/1/2024

---

Prior app status    **PATENTED**
Application number    18736862
Continuity type    Continuation in part of
Prior app number    18541685
Filing Date    12/15/2023
Patent number    12042740
Issue date    07/23/2024

---

Prior app status    **PATENTED**
Application number    18235416
Continuity type    Continuation in part of
Prior app number    17505587
Filing Date    10/19/2021
Patent number    11890551
Issue date    02/6/2024

---

Prior app status    **PATENTED**
Application number    18235896
Continuity type    Continuation in part of
Prior app number    17505587
Filing Date    10/19/2021
Patent number    11890551
Issue date    02/6/2024

---

Prior app status    **PATENTED**
Application number    18541685
Continuity type    Continuation of
Prior app number    17505587
Filing Date    10/19/2021

JA0348

Patent number     <u>11890551</u>

Issue date     <u>02/6/2024</u>

**Foreign Priority Information**

This section allows for the applicant to claim benefit of foreign priority and to identify any prior foreign application for which priority is not claimed. Providing this information in the Application Data Sheet constitutes the claim for priority as required by 35 U.S.C. 119 (b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| **Data of record** | | **Updated Data** | |
|---|---|---|---|
| Application number | 202330364018.X | | |
| Country | CHINA | | |
| Filing date | 06/13/2023 | | |
| Access code | 5B80 | | |
| | | | |
| Application number | 202111131554.1 | | |
| Country | CHINA | | |
| Filing date | 09/26/2021 | | |
| Access code | ~~null~~ | Access code | <u>C20B</u> |
| | | | |
| Application number | 202122334815.1 | | |
| Country | CHINA | | |
| Filing date | 09/26/2021 | | |
| Access code | ~~null~~ | Access code | <u>C20C</u> |

**Applicant Information**

JA0349

The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46.

| Data of record | Updated Data |
|---|---|

No data change in this section

## Assignee Information including Non-Applicant Assignee Information

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| Data of record | Updated Data |
|---|---|

No data change in this section

## Signature

**NOTE:**

This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b).

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | First name | Last name | Registration # | Date |
|---|---|---|---|---|
| /Charles Ho/ | Charles | Ho | 51807 | 09/26/2024 |

JA0350

**UNITED STATES PATENT AND TRADEMARK OFFICE**

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/736,862** | **09/28/2024 07:25:15 PM Z ET** | **SUNYOO-24016-USPT** |

## Title of Invention

Movable Puzzle Platform

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9431 | FILED BY | Charles Ho |
| PATENT CENTER # | 67327067 | FILING DATE | 06/07/2024 |
| CUSTOMER # | 197464 | FIRST NAMED INVENTOR | Xiaoling Che |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | - |

## Documents

# TOTAL DOCUMENTS: 1

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| CorrectedADS.pdf | 5 | Application Data Sheet to update/correct info | 128 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| CorrectedADS.pdf | FE8E8F12E8B0685664AAC85CFC192142BD780AC82CB923D4965FB0C6F20D43428A39B5F5185B22DAB749768D158CCAAF32A0F604F33EB6E3FA4BA647D92C674A |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

JA0351

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

JA0352

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application No. | : | 18/736,862 |
| Application Filing Date | : | June 07, 2024 |
| Inventors | : | Xiaoling Che |
| Attorney Docket No. | : | SUNYOO-24016-USPT |
| Confirmation No. | : | 9431 |
| Examiner | : | SMITH, NKEISHA |
| Art Unit | : | 3632 |

Mail Stop Amendment

Commissioner for Patents

P.O. Box 1450

Alexandria, VA 22313-1450

## RESPONSE

Sir/Madam:

In response to the outstanding Office Action notified August 26, 2024, in connection with the above-identified application, kindly amend the subject application as follows and consider the accompanying amendments and remarks.

**Amendments to Claims** begin on page **2** of this paper. This listing of claims will replace all prior versions, and listings, of claims in the application.

**Amendments to the specification** begin on page **6** of this paper.

**Remarks** begin on page **7** of this paper.

JA0353

<u>Amendments to Claims</u>

1. (Currently amended) A movable puzzle platform comprising:

a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on ~~the~~a bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and

at least two puzzle drawers;

wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and

wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

2. (Currently amended) The movable puzzle platform, as recited in claim 1, wherein ~~the~~a side of the fixing portion is exposed out of the first main supporting wall.

3. (Original) The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall.

4. (Original) The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall.

5. (Original) The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

6. (Original) The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface

JA0354

of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board.

7. (Original) The movable puzzle platform, as recited in claim 6, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

8. (Withdrawn) The movable puzzle platform, as recited in claim 1, further comprising a base, the base comprises a plurality of holding portions positioned spaced from each other and stacked on the supplement arrangement, respectively.

9. (Original) The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement.

10. (Currently amended) A movable puzzle platform comprising:

a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on ~~the~~a bottom surface of the puzzle board; and

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board;

at least two puzzle drawers; and

a rotating assembly attached on the board assembly;

wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and

wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity.

11. (Original) The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion.

12. (Currently amended) The movable puzzle platform, as recited in claim 10, wherein ~~the~~a side of the fixing portion is exposed out of the first main supporting wall.

13. (Original) The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting

JA0355

wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

14. (Original) The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively.

15. (Original) The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

16. (Withdrawn) The movable puzzle platform, as recited in claim 15, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board and spaced apart from the first inner supporting wall for forming a first longitudinal cavity and a second longitudinal cavity, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the first and second longitudinal cavities, respectively.

17. (Currently amended) A movable puzzle platform comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a first main supporting wall attached on ~~the~~a bottom surface of the puzzle board and a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and

at least one puzzle drawer actuated to slide in-and-out of the drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall<u>; and</u>

<u>wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board</u>.

18. (Canceled)

19. (Currently amended) The movable puzzle platform, as recited in claim [[18]]17, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

20. (Previously presented) The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively.

21. (Original) The movable puzzle platform, as recited in claim 20, wherein the restricting wall further comprises a second extending wall apart from the first extending wall and a third extending wall connecting the first and second extending walls and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly.

22. (Original) The movable puzzle platform, as recited in claim 20, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall.

23. (Original) The movable puzzle platform, as recited in claim 22, wherein the supplement arrangement further comprises a third dividing supporting wall connected with the first and second inner supporting walls.

24. (Currently amended) The movable puzzle platform, as recited in claim 17, wherein thea side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other.

JA0357

## Amendment to the Specification

**Paragraph [0135]** has been amended as follows:

[0135]    The supplement arrangement 30f comprises a supporting portion 301f connected with the bottom surface 12f of the puzzle plate 101f for forming at least one drawer cavity 31f and at least one puzzle drawer 32f received in the corresponding drawer cavity 31f. Each of the puzzle drawer 32 comprises a rectangular bottom panel 324f slidably received in the corresponding drawer cavity 31. The supporting portion 301f comprises a first main supporting wall 311f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X, a second main supporting wall 312f attached on the bottom surface 12f of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311f, a first dividing supporting wall 313f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and disposed between the first and second main supporting walls 311f, 312f, a second dividing supporting wall 314f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and disposed between the first and second main supporting walls 311f, 312f, a first inner supporting wall 315f attached on the bottom surface 12f of the puzzle board 10f along the lateral direction Y and connected with the first and second main supporting walls 311f, 312f, and a second inner supporting wall 316f attached on the bottom surface 12f of the puzzle board 10f along the lateral direction Y and connected with the first and second main supporting walls 311f, 312f. The first and second dividing supporting walls 313f, 314f are spaced apart from each other. The first and second inner supporting walls 315f, 316f are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls 313f, 314f and the first and second main supporting walls 311f, 312f are disposed parallel to each other. The first dividing supporting wall 313f connects with the first inner supporting wall 315f and the second dividing supporting wall 314f connects with the second inner supporting wall 316f. The supporting portion 301f further comprises a third dividing supporting wall 317f extending from the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and connected with the first and second inner supporting walls 315f, 316f and a fourth dividing supporting wall 318f extending from the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and connected with the first and second inner supporting walls 315f, 316f. The third and fourth dividing supporting walls 317, 318 are spaced apart from each other.

JA0358

## REMARKS

Applicants highly appreciate Examiner's careful review of present application.

Claims 1-2, 10, 12, 17, 19, and 24 are amended. Claim 18 is canceled. All the amendments claims are based on the original disclosure of the application and no new matter has been added.

### *Drawings Rejections Under 35 U.S.C. 112*

The drawings are objected to as failing to comply with 37 CFR 1.84(p)(S) because they include the following reference character(s) not mentioned in the description: 324f, 317f and 318f.

In reply, applicants have added the description of 324f, 317f and 318f to paragraph [0136].

### *Claim Rejections Under 35 U.S.C. 112*

Claims 1, 5, 6, 10, 13, 15, 17, 18 and 22 recite the limitation "the bottom surface". Examiner stated that there is insufficient antecedent basis for this limitation. Claims 2-4, 7, 9, 11, 12, 14, 19-21, 23 and 24 are rejected for the same reasons, as they depend on claims 1, 10, and 17.

Applicants have amended the incorrect term "the bottom surface" in claims 1, 10, and 17 to the correct term "a bottom surface". The rejection of claims 1-4, 5-7, 9-15, and 17-24 should now be withdrawn.

Claims 2-4, 12, and 24 recite the limitation "the side" therein. Examiner stated that there is insufficient antecedent basis for this limitation in the claims.

Applicants have amended the incorrect term ""the side" in claims 2, 12, and 24 to the correct term "a side". The rejection of claims 2-4, 12, and 24 should now be withdrawn.

### *Claim Rejections*

Claim(s) 17 and 24 is/are rejected under 35 U.S.C. 102(a)(l) as being anticipated by Shultz (U.S. Pat. 5,127,720).

### **Regarding Claim 17**

Applicants have incorporated all the limitations in claim 18 into claim 17. As claim 18 includes allowable subject matter, amended claim 17 is now allowable. Claim 18 is accordingly cancelled.

Claim 24 is dependent on amended claim 17 directly, and each includes all the limitations cited in claim 17. Therefore, claims 17 and 24 are also allowable.

Examiner rejected claims 10 and 24. However, since claim 24 depends on claim 17, applicants believe that examiner intended to reject claims 17 and 24 together. Additionally, claim 10 recites "at least two puzzle drawers" and "a rotating assembly attached to the board assembly," which are also not disclosed by Shultz.

### **Regarding Withdrawn Claims 8 and 16**

As all of the withdrawn claims 8 and 16 now depend from an allowable elected claim, these

JA0359

claims are eligible for rejoinder. Applicants therefore respectfully request that these claims be rejoined and also considered allowable.

**Conclusion**

Applicant believes this reply is fully responsive to all outstanding issues and places this application in condition for allowance.

The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. 50-5658.

Respectfully submitted,

By: _____ /charles    ho/

Dated: October 1, 2024

Charles S. Ho, Reg. No. 51807

bypatent.us@barron-young.com

JA0360

**USPTO** UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/736,862** | **10/01/2024 11:23:50 PM Z ET** | **SUNYOO-24016-USPT** |

## Title of Invention

Movable Puzzle Platform

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9431 | FILED BY | Patrick Song |
| PATENT CENTER # | 67403591 | FILING DATE | 06/07/2024 |
| CUSTOMER # | 197464 | FIRST NAMED INVENTOR | Xiaoling Che |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Charles Ho |

## Documents                                        TOTAL DOCUMENTS: 1

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| Response_to_20240826nonfinal_SUNYOO-24016-USPT.pdf | 8 | Amendment/Request for Reconsideration-After Non-Final Rejection | 56 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| Response_to_20240826nonfinal_SUNYOO-24016-USPT.pdf | 7630BA48BD09F87C8D84138D8094EF46B1E4DC73F71D16EAF33BB6F2649F9147BEE544771B25A6C2839848DEA80CCE961DA857E3F7228E1A09A1A655F25513A2 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

JA0361

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

JA0362



# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | 3632 | 824 | SUNYOO-24016-USPT | 24 | 3 |

**CONFIRMATION NO. 9431**

197464
Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

**UPDATED FILING RECEIPT**

*OC000000078707446*

Date Mailed: 10/02/2024

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
Xiaoling Che, Dangyang, CHINA;
Jinyan Duan, Shenzhen, CHINA;

**Applicant(s)**
Xiaoling Che, Dangyang, CHINA;
Jinyan Duan, Shenzhen, CHINA;

**Power of Attorney:** The patent practitioners associated with Customer Number 197464

**Domestic Priority data as claimed by applicant**
This application is a CON of 18/235,896 08/21/2023 PAT 12,048,885
    which is a CIP of 17/829,359 06/01/2022 PAT 12,104,744
This application is a CON of 18/235,416 08/18/2023 PAT 12,059,631
    which is a CIP of 17/829,359 06/01/2022 PAT 12,104,744
This application is a CIP of 17/829,359 06/01/2022 PAT 12,104,744
and is a CIP of 18/541,685 12/15/2023 PAT 12,042,740
and said 18/235,416 08/18/2023 is a CIP of 17/505,587 10/19/2021 PAT 11,890,551
and said 18/235,896 08/21/2023 is a CIP of 17/505,587 10/19/2021 PAT 11,890,551
and said 18/541,685 12/15/2023 is a CIP of 17/505,587 10/19/2021 PAT 11,890,551

Foreign Applications  (You may be eligible to benefit from the Patent Prosecution Highway program at the USPTO. Please see http://www.uspto.gov for more information.)
CHINA 202330364018.X 06/13/2023 Access Code Provided
CHINA 202111131554.1 09/26/2021 Access Code Provided

page 1 of 4

JA0363

CHINA 202122334815.1 09/26/2021 Access Code Provided

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

Request to Retrieve - This application either claims priority to one or more applications filed in an intellectual property Office that participates in the Priority Document Exchange (PDX) program or contains a proper **Request to Retrieve Electronic Priority Application(s)** (PTO/SB/38 or its equivalent). Consequently, the USPTO will attempt to electronically retrieve these priority documents.

**If Required, Foreign Filing License Granted:** 06/20/2024

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 18/736,862**

**Projected Publication Date:** 09/26/2024

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

    Movable Puzzle Platform

**Preliminary Class**

    273

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application

JA0364

serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

JA0365

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

JA0366

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>18/736,862 | Filing Date<br>06/07/2024 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE  ☑ SMALL  ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | x $40 = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | x $192 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| AMENDMENT | 10/01/2024 | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total<br>(37 CFR 1.16(i)) | * 23 | Minus | ** 24 | = 0 | x $40 = | 0 |
| | Independent<br>(37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x $192 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | Examiner |
|---|---|
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /Theresa OKON/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

JA0367



**WIPO**
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

**Digital Access Service
(DAS)**

# CERTIFICATE OF AVAILABILITY OF A CERTIFIED UTILITY MODEL DOCUMENT IN A DIGITAL LIBRARY

The International Bureau certifies that a copy of the utility model application indicated below has been available to the WIPO Digital Access Service since the date of availability indicated, and that the utility model application has been available to the indicated Office(s) as of the date specified following the relevant Office code:

Document details:   Country/Office:  CN

Filing date:  26 Sep 2021 (26.09.2021)

Application number:  202122334815.1

Date of availability of document:   14 Oct 2021 (14.10.2021)

The following offices* can retrieve this document by using the access code:

AR, AT, AU, BE, BR, CA, CH, CL, DE, DK, EA, EE, EM, EP, ES, FI, FR, GB, GE, IB, IL, IN, IR, IT, JP, LT, LV, MA, MC, MX, NL, NO, NZ, PE, SE, TR, US

Date of issue of this certificate:   10 Oct 2024 (10.10.2024)

*The list of offices is as on the date of issue of this certificate. Please visit DAS website for the latest list of offices.

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

JA0368



# 国家知识产权局

## NATIONAL INTELLECTUAL PROPERTY ADMINISTRATION, PRC



# 证　明

本证明之附件是向本局提交的下列专利申请文件副本。

申　　请　　号：202122334815.1

申　请　类　型：实用新型专利

发明 创造 名称：可移动拼图平台

申　　请　　日：2021 年 09 月 26 日

申　　请　　人：车孝玲

发明人或设计人：车孝玲

局长

申长雨

2021 年 10 月 14 日

JA0369

20210926

2021223348151

# 权 利 要 求 书

1、 一可移动拼图平台，用于在其上放置多个拼图片，包括：

一拼图板，其具有用于支撑在一游戏台面上的一底面，和用于在其上玩该拼图片的一顶面；和

一板可触及单元，其耦接在所述拼图板的所述底面，以用于在所述游戏台面上滑动，其中所述板可触及单元使所述拼图板能够相对于所述游戏台面在不同平面方向上移动所述拼图板。

2、 根据权利要求 1 所述的可移动拼图平台，其中所述拼图板还包括从所述拼图板的所述顶面的一周缘向上延伸的一环绕边界壁，以在所述环绕边界壁内的所述顶面上限定一拼图底板，其中所述拼图底板的一面积不小于所述拼图片组在一起的一面积。

3、 根据权利要求 2 所述的可移动拼图平台，其中所述拼图板还包括重迭在所述拼图底板上的一防滑层，以防止所述拼图片在其上滑动。

4、 根据权利要求 1 所述的可移动拼图平台，进一步包括一补充装置，其中所述补充装置具有形成在所述拼图板的所述顶面和底面之间的侧壁处的一个或多个抽屉腔，并且包括可滑动地容纳在所述抽屉腔中的一个或多个部分拼图板。

5、 根据权利要求 3 所述的可移动拼图平台，进一步包括一补充装置，其中所述补充装置具有形成在所述拼图板的所述顶面和底面之间的侧壁处的一个或多个抽屉腔，并且包括可滑动地容纳在所述抽屉腔中的一个或多个部分拼图板，其中每所述部分拼图板具有一部分拼图底板和设置在所述部分拼图底板上的一防滑层。

6、 根据权利要求 2 所述的可移动拼图平台，进一步包括补充装置，其中所述补充装置具有在所述拼图板的所述底面和所述顶面之间的所述拼图板的侧壁处形成的一个或多个抽屉腔，并且包括可滑动地容纳在所述抽屉腔中用于存储所述拼图片的一个或多个拼图抽屉，其中每个所述拼图抽屉上设置有一部分拼图底板在其上。

7、 根据权利要求 4 所述的可移动拼图平台，其中所述补充装置还包括设置在所述拼

1

# JA0370

20210926

2021223348151

# 权 利 要 求 书

图板上的一抽屉保持器，以分别将所述拼图抽屉保持在所述抽屉腔中。

8、 根据权利要求 6 所述的可移动拼图平台，其中所述补充装置还包括设置在所述拼图板上的一抽屉保持器，以分别将所述拼图抽屉保持在所述抽屉腔中。

9、 根据权利要求 6 所述的可移动拼图平台，其中所述拼图板具有一矩形形状，其限定了两个较长的纵向侧和较短的横向侧，其中在所述拼图板的每个所述横向侧间隔地形成两个所述抽屉腔，使得四个所述拼图抽屉可滑动地耦接在所述拼图板的所述横向侧。

10、 根据权利要求 8 所述的可移动拼图平台，其中所述拼图板具有一矩形形状，其限定了两个较长的纵向侧和较短的横向侧，其中在所述拼图板的每个所述横向侧间隔地形成两个所述抽屉腔，使得四个所述拼图抽屉可滑动地耦接在所述拼图板的所述横向侧。

11、 根据权利要求 7 所述的可移动拼图平台，其中，所述抽屉保持器包括设置在所述抽屉腔的一内壁的一第一磁性组件和设置在所述拼图抽屉上并与所述第一磁性组件磁性吸附的一第二磁性组件，以将所述拼图抽屉保持在所述抽屉腔中。

12、 根据权利要求 10 所述的可移动拼图平台，其中，所述抽屉保持器包括设置在所述抽屉腔的一内壁的一第一磁性组件和设置在所述拼图抽屉上并与所述第一磁性组件磁性吸附的一第二磁性组件，以将所述拼图抽屉保持在所述抽屉腔中。

13、 根据权利要求 1 所述的可移动拼图平台，其中，所述板可触及单元包括耦接在所述拼图板的所述底面的一第一移动构件和可旋转地耦接到所述第一移动构件的一第二移动构件，使得所述拼图板适于通过所述第一和第二移动构件之间的一旋转运动在所述游戏台面上自旋转 360°。

14、 根据权利要求 12 所述的可移动拼图平台，其中，所述板可触及单元包括耦接在所述拼图板的所述底面的一第一移动构件和可旋转地耦接到所述第一移动构件的一第二移动构件，使得所述拼图板适于通过所述第一和第二移动构件之间的一旋转运动在所述游戏台面上自旋转 360°。

2

JA0371

20210926

2021223348151

## 权　利　要　求　书

15、 根据权利要求 13 所述的可移动拼图平台，其中所述第一和第二移动构件是通过一第一轴承单元彼此同轴啮合的第一和第二环构件，使得当所述第一环构件在所述第二环构件内旋转时，所述拼图板在所述游戏台面上自转 360°。

16、 根据权利要求 14 所述的可移动拼图平台，其中所述第一和第二移动构件是通过一第一轴承单元彼此同轴啮合的第一和第二环构件，使得当所述第一环构件在所述第二环构件内旋转时，所述拼图板在所述游戏台面上自转 360°。

17、 根据权利要求 15 所述的可移动拼图平台，其中，所述板可触及单元还包括设置在所述第二移动构件的一底侧的一第二轴承单元，用于通过所述第二移动构件在所述游戏台面的不同平面方向上滑动所述拼图板。

18、 根据权利要求 16 所述的可移动拼图平台，其中，所述板可触及单元还包括设置在所述第二移动构件的一底侧的一第二轴承单元，用于通过所述第二移动构件在所述游戏台面的不同平面方向上滑动所述拼图板。

