**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| XIAOLING CHE, et al., | Case No. 1:25-cv-04946 |
| Plaintiffs/ Counter-Defendants, | |
| v. | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| SHENZHEN MUMUWAN MAOYI YOUXIAN GONG SI, et al., | |
| Defendants/Counter-Plaintiffs. | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The undersigned attorney, Marta Sylwia Rocha, respectfully moves this Court for leave to withdraw as counsel of record for **Defendants Shenzhen Mumuwan Maoyi Youxian Gongsi, Qingyunxiangesiwei Shangmao Youxian Gongsi, Shenzhen Ximei Keji Youxian Gongsi, and Shenzhen Mengdudu Chongwu Yongpin Youxian Gongsi (collectively, "Defendants")** in the above-captioned matter pursuant to Local Rule 83.17. in support of this Motion, the undersigned attorney states as follows:

1. Good Cause exists for this withdrawal. The undersigned attorney is transitioning out of Valley & Summit Law and will be departing the firm on July 24, 2026.

2. Mingzi Ouyang and the law firm of Valley & Summit Law have already entered appearances in this matter and will continue to actively represent Defendants.

3. Because co-counsel will remain on the case, this withdrawal will not leave the Defendants unrepresented, will not cause any delay in these proceedings, and will not prejudice any party.

1

2

WHEREFORE, Marta Sylwia Rocha respectfully requests that this Court enter an Order granting her leave to withdraw as counsel of record for Defendants, directing the Clerk of the Court to terminate her form the CM/ECF electronic notice list for this matter, and granting any other relief the Court deems just.

Dated: July 24, 2026. Respectfully submitted,

By: /s/ *Marta S. Rocha*
Marta Sylwia Rocha
One Park Plaza, Suite 600
Irvine, CA 92614
marta.rocha@valleysummitlaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Marta S. Rocha
Marta Sylwia Rocha

3