**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Xiaoling Che, et al. v. Shenzhen Mumuwan

Case Number: 1:25-cv-04946

An appearance is hereby filed by the undersigned as attorney for:
Defendants Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

Attorney name (type or print): Navin Bora

Firm: Valley & Summit Law PC

Street address: One Park Plaza, Suite 600

City/State/Zip: Irvine, CA 92614

Bar ID Number: 6310994
(See item 3 in instructions)

Telephone Number: (909) 248-3068

Email Address: navin.bora@valleysummitlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/31/2026

Attorney signature: S/ Navin Bora
(Use electronic signature if the appearance form is filed electronically.)