**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Xiaoling Che, et al.

Plaintiff,

v.

Case No.: 1:25−cv−04946
Honorable Virginia M. Kendall

Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable Virginia M. Kendall. Claim Construction hearing held on 9/9/2026. Parties are directed to contact the courtroom deputy on or before 9/14/2026 to inform the Court if they are requesting a referral to Magistrate Judge Berry for the purpose of a settlement conference. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.