# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **XIAOLING CHE AND JINYAN DUAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**SHENZHEN XIMEIKEJI YOUXIAN GONGSI; SHENZHEN MUMUWAN MAOYI YOUXIAN GONG SI; QINGYUNXIANGESIWEI-SHANGMAOYOUXIANGONGSI; and SHENZHEN MENGDUDU CHONGWU YONGPIN YOUXIAN GONGSI**<br>Defendants. | **Civil Action No. 1:25-cv-04946** |

**<u>DEFENDANTS' INTIAL DISCLOSURES</u>**

Pursuant to Fed. R. Civ. P. 26(a)(1), and this Court's rules and orders, Defendants Shenzhen Ximeikeji Youxian Gongsi; Shenzhen Mumuwan Maoyi Youxian Gong Si; QingYunXianGeSiWeiShangMaoYouXianGongSi; and Shenzhen Mengdudu Chongwu Yongpin Youxian Gongsi (collectively "Defendants") hereby serve their initial disclosures. These disclosures are based on information reasonably and currently available to Defendants and on Defendants' initial inquiry and investigation. Defendants reserve the right to supplement these initial disclosures as additional information becomes available, in accordance with, and to the extent permitted or required by, the Federal Rules of Civil Procedure. By making these disclosures, Defendants do not waive any applicable privilege, immunity, or evidentiary objection that may apply to the information disclosed.

# I. <u>FED. R. CIV. P. 26(A)(1) DISCLOSURES</u>

## A. <u>Individual(s) Likely to Have Discoverable Information</u>

The individual(s) listed below are likely to have discoverable information that Defendants may use to support their claims and/or defenses. Defendants' employees, whether current or former, and listed individuals, may not be contacted except through counsel for Defendants in this action. The following disclosures do not include witnesses who may be used solely for impeachment, rebuttal, or expert testimony, who may be disclosed in accordance with the Federal Rules or any schedule set by the Court for disclosure of such witnesses.

Wan Zhang
c/o Hao Ni
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, Texas 75231
Phone: (972) 331-4600

Wan Zhang is the General Manager of Defendant Woodever Direct. Wan Zhang may have knowledge of Defendants' operation.

## B. <u>Documents, Electronically Stored Information, and Tangible Things Defendants May Use to Support Their Defenses and/or Claims.</u>

The following is a description of the categories and locations of documents, electronically stored information, and tangible things that are in the possession, custody, or control of Defendants and that Defendants may use to support their claims and/or defenses. The following does not include items that are likely to be used solely for impeachment:

1. Documents in Defendants' possession relating to their sales records relating to this case.
2. Documents in Defendants' possession relating to the invalidity of Plaintiff's asserted patent.
3. Documents in Defendants' possession relating to Defendants' damage they suffered because of this case.

### C. Computation of Damages

Defendants are currently seeking to recover their reasonable attorney's fees should it prevail in this lawsuit. Defendants may rely on an expert's calculation of damages and will supplement this response accordingly.

Defendants are also seeking a declaration that the '648 Patent is invalid, and their products do not infringe the '648 Patent.

### D. Insurance Agreements

Defendants have not identified any applicable insurance.

DATED October 27, 2025.

Respectfully submitted,

By: */s/ Stevenson Moore*

Hao Ni
Texas Bar No. 24047205
Neal Massand
Texas Bar No. 24039038
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231
Tel. (972) 331-4600
Fax. (972) 314-0900
hni@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff's counsel of record on October 27, 2025 via email, pursuant to the Federal Rules of Civil Procedure.

*/s/ Stevenson Moore*
Stevenson Moore