# Exhibit D

**Subject:** Re: Xiaoling Che et al. v. Shenzhen Mumuwan Maoyi Youxian Gong Si et al., Case No. 1:25-cv-04946 – Deposition Notices
**Date:** Monday, July 6, 2026 at 11:37:53 AM Central Daylight Time
**From:** Marta Rocha
**To:** Steve Lubezny
**CC:** Thomas Huang, Edward Rice, Marina Saito, Marjorie Ouyang, Mandy Wu

Hi Steve,

Thank you again for forwarding. I am confirming that Wan Zhang will be the 30(b)(6) representative for all defendants. Wan Zhang will be available for deposition on August 12–15 and August 28–31, and will need a Mandarin interpreter. I am assuming you are agreeable to a remote deposition from Hong Kong or any near available places. Happy to discuss during our meet and confer today.

Sincerely,
Marta

On Mon, Jul 6, 2026 at 3:05 PM Steve Lubezny <steve@ricetechlaw.com> wrote:

> It's at 1pm CT. You were included on it, so not sure why it may not have got to you. I will forward it to you.
>
> ---
>
> **From:** Marta Rocha <marta.rocha@valleysummitlaw.com>
> **Sent:** Monday, 06 July 2026 07:56:59
> **To:** Steve Lubezny <steve@ricetechlaw.com>
> **Cc:** Thomas Huang <thomas.huang@valleysummitlaw.com>; Edward Rice <ed@ricetechlaw.com>; Marina Saito <marina@ricetechlaw.com>; Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>; Mandy Wu <mandy.wu@valleysummitlaw.com>
> **Subject:** Re: Xiaoling Che et al. v. Shenzhen Mumuwan Maoyi Youxian Gong Si et al., Case No. 1:25-cv-04946 – Deposition Notices
>
> Hi Steve,
>
> Could you please confirm what time is the meet and confer today? I did not see an invite come through. If there is one, can you please forward to me?
>
> Thank you,
> Marta
>
> On Sat, Jul 4, 2026 at 3:08 AM Steve Lubezny <steve@ricetechlaw.com> wrote:
>
> > Thomas:
> >
> > We are still waiting for a response to our questions below. Please provide this information in advance of our meet and confer Monday.
> >
> > Thanks,

Steve

---

**From:** Steve Lubezny <steve@ricetechlaw.com>
**Date:** Monday, June 29, 2026 at 12:13 PM
**To:** Thomas Huang <thomas.huang@valleysummitlaw.com>; Edward Rice <ed@ricetechlaw.com>; Marina Saito <marina@ricetechlaw.com>
**Cc:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>; Marta Rocha <marta.rocha@valleysummitlaw.com>; Mandy Wu <mandy.wu@valleysummitlaw.com>
**Subject:** Re: Xiaoling Che et al. v. Shenzhen Mumuwan Maoyi Youxian Gong Si et al., Case No. 1:25-cv-04946 – Deposition Notices

Thomas:

Based on your prior representations, we had understood that the deposition of Ms. Zhang would be in July. We are willing to consider August, but it depends on Ms. Zhang's availability. Please provide us all dates on which Ms. Zhang is available and we will revert back.

In addition, please confirm:

- whether Ms. Zhang will be the corporate designee for each defendant on all of the topics in the 30(b)(6) deposition notice . If not, please identify the other witnesses and their dates of availability.

- whether Ms. Zhang will require a translator for the deposition.

Regards,
Steve

---

**From:** Thomas Huang <thomas.huang@valleysummitlaw.com>
**Date:** Friday, June 26, 2026 at 10:02 PM
**To:** Edward Rice <ed@ricetechlaw.com>; Marina Saito <marina@ricetechlaw.com>; Steve Lubezny <steve@ricetechlaw.com>
**Cc:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>; Marta Rocha <marta.rocha@valleysummitlaw.com>; Mandy Wu <mandy.wu@valleysummitlaw.com>
**Subject:** Xiaoling Che et al. v. Shenzhen Mumuwan Maoyi Youxian Gong Si et al., Case No. 1:25-cv-04946 – Deposition Notices

Hi Counsel,

Please see attached Defendants/Counter-Plaintiffs' Notices of Deposition of Xiaoling Che and Jinyan Duan.

With respect to Wan Zhang's deposition, we have confirmed that Ms. Zhang is not available before mid-to-late August, and late August would work best for her. Please let us know your availability for a meet and confer regarding a mutually agreeable date.

Best regards,

**Thomas Huang** I Law Clerk
*Pronouns: he, him, his*
**Valley & Summit Law**
1 Park Plaza, Suite 600, Irvine, CA 92614
+1 909-248-4522
www.valleysummitlaw.com I thomas.huang@valleysummitlaw.com

图像

This email and any attachments may contain confidential information intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient, please notify the sender immediately and delete this email.