# Exhibit F

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Friday, August 14, 2026 at 4:01:59 PM Central Daylight Time
**From:** Edward Rice
**To:** Marjorie Ouyang
**CC:** Steve Lubezny, Marina Saito
**Attachments:** image001.png, image002.png, Mumuwan Letter 08.12.2026.pdf

Marjorie:

As discussed this afternoon, we will meet and confer on Thursday, August 20, 2026 at 10:00 am Pacific to discuss the discovery issues I raised in my letter on Wednesday, which I re-attach here for your convenience.

On that call, I will need you confirm the bullet points on page 2 of the letter.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Wednesday, August 12, 2026 at 2:15 PM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

Please see attached correspondence.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.