# Exhibit H

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Thursday, September 3, 2026 at 10:17:34 AM Central Daylight Time
**From:** Marjorie Ouyang
**To:** Edward Rice
**CC:** Steve Lubezny, Marina Saito
**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.png

Hi Ed,

The deponent's name is Mr. Mo Ji. We can do the deposition between September 15-24. I will be in Shenzhen/Hongkong around that time. So I will appear on behalf of them in person. However, I have some conference activities between 16-18 so ideally 19th would be better.
Best regards,

On Mon, Aug 31, 2026 at 1:23 PM Edward Rice <ed@ricetechlaw.com> wrote:

> Marjorie:
>
> I also left you a voicemail message just now. I have not heard back from you regarding the request in my August 28 email, below.
>
> To reserve the court reporter, videographer, and translator, I need you to respond with the following information:
>
> 1. Provide the name of your witness.
> 2. Confirm that this witness will be prepared to address all 30(b)(6) topics on behalf of all four defendants.
> 3. Confirm that this witness will be provided for video deposition from Hong Kong at 8:00 am local time on Friday, September 4. (**Thursday, September 3** at 7:00 pm Central time (5:00 pm Pacific)).
> 4. Confirm that the witness will need a translator (which we will provide, if necessary).
>
> We also need Defendants to supplement their document production with, at a bare minimum, the current sales and revenue data for each accused product and each Defendant. If any other documents require updating (for example, design documents if the product design has changed), Defendants are obligated to produce those documents as well. We asked for these documents weeks ago. To proceed with the Thursday deposition, we will need to receive this supplemental document production by COB tomorrow, Tuesday, September 1.

If we do not receive your confirmation by the end of today on the points identified above, we will assume that Defendants will not make a witness available at the requested time.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Friday, August 28, 2026 at 3:38 PM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

I am still waiting for you to provide the name of the 30(b)(6) witness.

I would like to schedule the 30(b)(6) video deposition for **Thursday, September 3** at 7:00 pm Central time (5:00 pm Pacific), which is 8:00 am on Friday, September 4 in Hong Kong.

**Please confirm that this time works for you and the witness**; I need to schedule the court reporter, translator, and videographer as soon as possible.

Also, for the upcoming deposition, I need Defendants to update their document production—at a minimum—to include the current sales and revenue data for each accused product and each Defendant. If any other documents require updating (for example, design documents if the product design has changed), please produce those documents as well. I need you to produce the document update to me by Monday, August 31, so I will have time to prepare for next week's deposition.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Thursday, August 27, 2026 at 11:46 AM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

This email confirms our phone conversation this morning.

I called you because I had not heard back from you regarding the 30(b)(6) deposition issues identified in my email below.

You stated that Defendants will designate the head of Mumuwan's sales department as the 30(b)(6) witness who will be prepared to address all the topics designated in the original 30(b)(6) notice on behalf of all four Defendants.

You confirmed that this witness, among other things, will be able to provide information on the sales and product information for all Defendants and not just Mumuwan.

You did not immediately recall the name of this witness but agreed to email me the witness's name.

You stated that Defendants will make the witness available within the next two weeks and you suggested that I propose the date.

You stated that you will be traveling abroad and if the deposition is on September 13 or 14, you will be able to attend in person—but if we take the deposition sooner, you will appear by video.

Please let me know immediately if this email does not accurately reflect your understanding of our call.

Please send me the witness's name today and I will send you a proposed date.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**
+1 224.331.0175
ed@ricetechlaw.com
www.ricetechlaw.com
555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Monday, August 24, 2026 at 5:59 PM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

This email confirms our phone conversation this afternoon.

In that conversation, you agreed to provide me, by Wednesday, August 26, 2026 with the following information:

- The identity of one or more witnesses designated to testify on the 30(b)(6) topics for each Defendant;

- Which defendant the witness will testify on behalf of;
- Which 30(b)(6) topics the witness will be prepared to address; and
- When the witness will available within the next two weeks for deposition (dates and times)?

I understand that: you expect to produce for deposition the Mumuwan salesperson as a 30(b)(6) witness, you also may be designating one or more other witnesses, and you will let me know by Wednesday.

Please let me know immediately if this email does not accurately reflect your understanding of our call.

Regards,

-Ed

**Edward Rice**

Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Friday, August 21, 2026 at 6:05 PM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

"I confirm" is not an answer. We need names and proposed dates that fall within the next two weeks.

*Who* will the Defendants designate as the corporate witness to address the 30(b)(6) topics?

On behalf of *which* Defendant will each witness testify?

