# Exhibit I

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Saturday, September 5, 2026 at 2:05:16 PM Central Daylight Time
**From:** Edward Rice
**To:** Marjorie Ouyang
**CC:** Steve Lubezny, Marina Saito
**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.png, image006.png

Hi Marjorie:

The only date on your schedule that will work for us is September 24. Can you confirm that you and the witness will be available on that date? We will need an answer from you as soon as possible to schedule the court reporter, interpreter, videographer, travel, etc. Please let me know by COB Monday.

Is Mr. Mo Ji the head of Mumuwan's Sales Department—i.e., the individual that Ms. Zhang referred to, who accompanied her to her deposition? Please confirm. If not, please let me know Mr. Mo Ji's employer and position. Also, let me know whether Mr. Mo Ji is employed by (or has a relationship with) more than one defendant.

I look forward to hearing from you shortly.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Date:** Thursday, September 3, 2026 at 10:17 AM
**To:** Edward Rice <ed@ricetechlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Hi Ed,

The deponent's name is Mr. Mo Ji. We can do the deposition between September 15-24. I will be in Shenzhen/Hongkong around that time. So I will appear on behalf of them in person. However, I have some conference activities between 16-18 so ideally 19th would be better.
Best regards,

On Mon, Aug 31, 2026 at 1:23 PM Edward Rice <ed@ricetechlaw.com> wrote:

> Marjorie:
>
> I also left you a voicemail message just now. I have not heard back from you regarding the request in my August 28 email, below.
>
> To reserve the court reporter, videographer, and translator, I need you to respond with the following information:
>
> 1. Provide the name of your witness.
> 2. Confirm that this witness will be prepared to address all 30(b)(6) topics on behalf of all four defendants.
> 3. Confirm that this witness will be provided for video deposition from Hong Kong at 8:00 am local time on Friday, September 4. (**Thursday, September 3** at 7:00 pm Central time (5:00 pm Pacific)).
> 4. Confirm that the witness will need a translator (which we will provide, if necessary).
>
> We also need Defendants to supplement their document production with, at a bare minimum, the current sales and revenue data for each accused product and each Defendant. If any other documents require updating (for example, design documents if the product design has changed), Defendants are obligated to produce those documents as well. We asked for these documents weeks ago. To proceed with the Thursday deposition, we will need to receive this supplemental document production by COB tomorrow, Tuesday, September 1.
>
> If we do not receive your confirmation by the end of today on the points identified above, we will assume that Defendants will not make a witness available at the requested time.
>
> Regards,
>
> -Ed

**[Earlier correspondence in email chain omitted]**