# Exhibit J

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Saturday, September 5, 2026 at 2:20:13 PM Central Daylight Time
**From:** Marjorie Ouyang
**To:** Edward Rice
**CC:** Steve Lubezny, Marina Saito

Hi Ed,

Are there any other days that would work for you?

I am unavailable for 16-18, 12, 14 during the day (China time). But can make arrangement. I just learnt my client much have some business arrangement on 24.
Sent from my iPhone

On Sep 5, 2026, at 13:05, Edward Rice <ed@ricetechlaw.com> wrote:

Hi Marjorie:

The only date on your schedule that will work for us is September 24. Can you confirm that you and the witness will be available on that date? We will need an answer from you as soon as possible to schedule the court reporter, interpreter, videographer, travel, etc. Please let me know by COB Monday.

Is Mr. Mo Ji the head of Mumuwan's Sales Department—i.e., the individual that Ms. Zhang referred to, who accompanied her to her deposition? Please confirm. If not, please let me know Mr. Mo Ji's employer and position. Also, let me know whether Mr. Mo Ji is employed by (or has a relationship with) more than one defendant.

I look forward to hearing from you shortly.

Regards,

-Ed

<image001.png>

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Date:** Thursday, September 3, 2026 at 10:17 AM

**[Earlier correspondence in email chain omitted]**