# Exhibit K

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Saturday, September 5, 2026 at 6:13:18 PM Central Daylight Time
**From:** Edward Rice
**To:** Marjorie Ouyang
**CC:** Steve Lubezny, Marina Saito
**Attachments:** image001.png

Marjorie:

Thank you for your prompt reply.

In your September 3 email you said:

> We can do the deposition between September 15-24. I will be in Shenzhen/Hongkong around that time. So I will appear on behalf of them in person. However, I have some conference activities between 16-18 so ideally 19th would be better.

Since I expect this deposition to go a full day (at least), your schedule does permit deposition on the 16-18. That leaves the 19-24. I will be unavailable on the 15 and 19-23. That leaves the 24th—which is one of the dates that you and your client offered. Please ask your client reschedule the conflicting business arrangement. We should not postpone the deposition further.

Also, please answer the questions in the second part of my email below, I assume these are not difficult questions to answer:

- Is Mr. Mo Ji the head of Mumuwan's Sales Department—i.e., the individual who accompanied her to her deposition? Please confirm.
- If not, please let me know Mr. Mo Ji's employer and position.
- Also, let me know whether Mr. Mo Ji is employed by (or has a relationship with) more than one defendant.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Date:** Saturday, September 5, 2026 at 2:20 PM
**To:** Edward Rice <ed@ricetechlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Hi Ed,

Are there any other days that would work for you?

I am unavailable for 16-18, 12, 14 during the day (China time). But can make arrangement. I just learnt my client much have some business arrangement on 24.
Sent from my iPhone

> On Sep 5, 2026, at 13:05, Edward Rice <ed@ricetechlaw.com> wrote:
>
> Hi Marjorie:
>
> The only date on your schedule that will work for us is September 24. Can you confirm that you and the witness will be available on that date? We will need an answer from you as soon as possible to schedule the court reporter, interpreter, videographer, travel, etc. Please let me know by COB Monday.
>
> Is Mr. Mo Ji the head of Mumuwan's Sales Department—i.e., the individual that Ms. Zhang referred to, who accompanied her to her deposition? Please confirm. If not, please let me know Mr. Mo Ji's employer and position. Also, let me know whether Mr. Mo Ji is employed by (or has a relationship with) more than one defendant.

**[Earlier correspondence in email chain omitted]**