# Exhibit L

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Saturday, September 5, 2026 at 6:17:01 PM Central Daylight Time
**From:** Marjorie Ouyang
**To:** Edward Rice
**CC:** Steve Lubezny, Marina Saito
**Attachments:** image001.png

Hi Edward, I gave you a wide window between September 7 and September 24.

Other than the business activity, I realize I calculated the dates based on China time. My flight from China back to US is September 24 at night.

Also Mo Ji is the head of the sales but let me confirm.

**Marjorie Ouyang |** Founding Partner
(909) 248 4522 Direct
marjorie.ouyang@valleysummitlaw.com

**One Park Plaza, Irvine, CA 92614**

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.

On Sat, Sep 5, 2026 at 17:13 Edward Rice <ed@ricetechlaw.com> wrote:

> Marjorie:
>
> Thank you for your prompt reply.
>
> In your September 3 email you said:

> We can do the deposition between September 15-24. I will be in Shenzhen/Hongkong around that time. So I will appear on behalf of them in person. However, I have some conference activities between 16-18 so ideally 19th would be better.

Since I expect this deposition to go a full day (at least), your schedule does permit deposition on the 16-18. That leaves the 19-24. I will be unavailable on the 15 and 19-23. That leaves the 24th—which is one of the dates that you and your client offered. Please ask your client reschedule the conflicting business arrangement. We should not postpone the deposition further.

Also, please answer the questions in the second part of my email below, I assume these are not difficult questions to answer:

- Is Mr. Mo Ji the head of Mumuwan's Sales Department—i.e., the individual who accompanied her to her deposition? Please confirm.
- If not, please let me know Mr. Mo Ji's employer and position.
- Also, let me know whether Mr. Mo Ji is employed by (or has a relationship with) more than one defendant.

Regards,

-Ed

signature_4280218977

**[Earlier correspondence in email chain omitted]**