# Exhibit M

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Wednesday, September 9, 2026 at 8:43:59 AM Central Daylight Time
**From:** Edward Rice
**To:** Marjorie Ouyang
**CC:** Navin Bora, Steve Lubezny, Marina Saito

Hi Marjorie:

I'm sorry to hear that you are sick.

I can be available while you are still in Shenzhen/Hong Kong on September 22 or 23. Please confirm which of these days the witness will be available so I can make arrangements.

Regards,

-Ed

Sent from my iPhone

> On Sep 8, 2026, at 5:15 PM, Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com> wrote:
>
> Hi Ed,
>
> I got sick probably the moment I landed and will respond to your email by tonight. Thanks for your understanding.
>
> Best regards,
> Sent from my iPhone
>
>> On Sep 9, 2026, at 05:31, Edward Rice <ed@ricetechlaw.com> wrote:
>>
>> Marjorie:
>>
>> Based on our latest exchange below, it appears that the dates between now and September 24 are no longer workable.
>>
>> Please provide several dates after September 24 when you can produce Mr. Ji for his full-day Rule 30(b)(6) deposition.
>>
>> Before proposing those dates, please confirm them with Mr. Ji. The

dates you provide should be dates on which both you and Mr. Ji are actually available and prepared to proceed with the deposition. We have been trying to schedule this deposition since August 12, and we need to get a firm date on the calendar.

Separately, Defendants still need to supplement their document production, particularly their sales, revenue, and cost information. Mr. Ji must be prepared to testify regarding the updated financial information relevant to Plaintiffs' damages case against each of the four Defendants. If Defendants do not produce the updated information sufficiently in advance of the deposition to permit us to examine Mr. Ji about it, Plaintiffs reserve the right to recall him after that information is produced.

Please send me firm deposition dates and the supplemental documents as soon as possible.

Regards,

-Ed

<image001.png>

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Sunday, September 6, 2026 at 10:07 PM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

I am confused by your response.

In your September 3 email, you said the deposition could take place "between September 15-24" because you would be in Shenzhen/Hong Kong during that period. You also said you had conference activities September 16-18 and that "ideally 19th would

be better." I understood that to mean you were unavailable for a full-day deposition on September 16-18.

That left September 19-24. I am unavailable September 19-23, so I selected September 24—a date within the window you offered. You then advised that your client is unavailable that day. When I suggested your client re-schedule his business conflict, you told me that you now are unavailable on the 24th.

Your latest email now refers to a "wide window between September 7 and September 24," which is different from the September 15-24 window you previously provided.

Rather than continue going back and forth over dates, let's start again.

Please identify the specific dates between now and September 24 on which you and your client can **commit** to producing Mr. Ji for a full-day deposition in Hong Kong. We need firm dates, not a general window, so that we can determine whether any of them work and make the necessary arrangements.

Regards,

-Ed

<image002.png>

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Date:** Saturday, September 5, 2026 at 6:17 PM
**To:** Edward Rice <ed@ricetechlaw.com>
**Cc:** Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Hi Edward, I gave you a wide window between September 7 and September 24.

Other than the business activity, I realize I calculated the dates based on China time. My flight from China back to US is September 24 at night.

Also Mo Ji is the head of the sales but let me confirm.

**Marjorie Ouyang |** Founding Partner
(909) 248 4522 Direct
marjorie.ouyang@valleysummitlaw.com

**One Park Plaza, Irvine, CA 92614**

Image removed by sender.

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Opinions, conclusions and other information in this message that do not relate to the official business of Valley & Summit Law shall be understood as neither given, nor endorsed by it.

On Sat, Sep 5, 2026 at 17:13 Edward Rice <ed@ricetechlaw.com> wrote:

> Marjorie:
>
> Thank you for your prompt reply.
>
> In your September 3 email you said:
>
> > We can do the deposition between September 15-24. I will be in Shenzhen/Hongkong around that time. So I will appear on behalf of them in person. However, I have some conference activities between 16-18 so ideally 19th would be better.

**[Earlier correspondence in email chain omitted]**