# Exhibit N

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Thursday, September 10, 2026 at 6:21:16 PM Central Daylight Time
**From:** Edward Rice
**To:** Marjorie Ouyang
**CC:** Navin Bora, Steve Lubezny, Marina Saito
**Attachments:** image001.png

Hi Marjorie:

I hope you are feeling better.

Please let me know whether you and the witness are available on Sept. 22 or 23.

Please confirm that Mr. Ji is employed by Mumuwan as the head of sales and let me know whether he holds any positions at any of the other defendant companies.

This is an important deposition and we need to schedule it promptly.

At this point, my client is not inclined to ask the court for a settlement conference with the magistrate judge.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Wednesday, September 9, 2026 at 8:43 AM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Navin Bora <navin.bora@valleysummitlaw.com>, Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Hi Marjorie:

I'm sorry to hear that you are sick.

I can be available while you are still in Shenzhen/Hong Kong on September 22 or 23. Please confirm which of these days the witness will be available so I can make arrangements.

Regards,

-Ed

Sent from my iPhone

> On Sep 8, 2026, at 5:15 PM, Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com> wrote:
>
> Hi Ed,
>
> I got sick probably the moment I landed and will respond to your email by tonight. Thanks for your understanding.
>
> Best regards,
> Sent from my iPhone
>
>> On Sep 9, 2026, at 05:31, Edward Rice <ed@ricetechlaw.com> wrote:
>>
>> Marjorie:
>>
>> Based on our latest exchange below, it appears that the dates between now and September 24 are no longer workable.
>>
>> Please provide several dates after September 24 when you can produce Mr. Ji for his full-day Rule 30(b)(6) deposition.
>>
>> Before proposing those dates, please confirm them with Mr. Ji. The dates you provide should be dates on which both you and Mr. Ji are actually available and prepared to proceed with the deposition. We have been trying to schedule this deposition since August 12, and

**[Earlier correspondence in email chain omitted]**