# Exhibit O

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Friday, September 11, 2026 at 3:20:14 PM Central Daylight Time
**From:** Edward Rice
**To:** Marjorie Ouyang
**CC:** Navin Bora, Steve Lubezny, Marina Saito
**Attachments:** image001.png, image002.png

Hi Marjorie:

I have not heard from you.

Would you please contact the witness and confirm availability for a deposition on Sept. 22 or 23?

I do not understand why it is taking so long to confirm one of these dates.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Thursday, September 10, 2026 at 6:21 PM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Navin Bora <navin.bora@valleysummitlaw.com>, Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Hi Marjorie:

I hope you are feeling better.

Please let me know whether you and the witness are available on Sept. 22 or 23.

Please confirm that Mr. Ji is employed by Mumuwan as the head of sales and let me know whether he holds any positions at any of the other defendant companies.

This is an important deposition and we need to schedule it promptly.

At this point, my client is not inclined to ask the court for a settlement conference with the magistrate judge.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Wednesday, September 9, 2026 at 8:43 AM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Navin Bora <navin.bora@valleysummitlaw.com>, Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Hi Marjorie:

I'm sorry to hear that you are sick.

I can be available while you are still in Shenzhen/Hong Kong on September 22 or 23. Please confirm which of these days the witness will be available so I can make arrangements.

Regards,

**[Earlier correspondence in email chain omitted]**