# Exhibit P

**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Friday, September 11, 2026 at 8:01:25 PM Central Daylight Time
**From:** Marjorie Ouyang
**To:** Edward Rice
**CC:** Navin Bora, Steve Lubezny, Marina Saito

I am meeting with client on 19th (needing final confirmation with client). Also having a call with them later on Sunday.

Can I let you know asap?

Also, Navin went to the hearing for our firm. And according to his account, he said your client eliminated any possibility of settlement. Is this true?

Thanks.
Sent from my iPhone

> On Sep 12, 2026, at 04:20, Edward Rice <ed@ricetechlaw.com> wrote:
>
> Hi Marjorie:
>
> I have not heard from you.
>
> Would you please contact the witness and confirm availability for a deposition on Sept. 22 or 23?
>
> I do not understand why it is taking so long to confirm one of these dates.
>
> Regards,
>
> -Ed
>
> <image001.png>
>
> This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.
>
> ---
>
> **From:** Edward Rice <ed@ricetechlaw.com>
> **Date:** Thursday, September 10, 2026 at 6:21 PM
> **To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
> **Cc:** Navin Bora <navin.bora@valleysummitlaw.com>, Steve Lubezny

**[Earlier correspondence in email chain omitted]**