19、 根据权利要求 1 所述的可移动拼图平台，其中所述板可触及单元被磁性吸引在所述拼图板的所述底面。

20、 根据权利要求 18 所述的可移动拼图平台，其中所述板可触及单元被磁性吸引在所述拼图板的所述底面。

21、 根据权利要求 1 所述的可移动拼图平台，其中所述拼图板还包括可枢转地耦接在所述拼图板的所述底面的一支架，使得当所述支架可枢转地折迭在所述拼图板的所述底面上时，所述拼图板可通过所述板可触及单元在所述游戏台面上移动，并且当所述支架可枢转地折迭以支撑于所述游戏台面上，所述拼图板倾斜支撑于所述游戏台面。

22、 根据权利要求 20 所述的可移动拼图平台，其中所述拼图板还包括可枢转地耦接在所述拼图板的所述底面的一支架，使得当所述支架可枢转地折迭在所述拼图板的所述底

3

JA0372

20210926

2021223348151

# 权　利　要　求　书

面上时，所述拼图板可通过所述板可触及单元在所述游戏台面上移动，并且当所述支架可枢转地折迭以支撑于所述游戏台面上，所述拼图板倾斜支撑于所述游戏台面。

4

JA0373

20210926

2021223348151

## 说　明　书

### 可移动拼图平台

技术领域

本实用新型涉及一种益智游戏设备，尤其涉及一种可移动拼图平台，其中所述拼图平台相对于一个或多个玩家可移动，以允许所述玩家移动所述拼图平台以将拼图片放置在不同的平面方向上，这样所述玩家就不需要在所述拼图平台的一侧到另一侧去移动身体。

背景技术

拼图是多年来设计的并且是通常由个人单独玩的最流行的棋盘游戏之一。众所周知，拼图对大脑有益。研究表明，玩拼图可以提高认知能力和视觉空间推理能力，以及可以训练注意力和耐心。

除了作为娱乐和享受的手段之外，玩家还想通过玩更高块数的拼图来挑战自己。一般来说，块数越高，拼图就越难。然而，对于玩家来说，一个共同的缺点或负担是拼图的成品尺寸比较大。例如，1,000 块拼图的成品尺寸约为 30″ x 24″，5,000 块拼图的成品尺寸约为 60″ x 40″，依此类推。换句话说，这些拼图需要一相对较大的游戏表面，例如一桌子或一拼图板的表面，以便将所有拼图片拼凑在一起形成一拼图图形。因此，要玩一相对较大的拼图，例如 60″ x 40″ 或更大，所述拼图板的边长大于玩家无法到达所述拼图板另一侧的手臂长度，这所述玩家需要在所述游戏表面周围移动，以便在所述拼图板每侧附近的不同方向和部分放置拼图片。作为一个熟练的玩家，玩拼图的策略是将所述拼图片分组并首先组装边界。因此，所述玩家需要从所述游戏台面的一侧移动到另一侧来玩拼图。此外，竞争一更大规模的拼图可能需要数小时、数天甚至数月的时间。一个或多个拼图片可能会意外或无意丢失。遗憾的是，所述玩家通常会在最后发现丢失的拼图片。因此，如何避免丢失任何拼图片，最好找一个容器来保存所有未完成的拼图片。

需要一种工具，该工具保留所有未完成的拼图片并且同时允许所述玩家方便地玩拼图。本公开主要针对提供这样的工具。

发明内容

1

JA0374

20210926

2021223348151

## 说 明 书

本实用新型的优势在于提供了一可移动拼图平台，其中所述拼图平台是可移动的，以允许一玩家方便地进行拼图。

本实用新型的另一优势在于提供了一可移动拼图平台，其中所述玩家能够移动所述拼图平台以将所述拼图片放置在不同的平面方向上，这样所述玩家就不需要从所述拼图平台的一侧到另一侧去移动身体。

本实用新型的另一优势在于提供了一可移动拼图平台，其中允许所述玩家移动所述平台的一所需部分到所述玩家前面，从而以一方便的方式将指定的拼图放置在其上。换言之，本实用新型允许所述玩家移动所述拼图平台而不是所述玩家在所述拼图平台周围移动。

本实用新型的另一优势在于提供了一可移动拼图平台，其中所述拼图平台可以有选择和平滑地前后、侧向移动和 360° 旋转。

本实用新型的另一优势在于提供了包括一补充装置一可移动拼图平台，其中未完成的拼图片可以存储在所述补充装置中，以防止所述拼图片意外或无意遗失或丢失。

本实用新型的另一优势在于提供了包括一补充装置一可移动拼图平台，其中补充装置被保持在所述拼图平台中，以防止对补充装置的任何不必要的存取，尤其是在移动所述拼图平台时。

本实用新型的另一优势在于提供了一可移动拼图平台，其中通过在所述游戏台面上移动和/或旋转所述拼图平台，操作简单易行。

本实用新型的另一优势在于提供了一可移动拼图平台，其中所述可移动拼图平台的组装通过在所述拼图平台的一拼图板的一底面耦合一板可触及单元是简单的。

本实用新型的另一优势在于提供了一可移动拼图平台，其可以与所述拼图片一起打包形成一拼图游戏套件，这样所述拼图平台就可视为一拼图框架，以在所述拼图片完成后将所述拼图片框起来。

本实用新型的另一优势在于提供了包括一补充装置一可移动拼图平台，所述种补充装置包括一个或多个部分拼图板，每个部分拼图板被配置供玩家将一组拼图片拼组在一起，以预先组装一部分拼图，该部份拼图在放入主拼图板之前可以存储在所述可移动拼图平台中。

本实用新型的另一优势在于提供了一可移动拼图平台，其中本实用新型不需

2

JA0375

20210926

2021223348151

## 说　明　书

要昂贵或复杂的结构来实现上述目的。 因此，本实用新型成功地提供了一种经济有效的解决方案，为用户创造了一种方便的游戏工具，供用户玩所述拼图，尤其是大型拼图。

本实用新型的其他优点和特征将从以下描述中变得显而易见，并且可以通过所附权利要求中具体指出的手段和组合来实现。

根据本实用新型，通过一种用于在其上放置多个拼图片的一可移动拼图平台实现上述和其他目的和优点，包括：

一拼图板，其具有用于支撑在一游戏台面上的一底面和用于在其上玩多个拼图片的一顶面； 和

一板可触及单元耦接在所述拼图板的所底面以在所述游戏台面上滑动，其中所述板可触及单元被配置为所述拼图板提供可接近性，以相对于所述游戏台面在不同平面方向上移动所述拼图板。

根据本实用新型的另一方面，本实用新型包括一种拼图游戏套件，包括：

多个拼图片； 和

一可移动拼图平台，其包括：

一拼图板，其具有用于支撑在一游戏台面上的一底面，和一顶面，其中所述拼图片组装在所述拼图板的所述顶面上； 和

一板可触及单元耦接在所述拼图板的所底面以在所述游戏台面上滑动，其中所述板可触及单元被配置使所述拼图板能够相对于所述游戏台面在不同平面方向上移动所述拼图板。

通过对随后的描述和附图的理解，本实用新型进一步的目的和优势将得以充分体现。

本实用新型的这些和其它目的、特点和优势，通过下述的详细说明，附图和权利要求得以充分体现。

附图说明

图 1 是根据本实用新型一优选实施例的一可移动拼图平台的一爆炸透视图。

图 2 是根据本实用新型的上述优选实施例的所述可移动拼图平台的一板可触及单元的一侧视图。

图 3A 示出了根据本实用新型的上述优选实施例的所述可移动拼图平台的所

3

JA0376

20210926

2021223348151

## 说 明 书

述板可触及单元的一替代模式。

图 3B 示出了根据本实用新型的上述优选实施例的所述可移动拼图平台的所述板可触及单元的另一替代模式。

图 4 是根据本实用新型的上述优选实施例的所述可移动拼图平台的一补充装置的一剖视图。

图 5 是根据本实用新型的上述优选实施例的所述可移动拼图平台的一侧视图，说明一支架被枢转地折迭以将所述拼图板以一倾斜方式支撑在所述游戏台面上。

图 6 是根据本实用新型的上述优选实施例的一透视，说明所述可移动拼图平台与所述拼图片结合以形成一拼图游戏套件。

## 具体实施方式

以下描述用于揭露本实用新型以使本领域技术人员能够制造和使用本实用新型。以下描述中的优选实施例只作为举例，本领域技术人员可以想到其他显而易见的变型。在以下描述中界定的本实用新型的基本原理可以应用于其他实施方案、变形方案、改进方案、等同方案以及没有背离本实用新型的精神和范围的其他技术方案。

如图 1 至图 2 所示，是根据本实用新型的一优选实施例的一可移动拼图平台，其中所述可移动拼图平台供一用户或一玩家在所述可移动拼图平台的一拼图面上组装多个拼图片 100。因此，所述可移动拼图平台包括一拼图板 10 和一板可触及单元 20。

如图 1 和图 2 所示，具有一面板结构的所述拼图板 10，其具有一底面 11，用于支撑在一游戏台面，例如一桌子表面、一墙壁表面、一地板表面等，或者甚至用于在地面上支撑所述可移动拼图平台的一支撑框架，以及提供一顶面 12，其中当所述顶面 12 为一平面时，其作为一拼图底板 101，用于在其上组装所述拼图片 100。值得一提的是，所述拼图板 10 具有一预定尺寸，适用于一更大尺寸的拼图，例如至少 1,000 片拼图块，组装在所述拼图板 10 上。

所述板可触及单元 20 耦接在所述拼图板 10 的所述底面 11 并且被配置为允许所述拼图板 10 在所述游戏台面上滑动，其中所述板可触及单元 20 为所述拼图板 10 提供无障碍性，以相对于所述游戏台面在不同的平面方向上移动所述拼图

4

JA0377

20210926

2021223348151

## 说 明 书

板 10。

所述拼图板 10 可以是圆形、方形或矩形。根据图 1 所示的优选实施例，所述拼图板 10 被实施为具有限定两个较长的纵向侧和两个较短的横向侧的一矩形形状。所述拼图板 10 还包括从所述拼图板 10 的所述顶面 12 的一周缘向上延伸的一环绕边界壁 13，以在所述环绕边界壁 13 内定义所述拼图底板 101。值得一提的是，所述拼图底板 101 的一面积不小于所述拼图片 100 拼合的一面积。优选地，所述拼图片 100 组装后，所述拼图底板 101 的所述面积与所述拼图片 100 的所述面积相匹配。换句话说，所述拼图板 10 作为一拼图框架，用于在所述拼图片 100 组装后，框住所述拼图片 100。

如图 1 所示，所述拼图板 10 还包括重迭设置在所述拼图底板 101 上的一防滑层 14，用于防止所述拼图片 100 在其上滑动。优选地，所述防滑层 14 具有粘贴在所述拼图底板 101 上的一自粘底面，其中所述防滑层 14 可以从所述拼图底板 101 上去除而不会损坏所述拼图底板 101 和所述防滑层 14。因此，所述防滑层 14 可重复使用地放置于所述拼图底板 101 上。此外，所述防滑层 14 在所述拼图片 100 组装后，作为所述拼图 100 的一背层。

可以理解的，电子益智游戏是以软件或 APP 的形式提供，用户或玩家可以通过电视屏幕、LED 屏幕或计算机显示器等显示器来玩益智游戏。然而，所述玩家通常可能会使用一较小的屏幕来玩游戏，因为在一游戏台面上支撑的一相对较大的屏幕，例如 50 英寸或更大的电视屏幕，对于所述玩家来说很难延伸所述屏幕的所有尺寸。在一个替代实施例中，所述拼图板 10 可以实施为一电子屏幕，例如一电视显示器或 LED 屏幕，所述顶面 12 是作为拼图底板供玩家选择并将拼图图片放置在一起的屏幕面，其中所述板可触及单元 20 安装于所述电子拼图板 10 的所述底部，以使所述电子拼图板 10 在所述游戏台面上顺畅滑动，从而为在相对于所述游戏台面的不同平面方向移动所述电子拼图板 10 提供无障碍性。

如图 1 和图 2 所示，所述板可触及单元 20 包括耦接在所述拼图板 10 的所述底部 11 的一第一移动构件 21 和可旋转地耦接到所述第一移动构件 21 的一第二移动构件 22。值得一提的是，所述板可触及单元 20 优选地同轴耦合所述拼图板 10 的一重心，例如在所述拼图板 10 的中心部分，这样所述拼图板 10 能够以一平衡的方式在所述游戏台面上移动。

根据本实用新型的优选实施例，所述拼图板 10 适于通过第一和第二移动构

5

JA0378

20210926

2021223348151

说 明 书

件 21、22 之间的一旋转运动在所述游戏台面上自旋转 360°。换句话说，用户能够有选择地将所述拼图板 10 从一个纵向侧旋转到另一个相对的纵向侧或旋转到任何一个较短的横向侧，而无需绕着所述拼图板 10 走动。例如，所述用户能够在所述拼图板 10 的一侧组装一个拼图片 100，并且将所述拼图板 10 旋转 180°，以便在所述拼图板 10 的一相对侧组装另一块拼图片 100，从而加快所述拼图片 100 的拼装时间。

在一个实施例中，所述第一和第二移动构件 21、22 分别是彼此同轴啮合的第一和第二环构件。换言之，所述第一移动构件 21 的一直径小于所述第二移动构件 22 的一直径。所述板可触及单元 20 还包括耦接在第一和第二移动构件 21、22 之间的一第一轴承单元 23，使得当第一移动构件 21，即所述第一环构件，在所述第二移动构件 22，即所述第二环构件，内旋转时，所述拼图板 10 在所述游戏表面上自转 360 度。具体地，所述第一移动构件 21 的一外周面通过所述第一轴承单元 23 与所述第二移动构件 22 的一内周面啮合，以使所述第二移动构件 22 相对于所述第一移动构件 21 同轴旋转。在一个实施例中，第一轴承单元 23 被构造为具有一保持环和以一可旋转方式间隔地保持在所述保持环的多个滚珠轴承，这样当所述保持环同轴地保持在所述第一和第二移动构件 21、22 之间时，所述滚珠轴承可旋转地夹在所述第一和第二移动构件 21、22 之间，从而使所述第一和第二移动构件 21、22 能够彼此同轴移动。

所述板可触及单元 20 还包括设置在所述第二移动构件 22 的一底侧的一第二轴承单元 24，用于通过所述第二移动构件 22 在所述游戏台面上的不同平面方向滑动所述拼图板 10。因此，假设所述游戏表面定义了 xyz 轴。经由在所述第二移动构件 22 的所述第二轴承单元 24，所述拼图板 10 能够相对于 xy 坐标表面在任何方向上选择性地在所述游戏表面上滑动。经由所述第一轴承单元 23，所述拼图板 10 能够相对于 z 轴在所述游戏台面上选择性地旋转。换言之，所述拼图板 10 可在二维方向自由移动，以调整所述拼图板 10 相对于所述使用者的平面角度。

在一个实施例中，所述板可触及单元 20 可拆卸地连接在所述拼图板 10 的所述底面 11 处。如图 2 所示，所述板可触及单元 20 包括多个耦接件 25，其从所述第一移动构件 21 延伸以可拆卸地耦接在所述拼图板 10 的所述底面 11 处。优选地，所述耦接件 25 从所述第一环构件，即所述第一环构件 21，的一内周面，

6

JA0379

20210926

2021223348151

## 说 明 书

一体地延伸，其中每个所述耦接件 25 具有形成在其上的一耦接槽，以通过将螺丝穿过所述耦接槽插入到所述拼图板 10 的所述底面 11 而可拆卸地耦接在所述拼图板 10 的所述底面 11 处。值得一提的是，所述拼图板 10 的所述底面 11 设有多个螺丝孔，使得所述螺丝可与穿过所述耦接槽的所述螺丝孔啮合，以将所述板可触及单元 20 耦合到所述拼图板 10 的所述底面 11。

可选地，如图 3A 所示，所述板可触及单元 20 还包括一个或多个间隔地设置在所述拼图板 10 的所述底面 11 上的第一耦合组件 25A，以及间隔地设置在所述第一移动构件 21 上以可拆卸地连接所述第一耦合组件 25A 的一个或多个第二耦合组件 26A，从而可拆卸地耦合在所述拼图板 10 的所述底面 11 处的所述板可触及单元 20。优选地，所述第一和第二耦合组件 25A、26A 是适于彼此磁性吸引的磁性组件。所述第一耦合组件 25A 在所述拼图板 10 的所述底面 11 上排列成一环形。所述第二耦合组件 26A 设置在所述第一环构件，即所述第一移动构件 21，的一顶面上，其中所述第一和第二耦合组件 25A、26A 彼此对齐并且彼此磁性吸引以将所述板可触及单元 20 可拆卸地耦合在所述拼图板 10 的所述底面 11 处。

可选地，如图 3B 所示，所述板可触及单元 20 还包括设置在所述拼图板 10 的所述底面 11 和所述第一移动构件 21 中的至少一个上的一个或多个耦合组件 25B，以用于在所述拼图板 10 的所述底面 11 处可拆卸地耦合所述板可触及单元 20。在一个实施例中，所述耦合组件 25B 为设置在所述第一移动构件 21 上的一自粘膜或一自粘贴膜，以可拆卸的方式贴附在所述拼图板 10 的所述底面 11 上。值得一提的是，所述耦合组件 25B 具有与所述第一移动构件 21 相匹配的一环形，其中所述耦合组件 25B 可重复使用，以可拆卸地粘附在所述拼图板 10 的所述底面 11 上，而不会损坏可拆卸地粘附在所述拼图板 10 的所述底面 11 上。可以理解的是，所述耦合组件 25B 可以应用在所述拼图板 10 的所述底面 11 上，以可拆卸地粘附到所述第一移动构件 21。

如图 1 和图 4 所示，所述可移动拼图平台还包括一补充装置 30，其被配置为不仅用于在所述拼图片 100 组装之前存储它们，而且还允许所述玩家用一组拼图片 100 预先组装和存储拼图的一部分。在一实施例中，所述补充装置 30 在所述拼图板 10 的所述底面 11 与所述顶面 12 之间的侧壁上具有一或多个抽屉腔 31 形成，并包括一个或多个分别可滑动地容纳在所述抽屉腔 31 中的部分拼图板 32。根据本实用新型的优选实施例，每个所述部分拼图板 32，其实施为一拼图抽屉

7

JA0380

20210926

2021223348151

说　明　书

32，具有一拼图板面，其上贴附有一防滑层 14，作为部分拼图底板 321，用于预先组装一组拼图片 100，形成拼图的一个部分，并存放所述拼图片 100．

根据优选实施例，所述抽屉腔 31 分别形成在所述拼图板 10 的横向侧。具体地，在所述拼图板 10 的每个所述横向侧间隔地形成两个抽屉腔 31。换言之，两个拼图抽屉 32 可滑动地耦接在所述拼图板 10 的每个所述横向侧。因此，四个拼图抽屉 32 可滑动地耦接在所述拼图板 10 的所述横向侧。值得一提的是，每个拼图抽屉 32 都是独立驱动滑入滑出对应的所述抽屉腔体 31。由于所述拼图抽屉 32 可滑动地耦接在所述拼图板 10 的所述横向侧，每个拼图抽屉 32 相对足够长，并且每个抽屉腔 31 足够深，以将所述拼图抽屉 32 保持在其中，以防止在所述游戏台面上移动所述拼图板 10 时，所述拼图抽屉 32 意外或无意地滑出所述抽屉腔 31。因此，每个拼图抽屉的一长度略小于所述拼图板 10 在其所述横向侧之间的长度的一半。

所述补充装置 30 还包括设置在所述拼图板 10 处的一抽屉保持器 33，以分别将所述拼图抽屉 32 保持在所述抽屉腔 31 中。在一个实施例中，所述抽屉保持器 33 包括设置在所述抽屉腔 31 一内壁的一第一磁性组件 331 和设置在所述拼图抽屉 32 上以与所述第一磁性组件 331 磁性吸附的一第二磁性组件 332，以便将所述拼图抽屉 32 保持在所述抽屉腔 31 中。由于所述第一和第二磁性组件 331、332 之间的磁吸力，所述拼图抽屉 32 分别被保持在所述抽屉腔 31 内，以防止在所述游戏台面上移动所述拼图板 10 时，所述拼图抽屉 32 意外或无意地滑出所述抽屉腔 31。当在其中一个所述拼图抽屉 32 上施加一拉力以克服所述磁吸力时，可以将所述拼图抽屉 32 拉出所述抽屉腔 31。

如图 5 所示，所述拼图板 10 还包括一支架 15，其枢轴耦合在所述拼图板 10 的所述底面 11。特别地，所述支架 15 的一端枢轴耦合于所述拼图板 10 的所述底面 11，而所述支架 15 的一自由端则适于自所述拼图板 10 可枢转地折迭以支撑在所述游戏台面上。因此，当所述支架 15 可枢转地折迭在所述拼图板 10 的所述底面 11 上时，所述拼图板 10 可通过所述板可触及单元 20 在所述游戏台面上移动。当所述支架 15 可枢转地折迭以支撑在所述游戏台面上时，所述拼图板 10 倾斜并支撑在所述游戏台面上。

在一种应用中，如图 6 所示，本实用新型的所述可移动拼图平台可以与所述拼图片 100 结合以形成一拼图游戏套件。特别地，所述拼图底板 101 的面积与所

8

JA0381

20210926

2021223348151

## 说　明　书

述拼图片 100 组装后的所述拼图片 100 的面积相匹配，使得所述拼图板 10 作为一拼图框架，在所述拼图片 100 组装后将拼图片 100 框起来．此外，所述拼图板 10 被构造为具有多个面板。因此，面板、所述板可触及单元 20 和所述拼图片 100 被包装在一盒子中。为了玩所述拼图片 100，所述面板可以边对边组装从而形成所述拼图板 10。然后，可将所述板可触及单元 20 耦接在所述拼图板 10 的所述底面 11 以形成所述可移动拼图平台，供所述使用者在所述游戏台面上移动所述拼图板 10 并将所述拼图片 100 组装在所述拼图板 10 的所述顶面 12 上。一旦所述拼图片 100 完全组装在所述拼图板 10 的所述顶面 12 上，可从所述拼图板 10 的所述底面 11 拆下所述板可触及单元 20，使得所述拼图板 10 形成所述拼图框架，用于构筑拼图片 100。

本领域的技术人员应理解，上述描述及附图中所示的本实用新型的实施例只作为举例而并不限制本实用新型。

由此可以看出，本实用新型的目的已经完全有效地实现。本实用新型的功能及结构原理已在实施例中展示和说明，在没有背离所述原理下，本实用新型的实施方式可以修改的。因此，本实用新型所有修改均应包含在以下权利要求的精神和范围内。

9

JA0382

说　　明　　书　　附　　图

20210926

2021223348151



图1



图2

JA0383

20210926

2021223348151



图3A



图3B

JA0384

20210926

2021223348151



图4



图5

JA0385

20210926

2021223348151



图6

JA0386



## WIPO
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

**Digital Access Service
(DAS)**

---

## CERTIFICATE OF AVAILABILITY OF A CERTIFIED PATENT DOCUMENT IN A DIGITAL LIBRARY

The International Bureau certifies that a copy of the patent application indicated below has been available to the WIPO Digital Access Service since the date of availability indicated, and that the patent application has been available to the indicated Office(s) as of the date specified following the relevant Office code:

Document details:   Country/Office:   CN

Filing date:   26 Sep 2021 (26.09.2021)

Application number:   202111131554.1

Date of availability of document:   14 Oct 2021 (14.10.2021)

The following offices* can retrieve this document by using the access code:

AR, AT, AU, BE, BR, CA, CH, CL, DE, DK, EA, EE, EM, EP, ES, FI, FR, GB, GE, IB, IL, IN, IR, IT, JP, LT, LV, MA, MC, MX, NL, NO, NZ, PE, SE, TR, US

Date of issue of this certificate:   16 Oct 2024 (16.10.2024)

*The list of offices is as on the date of issue of this certificate. Please visit DAS website for the latest list of offices.