Which 30(b)(6) topics will each address on behalf of that Defendant?

When in the next two weeks will that witness be available for deposition?

You need to provide me with concrete responses, not vague promises.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately

and delete the original message.

---

**From:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Date:** Friday, August 21, 2026 at 5:53 PM
**To:** Edward Rice <ed@ricetechlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

**Please confirm by Sunday evening** that Defendants will make available for deposition—within the next two weeks—one or more witnesses who can provide the **Rule 30(b)(6) testimony** described above. —- I can confirm this now. Thanks

**Marjorie Ouyang** | Founding Partner

(909) 248 4522 Direct

marjorie.ouyang@valleysummitlaw.com

**One Park Plaza, Irvine, CA 92614**

Image removed by sender.

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this

message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.

On Fri, Aug 21, 2026 at 16:52 Edward Rice <ed@ricetechlaw.com> wrote:

Marjorie:

Your email does not resolve the central issue raised in our August 12 letter and our subsequent meet-and-confer discussions.

The Court permitted the August 11 deposition as a carve-out from the fact-discovery deadline. Fact discovery is now long closed, and the case is moving into expert discovery. Yet Defendants still have not provided the Rule 30(b)(6) testimony to which Plaintiffs are entitled. Defendants delays and continued failure to comply with its discovery obligations is prejudicial to Plaintiffs.

To be clear, we need Defendants to confirm that they will provide one or more properly prepared **Rule 30(b)(6) designees** who can testify:

1. On each noticed Rule 30(b)(6) topic for the three Defendants for which Ms. Zhang was unprepared to provide **any** substantive testimony; and

2. On the noticed Rule 30(b)(6) topics for Mumuwan that Ms. Zhang was not prepared to address.

Given the late stage of this case, this deposition (or depositions) need to occur in the next couple weeks so Plaintiffs can adequately prepare their case.

**Please confirm by Sunday evening** that Defendants will make available for deposition—within the next two weeks—one or more witnesses who can provide the **Rule 30(b)(6) testimony** described above.

If we do not get an unambiguous commitment with specific deposition dates, we will present the issue to the Court.

Regards,

-Ed

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Date:** Friday, August 21, 2026 at 3:15 PM
**To:** Edward Rice <ed@ricetechlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Dear Edward and Steve,

We have talked with our client and could provide the sales person for deposition.

However, we do not agree to reimburse you for August 11 deposition costs. We identified the legal representative in our written discovery responses, and you issued a deposition notice to the legal representative. We did everything in compliance and now our firm is actively in cooperation with your firm to work on obtaining additional witnesses after the discovery cutoff, to move this case forward and to discuss settlement.

THis is also not what we agreed on during the meet and confer. In addition, there are a few other misrepresentations in the correspondence including any accusation that Wan Zhang was not prepared. And there was no agreement or discussion regarding identifying the financial department head and ect.

We will confirm what we think is reasonable.

Best regards,

On Fri, Aug 21, 2026 at 1:16 PM Edward Rice <ed@ricetechlaw.com> wrote:

> Marjorie:
>
> Please see attached correspondence.
>
> Regards,
>
> -Ed
>
> This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Thursday, August 20, 2026 at 12:07 PM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

Per our phone conversation just now, we will re-schedule the meet-and-confer call on the matter identified below to accommodate your scheduling conflict.

I will call you later today at 3:00 pm Pacific, 5:00 pm Central.

To refresh you on the issues we need to discuss, I re-attach my August 12 letter to you.

Regards,

-Ed

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>

**Date:** Friday, August 14, 2026 at 4:01 PM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

As discussed this afternoon, we will meet and confer on Thursday, August 20, 2026 at 10:00 am Pacific to discuss the discovery issues I raised in my letter on Wednesday, which I re-attach here for your convenience.

On that call, I will need you confirm the bullet points on page 2 of the letter.

Regards,

-Ed

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Wednesday, August 12, 2026 at 2:15 PM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

Please see attached correspondence.

Regards,

-Ed

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

--

**Marjorie Ouyang | Founding Partner**

(909) 248 4522 Direct

marjorie.ouyang@valleysummitlaw.com

**One Park Plaza, Irvine, CA 92614**

**Error! Filename not specified.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is

> prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.

--

**Marjorie Ouyang |** Founding Partner
(909) 248 4522 Direct
marjorie.ouyang@valleysummitlaw.com

**One Park Plaza, Irvine, CA 92614**

CONFIDENTIALITY NOTICE:  The information contained in this e-mail message is attorney privileged and confidential information.  It is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.