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

JA0387

# 国家知识产权局

## NATIONAL INTELLECTUAL PROPERTY ADMINISTRATION, PRC



# 证　明

本证明之附件是向本局提交的下列专利申请文件副本。

申　　请　　号：202111131554.1

申　请　类　型：发明专利

发明 创造 名称：可移动拼图平台

申　　请　　日：2021 年 09 月 26 日

申　　请　　人：车孝玲

发明人或设计人：车孝玲

局长　　　　　申长雨

申长雨

2021 年 10 月 14 日

JA0388

20210926

2021111315541

# 权 利 要 求 书

1、 一可移动拼图平台，用于在其上放置多个拼图片，包括：

一拼图板，其具有用于支撑在一游戏台面上的一底面，和用于在其上玩该拼图片的一顶面；和

一板可触及单元，其耦接在所述拼图板的所述底面，以用于在所述游戏台面上滑动，其中所述板可触及单元使所述拼图板能够相对于所述游戏台面在不同平面方向上移动所述拼图板。

2、 根据权利要求1所述的可移动拼图平台，其中所述拼图板还包括从所述拼图板的所述顶面的一周缘向上延伸的一环绕边界壁，以在所述环绕边界壁内的所述顶面上限定一拼图底板，其中所述拼图底板的一面积不小于所述拼图片组在一起的一面积。

3、 根据权利要求2所述的可移动拼图平台，其中所述拼图板还包括重迭在所述拼图底板上的一防滑层，以防止所述拼图片在其上滑动。

4、 根据权利要求1所述的可移动拼图平台，进一步包括一补充装置，其中所述补充装置具有形成在所述拼图板的所述顶面和底面之间的侧壁处的一个或多个抽屉腔，并且包括可滑动地容纳在所述抽屉腔中的一个或多个部分拼图板。

5、 根据权利要求3所述的可移动拼图平台，进一步包括一补充装置，其中所述补充装置具有形成在所述拼图板的所述顶面和底面之间的侧壁处的一个或多个抽屉腔，并且包括可滑动地容纳在所述抽屉腔中的一个或多个部分拼图板，其中每所述部分拼图板具有一部分拼图底板和设置在所述部分拼图底板上的一防滑层。

6、 根据权利要求2所述的可移动拼图平台，进一步包括补充装置，其中所述补充装置具有在所述拼图板的所述底面和所述顶面之间的所述拼图板的侧壁处形成的一个或多个抽屉腔，并且包括可滑动地容纳在所述抽屉腔中用于存储所述拼图片的一个或多个拼图抽屉，其中每个所述拼图抽屉上设置有一部分拼图底板在其上。

7、 根据权利要求4所述的可移动拼图平台，其中所述补充装置还包括设置在所述拼

1

JA0389

20210926

2021111315541

# 权 利 要 求 书

图板上的一抽屉保持器，以分别将所述拼图抽屉保持在所述抽屉腔中。

8、 根据权利要求 6 所述的可移动拼图平台，其中所述补充装置还包括设置在所述拼图板上的一抽屉保持器，以分别将所述拼图抽屉保持在所述抽屉腔中。

9、 根据权利要求 6 所述的可移动拼图平台，其中所述拼图板具有一矩形形状，其限定了两个较长的纵向侧和较短的横向侧，其中在所述拼图板的每个所述横向侧间隔地形成两个所述抽屉腔，使得四个所述拼图抽屉可滑动地耦接在所述拼图板的所述横向侧。

10、 根据权利要求 8 所述的可移动拼图平台，其中所述拼图板具有一矩形形状，其限定了两个较长的纵向侧和较短的横向侧，其中在所述拼图板的每个所述横向侧间隔地形成两个所述抽屉腔，使得四个所述拼图抽屉可滑动地耦接在所述拼图板的所述横向侧。

11、 根据权利要求 7 所述的可移动拼图平台，其中，所述抽屉保持器包括设置在所述抽屉腔的一内壁的一第一磁性组件和设置在所述拼图抽屉上并与所述第一磁性组件磁性吸附的一第二磁性组件，以将所述拼图抽屉保持在所述抽屉腔中。

12、 根据权利要求 10 所述的可移动拼图平台，其中，所述抽屉保持器包括设置在所述抽屉腔的一内壁的一第一磁性组件和设置在所述拼图抽屉上并与所述第一磁性组件磁性吸附的一第二磁性组件，以将所述拼图抽屉保持在所述抽屉腔中。

13、 根据权利要求 1 所述的可移动拼图平台，其中，所述板可触及单元包括耦接在所述拼图板的所述底面的一第一移动构件和可旋转地耦接到所述第一移动构件的一第二移动构件，使得所述拼图板适于通过所述第一和第二移动构件之间的一旋转运动在所述游戏台面上自旋转 360°。

14、 根据权利要求 12 所述的可移动拼图平台，其中，所述板可触及单元包括耦接在所述拼图板的所述底面的一第一移动构件和可旋转地耦接到所述第一移动构件的一第二移动构件，使得所述拼图板适于通过所述第一和第二移动构件之间的一旋转运动在所述游戏台面上自旋转 360°。

2

**JA0390**

20210926

2021111315541

# 权 利 要 求 书

15、 根据权利要求 13 所述的可移动拼图平台，其中所述第一和第二移动构件是通过一第一轴承单元彼此同轴啮合的第一和第二环构件，使得当所述第一环构件在所述第二环构件内旋转时，所述拼图板在所述游戏台面上自转 360°。

16、 根据权利要求 14 所述的可移动拼图平台，其中所述第一和第二移动构件是通过一第一轴承单元彼此同轴啮合的第一和第二环构件，使得当所述第一环构件在所述第二环构件内旋转时，所述拼图板在所述游戏台面上自转 360°。

17、 根据权利要求 15 所述的可移动拼图平台，其中，所述板可触及单元还包括设置在所述第二移动构件的一底侧的一第二轴承单元，用于通过所述第二移动构件在所述游戏台面的不同平面方向上滑动所述拼图板。

18、 根据权利要求 16 所述的可移动拼图平台，其中，所述板可触及单元还包括设置在所述第二移动构件的一底侧的一第二轴承单元，用于通过所述第二移动构件在所述游戏台面的不同平面方向上滑动所述拼图板。

19、 根据权利要求 1 所述的可移动拼图平台，其中所述板可触及单元被磁性吸引在所述拼图板的所述底面。

20、 根据权利要求 18 所述的可移动拼图平台，其中所述板可触及单元被磁性吸引在所述拼图板的所述底面。

21、 根据权利要求 1 所述的可移动拼图平台，其中所述拼图板还包括可枢转地耦接在所述拼图板的所述底面的一支架，使得当所述支架可枢转地折迭在所述拼图板的所述底面上时，所述拼图板可通过所述板可触及单元在所述游戏台面上移动，并且当所述支架可枢转地折迭以支撑于所述游戏台面上，所述拼图板倾斜支撑于所述游戏台面。

22、 根据权利要求 20 所述的可移动拼图平台，其中所述拼图板还包括可枢转地耦接在所述拼图板的所述底面的一支架，使得当所述支架可枢转地折迭在所述拼图板的所述底

3

JA0391

20210926

2021111315541

# 权 利 要 求 书

面上时，所述拼图板可通过所述板可触及单元在所述游戏台面上移动，并且当所述支架可枢转地折迭以支撑于所述游戏台面上，所述拼图板倾斜支撑于所述游戏台面。

4

JA0392

20210926

2021111315541

# 说 明 书

## 可移动拼图平台

技术领域

本发明涉及一种益智游戏设备，尤其涉及一种可移动拼图平台，其中所述拼图平台相对于一个或多个玩家可移动，以允许所述玩家移动所述拼图平台以将拼图片放置在不同的平面方向上，这样所述玩家就不需要在所述拼图平台的一侧到另一侧去移动身体。

背景技术

拼图是多年来设计的并且是通常由个人单独玩的最流行的棋盘游戏之一。众所周知，拼图对大脑有益。研究表明，玩拼图可以提高认知能力和视觉空间推理能力，以及可以训练注意力和耐心。

除了作为娱乐和享受的手段之外，玩家还想通过玩更高块数的拼图来挑战自己。一般来说，块数越高，拼图就越难。然而，对于玩家来说，一个共同的缺点或负担是拼图的成品尺寸比较大。例如，1,000 块拼图的成品尺寸约为 30″ x 24″，5,000 块拼图的成品尺寸约为 60″ x 40″，依此类推。换句话说，这些拼图需要一相对较大的游戏表面，例如一桌子或一拼图板的表面，以便将所有拼图片拼凑在一起形成一拼图图形。因此，要玩一相对较大的拼图，例如 60″ x 40″或更大，所述拼图板的边长大于玩家无法到达所述拼图板另一侧的手臂长度，这所述玩家需要在所述游戏表面周围移动，以便在所述拼图板每侧附近的不同方向和部分放置拼图片。作为一个熟练的玩家，玩拼图的策略是将所述拼图片分组并首先组装边界。 因此，所述玩家需要从所述游戏台面的一侧移动到另一侧来玩拼图。此外，竞争一更大规模的拼图可能需要数小时、数天甚至数月的时间。一个或多个拼图片可能会意外或无意丢失。遗憾的是，所述玩家通常会在最后发现丢失的拼图片。因此，如何避免丢失任何拼图片，最好找一个容器来保存所有未完成的拼图片。

需要一种工具，该工具保留所有未完成的拼图片并且同时允许所述玩家方便地玩拼图。本公开主要针对提供这样的工具。

发明内容

1

JA0393

20210926

2021111315541

## 说　明　书

本发明的优势在于提供了一可移动拼图平台，其中所述拼图平台是可移动的，以允许一玩家方便地进行拼图。

本发明的另一优势在于提供了一可移动拼图平台，其中所述玩家能够移动所述拼图平台以将所述拼图片放置在不同的平面方向上，这样所述玩家就不需要从所述拼图平台的一侧到另一侧去移动身体。

本发明的另一优势在于提供了一可移动拼图平台，其中允许所述玩家移动所述平台的一所需部分到所述玩家前面，从而以一方便的方式将指定的拼图放置在其上。换言之，本发明允许所述玩家移动所述拼图平台而不是所述玩家在所述拼图平台周围移动。

本发明的另一优势在于提供了一可移动拼图平台，其中所述拼图平台可以有选择和平滑地前后、侧向移动和 360°旋转。

本发明的另一优势在于提供了包括一补充装置一可移动拼图平台，其中未完成的拼图片可以存储在所述补充装置中，以防止所述拼图片意外或无意遗失或丢失。

本发明的另一优势在于提供了包括一补充装置一可移动拼图平台，其中补充装置被保持在所述拼图平台中，以防止对补充装置的任何不必要的存取，尤其是在移动所述拼图平台时。

本发明的另一优势在于提供了一可移动拼图平台，其中通过在所述游戏台面上移动和/或旋转所述拼图平台，操作简单易行。

本发明的另一优势在于提供了一可移动拼图平台，其中所述可移动拼图平台的组装通过在所述拼图平台的一拼图板的一底面耦合一板可触及单元是简单的。

本发明的另一优势在于提供了一可移动拼图平台，其可以与所述拼图片一起打包形成一拼图游戏套件，这样所述拼图平台就可视为一拼图框架，以在所述拼图片完成后将所述拼图片框起来。

本发明的另一优势在于提供了包括一补充装置一可移动拼图平台，所述种补充装置包括一个或多个部分拼图板，每个部分拼图板被配置供玩家将一组拼图片拼组在一起，以预先组装一部分拼图，该部份拼图在放入主拼图板之前可以存储在所述可移动拼图平台中。

本发明的另一优势在于提供了一可移动拼图平台，其中本发明不需要昂贵或复杂的结构来实现上述目的。 因此，本发明成功地提供了一种经济有效的解决

2

JA0394

20210926

2021111315541

## 说 明 书

方案，为用户创造了一种方便的游戏工具，供用户玩所述拼图，尤其是大型拼图。

本发明的其他优点和特征将从以下描述中变得显而易见，并且可以通过所附权利要求中具体指出的手段和组合来实现。

根据本发明，通过一种用于在其上放置多个拼图片的一可移动拼图平台实现上述和其他目的和优点，包括：

一拼图板，其具有用于支撑在一游戏台面上的一底面和用于在其上玩多个拼图片的一顶面；和

一板可触及单元耦接在所述拼图板的所底面以在所述游戏台面上滑动，其中所述板可触及单元被配置为所述拼图板提供可接近性，以相对于所述游戏台面在不同平面方向上移动所述拼图板。

根据本发明的另一方面，本发明包括一种拼图游戏套件，包括：

多个拼图片；和

一可移动拼图平台，其包括：

一拼图板，其具有用于支撑在一游戏台面上的一底面，和一顶面，其中所述拼图片组装在所述拼图板的所述顶面上； 和

一板可触及单元耦接在所述拼图板的所底面以在所述游戏台面上滑动，其中所述板可触及单元被配置使所述拼图板能够相对于所述游戏台面在不同平面方向上移动所述拼图板。

通过对随后的描述和附图的理解，本发明进一步的目的和优势将得以充分体现。

本发明的这些和其它目的、特点和优势，通过下述的详细说明，附图和权利要求得以充分体现。

附图说明

图 1 是根据本发明一优选实施例的一可移动拼图平台的一爆炸透视图。

图 2 是根据本发明的上述优选实施例的所述可移动拼图平台的一板可触及单元的一侧视图。

图 3A 示出了根据本发明的上述优选实施例的所述可移动拼图平台的所述板可触及单元的一替代模式。

图 3B 示出了根据本发明的上述优选实施例的所述可移动拼图平台的所述板

3

JA0395

20210926

2021111315541

说 明 书

可触及单元的另一替代模式。

图4是根据本发明的上述优选实施例的所述可移动拼图平台的一补充装置的一剖视图。

图5是根据本发明的上述优选实施例的所述可移动拼图平台的一侧视图，说明一支架被枢转地折迭以将所述拼图板以一倾斜方式支撑在所述游戏台面上。

图6是根据本发明的上述优选实施例的一透视，说明所述可移动拼图平台与所述拼图片结合以形成一拼图游戏套件。

具体实施方式

以下描述用于揭露本发明以使本领域技术人员能够制造和使用本发明。以下描述中的优选实施例只作为举例，本领域技术人员可以想到其他显而易见的变型。在以下描述中界定的本发明的基本原理可以应用于其他实施方案、变形方案、改进方案、等同方案以及没有背离本发明的精神和范围的其他技术方案。

如图1至图2所示，是根据本发明的一优选实施例的一可移动拼图平台，其中所述可移动拼图平台供一用户或一玩家在所述可移动拼图平台的一拼图面上组装多个拼图片100。因此，所述可移动拼图平台包括一拼图板10和一板可触及单元20。

如图1和图2所示，具有一面板结构的所述拼图板10，其具有一底面11，用于支撑在一游戏台面，例如一桌子表面、一墙壁表面、一地板表面等，或者甚至用于在地面上支撑所述可移动拼图平台的一支撑框架，以及提供一顶面12，其中当所述顶面12为一平面时，其作为一拼图底板101，用于在其上组装所述拼图片100。值得一提的是，所述拼图板10具有一预定尺寸，适用于一更大尺寸的拼图，例如至少1,000片拼图块，组装在所述拼图板10上。

所述板可触及单元20耦接在所述拼图板10的所述底面11并且被配置为允许所述拼图板10在所述游戏台面上滑动，其中所述板可触及单元20为所述拼图板10提供无障碍性，以相对于所述游戏台面在不同的平面方向上移动所述拼图板10。

所述拼图板10可以是圆形、方形或矩形。根据图1所示的优选实施例，所述拼图板10被实施为具有限定两个较长的纵向侧和两个较短的横向侧的一矩形形状。所述拼图板10还包括从所述拼图板10的所述顶面12的一周缘向上延伸

4

JA0396

20210926

2021111315541

## 说　明　书

的一环绕边界壁 13，以在所述环绕边界壁 13 内定义所述拼图底板 101。值得一提的是，所述拼图底板 101 的一面积不小于所述拼图片 100 拼合的一面积。优选地，所述拼图片 100 组装后，所述拼图底板 101 的所述面积与所述拼图片 100 的所述面积相匹配。换句话说，所述拼图板 10 作为一拼图框架，用于在所述拼图片 100 组装后，框住所述拼图片 100。

如图 1 所示，所述拼图板 10 还包括重迭设置在所述拼图底板 101 上的一防滑层 14，用于防止所述拼图片 100 在其上滑动。优选地，所述防滑层 14 具有粘贴在所述拼图底板 101 上的一自粘底面，其中所述防滑层 14 可以从所述拼图底板 101 上去除而不会损坏所述拼图底板 101 和所述防滑层 14。因此，所述防滑层 14 可重复使用地放置于所述拼图底板 101 上。此外，所述防滑层 14 在所述拼图片 100 组装后，作为所述拼图 100 的一背层。

可以理解的，电子益智游戏是以软件或 APP 的形式提供，用户或玩家可以通过电视屏幕、LED 屏幕或计算机显示器等显示器来玩益智游戏。然而，所述玩家通常可能会使用一较小的屏幕来玩游戏，因为在一游戏台面上支撑的一相对较大的屏幕，例如 50 英寸或更大的电视屏幕，对于所述玩家来说很难延伸所述屏幕的所有尺寸。在一个替代实施例中，所述拼图板 10 可以实施为一电子屏幕，例如一电视显示器或 LED 屏幕，所述顶面 12 是作为拼图底板供玩家选择并将拼图图片放置在一起的屏幕面，其中所述板可触及单元 20 安装于所述电子拼图板 10 的所述底部，以使所述电子拼图板 10 在所述游戏台面上顺畅滑动，从而为在相对于所述游戏台面的不同平面方向移动所述电子拼图板 10 提供无障碍性。

如图 1 和图 2 所示，所述板可触及单元 20 包括耦接在所述拼图板 10 的所述底部 11 的一第一移动构件 21 和可旋转地耦接到所述第一移动构件 21 的一第二移动构件 22。值得一提的是，所述板可触及单元 20 优选地同轴耦合所述拼图板 10 的一重心，例如在所述拼图板 10 的中心部分，这样所述拼图板 10 能够以一平衡的方式在所述游戏台面上移动。

根据本发明的优选实施例，所述拼图板 10 适于通过第一和第二移动构件 21、22 之间的一旋转运动在所述游戏台面上自旋转 360°。换句话说，用户能够有选择地将所述拼图板 10 从一个纵向侧旋转到另一个相对的纵向侧或旋转到任何一个较短的横向侧，而无需绕着所述拼图板 10 走动。例如，所述用户能够在所述拼图板 10 的一侧组装一个拼图片 100，并且将所述拼图板 10 旋转 180°，以便

5

JA0397

20210926

2021111315541

## 说　明　书

在所述拼图板 10 的一相对侧组装另一块拼图片 100，从而加快所述拼图片 100 的拼装时间。

在一个实施例中，所述第一和第二移动构件 21、22 分别是彼此同轴啮合的第一和第二环构件。换言之，所述第一移动构件 21 的一直径小于所述第二移动构件 22 的一直径。所述板可触及单元 20 还包括耦接在第一和第二移动构件 21、22 之间的一第一轴承单元 23，使得当第一移动构件 21，即所述第一环构件，在所述第二移动构件 22，即所述第二环构件，内旋转时，所述拼图板 10 在所述游戏表面上自转 360 度。具体地，所述第一移动构件 21 的一外周面通过所述第一轴承单元 23 与所述第二移动构件 22 的一内周面啮合，以使所述第二移动构件 22 相对于所述第一移动构件 21 同轴旋转。在一个实施例中，第一轴承单元 23 被构造为具有一保持环和以一可旋转方式间隔地保持在所述保持环的多个滚珠轴承，这样当所述保持环同轴地保持在所述第一和第二移动构件 21、22 之间时，所述滚珠轴承可旋转地夹在所述第一和第二移动构件 21、22 之间，从而使所述第一和第二移动构件 21、22 能够彼此同轴移动。

所述板可触及单元 20 还包括设置在所述第二移动构件 22 的一底侧的一第二轴承单元 24，用于通过所述第二移动构件 22 在所述游戏台面上的不同平面方向滑动所述拼图板 10。因此，假设所述游戏表面定义了 xyz 轴。经由在所述第二移动构件 22 的所述第二轴承单元 24，所述拼图板 10 能够相对于 xy 坐标表面在任何方向上选择性地在所述游戏表面上滑动。经由所述第一轴承单元 23，所述拼图板 10 能够相对于 z 轴在所述游戏台面上选择性地旋转。换言之，所述拼图板 10 可在二维方向自由移动，以调整所述拼图板 10 相对于所述使用者的平面角度。

在一个实施例中，所述板可触及单元 20 可拆卸地连接在所述拼图板 10 的所述底面 11 处。如图 2 所示，所述板可触及单元 20 包括多个耦接件 25，其从所述第一移动构件 21 延伸以可拆卸地耦接在所述拼图板 10 的所述底面 11 处。优选地，所述耦接件 25 从所述第一环构件，即所述第一环构件 21，的一内周面，一体地延伸，其中每个所述耦接件 25 具有形成在其上的一耦接槽，以通过将螺丝穿过所述耦接槽插入到所述拼图板 10 的所述底面 11 而可拆卸地耦接在所述拼图板 10 的所述底面 11 处。值得一提的是，所述拼图板 10 的所述底面 11 设有多个螺丝孔，使得所述螺丝可与穿过所述耦接槽的所述螺丝孔啮合，以将所述板可

6

JA0398

20210926

2021111315541

## 说　明　书

触及单元 20 耦合到所述拼图板 10 的所述底面 11。

可选地，如图 3A 所示，所述板可触及单元 20 还包括一个或多个间隔地设置在所述拼图板 10 的所述底面 11 上的第一耦合组件 25A，以及间隔地设置在所述第一移动构件 21 上以可拆卸地连接所述第一耦合组件 25A 的一个或多个第二耦合组件 26A，从而可拆卸地耦合在所述拼图板 10 的所述底面 11 处的所述板可触及单元 20。优选地，所述第一和第二耦合组件 25A、26A 是适于彼此磁性吸引的磁性组件。所述第一耦合组件 25A 在所述拼图板 10 的所述底面 11 上排列成一环形。所述第二耦合组件 26A 设置在所述第一环构件，即所述第一移动构件 21，的一顶面上，其中所述第一和第二耦合组件 25A、26A 彼此对齐并且彼此磁性吸引以将所述板可触及单元 20 可拆卸地耦合在所述拼图板 10 的所述底面 11 处。

可选地，如图 3B 所示，所述板可触及单元 20 还包括设置在所述拼图板 10 的所述底面 11 和所述第一移动构件 21 中的至少一个上的一个或多个耦合组件 25B，以用于在所述拼图板 10 的所述底面 11 处可拆卸地耦合所述板可触及单元 20。在一个实施例中，所述耦合组件 25B 为设置在所述第一移动构件 21 上的一自粘膜或一自粘贴膜，以可拆卸的方式贴附在所述拼图板 10 的所述底面 11 上。值得一提的是，所述耦合组件 25B 具有与所述第一移动构件 21 相匹配的一环形，其中所述耦合组件 25B 可重复使用，以可拆卸地粘附在所述拼图板 10 的所述底面 11 上，而不会损坏可拆卸地粘附在所述拼图板 10 的所述底面 11 上。可以理解的是，所述耦合组件 25B 可以应用在所述拼图板 10 的所述底面 11 上，以可拆卸地粘附到所述第一移动构件 21。

如图 1 和图 4 所示，所述可移动拼图平台还包括一补充装置 30，其被配置为不仅用于在所述拼图片 100 组装之前存储它们，而且还允许所述玩家用一组拼图片 100 预先组装和存储拼图的一部分。在一实施例中，所述补充装置 30 在所述拼图板 10 的所述底面 11 与所述顶面 12 之间的侧壁上具有一或多个抽屉腔 31 形成，并包括一个或多个分别可滑动地容纳在所述抽屉腔 31 中的部分拼图板 32。根据本发明的优选实施例，每个所述部分拼图板 32，其实施为一拼图抽屉 32，具有一拼图板面，其上贴附有一防滑层 14，作为部分拼图底板 321，用于预先组装一组拼图片 100，形成拼图的一个部分，并存放所述拼图片 100 .

根据优选实施例，所述抽屉腔 31 分别形成在所述拼图板 10 的横向侧。具体地，在所述拼图板 10 的每个所述横向侧间隔地形成两个抽屉腔 31。换言之，两

7

JA0399

20210926

2021111315541

## 说　明　书

个拼图抽屉 32 可滑动地耦接在所述拼图板 10 的每个所述横向侧。因此，四个拼图抽屉 32 可滑动地耦接在所述拼图板 10 的所述横向侧。值得一提的是，每个拼图抽屉 32 都是独立驱动滑入滑出对应的所述抽屉腔体 31。由于所述拼图抽屉 32 可滑动地耦接在所述拼图板 10 的所述横向侧，每个拼图抽屉 32 相对足够长，并且每个抽屉腔 31 足够深，以将所述拼图抽屉 32 保持在其中，以防止在所述游戏台面上移动所述拼图板 10 时，所述拼图抽屉 32 意外或无意地滑出所述抽屉腔 31。因此，每个拼图抽屉的一长度略小于所述拼图板 10 在其所述横向侧之间的长度的一半。

所述补充装置 30 还包括设置在所述拼图板 10 处的一抽屉保持器 33，以分别将所述拼图抽屉 32 保持在所述抽屉腔 31 中。在一个实施例中，所述抽屉保持器 33 包括设置在所述抽屉腔 31 一内壁的一第一磁性组件 331 和设置在所述拼图抽屉 32 上以与所述第一磁性组件 331 磁性吸附的一第二磁性组件 332，以便将所述拼图抽屉 32 保持在所述抽屉腔 31 中。由于所述第一和第二磁性组件 331、332 之间的磁吸力，所述拼图抽屉 32 分别被保持在所述抽屉腔 31 内，以防止在所述游戏台面上移动所述拼图板 10 时，所述拼图抽屉 32 意外或无意地滑出所述抽屉腔 31。当在其中一个所述拼图抽屉 32 上施加一拉力以克服所述磁吸力时，可以将所述拼图抽屉 32 拉出所述抽屉腔 31。

如图 5 所示，所述拼图板 10 还包括一支架 15，其枢轴耦合在所述拼图板 10 的所述底面 11。特别地，所述支架 15 的一端枢轴耦合于所述拼图板 10 的所述底面 11，而所述支架 15 的一自由端则适于自所述拼图板 10 可枢转地折迭以支撑在所述游戏台面上。因此，当所述支架 15 可枢转地折迭在所述拼图板 10 的所述底面 11 上时，所述拼图板 10 可通过所述板可触及单元 20 在所述游戏台面上移动。当所述支架 15 可枢转地折迭以支撑在所述游戏台面上时，所述拼图板 10 倾斜并支撑在所述游戏台面上。

在一种应用中，如图 6 所示，本发明的所述可移动拼图平台可以与所述拼图片 100 结合以形成一拼图游戏套件。特别地，所述拼图底板 101 的面积与所述拼图片 100 组装后的所述拼图片 100 的面积相匹配，使得所述拼图板 10 作为一拼图框架，在所述拼图片 100 组装后将拼图片 100 框起来。此外，所述拼图板 10 被构造为具有多个面板。因此，面板、所述板可触及单元 20 和所述拼图片 100 被包装在一盒子中。为了玩所述拼图片 100，所述面板可以边对边组装从而形成所

8

JA0400

20210926

2021111315541

## 说　明　书

述拼图板 10。然后，可将所述板可触及单元 20 耦接在所述拼图板 10 的所述底面 11 以形成所述可移动拼图平台，供所述使用者在所述游戏台面上移动所述拼图板 10 并将所述拼图片 100 组装在所述拼图板 10 的所述顶面 12 上。一旦所述拼图片 100 完全组装在所述拼图板 10 的所述顶面 12 上，可从所述拼图板 10 的所述底面 11 拆下所述板可触及单元 20，使得所述拼图板 10 形成所述拼图框架，用于构筑拼图片 100。

本领域的技术人员应理解，上述描述及附图中所示的本发明的实施例只作为举例而并不限制本发明。

由此可以看出，本发明的目的已经完全有效地实现。本发明的功能及结构原理已在实施例中展示和说明，在没有背离所述原理下，本发明的实施方式可以修改的。因此，本发明所有修改均应包含在以下权利要求的精神和范围内。

9

JA0401

说　　明　　书　　附　　图

20210926

2021111315541



图1



图2

JA0402

20210926

2021111315541



图3A



图3B

JA0403

20210926

2021111315541



图**4**



图**5**

JA0404

20210926

2021111315541



图6

JA0405

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|-------|------|--------------|-----|------------------|---------|---------------------|------------|
| L1 | 793 | f16l3/13 | (US-PGPUB; USPAT) | OR | ON | ON | 2024/10/09 02:27 PM |
| L2 | 0 | ("2024/0151326").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/10/09 02:31 PM |
| L3 | 27 | ("4858279" \| "4882814" \| "4951363" \| "5620209" \| "5664295" \| "5675871" \| "5865072" \| "5996186" \| "6038744" \| "6192555" \| "6343407" \| "6343772" \| "6701581" \| "7520475" \| "9180576" \| "9517805" \| "9873188" \| "20020170729" \| "20030154823" \| "20040111840" \| "20040237263" \| "20080007043" \| "20090049656" \| "20100107823" \| "20140331458" \| "20180347736" \| "20190360512").pn. OR ("10876656").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/10/09 04:08 PM |
| L4 | 27 | ("2322753" \| "3090826" \| "3908479" \| "4244544" \| "4439876" \| "4669156" \| "4864697" \| "4899964" \| "4961554" \| "4993961" \| "5002244" \| "5035383" \| "5184794" \| "5209441" \| "5230496" \| "5363539" \| "5495711" \| "5603279").pn. OR ("5785285").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/10/09 05:41 PM |
| L5 | 1625 | h02g3/30 | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/10/09 06:14 PM |
| L6 | 9 | ("6856057" \| "9029699" \| "20020019165" \| "20100062620" \| "20120222296" \| "20150107894" \| "20170313265" \| "20180072248" \| "20180218807").pn. OR ("11165235").urpn. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/10/10 10:44 AM |

JA0406

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | AND (PGPB \| USPT \| USOC).dbnm. | | | | | |
| L7 | 808 | b60r16/0222 | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/10/10 11:33 AM |
| L8 | 3551 | 248/74.2 | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/10/10 01:16 PM |
| L9 | 696 | grommet AND (wire near5 harness) AND bracket | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/10/10 04:55 PM |
| L10 | 1 | ((("BAEK") near3 ("SUNGOH"))).INV. | (US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT) | OR | ON | ON | 2024/10/10 06:16 PM |
| L11 | 0 | ("2024/0151326").urpn. AND (PGPB \| USPT \| USOC).dbnm. | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/10/10 06:16 PM |
| L12 | 0 | (main near5 wire) WITH (sub near5 wire) WITH braket WITH fixer | (US-PGPUB; USPAT) | OR | ON | ON | 2024/11/02 05:04 PM |
| L13 | 1 | (main near5 wire) WITH (sub near5 wire) WITH bracket WITH fixer | (US-PGPUB; USPAT) | OR | ON | ON | 2024/11/02 05:04 PM |
| L14 | 25 | (main near5 wire) WITH (sub near5 wire) WITH branch | (US-PGPUB; USPAT) | OR | ON | ON | 2024/11/02 05:05 PM |
| L15 | 10 | ((US-10876656-B2 OR US-6701581-B2 OR US-6343772-B1 OR US-5785285-A OR US-10807543-B2).did. AND USPT.dbnm.) OR ((US-20080007043-A1 OR US-20180259396-A1 OR US-20220234527-A1 OR US-20180254122-A1 OR US-20140299722-A1).did. AND PGPB.dbnm.) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/11/02 05:25 PM |
| L16 | 5 | ((((US-10876656-B2 OR US-6701581-B2 OR US-6343772-B1 OR US-5785285-A OR US-10807543-B2).did. AND USPT.dbnm.) OR ((US-20080007043-A1 OR US-20180259396-A1 OR US-20220234527-A1 OR US-20180254122-A1 OR US-20140299722-A1).did. AND PGPB.dbnm.)) AND mold$ | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2024/11/02 05:26 PM |
| L17 | 1556 | a63f9/1044 | (US-PGPUB; USPAT; | OR | ON | ON | 2024/11/02 |

| | | | USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | 06:57 PM |
|---|---|---|---|---|---|---|---|
| L18 | 71 | a63f2009/105 | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/11/02 06:57 PM |
| L19 | 751 | a47b13/081 | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/11/02 06:58 PM |
| L20 | 514 | a47b41/00 | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/11/02 06:58 PM |
| L21 | 0 | a47b83/043 | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/11/02 06:59 PM |
| L22 | 7546 | plate AND wall AND drawer AND cavity AND bottom | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/11/02 07:01 PM |
| L23 | 6921 | plate AND wall AND drawer AND cavity AND bottom AND first AND second | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/11/02 07:01 PM |
| L24 | 1250 | plate AND wall AND drawer AND cavity AND bottom AND first AND second AND stack$3 AND restrict$3 | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2024/11/02 07:01 PM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N1 | 1238 | plate AND wall AND drawer AND cavity AND bottom AND first AND second AND stack$3 AND restrict$3 | (US-PGPUB; USPAT) | OR | ON | ON | 2024/11/02 07:05 PM |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/736,862 | Che et al. |
| | Examiner | Art Unit |
| | NKEISHA J SMITH | 3632 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| A63F | / | 9 | / | 1044 | F | 2013-01-01 |
| A47B | / | 83 | / | 04 | I | 2013-01-01 |
| A63F | / | 9 | / | 10 | I | 2013-01-01 |
| A47B | / | 41 | / | 00 | I | 2013-01-01 |
| A47B | / | 13 | / | 08 | I | 2013-01-01 |
| A63F | / | 2009 | / | 105 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | / | / | | | | |

| NONE | Total Claims Allowed: |
|---|---|
| (Assistant Examiner)                           (Date) | 23 |
| /NKEISHA SMITH/                     02 November 2024 Primary Examiner, Art Unit 3632 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)                              (Date) | 1 | 3 |

U.S. Patent and Trademark Office                                          Part of Paper No.: 20241102

Page 1 of 3

JA0409

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/736,862 | Che et al. |
| | Examiner | Art Unit |
| | NKEISHA J SMITH | 3632 |

**INTERNATIONAL CLASSIFICATION**

**CLAIMED**

| | | | | |
|---|---|---|---|---|
| A63F | / | 9 | / | 10 |
| A47B | / | 41 | / | 00 |
| A47B | / | 41 | / | 00 |

**NON-CLAIMED**

| | / | | / | |
|---|---|---|---|---|

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| | |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| NONE | | Total Claims Allowed: |
|---|---|---|
| (Assistant Examiner) | (Date) | 23 |
| /NKEISHA SMITH/ Primary Examiner, Art Unit 3632 | 02 November 2024 | O.G. Print Claim(s): 1    O.G. Print Figure: 3 |
| (Primary Examiner) | (Date) | |

U.S. Patent and Trademark Office      Part of Paper No.: 20241102

JA0410

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| [barcode] | 18/736,862 | Che et al. |
| | **Examiner** | **Art Unit** |
| | NKEISHA J SMITH | 3632 |

| ☑ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 23 | |
| /NKEISHA SMITH/<br>Primary Examiner, Art Unit 3632 | 02 November 2024 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 3 |

U.S. Patent and Trademark Office

Part of Paper No.: 20241102

JA0411

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/736,862 | Che et al. |
| | **Examiner** | **Art Unit** |
| | NKEISHA J SMITH | 3632 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| A63F9/1044 | 08/21/2024 | NJS |
| A63F2009/105 | 08/21/2024 | NJS |
| A47B13/081 | 08/21/2024 | NJS |
| A47B41/00 | 08/21/2024 | NJS |
| A47B83/043 | 08/21/2024 | NJS |
| Updated search of record | 11/02/2024 | NJS |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| SEARCH (CPC) - see search history attached | 08/21/2024 | NJS |
| Inventor's name search - PALM | 08/21/2024 | NJS |
| Inventor's name search - SEARCH | 08/21/2024 | NJS |
| Forward and backward search on pertinent references | 08/21/2024 | NJS |
| Text search | 08/21/2024 | NJS |

| | |
|---|---|
| | |

JA0412

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 18/736,862 | Che et al. |
| | **Examiner** | **Art Unit** |
| | NKEISHA J SMITH | 3632 |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| | Interference search conducted (see L24, N1 of attached SEARCH history) | 11/02/2024 | NJS |

JA0413

| *Index of Claims* | Application/Control No. 18/736,862 | Applicant(s)/Patent Under Reexamination Che et al. |
|---|---|---|
| | Examiner NKEISHA J SMITH | Art Unit 3632 |

| ✔ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

## CLAIMS

☑ Claims renumbered in the same order as presented by applicant  ☐ CPA  ☐ T.D.  ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/01/2024 | 08/21/2024 | 11/02/2024 | | | | | |
| | 1 | ÷ | ✔ | ✔ | | | | | |
| | 2 | ÷ | ✔ | ✔ | | | | | |
| | 3 | ÷ | ✔ | ✔ | | | | | |
| | 4 | ÷ | ✔ | ✔ | | | | | |
| | 5 | ÷ | ✔ | ✔ | | | | | |
| | 6 | ÷ | ✔ | ✔ | | | | | |
| | 7 | ÷ | ✔ | ✔ | | | | | |
| | 8 | ÷ | N | ✔ | | | | | |
| | 9 | ÷ | ✔ | ✔ | | | | | |
| | 10 | ÷ | ✔ | ✔ | | | | | |
| | 11 | ÷ | ✔ | ✔ | | | | | |
| | 12 | ÷ | ✔ | ✔ | | | | | |
| | 13 | ÷ | ✔ | ✔ | | | | | |
| | 14 | ÷ | ✔ | ✔ | | | | | |
| | 15 | ÷ | ✔ | ✔ | | | | | |
| | 16 | ÷ | N | ✔ | | | | | |
| | 17 | ÷ | ✔ | ✔ | | | | | |
| | 18 | ÷ | ✔ | - | | | | | |
| | 19 | ÷ | ✔ | ✔ | | | | | |
| | 20 | ÷ | ✔ | ✔ | | | | | |
| | 21 | ÷ | ✔ | ✔ | | | | | |
| | 22 | ÷ | ✔ | ✔ | | | | | |
| | 23 | ÷ | ✔ | ✔ | | | | | |
| | 24 | ÷ | ✔ | ✔ | | | | | |

U.S. Patent and Trademark Office

Part of Paper No.: 20241102

JA0414



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

197464          7590          11/19/2024

Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

| EXAMINER |
|---|
| SMITH, NKEISHA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3632 | |

DATE MAILED: 11/19/2024

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | Xiaoling Che | SUNYOO-24016-USPT | 9431 |

TITLE OF INVENTION: Movable Puzzle Platform

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0.00 | $0.00 | $480 | 02/19/2025 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 11/23)

JA0415

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to:     Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:     (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

197464       7590       11/19/2024

Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

| | |
|---|---|
| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | Xiaoling Che | SUNYOO-24016-USPT | 9431 |

TITLE OF INVENTION: Movable Puzzle Platform

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480 | $0.00 | $0.00 | $480 | 02/19/2025 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SMITH, NKEISHA | 3632 | 273-15300R |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE            (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❏ Individual ❏ Corporation or other private group entity ❏ Government

4a. Fees submitted:    ❏Issue Fee    ❏Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❏ Electronic Payment via the USPTO patent electronic filing system      ❏ Enclosed check      ❏ Non-electronic payment by credit card (Attach form PTO-2038)

❏ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

❏ Applicant certifying micro entity status. See 37 CFR 1.29

❏ Applicant asserting small entity status. See 37 CFR 1.27

❏ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____      Date _____

Typed or printed name _____      Registration No. _____

PTOL-85 Part B (11/23) Approved for use through 03/31/2026     OMB 0651-0033     U.S. Patent and Trademark Office U.S. DEPARTMENT OF COMMERCE

JA0416



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | Xiaoling Che | SUNYOO-24016-USPT | 9431 |

| 197464 | 7590 | 11/19/2024 |
|---|---|---|

Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

| EXAMINER |
|---|
| SMITH, NKEISHA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3632 | |

DATE MAILED: 11/19/2024

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 11/23)

JA0417

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013).
https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;

2) a federal, state, local, or international agency, in response to its request;

3) a contractor of the USPTO having need for the information in order to perform a contract;

4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;

5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;

6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;

7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;

8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));

9) the Office of Personnel Management (OPM) for personnel research purposes; and

10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

JA0418

| *Notice of Allowability* | Application No.<br>18/736,862 | Applicant(s)<br>Che et al. | |
|---|---|---|---|
| | Examiner<br>NKEISHA J SMITH | Art Unit<br>3632 | AIA (FITF) Status<br>Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the amendment dated 10/1/2024.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 1-17 and 19-24 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

    a) ☑ All    b) ☐ Some*    c) ☐ None of the:

        1. ☑ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____.

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____.

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____.

5. ☐ Examiner's Amendment/Comment

6. ☑ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

/NKEISHA SMITH/
Primary Examiner, Art Unit 3632

JA0419

Application/Control Number: 18/736,862                                                                                Page 2

Art Unit: 3632

### DETAILED ACTION

#### *Notice of Pre-AIA or AIA Status*

1.       The present application, filed on or after March 16, 2013, is being examined under the first

inventor to file provisions of the AIA.

2.       The following correspondence is a non-final Office Action for application no. 18/736,862 for a

MOVABLE PUZZLE PLATFORM, filed on 6/7/2024.  This correspondence is in response to applicant's reply

filed on 10/1/2024.  Claims 1-17 and 19-24 are pending.

#### *Priority*

3.       Applicant is advised of possible benefits under 35 U.S.C. 119(a)-(d) and (f), wherein an

application for patent filed in the United States may be entitled to claim priority to an application filed in

a foreign country.

4.       Receipt is acknowledged of certified copies of papers required by 37 CFR 1.55.

#### *Election/Restrictions*

5.       Claims 8 and 16 are allowable. The restriction requirement between Species A-K, as set forth in

the Office action mailed on 8/6/2024 has been reconsidered in view of the allowability of claims to the

elected invention pursuant to MPEP § 821.04(a). **The restriction requirement is hereby withdrawn as to**

**any claim that requires all the limitations of an allowable claim.** Specifically, the restriction

requirement of 8/6/2024 is withdrawn.  Claims 8 and 16, directed to a non-elected species are no longer

withdrawn from consideration because the claim(s) requires all the limitations of an allowable claim.

        In view of the above noted withdrawal of the restriction requirement, applicant is advised that if

any claim presented in a divisional application is anticipated by, or includes all the limitations of, a claim

that is allowable in the present application, such claim may be subject to provisional statutory and/or

nonstatutory double patenting rejections over the claims of the instant application.

Application/Control Number: 18/736,862                                                    Page 3
Art Unit: 3632

Once a restriction requirement is withdrawn, the provisions of 35 U.S.C. 121 are no longer

applicable. See In re Ziegler, 443 F.2d 1211, 1215, 170 USPQ 129, 131-32 (CCPA 1971). See also MPEP §

804.01.

### *Allowable Subject Matter*

6.          Claims 1-17 and 19-24 are allowed.

### REASONS FOR ALLOWANCE

7.          The following is an examiner's statement of reasons for allowance: ***regarding claim 1***, the prior

art does not teach the puzzle platform comprising the board assembly, comprising the structure of the

puzzle board, supplement arrangement, restricting wall, at least two puzzle drawers; wherein the first

extending wall and the fixing portion of the puzzle board are successively stacked on the first main

supporting wall; and wherein the second extending wall and the fixing portion of the puzzle board are

successively stacked on the second main supporting wall, in combination with the other limitations

recited; ***regarding claim 10***, the prior art does not teach the puzzle platform comprising the board

assembly, comprising the structure of the puzzle board, supplement arrangement, restricting wall, at

least two puzzle drawers; and the rotating assembly, in combination with the other limitations recited:

***regarding claim 17***, the prior art does not teach the puzzle platform comprising the board assembly,

comprising the structure of the puzzle board, supplement arrangement, restricting wall, at least one

puzzle drawer; wherein the supplement arrangement further comprises a first inner supporting wall

attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle

board, in combination with the other limitations recited.

Any comments considered necessary by applicant must be submitted no later than the payment

of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such

submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

JA0421

Application/Control Number: 18/736,862                                    Page 4
Art Unit: 3632

### *Conclusion*

8.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to NKEISHA J. SMITH whose telephone number is (571)272-5781.  The examiner can normally be reached on Normal hours: M/Th 7-4; T 9-5; W 7-3; F 7-4.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Terrell McKinnon can be reached on 571-272-4797.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see https://ppair-my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/NKEISHA SMITH/
Primary Examiner, Art Unit 3632
November 2, 2024

JA0422

**UNITED STATES
PATENT AND TRADEMARK OFFICE**

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| 18/736,862 | 01/02/2025 11:58:15 PM Z ET | SUNYOO-24016-USPT |

## Title of Invention

Movable Puzzle Platform

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9431 | FILED BY | Eleanor Lin |
| PATENT CENTER # | 68562812 | FILING DATE | 06/07/2024 |
| CUSTOMER # | 197464 | FIRST NAMED INVENTOR | Xiaoling Che |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Charles Ho |

## Documents

# TOTAL DOCUMENTS: 1

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| Issue Fee Transmittal.pdf | 1 | Issue Fee Payment (PTO-85B) | 35 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| Issue Fee Transmittal.pdf | 1C36E2499F6FF34C3B1C3E7755EFB8BD37489C3DBE639C72 D17FBDE5075BBFB5CF4C070041D87FA93C23AD825D5A0863 E0F197F4C8E9D122041D428669B0560A |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

JA0423

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

JA0424

**USPTO**
UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/736,862** | **01/02/2025 11:58:15 PM Z ET** | **SUNYOO-24016-USPT** |

## Title of Invention

Movable Puzzle Platform

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9431 | FILED BY | Eleanor Lin |
| PATENT CENTER # | 68562812 | AUTHORIZED BY | Charles Ho |
| CUSTOMER # | 197464 | FILING DATE | 06/07/2024 |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Xiaoling Che |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| CARD / 9468 | E202512N58379802 | Nelson Poon |

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 2501 | UTILITY ISSUE FEE | 480.00 | 1 | 480.00 |
| | | | **TOTAL AMOUNT:** | **$480.00** |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

JA0425

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

JA0426

## PART B–FEE(S) TRANSMITTAL

Complete and send this form, together with the applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to:
Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

By fax, send to: (571) 273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

BARRON & YOUNG PLLC
5465 Legacy Drive, Suite 650
Plano, Texas 75024

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

|  |  |
|---|---|
|  | (Typed or printed name) |
|  | (Signature) |
|  | (Date) |

| APPLICATION NO | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO | CONFIRMATION NO |
|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | Xiaoling Che | SUNYOO-24016-USPT | 9431 |

TITLE OF INVENTION: Movable Puzzle Platform

| APPLN: TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $480.00 |  |  | $480.00 | 02/19/2025 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SMITH, NKEISHA | 3632 | 273-15300R |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363)

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1.
2.
3.

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE           (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees Submitted: ☒ Issue Fee ☐ Publication Fee (if required)

4b. Method of Payment (*Please first reapply any previously paid fee shown above*):

☒ Electronic Payment via the USPTO patent electronic filing system ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 50-5658

5. Change of Entity Status (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29.

☐ Applicant asserting small entity status. See 37 CFR 1.27.

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid Certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken as a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken as a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Authorized Signature | /Charles Ho/ | Date | December 31, 2024 |
|---|---|---|---|
| Typed or printed name | Charles Ho | Registration No. | 51,807 |

PTOL-85 Part B (11-23) Approved for use through 03/31/2026     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JA0427

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/736,862 | 02/11/2025 | 12220648 | SUNYOO-24016-USPT | 9431 |

197464          7590          01/22/2025

Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above. The patent will issue electronically. The electronically issued patent is the official patent grant pursuant to 35 U.S.C. § 153. The patent may be accessed on or after the issue date through Patent Center at https://patentcenter.uspto.gov/. The patent will be available in both the public and the private sides of Patent Center. Further assistance in electronically accessing the patent, or about Patent Center, is available by calling the Patent Electronic Business Center at 1-888-217-9197.

The USPTO is implementing electronic patent issuance with a transition period, during which period the USPTO will mail a ceremonial paper copy of the electronic patent grant to the correspondence address of record. Additional copies of the patent (i.e., certified and presentation copies) may be ordered for a fee from the USPTO's Certified Copy Center at https://certifiedcopycenter.uspto.gov/index.html. The Certified Copy Center may be reached at (800)972-6382.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Center (https://patentcenter.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

IR103 (Rev. 10/09)

JA0428

INVENTOR(s)  (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional inventors):

Xiaoling Che, Dangyang, CHINA;
Jinyan Duan, Shenzhen, CHINA;

APPLICANT(s)  (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional applicants):


The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

JA0429

## UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/736,862 | 06/07/2024 | Xiaoling Che | SUNYOO-24016-USPT | 9431 |

197464        7590        02/11/2025

Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

| EXAMINER |
|---|
| SMITH, NKEISHA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3632 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/11/2025 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

bypatent.us@barron-young.com
bypatentdocket.us@barron-young.com

PTOL-90A (Rev. 04/07)

JA0430

| APPLICATION NO. | ISSUE DATE | PATENT NO. |
|---|---|---|
| 18/736,862 | 11-Feb-2025 | 12220648 |

Barron & Young PLLC
5465 Legacy Drive, Suite 650
Plano, TX 75024

# EGRANT NOTIFICATION

Your electronic patent grant (eGrant) is now available, which can be accessed via Patent Center at https://patentcenter.uspto.gov

The electronic patent grant is the official patent grant under 35 U.S.C. 153. For more information, please visit https://www.uspto.gov/electronicgrants

JA0431







*To Promote the Progress*

*of Science and Useful Arts*

*The Director*

*of the United States Patent and Trademark Office has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*



grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.



Acting Director of the United States Patent and Trademark Office

JA0432

## Maintenance Fee Notice

If the application for this patent was filed on or after December 12, 1980, maintenance fees are due three years and six months, seven years and six months, and eleven years and six months after the date of this grant, or within a grace period of six months thereafter upon payment of a surcharge as provided by law. The amount, number and timing of the maintenance fees required may be changed by law or regulation. Unless payment of the applicable maintenance fee is received in the United States Patent and Trademark Office on or before the date the fee is due or within a grace period of six months thereafter, the patent will expire as of the end of such grace period.

## Patent Term Notice

If the application for this patent was filed on or after June 8, 1995, the term of this patent begins on the date on which this patent issues and ends twenty years from the filing date of the application or, if the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121, 365(c), or 386(c), twenty years from the filing date of the earliest such application ("the twenty-year term"), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b), and any extension as provided by 35 U.S.C. 154(b) or 156 or any disclaimer under 35 U.S.C. 253.

If this application was filed prior to June 8, 1995, the term of this patent begins on the date on which this patent issues and ends on the later of seventeen years from the date of the grant of this patent or the twenty-year term set forth above for patents resulting from applications filed on or after June 8, 1995, subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b) and any extension as provided by 35 U.S.C. 156 or any disclaimer under 35 U.S.C. 253.

Form PTO-377C (Rev 09/17)

JA0433

US012220648B2

US 12,220,648 B2

## (12) United States Patent
### Che et al.

(10) **Patent No.:** US 12,220,648 B2
(45) **Date of Patent:** Feb. 11, 2025

(54) **MOVABLE PUZZLE PLATFORM**

(71) Applicants: **Xiaoling Che**, Hubei (CN); **Jinyan Duan**, Guangdong (CN)

(72) Inventors: **Xiaoling Che**, Hubei (CN); **Jinyan Duan**, Guangdong (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/736,862**

(22) Filed: **Jun. 7, 2024**

(65) **Prior Publication Data**

US 2024/0316448 A1 Sep. 26, 2024

### Related U.S. Application Data

(63) Continuation of application No. 18/235,896, filed on Aug. 21, 2023, now Pat. No. 12,048,885, which is a continuation-in-part of application No. 17/829,359, filed on Jun. 1, 2022, now Pat. No. 12,104,744, application No. 18/736,862 is a continuation of application No. 18/235,416, filed on Aug. 18, 2023, now Pat. No. 12,059,631, which is a continuation-in-part of application No. 17/829,359, filed on Jun. 1, 2022, now Pat. No. 12,104,744, application No. 18/736,862 is a continuation-in-part

(Continued)

(30) **Foreign Application Priority Data**

| Sep. 26, 2021 | (CN) | .......................... 202111131554.1 |
| Sep. 26, 2021 | (CN) | .......................... 202122334815.1 |
| Jun. 13, 2023 | (CN) | .......................... 202330364018.X |

(51) **Int. Cl.**
| *A63F 9/10* | (2006.01) |
| *A47B 13/08* | (2006.01) |
| *A47B 41/00* | (2006.01) |
| *A47B 83/04* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A63F 9/1044* (2013.01); *A47B 13/08* (2013.01); *A47B 41/00* (2013.01); *A47B 83/04* (2013.01); *A63F 9/10* (2013.01); *A63F 2009/105* (2013.01)

(58) **Field of Classification Search**
CPC ............. A63F 9/1044; A63F 2009/105; A47B 13/081; A47B 41/00; A47B 83/043
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 776,355 | A | * | 11/1904 | Selander | ................ | A47B 41/00 312/258 |
| 1,838,558 | A | * | 12/1931 | Kolodny | ................ | A47B 13/16 312/285 |
| 1,987,496 | A | * | 1/1935 | Springborn | ........... | A63F 9/1044 273/157 R |
| 2,833,609 | A | * | 5/1958 | Lawless | ............... | A47B 13/081 108/62 |
| 3,224,391 | A | * | 12/1965 | Cooper | ................ | A47B 13/081 108/140 |
| 3,884,476 | A | * | 5/1975 | Sanders | ................ | A63F 9/1044 273/157 R |

(Continued)

*Primary Examiner* — Nkeisha Smith

(57) **ABSTRACT**

A movable puzzle platform includes a puzzle board having a puzzle plate and a fixing portion, a supplement arrangement having a first main supporting wall and a second main supporting wall, a restricting wall having a first extending wall and a second extending wall, and at least two puzzle drawers. The first and second main supporting walls are cooperated with the puzzle board for forming at least two drawer cavities. Each puzzle drawer is actuated to slide in-and-out of a corresponding drawer cavity. The first extending wall and the fixing portion are successively stacked on the first main supporting wall. The second extending wall and the fixing portion are successively stacked on the second main supporting wall. The puzzle platform is configured for retaining all the unfinished pieces and allowing the player to conveniently play puzzles.

**23 Claims, 56 Drawing Sheets**



**US 12,220,648 B2**

Page 2

### Related U.S. Application Data

of application No. 17/829,359, filed on Jun. 1, 2022, now Pat. No. 12,104,744, and a continuation-in-part of application No. 18/541,685, filed on Dec. 15, 2023, now Pat. No. 12,042,740, said application No. 18/235,416 is a continuation-in-part of application No. 17/505,587, filed on Oct. 19, 2021, now Pat. No. 11,890,551, said application No. 18/235,896 is a continuation-in-part of application No. 17/505,587, filed on Oct. 19, 2021, now Pat. No. 11,890,551, said application No. 18/541,685 is a continuation of application No. 17/505,587, filed on Oct. 19, 2021, now Pat. No. 11,890,551.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,479,651 A * | 10/1984 | LaFleur | A63F 9/1044 |
| | | | 273/DIG. 30 |
| 4,591,161 A | 5/1986 | Vanderhoof | |
| 5,127,720 A * | 7/1992 | Shultz | A63F 3/068 |
| | | | 206/39 |
| 5,533,857 A | 7/1996 | Ferrone | |
| 10,419,054 B1 | 9/2019 | VanTassell et al. | |
| 2010/0101461 A1 | 4/2010 | Brault et al. | |
| 2021/0170267 A1 | 6/2021 | Malki | |
| 2021/0170268 A1 * | 6/2021 | Malki | A63F 9/1044 |

* cited by examiner

JA0435



Fig. 1

JA0436



Fig. 2

JA0437

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 441 of 509 PageID #:1143



Fig. 3

Fig. 4

JA0438



Fig. 5

JA0439



Fig. 6

JA0440



Fig. 7

JA0441



Fig. 8

JA0442



Fig. 9

Fig. 10

JA0443



Fig. 11

JA0444



Fig. 12

Fig. 13

JA0445



Fig. 14

JA0446



Fig. 15



Fig. 16

JA0447



Fig. 17

Fig. 18

JA0448

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 452 of 509 PageID #:1154



Fig. 19

Fig. 20

JA0449



Fig. 21

Fig. 22

JA0450



Fig. 23

JA0451

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 455 of 509 PageID #:1157



Fig. 24

JA0452



Fig. 25

JA0453

90d



Fig. 26

JA0454

C-C

Fig. 27

JA0455



Fig. 28

JA0456



Fig. 29

JA0457

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 461 of 509 PageID #:1163

Fig. 30

Fig. 31

JA0458



Fig. 32

JA0459

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 463 of 509 PageID #:1165



Fig. 33

JA0460



Fig. 34



Fig. 35

JA0461

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 465 of 509 PageID #:1167

I–I



Fig. 36

JA0462



Fig. 37

Fig. 38

JA0463

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 467 of 509 PageID #:1169



Fig. 39

JA0464



Fig. 40

Fig. 41

JA0465



Fig. 42

Fig. 43

JA0466



Fig. 44

JA0467



Fig. 45

JA0468



Fig. 46

JA0469



Fig. 47

JA0470

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 474 of 509 PageID #:1176



Fig. 48

Fig. 49

JA0471



Fig. 50

JA0472



Fig. 51

JA0473



Fig. 52



Fig. 53

JA0474



Fig. 54

Fig. 55

JA0475



Fig. 56



Fig. 57

JA0476



Fig.58

Fig.59

JA0477



Fig. 60



Fig. 61

JA0478



Fig. 62

Fig. 63

JA0479



Fig. 64



Fig. 65

JA0480



Fig. 66

JA0481

Fig. 67

JA0482



Fig. 68

JA0483



Fig. 69



Fig. 70

JA0484



Fig. 71



Fig.72

JA0485

Case: 1:25-cv-04946 Document #: 76-1 Filed: 06/29/26 Page 489 of 509 PageID #:1191



301L

15L

Fig. 73

JA0486

Fig.74

JA0487



Fig. 75

JA0488



Fig. 76

JA0489



Fig. 77

JA0490



Fig. 78

JA0491

US 12,220,648 B2

# MOVABLE PUZZLE PLATFORM

## CROSS REFERENCES AND PRIORITIES

This application is a continuation application of U.S. patent application Ser. No. 18/235,896 filed on Aug. 21, 2023, which is a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on Jun. 1, 2022;

    a continuation application of U.S. patent application Ser. No. 18/235,416 filed on Aug. 18, 2023, which is a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on Jun. 1, 2022; and

    a continuation-in-part of U.S. patent application Ser. No. 17/829,359 filed on Jun. 1, 2022, the contents of each of which are incorporated by reference in their entirety.

## BACKGROUND OF THE PRESENT INVENTION

### Field of Invention

The present invention relates to puzzle game apparatus, and more particularly to a movable puzzle platform, wherein the puzzle platform is configured for retaining all the unfinished pieces and while allowing the player to conveniently play the puzzle.

### Description of Related Arts

Puzzles are devised over the years and are among the most popular board games generally played alone by an individual. It is well known that puzzles are good for the brain. Studies have shown that playing puzzles can improve cognition and visual-spatial reasoning, and can train concentration and patience.

Other than as a means of entertainment and enjoyment, players would like to challenge themselves by playing higher piece counts of the puzzle. Generally speaking, the higher the piece count, the harder the puzzle is. However, a common drawback or a burden for the player is that the finished size of the puzzles is relatively large. For example, a finished size of 1,000 piece puzzles is about 30"×24", a finished size of 5,000 piece puzzles is about 60"×40", and so on. In other words, these puzzles require a relatively large playing surface such as the surface of a table or a puzzle board for putting all the pieces together to form a puzzle figure. Therefore, to play a relatively large puzzle, for example 60"×40" or more, the side length of the puzzle board is longer than the player's arm length that the player is unable to reach the other sides of the puzzle board, so that the player is required to move around the playing surface to put pieces at different directions and portions near each side of the puzzle board. As a skilled player, the strategies for playing the puzzles are configured for sorting the pieces into groups and assembling the border first. Therefore, the player will need to move from one side of the playing surface to another side thereof to play the puzzles. Furthermore, it could take hours, days or even months to compete a larger scale puzzle. One or more puzzle pieces could be missed accidentally or unintentionally. It is sad that the player usually finds out there is a missing piece at the end. Therefore, how to avoid losing any pieces, it is best to find a container to save all the unfinished pieces.

A need exists for a tool that retains all the unfinished pieces and while allowing the player to conveniently play the puzzle. It is to the provision of such a tool that the present disclosure is primarily directed.

## SUMMARY OF THE PRESENT INVENTION

The invention is advantageous in that it provides a movable puzzle platform, wherein the puzzle platform is configured for allowing a player to conveniently play the puzzles. The movable puzzle platform comprises a board assembly comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board. The first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

In the other aspect, the present invention provides another movable puzzle platform comprising a board assembly comprising a puzzle board comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extended from the fixing portion. The first extending wall is integral with a periphery of the first main supporting wall as a whole for forming a first receiving space for fixing the puzzle board.

Still further objects and advantages will become apparent from a consideration of the ensuing description and drawings. These and other objectives, features, and advantages of the present invention will become apparent from the following detailed description, the accompanying drawings, and the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an illustrative isometric view of a movable puzzle platform according to a first embodiment of the present invention.

FIG. **2** is an exploded perspective view of the movable puzzle platform shown in FIG. **1**.

FIG. **3** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **4** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, a puzzle board and a rotating assembly thereof being removed away.

FIG. **5** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **1**.

FIG. **6** is an illustrative isometric view of the restricting wall and the supporting portion of the movable puzzle platform shown in FIG. **1**, but from another aspect.

FIG. **7** is a cross-sectional view of the movable puzzle platform taken along line A-A of FIG. **1**.

FIG. **8** is a cross-sectional view of the movable puzzle platform taken along line B-B of FIG. **1**.

FIG. **9** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, but from another aspect.

FIG. **10** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, a base and the rotating assembly thereof being removed away.

FIG. **11** is a partially exploded perspective view of the movable puzzle platform shown in FIG. **1**.

JA0492

US 12,220,648 B2

3

FIG. **12** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity, and the base thereof being removed away.

FIG. **13** is a side view of the rotating assembly of the movable puzzle platform shown in FIG. **1**.

FIG. **14** illustrates an alternative mode of a rotating assembly of the movable puzzle platform shown in FIG. **1**.

FIG. **15** is a sectional view of a supplement arrangement of the movable puzzle platform shown in FIG. **1**.

FIG. **16** is an illustrative isometric view of the movable puzzle platform according to a second embodiment of the present invention.

FIG. **17** is an illustrative isometric view of the movable puzzle platform shown in FIG. **16**, but from another aspect.

FIG. **18** is an illustrative isometric view of the movable puzzle platform shown in FIG. **16**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **19** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **16**.

FIG. **20** is an illustrative isometric view of a movable puzzle platform according to a third embodiment of the present invention.

FIG. **21** is an illustrative isometric view of the movable puzzle platform shown in FIG. **20**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **22** is an illustrative isometric view of the movable puzzle platform shown in FIG. **20**, but from another aspect.

FIG. **23** is an illustrative isometric view of a movable puzzle platform according to a fourth embodiment of the present invention.

FIG. **24** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **25** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, two puzzle drawers thereof being pulled out of a corresponding drawer cavity.

FIG. **26** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, three puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **27** is a cross-sectional view of the movable puzzle platform taken along line C-C of FIG. **23**.

FIG. **28** is a cross-sectional view of the movable puzzle platform taken along line D-D of FIG. **23**.

FIG. **29** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **30** is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in FIG. **23**.

FIG. **31** is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **32** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **23**.

FIG. **33** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **34** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line G-G of FIG. **30**.

FIG. **35** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line H-H of FIG. **30**.

FIG. **36** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line I-I of FIG. **30**.

4

FIG. **37** is an illustrative isometric view of a movable puzzle platform according to a fifth embodiment of the present invention.

FIG. **38** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, illustrating a kickstand being in close position.

FIG. **39** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, illustrating the kickstand being in close position, but from another aspect.

FIG. **40** is a side view of the movable puzzle platform shown in FIG. **37**, illustrating the kickstand being pivotally folded to support a board assembly at an inclined manner on a playing place in open position.

FIG. **41** is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in FIG. **37**.

FIG. **42** is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in FIG. **37**, but from another aspect.

FIG. **43** is an illustrative isometric view of the rotating assembly of the shown in FIG. **37**, a first moving member thereof being removed away.

FIG. **44** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **37**.

FIG. **45** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **37**, but from another aspect.

FIG. **46** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line E-E of FIG. **41**.

FIG. **47** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line F-F of FIG. **41**.

FIG. **48** is an illustrative isometric view of a movable puzzle platform according to a sixth embodiment of the present invention.

FIG. **49** is an illustrative isometric view of the movable puzzle platform shown in FIG. **48**, illustrating a kickstand being in open position.

FIG. **50** a partially exploded perspective view of the movable puzzle platform shown in FIG. **48**.

FIG. **51** is an illustrative isometric view of a movable puzzle platform according to a seventh embodiment of the present invention.

FIG. **52** is a cross-sectional view of the movable puzzle platform taken along line J-J of FIG. **51**.

FIG. **53** is a cross-sectional view of the movable puzzle platform taken along line J-J of FIG. **51**, but from another aspect.

FIG. **54** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, but from another aspect.

FIG. **55** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, puzzle drawers thereof being pulled out of a corresponding drawer cavity.

FIG. **56** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **57** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **51**.

FIG. **58** is an illustrative isometric view of a movable puzzle platform according to an eighth embodiment of the present invention.

FIG. **59** is a cross-sectional view of the movable puzzle platform taken along line K-K of FIG. **58**.

FIG. **60** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, a puzzle board thereof being removed away.

JA0493

US 12,220,648 B2

5

FIG. **61** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, the puzzle board thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **62** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, but from another aspect.

FIG. **63** is an illustrative isometric view of a movable puzzle platform according to a ninth embodiment of the present invention.

FIG. **64** is an illustrative isometric view of a movable puzzle platform according to a tenth embodiment of the present invention.

FIG. **65** is an illustrative isometric view of a movable puzzle platform according to an eleventh embodiment of the present invention.

FIG. **66** is an illustrative isometric view of the movable puzzle platform shown in FIG. **65**, but from another aspect.

FIG. **67** is an illustrative isometric view of the movable puzzle platform of the shown in FIG. **65**, a puzzle board and a rotating assembly thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **68** is a partially exploded perspective view of the movable puzzle platform shown in FIG. **67**, the puzzle board and the rotating assembly thereof being removed away and the puzzle drawers thereof being removed away.

FIG. **69** is an illustrative isometric view of the movable puzzle platform shown in FIG. **65**, but from another aspect.

FIG. **70** is a cross-sectional view of the movable puzzle platform taken along line L-L of FIG. **69**.

FIG. **71** is a cross-sectional view of the movable puzzle platform taken along line M-M of FIG. **69**.

FIG. **72** is an illustrative isometric view of a movable puzzle platform illustrating another mode of a kickstand being in close position.

FIG. **73** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **72** being in open position.

FIG. **74** is an illustrative isometric view of a movable puzzle platform illustrating a third mode of a kickstand being in close position.

FIG. **75** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **74** being in open position.

FIG. **76** is an illustrative isometric view of a movable puzzle platform illustrating a fourth mode of a kickstand being in open position.

FIG. **77** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **76** being in close position.

FIG. **78** is a perspective view of the movable puzzle platform incorporating with the puzzle pieces to form a puzzle game kit according to the above preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The following description is disclosed to enable any person skilled in the art to make and use the present invention. Preferred embodiments are provided in the following description only as examples and modifications will be apparent to those skilled in the art. The general principles defined in the following description would be applied to other embodiments, alternatives, modifications, equivalents, and applications without departing from the spirit and scope of the present invention.

6

Referring to FIGS. **1** to **15**, a movable puzzle platform **1** according to a first embodiment of the present invention is illustrated, wherein the movable puzzle platform **1** is arranged for a user or a player to assemble a plurality of puzzle pieces **100** thereon. Accordingly, the movable puzzle platform **1** comprises a board assembly **90** and a rotating assembly **20** attached on the board assembly **90**. The board assembly **90** comprises a puzzle board **10** for placing the puzzle pieces **100**, a supplement arrangement **30** attached on the puzzle board **10**, a base **40** attached on the supplement arrangement **30**, and a restricting wall **50** upwardly extended from a peripheral edge of the puzzle board **10**. The rotating assembly **20** is configured for allowing the board assembly **90** sliding on a playing place and provides accessibility for the board assembly **90** to move the board assembly **90** at different planar directions with respect to the playing place. The supplement arrangement **30** is configured not only for storing the puzzle pieces **100** before they are assembled, but also for allowing the player to preassemble and store a section of the puzzle figure with a group of puzzle pieces **100**. The supplement arrangement **30** and the restricting wall **50** are positioned at the two sides of the puzzle board **10**, respectively. Although good results have been shown with the board assembly **90** that is rectangular in shape, it is within the scope of the present invention that numerous other shapes of the board assembly **90** could be used to achieve the desired functionality as described herein. The movable puzzle platform **1** is manufactured from a suitable durable material such as wood combined with durable fiberboard. In another embodiment, a movable puzzle platform could be manufactured from plastic or fiberglass. In yet another embodiment, a puzzle board is made of non-slip felt surfaces to keep the puzzle pieces secure.

The puzzle board **10** with an even thickness may take any shape, such as circular, square, rectangular and so on. According to this embodiment as shown in FIGS. **1**-**2** and **11**, the puzzle board **10** is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X. Accordingly, the puzzle board defines XY coordinate surface. The puzzle board **10** comprises a puzzle plate **101** for playing the puzzle pieces **100** thereon and a fixing portion **102** extending from the edge of the puzzle plate **101** and connected with the supplement arrangement **30** and the restricting wall **50**, respectively. The puzzle plate **101** comprises a flat playing surface **11** and a bottom surface **12** opposite to the playing surface **11**. It is worth mentioning that an area of the playing surface **11** is not smaller than an area of the puzzle pieces **100** being put together. Preferably, the area of the playing surface **11** matches with the arca of the puzzle pieces **100** after the puzzle pieces **100** are assembled. In other words, the puzzle board **10** serves as a puzzle frame for framing the puzzle pieces **100** after the puzzle pieces **100** are assembled. It is worth mentioning that the puzzle board **10** has a predetermined size adapted for a larger scale puzzle, such as at least 1,000 puzzle pieces, being assembled on the puzzle board **10**.

In this embodiment, the restricting wall **50** is substantially perpendicular to the puzzle board **10** and is generally four-piece type. The restricting wall **50** comprises a first extending wall **51** mounted on the fixing portion **102** and arranged in the longitudinal direction X, a second extending wall **52** mounted on the fixing portion **102** and spaced apart from the first extending wall **51**, a third extending wall **53** mounted on the fixing portion **102** and arranged in the lateral

US 12,220,648 B2

**7**

direction Y for connected with the adjacent first and second extending walls **51**, **52**, and a fourth extending wall **54** mounted on the fixing portion **102** and spaced apart from the third extending wall **53** for connected with the adjacent first and second extending walls **51**, **52**. The first and second extending walls **51**, **52** are parallel to each other in the longitudinal direction X. The third and fourth extending walls **53**, **54** are parallel to each other in the lateral direction Y. The restricting wall **50** is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces **100** off the puzzle plate **101**. Each of extending walls is substantially strip-shaped and connected with the adjacent extending walls for forming the restricting wall **50** having a closed structure. The restricting wall with a closed curve shape is configured for preventing the puzzle pieces fall off from the puzzle board when the board assembly is rotated on the playing place via a rotation movement of the rotating assembly and/or when the board assembly is moved by a user or a player from one place to another. Each of extending walls may be detachably assembled edge-to-edge to form the restricting wall **50**. It is optional that a restricting wall may be an integral unit. Optionally, adjacent extending walls are unconnected with each other. A restricting wall further four arc walls located on four corners of a puzzle plate and smoothly connecting two adjacent extending walls. It is optional that each arc wall is configured to be a part of a circle.

The supplement arrangement **30** comprises a supporting portion **301** connected with the bottom surface **12** of the puzzle plate **101** for forming at least one drawer cavity **31** and at least one puzzle drawer **32** received in the corresponding drawer cavity **31**. The puzzle board **10** of the movable puzzle platform **1** has a thin and big size. A length and/or a width of the puzzle board **10** is much greater than a thickness of the puzzle board **10**, so the supporting portion **301** is configured for improving the structural strength of the puzzle board **10**. The supporting portion **301** is substantially perpendicular to the puzzle board **10** and may take any shape, such as circular, square, rectangular and so on. As shown in FIGS. **1**-**15**, in this embodiment, the supplement arrangement **30** has six drawer cavities **31** and six puzzle drawers **32** received in the corresponding drawer cavity **31**. The storing capacity of drawers vary as per varying sizes of the puzzle pieces. The drawer cavities **31** comprise four lateral cavities **302** and two longitudinal cavities **303**. The four lateral cavities **302** comprise a first lateral cavity **33**, a second lateral cavity **34**, a third lateral cavity **35** and a fourth lateral cavity **36**. The two longitudinal cavities **303** comprise a first longitudinal cavity **37** and a second longitudinal cavity **38**. In this embodiment, the supporting portion is configured not only for improving the structural strength of the movable puzzle platform, but also for forming the drawer cavities together with the puzzle plate.

The supporting portion **301** comprises a first main supporting wall **311** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X, a second main supporting wall **312** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X and disposed opposite to the first main supporting wall **311**, a first dividing supporting wall **313** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X and disposed between the first and second main supporting walls **311**, **312**, a second dividing supporting wall **314** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X and disposed between the first and second main supporting walls **311**, **312**, a first inner supporting wall **315** attached on the bottom surface **12**

**8**

of the puzzle board **10** along the lateral direction Y and connected with the first and second main supporting walls **311**, **312**, and a second inner supporting wall **316** attached on the bottom surface **12** of the puzzle board **10** along the lateral direction Y and connected with the first and second main supporting walls **311**, **312**. The first and second dividing supporting walls **313**, **314** are spaced apart from each other. The first and second inner supporting walls **315**, **316** are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls **313**, **314** and the first and second main supporting walls **311**, **312** are disposed parallel to each other. The first dividing supporting wall **313** connects with the first inner supporting wall **315** and the second dividing supporting wall **314** connects with the second inner supporting wall **316** for forming crossing structures, respectively. The first and second inner supporting walls **315**, **316** are not exposed from the first and second main supporting walls **311**, **312**, respectively.

One end of the first dividing supporting wall **313** is connected with the first inner supporting wall **315** and is substantially perpendicular to the first inner supporting wall **315**, and another end of the first dividing supporting wall **313** and the third extending wall **53** partly overlap in a thickness direction of the board assembly **90**. One end of the second dividing supporting wall **314** is connected with the second inner supporting wall **316** and is substantially perpendicular to the second inner supporting wall **316** and another end of the second dividing supporting wall **314** and the fourth extending wall **54** partly overlap in a thickness direction of the board assembly **90**. The first lateral cavity **33** is formed by the first main supporting wall **311** cooperated with the first dividing supporting wall **313** and the first inner supporting wall **315**. The second lateral cavity **34** is formed by the second main supporting wall **312** cooperated with the first dividing supporting wall **313** and the first inner supporting wall **315**. The third lateral cavity **35** is formed by the second main supporting wall **312** cooperated with the second dividing supporting wall **314** and the second inner supporting wall **316**. The fourth lateral cavity **36** is formed by the first main supporting wall **311** cooperated with the second dividing supporting wall **314** and the second inner supporting wall **316**. In this embodiment, the first dividing supporting wall **313** cooperates with the first and second main supporting wall **311**,**312** for varying volumes of the first and second lateral cavities **33**, **34**. Moreover, the second dividing supporting wall **314** cooperates with the first and second main supporting wall **311**, **312** for varying volumes of the third and fourth lateral cavities **35**, **36**.

The supporting portion **30** further comprises a third dividing supporting wall **317** extending from the bottom surface **12** of the puzzle plate **101** along the longitudinal direction X and connected with the first and second inner supporting walls **315**, **316** and a fourth dividing supporting wall **318** extending from the bottom surface **12** of the puzzle plate **101** along the longitudinal direction X and connected with the first and second inner supporting walls **315**, **316**. The third and fourth dividing supporting walls **317**, **318** are located between the first and second inner supporting walls **315**, **316** and spaced apart to each other. The third and fourth dividing supporting walls **317**, **318** are parallel to the first and second main supporting walls **311**, **312**. The first and second main supporting walls and the first through fourth dividing supporting walls are configured for improving the structural strength of the movable puzzle platform along the longitudinal direction X, respectively. The first and second inner supporting walls are configured for improving the

JA0495

US 12,220,648 B2

9
10

structural strength of the movable puzzle platform along the lateral direction Y, respectively. The first and second inner supporting walls and the first through fourth dividing supporting walls are arranged between the first and second main supporting walls, respectively. The main supporting walls and the inner supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. The inner supporting walls and the dividing supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. Optionally, each of the main supporting walls, each of the inner supporting walls and/or each of the dividing supporting walls may be extended in any direction, spaced apart with each other and/or spaced apart from the bottom surface of the puzzle board as long as it is configured for improving the structural strength of the board assembly and/or forming the drawer cavity together with the puzzle plate.

The first main supporting wall **311** comprises a right first part **3111** connected with the first inner supporting wall **315**, a left first part **3112** connected with the second inner supporting wall **316** and spaced apart from the right first part **3111** for forming a first opening **3113**. The first longitudinal cavity **37** is formed by the first and second inner supporting walls **315**, **316** together with the third dividing supporting wall **317**. The first longitudinal cavity **37** is communicated with the first opening **3113**, so that the corresponding puzzle drawer **32** can be slide in-and-out through the first opening **3113**. The second main supporting wall **312** comprises a right second part **3121** connected with the first inner supporting wall **315**, a left second part **3122** connected with the second inner supporting wall **316** and spaced apart from the right second part **3121** for forming a second opening **3123**. The second longitudinal cavity **38** is formed by the first and second inner supporting walls **315**, **316** together with the fourth dividing supporting wall **318**. The second longitudinal cavity **38** is communicated with the second opening **3123**, so that the corresponding puzzle drawer **32** can be slide in-and-out through the second opening **3123**.

According to the first embodiment, the four lateral cavities **302** are formed at the transverse sides of the puzzle board **10** respectively. Particularly, the first and second lateral cavities **33**, **34** are spacedly formed at each of the transverse sides of the puzzle board **10**. The third and fourth lateral cavities **35**, **36** are spacedly formed at each of the other transverse sides of the puzzle board **10**. In other words, two corresponding puzzle drawers **32** are slidably coupled at each of the transverse sides of the puzzle board **10**. Therefore, four puzzle drawers **32** are slidably coupled at the transverse sides of the puzzle board **10**. It is worth mentioning that each puzzle drawer **32** is independently actuated to slide in-and-out of the corresponding lateral cavity **302**. Since the puzzle drawers **32** are slidably coupled at the transverse sides of the puzzle board **10**, each puzzle drawer **32** is relatively long enough and each drawer cavity **31** is deep enough to retain the puzzle drawer **32** therein so as to prevent the puzzle drawer **32** being slid out of the drawer cavity **31** accidentally or unintentionally when moving the puzzle board **10** on the playing surface. Accordingly, a length of each puzzle drawer is slightly smaller than half of the length of the puzzle board between the transverse sides thereof.

Each of the puzzle drawer **32** comprises a rectangular bottom panel **321** slidably received in the corresponding drawer cavity **31**, a front panel **322** extending from the bottom panel **321**, a back panel **323** extending from the bottom panel **321** and opposite to the front panel **322**, a pair of side panels **324** extending from the bottom panel **321** for connected with the front panel **322** and the back panel **323**. Optionally, each of the puzzle drawer **32** further comprises an anti-slipping layer **325** attached the bottom panel **321** for preassembling a group of puzzle pieces **100** to form a section of the puzzle figure and storing the puzzle pieces **100**. Each of drawer cavity **302** comprises a gap **326** formed between the pair of side panels **324** and the corresponding supporting portion **301**, thereby reducing the friction between the pair of side panels **324** and the corresponding supporting portion **301** when each of the puzzle drawer **32** is pulled and slid out of the corresponding drawer cavity **31**.

The supplement arrangement **30** further comprises a drawer holder **304** provided at the puzzle board **10** to retain the puzzle drawers **32** in the drawer cavities **31** respectively. In this embodiment, the drawer holder **304** comprises a first magnetic element **331** provided at an inner wall of the drawer cavity **31** and a second magnetic element **332** provided at the puzzle drawer **32** to magnetically attract with the first magnetic element **331** so as to retain the puzzle drawer **32** in the drawer cavity **31**. Due to the magnetically attracting force between the first and second magnetic elements **331**, **332**, the puzzle drawers **32** are held within the drawer cavities **31** respectively to prevent the puzzle drawer **32** being slid out of the drawer cavity **31** accidentally or unintentionally when moving the puzzle board **10** on the playing place. When a pulling force is applied at one of the puzzle drawers **32** to overcome the magnetically attracting force, the puzzle drawer **32** can be pulled and slid out of the drawer cavity **31**.

In this embodiment, the first extending wall **51** is integral with a periphery of the first main supporting wall **311** as a whole for forming a first monolithic portion **55**. The first monolithic portion **55** comprises a first receiving space **103** for fixing and receiving the fixing portion **102** of the puzzle board **10**. The second extending wall **52** is integral with a periphery of the second main supporting wall **312** as a whole for forming a second monolithic portion **56**. The second monolithic portion **56** comprises a second receiving space **104** for fixing and receiving the fixing portion **102** of the puzzle board **10**. Optionally, a first monolithic portion further comprises a first fixing space positioned below the first receiving space and formed on the first main supporting wall for fixing and receiving one ends of the first and second inner supporting walls, respectively. A second monolithic portion further comprises a second fixing space positioned below the second receiving space and formed on the second main supporting wall for fixing and receiving another ends of the first and second inner supporting walls. When assembled, one ends of the first and second inner supporting walls are inserted into the first fixing space and are not exposed from the first main supporting wall of the first monolithic portion. Another ends of the first and second inner supporting walls are inserted into the second fixing space and are not exposed from the second main supporting wall of the second monolithic portion. The first receiving space is parallel to the first fixing space. The second receiving space is parallel to the second fixing space.

Therefore, the combination of the first extending wall **51**, the puzzle board **10** and the first main supporting wall **311** is stable and reliable. The combination of the second extending wall **52**, the puzzle board **10** and the second main supporting wall **312** is stable and reliable. The combination of first and second inner supporting walls **315**, **316** and the first and second main supporting wall **311**, **312** is stable and reliable. The side of the fixing portion **102** is accommodated in the first and second receiving spaces **103**, **104**, which is

JA0496

US 12,220,648 B2

11

not exposed from the first and second monolithic portions **55**, **56**, thus can avoid the puzzle board **10** being removed from the restricting wall **50** and the first and second main supporting walls **311**,**312** under larger exterior impact, or under the condition of failure in gluing. The third extending wall **53** is directly stacked on the fixing portion **102** of the puzzle board **10** and the fourth extending wall **54** is directly stacked on the fixing portion **102** of the puzzle board **10**. The third and fourth extending walls are stacked on the fixing portion **102** of the puzzle board **10** by suitable chemical or mechanical methods such as but not limited to glue or wood screws, respectively. When assembled, the side of the fixing portion **102** is exposed out of the third and fourth extending walls **53**, **54**, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency.

Referring to FIG. **5**, each of extending walls comprises an inner surface **57**, an outer surface **58** opposite to the inner surface **57**, and a pair of side surfaces **59** connecting the inner and outer surfaces **57**, **58**. The side surface of one extending wall is engaged with the inner surface of the adjacent extending wall. Particularly, the side surface of the third and fourth extending walls are engaged with the inner surface of the adjacent first and second extending walls, respectively. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent extending wall. The third extending wall **53** comprises a third extending body **531** and a pair of third fastening portions **532** projecting from two ends of the third extending body **531** and inserted and fixed in the first and second receiving spaces **103**, **104** for improving the structural strength of the movable puzzle platform **1**. The fourth extending wall **54** comprises a fourth extending body **541** and a pair of fourth fastening portions **542** projecting from two ends of the fourth extending body **541** and inserted and fixed in the first and second receiving spaces **103**, **104** for improving the structural strength of the movable puzzle platform **1**. Optionally, a fastening portion may be provided on the longitudinal extending wall and a receiving space may be provided on the lateral extending wall for receiving and fixing the fastening portion.

The first extending wall **51** and/or the first main supporting wall **311** are/is made of plastic, wood, or metal. When the first extending wall **51** is made of plastic by molding, the first main supporting wall **311** is preferred to be integrally molded on the first extending wall **51** as a whole. When the first extending wall **51** is made of metal by stamping, the first main supporting wall **311** is preferred to be integrally molded on the first extending wall **51** as a whole. If the first extending wall **51** and/or the first main supporting wall **311** are/is made of aluminum, the weight of the movable puzzle platform **1** can be reduced. If the first extending wall **51** and/or the first main supporting wall **311** are/is made of stainless steel or tempered steel, the structural strength of the movable puzzle platform **1** can be improved. If the first extending wall **51** and/or the first main supporting wall **311** are/is made of plastic or wood, the manufacturing cost of the movable puzzle platform **1** can be reduced. The second extending wall **52** has the same structure as the first extending wall **51** and the second main supporting wall **312** has the same structure as the first main supporting wall **311**.

The base **40** is assembled with the supporting portion **301** of the supplement arrangement **30** for supporting the movable puzzle platform **1** on the playing place such as a table surface, a wall surface, a floor surface, and the like or even

12

a support frame for supporting the movable puzzle platform **1** on ground. The base **40** is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and covering the supporting portion **301**. In this embodiment, the bottom panel **321** of each of the puzzle drawer **32** is mounted on the base **40** and slid on the base **40** directly. So, the base is configured not only holding the puzzle drawer **32** and preventing the puzzle drawer **32** from falling off the supporting portion **301**, but also for allowing each of the puzzle drawer **32** to be slid in-and-out of the corresponding drawer cavity **31**. The base **40** is stacked on the supporting portion **301** by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Optionally, a base is integral with at least a part of the supporting portion of the supplement arrangement as a whole for forming a stable and reliable structure.

As shown in FIG. **2**, the puzzle board **10** further comprises an anti-slipping layer **14** overlappedly provided on the playing surface **11** for preventing the puzzle pieces **100** being slipped thereon. Preferably, the anti-slipping layer **14** has a self adhesive bottom surface adhered on the playing surface **11**, wherein the anti-slipping layer **14** can be removed from the playing surface **11** without damaging the playing surface **11** and the anti-slipping layer **14**. Therefore, the anti-slipping layer **14** is reusable to place on the playing surface **11**. Furthermore, the anti-slipping layer **14** serves as a backing layer of the puzzle pieces **100** after the puzzle pieces **100** are assembled.

It is appreciated that electronic puzzle game is provided as software or APP that the user or player can play the puzzle game with a display such as a TV screen, LED screen or computer monitor. However, the player may generally use a smaller screen to play because a relatively larger screen such as **50**" or more TV screen supported on a playing surface is difficult for the player to reach all sizes of the screen. In one alternative embodiment, the puzzle board **10** can be embodied as an electronic screen, such as a TV display or LED screen, and the playing surface **11** is the screen surface that serves as puzzle floor for the player to select and put puzzle piece images together, wherein the rotating assembly **20** is mounted to the bottom of the electronic board assembly **90** for allowing the electronic board assembly **90** to smoothly slide on the playing place that provides accessibility for moving the electronic board assembly **90** at different planar directions with respect to the playing place.

As shown in FIGS. **2**, **9** and **13**-**15**, the rotating assembly **20** comprises a first moving member **21** coupled at the base **40** and a second moving member **22** rotatably coupled to the first moving member **21**. It is worth mentioning that the rotating assembly **20** is preferred to be coupled coaxially with a center of gravity of the board assembly **90**, for example at a center portion of the board assembly **90**, such that the board assembly **90** can be moved on the playing place in a balancing manner.

According to this embodiment of the present invention, the board assembly **90** is adapted for being self-rotated 360° on the playing place via a rotation movement between the first and second moving members **21**, **22**. In other words, the user is able to selectively rotate the board assembly **90** from one longitudinal side to another opposed longitudinal side or to any one of the shorter transverse sides without walking around the board assembly **90**. For example, the user is able to assemble one puzzle piece **100** at one side of the board assembly **90** and to rotate the board assembly **90** at 180° in order to assembly another puzzle piece **100** at an opposed side of the board assembly **90**, so as to speed up the assembling time of the puzzle pieces **100**. It should be

JA0497

US 12,220,648 B2

13

understood that a rotating angle of the puzzle board **10** can be adjusted to be smaller than 360°.

In this embodiment, the rotating assembly **20** is detachably coupled at the base **40**. As shown in FIGS. **2**, **9** and **13**-**15**, the rotating assembly **20** comprises a plurality of coupling members **25** extended from the first moving member **21** to detachably couple at the base **40**. Preferably, the coupling members **25** are integrally extended from an inner circumferential surface of the first ring member, i.e. the first moving member **21**, wherein each of the coupling members **25** has a coupling slot formed thereon to detachably couple at the base **40** by inserting screws through the coupling slot to the base **40**. It is worth mentioning that a plurality of screw holes are formed at the base **40**, such that the screws can engage with the screw holes through the coupling slot to couple the rotating assembly **20** at the base **40**.

The rotating assembly **20** further comprises a second bearing unit **24** provided at a bottom side of the second moving member **22** for sliding the puzzle board **10** on the playing surface at different planar directions via the second moving member **22**. Via the second bearing unit **24** at the second moving member **22**, the puzzle board **10** is able to selectively slide on the playing place at any direction with respect to the XY coordinate surface. Via the first bearing unit **23**, the puzzle board **10** is able to selectively rotate on the playing surface with respect to XY coordinate surface. In other words, the puzzle board **10** is able to freely move at XY coordinate surface, so as to adjust the planer angle of the puzzle board **10** with respect to the user conveniently.

Alternatively, as shown in FIG. **14**, the rotating assembly **20** further comprises one or more first coupling elements **25**A spacedly provided on the base **40**, and one or more second coupling elements **26**A spacedly provided at the first moving member **21** to detachably couple the first coupling elements **25**A so as to detachably couple the rotating assembly **20** at the base **40**. Preferably, the first and second coupling elements **25**A, **26**A are magnetic elements adapted for magnetically attracting with each other. The first coupling elements **25**A are aligned in a ring shaped on the base **40**. The second coupling elements **26**A are provided on a playing surface of the first ring member, i.e. the first moving member **21**, wherein the first and second coupling elements **25**A, **26**A are aligned with each other and are magnetically attracted with each other to detachably couple the rotating assembly **20** at the base **40**.

The rotating assembly, **20** is coupled with the base **40** and made of plastic or metal and so on. In this embodiment, the first and second moving members **21**, **22** are first and second ring members respectively coaxially engaged with each other. In other words, a diameter of the first moving member **21** is smaller than a diameter of the second moving member **22**. The rotating assembly **20** further comprises a first bearing unit **23** coupled between the first and second moving members **21**, **22**, such that when the first moving member **21**, i.e. the first ring member, is rotated within the second moving member **22**, i.e. the second ring member, the board assembly **90** is self-rotated 360° on the playing place. Particularly, an outer circumferential surface of the first moving member **21** is engaged with an inner circumferential surface of the second moving member **22** via the first bearing unit **23** to enable the second moving member **22** being coaxially rotated with respect to the first moving member **21**.

The rotating assembly **20** further comprises a plurality of friction pads **28** intervally attached on the second moving member **22** for enhancing relative friction between the second moving member **22** and the playing place and

14

ensuring the position of the movable puzzle platform **1**, so that the board assembly **90** is in rotatable state. The rotating assembly with friction pads is easy to conveniently control the board assembly compared with castors or other similar swivel-type wheels attached on the board assembly.

FIGS. **16**-**19** show a movable puzzle platform **1**a of a second embodiment of the present invention. A movable puzzle platform **1**a according to the second embodiment of the present invention is illustrated, wherein the movable puzzle platform **1**a is arranged for a user or a player to assemble a plurality of puzzle pieces **100**a thereon. Accordingly, the movable puzzle platform **1**a comprises a board assembly **90**a and a rotating assembly **20**a attached on the board assembly **90**a. The board assembly **90**a comprises a puzzle board **10**a, a supplement arrangement **30**a attached on the puzzle board **10**a, a base **40**a attached on the supplement arrangement **30**a, and a restricting wall **50**a upwardly extended from a peripheral edge of the puzzle board **10**a.

The second embodiment is similar to the first embodiment of the present invention except that: (1) The restricting wall **50**a is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board **10**a can be omitted, so the restricting wall **50**a is an unclosed structure for forming a surrounding opening **501**a. (2) Two longitudinal cavities can be omitted. The supplement arrangement **30**a has four lateral drawer cavities **302**a and four puzzle drawers **32**a received in the corresponding drawer cavity **302**a.

In this embodiment, the restricting wall **50**a is substantially perpendicular to the puzzle board **10**a and comprises a first extending wall **51**a mounted on the puzzle board **10**a and arranged in the longitudinal direction X, a second extending wall **52**a mounted on the puzzle board **10**a and spaced apart from the first extending wall **51**a, and a third extending wall **53**a mounted on the puzzle board **10**a and arranged in the lateral direction Y for connected with the adjacent first and second extending walls **51**a, **52**a. The first and second extending walls **51**a, **52**a are parallel to each other in the longitudinal direction X. The surrounding opening **501**a is configured for providing comfort for the player's arm while using the board assembly **90**a while seated at the surrounding opening **501**a. The assembled puzzle pieces **100** can be removed out completely via the surrounding opening **501**a. It is optional that any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all the extending walls can be omitted. The restricting wall **50**a can be easily disassembled and reassembled from the puzzle board **10**a.

FIGS. **20**-**22** show a movable puzzle platform **1**b of a third embodiment of the present invention. A movable puzzle platform **1**b according to the third embodiment of the present invention is illustrated, wherein the movable puzzle platform **1**b comprises a puzzle board **10**b, a rotating assembly **20**b attached on the puzzle board **10**b, a supplement arrangement **30**b attached on the puzzle board **10**b, a base **40**b attached on the supplement arrangement **30**b, and a restricting wall **50**b upwardly extended from a peripheral edge of the puzzle board **10**b.

The third embodiment is similar to the first embodiment of the present invention except that the restricting wall **50**b is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board can be omitted, so the restricting wall **50**b is an unclosed structure for forming a surrounding opening **501**b. In this embodiment,

JA0498

US 12,220,648 B2

15                                                                16

the restricting wall 50b is substantially perpendicular to the puzzle board 10b and comprises a first extending wall 51b mounted on the puzzle board 10b and arranged in the longitudinal direction X, a second extending wall 52b mounted on the puzzle board 10b and spaced apart from the first extending wall 51b, and a third extending wall 53 mounted on the puzzle board 10b and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51b, 52b. The first and second extending walls 51b, 52b are parallel to each other in the longitudinal direction X. The surrounding opening 501a is configured for the convenience of the player's arm is supported directly on the puzzle board 10. Optionally, any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all extending walls can be omitted.

FIGS. 23-36 show a movable puzzle platform 1d of a fourth embodiment of the present invention comprises a board assembly 90d and a rotating assembly 20d attached on the board assembly 90d. The board assembly 90d comprises a puzzle board 10d, a supplement arrangement 30d attached on the puzzle board 10d, and a restricting wall 50d upwardly extended from a peripheral edge of the puzzle board 10d. The puzzle board 10d comprises a puzzle plate 101d with a bottom surface 12d for playing the puzzle pieces 100d thereon. The supplement arrangement 30d comprises at least one puzzle drawer 32d, at least one drawer cavity 31d for receiving the corresponding puzzle drawer 32d, and a supporting portion 301d connected with the bottom surface 12d of the puzzle plate 101d for forming the drawer cavity 31d.

The four embodiment is similar to the first embodiment of the present invention except that the movable puzzle platform 1d further comprises a complementary conformation 80d provided between the puzzle drawer 32d and the corresponding supporting portion 301d for holding the puzzle drawer 32d and preventing the puzzle drawer 32d from falling off the supporting portion 301d, so a base can be omitted and the rotating assembly 20d is directly attached on the supplement arrangement 30d. Each of the puzzle drawer 32d comprises a rectangular bottom panel 321d slidably received in the corresponding drawer cavity 31d and a pair of side panels 324d extending from the bottom panel 321d. The complementary conformation 80d comprises a pair of engaging portions 326d extending outwardly from a pair of side panels 324d towards the corresponding supporting portion 301d and a pair of engaging slots 305d provided on the corresponding supporting portion 301d for receiving the corresponding engaging portions 326d. In usage state, each of the engaging portions 326d is configured for smoothly sliding in the corresponding engaging slot 305d. The extending direction of the slots 305d is parallel to that of the corresponding supporting portion 301d.

The supporting portion 301d further comprises a pair of main supporting walls 311d, a first inner supporting portions 315d attached on the bottom surface 12d of the puzzle board 10d along the lateral direction Y and positioned between the pair of main supporting walls 311d, and a second inner supporting wall 316d attached on the bottom surface 12d of the puzzle board 10d along the lateral direction Y, a first dividing supporting wall 313d attached on the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and extending from the first inner supporting portion 315d away from the second inner supporting wall 316d, a second dividing supporting wall 314d attached on the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and extending from the second inner supporting portion 316d away from the first inner supporting wall 315d, a third dividing supporting wall 317d

extending from the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and connected with the first and second inner supporting walls 315d, 316d and a fourth dividing supporting wall 318d extending from the bottom surface 12d of the puzzle board 10d along the longitudinal direction X and connected with the first and second inner supporting walls 315d, 316d. An outer diameter of the rotating assembly 20d is greater than a distance from the first inner supporting wall 315d to the second inner supporting wall 316d. The rotating assembly 20d is connected with the first and second inner supporting portions 315d, 316d and the first through fourth dividing supporting walls 313d, 314d, 317d, 318d, respectively. The first and second inner supporting walls 315d, 316d are exposed from the main supporting walls 311d, respectively. Optionally, each of engaging slots is long enough to retain a corresponding supporting portion therein so as to improve the structural strength of a movable puzzle platform, such that an inner supporting wall is able to be inserted into the corresponding engaging slot of the main supporting wall or the dividing supporting wall is able to be inserted into the corresponding engaging slot of the inner supporting wall.

The rotating assembly 20d comprises a first moving member 21d coupled at the supporting portion 301d of the supplement arrangement 30d, a second moving member 22d rotatably coupled to the first moving member 21d, and a bearing unit 23d coupled between the first and second moving members 21d, 22d. The bearing unit 23d is constructed to have a holding ring 231d and a plurality of ball bearings 232d spacedly retained at the holding ring 231d in a rotatable manner, such that when the holding ring 231d is coaxially held between the first and second moving members 21d, 22d, the ball bearings 232d are rotatably sandwiched between the first and second moving members 21d, 22d so as to enable the first and second moving members 21d, 22d being coaxially moved with each other. In this embodiment, the first moving member 21d is rotatably and mounted to the second moving member 22d by the bearing unit 23d, thereby enabling the puzzle board 10d to be self-rotated on the playing place. In one embodiment, a ratio of an inner diameter of the first moving member to an outer diameter of the first moving member is in a range of 0.95 to 0.5, a ratio of an inner diameter of the second moving member to an outer diameter of the second moving member is in a range of 0.95 to 0.5.

The first moving member 21d comprises a flat first middle portion 211d, a first projecting portion 212d extending from the center of the first middle portion 211d toward the second moving member 22d, a first rolling surface 213d provided on the first projecting portion 212d for directly engaging with the ball bearings 232d, a pair of first engaging wall 214d extending from the first middle portion 211d and spaced apart from the first projecting portion 212d and a first engaging body 215d projecting from the first engaging wall 214d toward the second moving member 22d. The second moving member 22d comprises a flat second middle portion 221d, a second projecting portion 222d extending from the center of the second middle portion 221d toward the first moving member 21d, a second rolling surface 223d provided on the second projecting portion 221d for engaging with the ball bearings 232d, a pair of second engaging wall 224d extending from the second middle portion 221d and spaced apart from the second projecting portion 222d and a second engaging body 225d projecting from the second engaging wall 224d and constantly engaged with the first engaging body 215d to enable the second moving member 22 being coaxially rotated with respect to the first moving

JA0499

US 12,220,648 B2

17 18

member **21**. The first and second rolling surfaces **213***d*,**223***d* may be a ring-shaped groove. Optionally, the first and second rolling surfaces can be omitted. Ball bearings are engaged with a first projecting portion and a second projecting portion directly. The rotating assembly **20** further comprises a plurality of friction pads **28***d* intervally attached on the second moving member **22** and/or the first moving member **21** for enhancing relative friction between the second moving member **22** and the playing place and/or the board assembly **90** and the first moving member **21** and ensuring the position of the movable puzzle platform **1***d*, so that the board assembly **90** is in rotatable state.

The holding ring **231***d* is a substantially flat ring, which is a whole entirety ring and indivisible, and comprises a retaining ring **26***d* having a diameter generally equal to the circular first and second rolling surfaces **213***d*, **223***d*, a plurality of retaining base **24***d* intervally and integrally protruded on one side of the retaining ring **26***d* and a plurality of retaining holes **25***d* drilled completely through the corresponding retaining base **24***d* for the plurality of ball bearings **232***d* being rotatably retained therein respectively. Each of the retaining holes **25***d* comprises a pair of locking openings **251***d* spaced apart from each other and a connecting hole **252***d* integrally and smoothly connected with the pair of locking openings **251***d* and coaxial with respect to the locking openings **251***d*. An upper surface of the retaining holes **25***d* is coplanar with that of the retaining ring **26***d*. Diameters of the locking openings **251***d* are slightly smaller than that of the ball bearings **232***d* so as to lock the plurality of ball bearings **232***d* in position respectively while allowing the plurality of ball bearings **232***d* in a free rolling manner. The connecting hole **252***d* is slightly greater than of ball bearings **232***d* for receiving the ball bearings **232***d* in a rollable manner. In this embodiment, a side edge of the retaining ring **26***d* is aligned with that of the first and second projecting portions **212***d*, **222***d*, respectively.

FIGS. **37**-**47** show a movable puzzle platform **1***e* of a fifth embodiment of the present invention comprises a board assembly **90***e* and a rotating assembly **20***e* attached on the board assembly **90***e*. The board assembly **90***e* comprises a puzzle board **10***e*, a supplement arrangement **30***e* attached on the puzzle board **10***e*, and a restricting wall **50***e* upwardly extended from a peripheral edge of the puzzle board **10***e*.

The supplement arrangement **30***e* comprises a supporting portion **301***e* connected with a bottom surface **12***e* of the puzzle board **10***e* for forming at least one drawer cavity **31***e* and at least one puzzle drawer **32***e* received in the corresponding drawer cavity **31***e*. The supporting portion **301***e* comprises a first main supporting wall **311***e* attached on the bottom surface **12***e* of the puzzle board **10***e* along the longitudinal direction X, a second main supporting wall **312***e* attached on the bottom surface **12***e* of the puzzle board **10** along the longitudinal direction X and disposed opposite to the first main supporting wall **311***e*, a first dividing supporting wall **313***e* attached on the bottom surface **121***e* of the puzzle board **10***e* along the longitudinal direction X and disposed between the first and second main supporting walls **311***e*, **312***e*, a second dividing supporting wall **314***e* attached on the bottom surface **12***e* of the puzzle board **10***e* along the longitudinal direction X and disposed between the first and second main supporting walls **311***e*, **312***e*, a first inner supporting wall **315***e* attached on the bottom surface **12***e* of the puzzle board **10***e* along the lateral direction Y and connected with the first and second main supporting walls **311***e*, **312***e*, and a second inner supporting wall **316***e* attached on the bottom surface **12***e* of the puzzle board **10***e* along the lateral direction Y and connected with the first and

second main supporting walls **311***e*, **312***e*. The first and second dividing supporting walls **313***e*, **314***e* are spaced apart from each other. The first and second inner supporting walls **315***e*, **316***e* are spaced apart from each other and disposed parallel to each other for forming a supporting space **319***e*. The first and second dividing supporting walls **313***e*, **314***e* and the first and second main supporting walls **311***e*, **312***e* are disposed parallel to each other. The first dividing supporting wall **313***e* connects with the first inner supporting wall **315***e* and the second dividing supporting wall **314***e* connects with the second inner supporting wall **316***e*.

The movable puzzle platform **1***e* further comprises a kickstand **15** pivotally coupled at the board assembly **90***e*. The kickstand **15** is manufactured from a suitable durable material such as wood, plastic, fiberglass or metal. In this embodiment, the kickstand **15** is collapsible and pivotally coupled at the supplement arrangement **30***e*. Particularly, one end of the kickstand **15** is pivotally coupled at the supplement arrangement **30***e* while a free end of the kickstand **15** is adapted to pivotally fold from the puzzle board **10***e* to support on a playing place. Therefore, when the kickstand **15** is pivotally folded on the puzzle board **10***e*, the board assembly **90***e* is movable on the playing place via the rotating assembly **20***e*. In another words, in open position, the kickstand **15** is pivotally folded for supporting on the playing place and the puzzle board **10***e* is inclined and supported on the playing place. The open position is the desired position for the user of the movable puzzle platform **1***e* during the assembly process. In closed position, the kickstand **15** is pivotally received in the supporting space **319***e* of the supporting portion **301***e* and substantially parallel to the board assembly **90***e*. This position is desirable for storage, movement and transportation of the movable puzzle platform **1***e*. The kickstand **15** having a generally H-shaped and comprises a first supporting arm **151** pivotally coupled at the first inner supporting wall **315***e*, a second supporting arm **152** parallel to the first supporting arm **151** and pivotally coupled at the second inner supporting wall **316***e*, at least one fastening arm **153** detachably connected with the first and second supporting arms **151**, **152**. Each of the supporting arms **151**, **152** is capable of detachably fastening to the corresponding inner supporting walls **315***e*, **316***e*. An extending direction of the first supporting arm **151** is different from that of the fastening arm **153**. Optionally, when a board assembly of a movable puzzle platform further comprise a base, a kickstand may pivotally coupled at the base directly.

The supporting portion **30** further comprises a third dividing supporting wall **317***e* extending from the bottom surface **12***d* of the puzzle board **10***e* along the longitudinal direction X and connected with the first and second inner supporting walls **315***e*, **316***e* and a fourth dividing supporting wall **318***e* extending from the bottom surface **12***e* of the puzzle board **10***e* along the longitudinal direction X and connected with the first and second inner supporting walls **315***e*, **316***e*. The supporting space **319***e* is formed by the first and second inner supporting walls **315***e*, **316***e* and the third and fourth dividing supporting walls **317***e*, **318***e*. Optionally, the first and second supporting arms may pivotally couple at the third or fourth dividing supporting wall.

In this embodiment, the rotating assembly **20***e* is coupled with the kickstand **15** and comprises a first moving member **21***e* coupled at the kickstand **40***e* and a second moving member **22***e* rotatably coupled to the first moving member **21***e*. It is worth mentioning that the rotating assembly **20***e* is preferred to be coupled coaxially with a center of gravity of

JA0500

US 12,220,648 B2

19 20

the board assembly 90e, such that the puzzle board 10e can be moved on the playing place in a balancing manner. The rotating assembly 20e further comprises a plurality of ball bearings 23e rotatably sandwiched between the first and second moving members 21e, 22e, such that when the first moving member 21e is rotated within the second moving member 22e, the board assembly 90e is self-rotated 360° on the playing place.

The first moving member 21e comprises a first middle portion 211e, an inclining portion 212e extending downwardly from the periphery of the first middle portion 211e and surrounding the first middle portion 211e for avoiding the first moving member 21e colliding with the puzzle board 10e of the board assembly 90e, a first projecting portion 213e extending upwardly from the periphery of the inclining portion 212e and surrounding the inclining portion 212e, and an edge portion 214e extending the periphery of the first projecting portion 213e and away from the first middle portion 211e. The second moving member 22e comprises a second middle portion 221e, a second projecting portion 223e extending downwardly from the periphery of the second middle portion 212e away from the first projecting portion 213e, and a bending portion 224e bent upward from the periphery of the second projecting portion 213e for forming an accommodating space 225e for receiving the edge portion 214e. The bending portion 224e is unconnected with the edge portion 214e for forming a rotating gap 226e to enable the second moving member 22 being coaxially rotated with respect to the first moving member 21 and preventing the first moving member 21e detaching from the second moving member 22e. The accommodating space 225e cooperated with the rotating gap 226e is configured to supply sufficient rotating space for the edge portion 214e of the first moving member 21e. The first moving member 21e and a second moving member 22e is substantially circular platy shape. The first moving member 21e further comprises a first through hole 210e provide on the first middle portion 211e for greatly reducing material cost. The second moving member 22e further comprises a second through hole 220e provide on the second middle portion 221e for greatly reducing material cost. The rotating assembly 20e is made of aluminum, stainless steel by metal stamping techniques. Optionally, a bending portion is connected with the edge portion as long as a second moving member is coaxially rotated with respect to a first moving member and preventing the first moving member detaching from the second moving member.

In order to completely open the kickstand 15 from the puzzle board 10e and avoid the rotating assembly 20e colliding with the puzzle board 10e, an outer diameter DI of the rotating assembly 20e is slightly smaller than lengths H1 of the supporting arms 151, 152. In order to receive the kickstand 15, a length of the supporting space 319e is not smaller than a distance between the supporting arms 151, 152.

The first and second projecting portions 213e, 223e are spaced apart from each other for forming a holding space 227e. The plurality of ball bearings 23e retained at the holding space 227e in a rotatable manner, such that when the ball bearings 23e are rotatably sandwiched between the first and second moving members 21e, 22e, so as to enable the first and second moving members 21e, 22e being coaxially moved with each other. An inner circumferential surface of the first moving member 21e is engaged with an inner circumferential surface of the second moving member 22e via the ball bearings 23e to enable the second moving member 22e being coaxially rotated with respect to the first

moving member 21e. In usage state, referring to FIGS. 46-47, adjacent ball bearings 23e may be engaged with each other or spaced apart from each other as long as the ball bearings 23e are in constantly contact with a top inner surface of the first projecting portion 213e and the bottom inner surface of the second projecting portion 223e to effectively enable the first and second moving members 21e, 22e being coaxially moved with each other.

The rotating assembly 20e further comprises a plurality of friction pads 28e intervally attached on the second moving member 22e and/or the first moving member 21e for enhancing relative friction between the second moving member 22e and the playing place and/or the board assembly 90e and the first moving member 21e and ensuring the position of the movable puzzle platform 1e, so that the board assembly 90e is in rotatable state.

FIGS. 48-50 show a movable puzzle platform 1c of a sixth embodiment of the present invention comprises a board assembly 90g, a kickstand 15g pivotally coupled at the board assembly 90g and a rotating assembly 20g attached on the kickstand 15g. The board assembly 90g comprises a puzzle board 10g, a supplement arrangement 30g attached on the puzzle board 10e, and a restricting wall 50g upwardly extended from a peripheral edge of the puzzle board 10g. The sixth embodiment is similar to the fifth embodiment of the present invention except that: the board assembly 90g further comprises a base 40g. The base 40g comprises a base portion 401g covered on the supplement arrangement 30g and a base opening 402g surrounded by the base portion 401g and provided in a center of the base 40g for avoiding the kickstand 15g colliding with the base portion 401g.

FIGS. 51-57 show a movable puzzle platform 1f of a seventh embodiment of the present invention, wherein the movable puzzle platform 1f is arranged for a user or a player to assemble a plurality of puzzle pieces 100f thereon. The movable puzzle platform 1f comprises a board assembly 90f and a rotating assembly 20f attached on the board assembly 90f. The board assembly 90f comprises a puzzle board 10f, a supplement arrangement 30f attached on the puzzle board 10f, and a restricting wall 50f upwardly extended from the puzzle board 10f. The puzzle board 10f comprises a puzzle plate 101f and a fixing portion 102f extending from the edge of the puzzle plate 101f. The puzzle plate 101f comprises a flat playing surface 11f and a bottom surface 12f opposite to the playing surface 11f. The puzzle board 10f is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

In this embodiment, the restricting wall 50f is substantially perpendicular to the puzzle board 10f and is generally four-piece type. The restricting wall 50f comprises a first extending wall 51f mounted on the fixing portion 102f and arranged in the longitudinal direction X, a second extending wall 52f mounted on the fixing portion 102f and spaced apart from the first extending wall 51f, a third extending wall 53f mounted on the fixing portion 102f and arranged in the lateral direction Y for connected with the adjacent first and second extending walls 51f, 52f, and a fourth extending wall 54f mounted on the fixing portion 102f and spaced apart from the third extending wall 53f for connected with the adjacent first and second extending walls 51f, 52f. The first and second extending walls 51f, 52f are parallel to each other in the longitudinal direction X. The third and fourth extending walls 53f, 54f are parallel to each other in the lateral direction Y. The restricting wall 50f is configured for pre-

JA0501

US 12,220,648 B2

21

venting the players from accidentally or unintentionally pushing the puzzle pieces 100f off the puzzle plate 1f.

The supplement arrangement 30f comprises a supporting portion 301f connected with the bottom surface 12f of the puzzle plate 101f for forming at least one drawer cavity 31f and at least one puzzle drawer 32f received in the corresponding drawer cavity 31f. Each of the puzzle drawer 32 comprises a rectangular bottom panel 324f slidably received in the corresponding drawer cavity 31. The supporting portion 301f comprises a first main supporting wall 311f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X, a second main supporting wall 312f attached on the bottom surface 12f of the puzzle board 10 along the longitudinal direction X and disposed opposite to the first main supporting wall 311f, a first dividing supporting wall 313f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and disposed between the first and second main supporting walls 311f, 312f, a second dividing supporting wall 314f attached on the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and disposed between the first and second main supporting walls 311f, 312f, a first inner supporting wall 315f attached on the bottom surface 12f of the puzzle board 10f along the lateral direction Y and connected with the first and second main supporting walls 311f, 312f, and a second inner supporting wall 316f attached on the bottom surface 12f of the puzzle board 10f along the lateral direction Y and connected with the first and second main supporting walls 311f, 312f. The first and second dividing supporting walls 313f, 314f are spaced apart from each other. The first and second inner supporting walls 315f, 316f are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls 313f, 314f and the first and second main supporting walls 311f, 312f are disposed parallel to each other. The first dividing supporting wall 313f connects with the first inner supporting wall 315f and the second dividing supporting wall 314f connects with the second inner supporting wall 316f. The supporting portion 301f further comprises a third dividing supporting wall 317f extending from the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and connected with the first and second inner supporting walls 315f, 316f and a fourth dividing supporting wall 318f extending from the bottom surface 12f of the puzzle board 10f along the longitudinal direction X and connected with the first and second inner supporting walls 315f, 316f. The third and fourth dividing supporting walls 317, 318 are spaced apart from each other.

The restricting wall 50f and the fixing portion 102f of the puzzle board 10f are successively stacked on the supporting portion 301f by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Particularly, the first extending wall 51f and the fixing portion 102f of the puzzle board 10f are successively stacked on the first main supporting wall 311f. The second extending wall 52f and the fixing portion 102f of the puzzle board 10f are successively stacked on the second main supporting wall 312f. The third extending wall 53f is directly stacked on the fixing portion 102f of the puzzle board 10f and the fourth extending wall 54f is directly stacked on the fixing portion 102f of the puzzle board 10f. When assembled, the side of the fixing portion 102f is exposed out of the first through fourth restricting walls 51f-54f and the first and second main supporting wall 311f, 312f, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency. Each of extending walls comprises an inner surface 57f, an outer surface 58f opposite to

22

the inner surface 57f, and a pair of side surfaces 59f connecting the inner and outer surfaces 57f, 58f. The side surface of the extending wall is engaged with the side surface of the adjacent extending wall. Particularly, the side surface of the first and second extending walls 51f, 52f are engaged with the side surface of the adjacent third and fourth extending walls 53f, 54f, respectively.

The base 40f is stacked on the supporting portion 301f of the supplement arrangement 30 by glue. The base 40f is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and coving the supporting portion 301. In this embodiment, the rotating assembly 20 is directly mounted on the base 40f. Each of the puzzle drawer 32d comprises a rectangular bottom panel 321d slidably received in the corresponding drawer cavity 31d and slid on the base 40 directly.

FIGS. 58-62 show a movable puzzle platform 1h of an eighth embodiment of the present invention, wherein the movable puzzle platform 1h is arranged for a user or a player to assemble a plurality of puzzle pieces 100h thereon. The movable puzzle platform 1h comprises a board assembly 90h, a kickstand 15h pivotally coupled at the board assembly 90h and a rotating assembly 20h attached on the kickstand 15h. The board assembly 90h comprises a puzzle board 10h, a supplement arrangement 30h attached on the puzzle board 10h, and a restricting wall 50h upwardly extended from the puzzle board 10h. The puzzle board 10h comprises a puzzle plate 101h and a fixing portion 102h extending from the edge of the puzzle plate 101h. The puzzle plate 101h comprises a flat playing surface 11h and a bottom surface 12h opposite to the playing surface 11h. The puzzle board 10h is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

The supplement arrangement 30h comprises a supporting portion 301h connected with the bottom surface 12h of the puzzle plate 101h for forming at least one drawer cavity 31h and at least one puzzle drawer 32h received in the corresponding drawer cavity 31h. The base 40h comprises a plurality of holding portions 401h with same shape arranged on the corresponding supporting portion 301h and positioned spaced from each other. Each of the holding portions 401h is substantially strip-shaped and connected with the corresponding supporting portion 301h for form a L-shaped structure. Each of the puzzle drawer 32h is partly exposed from the corresponding holding portions 401h. The holding portions 401h are integral with the corresponding supporting portion 301h as a whole. It is optional that the plurality of holding portions of the base is detachably stacked on the corresponding supporting portion by glue. Each of the holding portions 401h is not only holding the puzzle drawer 32 and preventing the puzzle drawer 32 from falling off the supporting portion, but also for allowing each of the puzzle drawer 32 to be slid thereon. Particularly, referring to FIG. 62, the plurality of holding portions 401h of the base 40h are integral with the corresponding supporting portion 301h and the restricting wall 50h as a whole.

Referring to FIG. 63, show a movable puzzle platform 1i of a ninth embodiment of the present invention. The ninth embodiment is similar to the fourth embodiment of the present invention except that an outer diameter of a rotating assembly 20i is smaller than a distance from a first inner supporting wall 315i to a second inner supporting wall 316i. A supporting portion further comprises at least one fixing arm 329i arranged between a third dividing supporting wall

JA0502

US 12,220,648 B2

23

317*i* and a fourth dividing supporting wall **318***i*. The rotating assembly **20***i* is connected with the fixing arm **329***i* and the third and fourth dividing supporting walls **317***i*, **318***i*, respectively.

Referring to FIG. **64**, show a movable puzzle platform **1***j* of a tenth embodiment of the present invention. The tenth embodiment is similar to the fourth embodiment of the present invention except that a structure of rotating assembly **20***j* is similar to that of the fifth embodiment of the present invention.

Referring to FIGS. **65**-**71**, show a movable puzzle platform **1***k* of an eleventh embodiment of the present invention. The movable puzzle platform **1***k* comprises a board assembly **90***k*, a kickstand **15***k* pivotally coupled at the board assembly **90***k* and a rotating assembly **20***k* attached on the kickstand **15***k*. The board assembly **90***k* comprises a puzzle board **10***k*, a supplement arrangement **30***k* attached on the puzzle board **10***k*, an extending wall **50***k* upwardly extended from a peripheral edge of the puzzle board **10***k* and a base **40***k* is stacked on and detachably fastened to the supplement arrangement **30***k*. The puzzle board **10***k* comprises a puzzle plate **101***k* and a fixing portion **102***k* extending from the edge of the puzzle plate **101***k*. The puzzle board **10**K is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

The supplement arrangement **30***k* comprises at least one puzzle drawer **32***k*, at least one drawer cavity **31***k* for receiving the corresponding puzzle drawer **32***k*, and a supporting portion **301***k* connected with the bottom surface **12***k* of the puzzle plate **101***k* for forming the drawer cavity **31***k*. The movable puzzle platform **1***k* further comprises a complementary conformation **80***k* provided between the puzzle drawer **32***k* and the corresponding supporting portion **301***k* for holding the puzzle drawer **32***k* and preventing the puzzle drawer **32***k* from falling off the supporting portion **301***k*. Each of the puzzle drawer **32***k* comprises a rectangular bottom panel **321***k* slidably received in the corresponding drawer cavity **31***k* and a pair of side panels **324***k* extending from the bottom panel **321***k*. The complementary conformation **80***d* comprises a pair of engaging slots **305***k* provided on the pair of side panels **324***k*, and a pair of engaging portions **326***k* extending outwardly from the corresponding supporting portion **301***k* for inserted into the corresponding engaging slots **305***k*. In usage state, each of the engaging slot **305***k* is configured for smoothly sliding in the corresponding engaging portions **326***k*. The extending direction of the slots **305***k* is parallel to that of the corresponding supporting portion **301***k*. Each of the engaging portions **326***k* is connected with the corresponding supporting portion **301***k*, directly.

The extending wall **50***k* is substantially perpendicular to the puzzle board **10***k* and comprises at least a pair of extending walls assembled edge-to-edge. Each of extending walls **50***k* comprises an inner surface **501***k*, an outer surface **502***k* opposite to the inner surface **501***k*, and a pair of side surface **503***k* connecting the inner and outer surfaces **501***k*, **502***k*. The side surface of the extending wall **503***k* is engaged with the inner surface **501***k* of the adjacent extending wall **50***k*. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent lateral extending wall.

In this embodiment, the extending wall **50***k* is integral with the corresponding supporting portion **301***k* as a whole

24

for forming a monolithic portion **55***k*. The monolithic portion **55***k* comprises a receiving space **103***k* for fixing and receiving the fixing portion **102***k* of the puzzle board **10***k*.

Although the kickstand **15** is shown in the fifth embodiment to be generally H-shaped, those skilled in the art will recognize that numerous different shapes could be used in place of the H-shaped kickstand **15** to achieve the desired function as described herein. More specifically but not by way of limitation the kickstand **15** could be cylindrical, circular, square and so on. Referring to FIGS. **72**-**73**, a movable puzzle platform **1**L comprises a puzzle board **10**L, a supporting portion **301**L supporting the puzzle board **10**L, and a kickstand **15**L attached on the supporting portion **301**L. The kickstand **15**L could be a planar plate with a rectangle shape and connected with the supporting portion **301**L of the via a hinge **16**L. Referring to FIGS. **74**-**75**, a movable puzzle platform IM comprises a puzzle board **10**M, a supporting portion **301**M supporting the puzzle board **10**M, and a kickstand **15**M attached on the puzzle board **10**M. The kickstand **15**M could be a planar plate with a rectangle shape and connected with the puzzle board **10**M of the via at least a pair of hinges **16**M. Referring to FIGS. **76**-**77**, a movable puzzle platform IN comprises a puzzle board **10**N, a supporting portion **301**N supporting the puzzle board **10**N, and a kickstand **15**N attached on the supporting portion **301**N. The kickstand **15**L could be substantially strip-shaped and connected with the supporting portion **301**N of the via at least a hinge **16**N.

The puzzle board is made of plastic, wood, or metal. When the puzzle board is made of plastic by molding, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. When the puzzle board is made of metal by stamping, the restricting wall is preferred to be integrally molded on the puzzle plate. Optionally, the restricting wall can be stacked on the puzzle plate and integrally welded to the puzzle plate as a whole. When the puzzle board is made of wood, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. If the puzzle board is made of aluminum, the weight of the puzzle board can be reduced. If the puzzle board is made of stainless steel or tempered steel, the structural strength of the puzzle board can be improved. If the puzzle board is made of plastic or wood, the manufacturing cost of the puzzle board can be reduced. It is worth mentioning that, the restricting wall and the puzzle plate can be secured together by threads, snap-fit, friction fit, etc., to fix the restricting wall on the puzzle plate. It is appreciated that the puzzle plate and the restricting wall can be made of different materials. The puzzle plate and the restricting wall may be fabricated in any desired manner, using any acceptable material.

In one application, as shown in FIG. **78**, the movable puzzle platform of the present invention can be incorporated with the puzzle pieces **100** to form a puzzle game kit. Particularly, the area of the playing surface **11** matches with the area of the puzzle pieces **100** after the puzzle pieces **100** are assembled, such that the puzzle board **10** serves as a puzzle frame for framing the puzzle pieces **100** after the puzzle pieces **100** are assembled. Furthermore, the puzzle board **10** is constructed to have a plurality of supplement arrangement **30**. Therefore, the supplement arrangement **30**, the rotating assembly **20** and the puzzle pieces **100** are packed in a box. In order to play the puzzle pieces **100**, the board panels can be assembled edge-to-edge to form the

JA0503

US 12,220,648 B2

25

puzzle board **10**. Then, the rotating assembly **20** can be coupled at the bottom side **11** of the puzzle board **10** to form the movable puzzle platform for the user to move the puzzle board **10** on the playing surface and to assemble the puzzle pieces **100** on the playing surface **11** of the puzzle board **10**. Once the puzzle pieces **100** are completely assembled on the playing surface **11** of the puzzle board **10**, the rotating assembly **20** can be detached from the bottom side **11** of the puzzle board **10**, such that the puzzle board **10** forms the puzzle frame for framing the puzzle pieces **100**.

It will thus be seen that the objects of the present invention have been fully and effectively accomplished. The embodiments have been shown and described for the purposes of illustrating the functional and structural principles of the present invention and is subject to change without departure from such principles. Therefore, this invention includes all modifications encompassed within the spirit and scope of the following claims.

What is claimed is:

1. A movable puzzle platform comprising:
a board assembly comprising:
a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall;
a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and
at least two puzzle drawers;
wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity;
wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and
wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

2. The movable puzzle platform, as recited in claim **1**, wherein a side of the fixing portion is exposed out of the first main supporting wall.

3. The movable puzzle platform, as recited in claim **2**, wherein the side of the fixing portion is exposed out of the first extending wall.

4. The movable puzzle platform, as recited in claim **3**, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall.

5. The movable puzzle platform, as recited in claim **1**, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

6. The movable puzzle platform, as recited in claim **5**, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board.

26

7. The movable puzzle platform, as recited in claim **6**, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

8. The movable puzzle platform, as recited in claim **1**, further comprising a base, the base comprises a plurality of holding portions positioned spaced from each other and stacked on the supplement arrangement, respectively.

9. The movable puzzle platform, as recited in claim **1**, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement.

10. A movable puzzle platform comprising:
a board assembly comprising:
a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board; and
a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board;
at least two puzzle drawers; and
a rotating assembly attached on the board assembly;
wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and
wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity.

11. The movable puzzle platform, as recited in claim **10**, wherein the puzzle plate is coplanar with the fixing portion.

12. The movable puzzle platform, as recited in claim **10**, wherein a side of the fixing portion is exposed out of the first main supporting wall.

13. The movable puzzle platform, as recited in claim **12**, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

14. The movable puzzle platform, as recited in claim **13**, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively.

15. The movable puzzle platform, as recited in claim **10**, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

16. The movable puzzle platform, as recited in claim **15**, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board and spaced apart from the first inner supporting wall for forming a first longitudinal cavity and a second longitudinal cavity, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the first and second longitudinal cavities, respectively.

17. A movable puzzle platform comprising:
a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;
a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board and a first dividing supporting wall posi-

JA0504

US 12,220,648 B2

27 28

tioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall;

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and

at least one puzzle drawer actuated to slide in-and-out of the drawer cavity;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and

wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

18. The movable puzzle platform, as recited in claim 17, wherein the first inner supporting wall is interlaced with the first dividing supporting wall.

19. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively.

20. The movable puzzle platform, as recited in claim 19, wherein the restricting wall further comprises a second extending wall apart from the first extending wall and a third extending wall connecting the first and second extending walls and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly.

21. The movable puzzle platform, as recited in claim 19, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall.

22. The movable puzzle platform, as recited in claim 21, wherein the supplement arrangement further comprises a third dividing supporting wall connected with the first and second inner supporting walls.

23. The movable puzzle platform, as recited in claim 17, wherein thea side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other.

* * * * *

JA0505

## CERTIFICATE OF SERVICE

I certify that on June 29, 2026, I caused the foregoing *Joint Appendix* to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

Dated: June 29, 2026

Respectfully submitted,

/s/ Marjorie Ouyang_____
Marjorie Ouyang
Marta Sylwia Rocha
Valley & Summit Law P.C.
One Park Plaza, #600
Irvine, CA 92614
marjorie.ouyang@valleysummitlaw.com
marta.rocha@valleysummitlaw.com

Attorneys for Defendants

24