# Exhibit Q

**Subject:** Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence
**Date:** Monday, September 14, 2026 at 3:36:34 PM Central Daylight Time
**From:** Edward Rice
**To:** Marjorie Ouyang, Navin Bora
**CC:** Marina Saito, Steve Lubezny
**Attachments:** image001.png, image002.png, image003.png

Marjorie:

You said in your Friday, September 11 email below that you would speak with your client on Sunday. Sunday has come and gone, and I still have not heard from you. It is now Tuesday morning in China, where you are currently located.

I have been asking you to commit to a date for the continued 30(b)(6) deposition for more than a month—since the last deposition, when your previous witness was unprepared to address most of the noticed topics.

I do not understand why you cannot simply contact the witness and confirm a date. You are now in the witness's time zone and can call the witness directly to determine his availability. There is no reason scheduling this deposition—particularly one that your client should have been prepared for in the first instance on Aug. 12 —should take more than a month.

I also have been asking repeatedly, for more than a month, for Defendants to update their document production so that we can take an effective 30(b)(6) deposition—particularly on sales and financial issues. We cannot meaningfully examine a 30(b)(6) witness on these topics without current sales and financial documents, including screenshots from Defendants' Amazon Seller Central sales pages. Defendants should not be permitted to delay producing this information until after the deposition and thereby deprive us of the opportunity to examine their witness about it.

Finally, it is not appropriate to wait until the last minute to confirm a deposition—particularly an international one taking place in a foreign country and one covering four different defendant companies with different products and business information. As it stands, even one week's notice is grossly inadequate. An international deposition in Hong Kong requires time to arrange for a court reporter, interpreter, videographer, and deposition location, as well as time to prepare documents and exhibits.

Accordingly, I expect you to confirm by noon your time in China on Tuesday, September 15, that your witness will be available for deposition in Hong Kong on September 22 or 23. I also expect Defendants to produce, by the end of the day today, their updated sales and financial documents, including, at a minimum, screenshots of the relevant Amazon Seller Central sales pages for each Defendant. These matters have been outstanding for more

than a month, and there is no basis for further delay.

If you do not meet these deadlines, it will no longer be practicable to conduct the deposition next week, and we will raise these issues with the Court.

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Sunday, September 13, 2026 at 11:13 AM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Navin Bora <navin.bora@valleysummitlaw.com>, Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

Have you confirmed the deposition with the witness and obtained the information regarding his title and employment?

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Edward Rice <ed@ricetechlaw.com>
**Date:** Sunday, September 13, 2026 at 12:33 AM
**To:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Cc:** Navin Bora <navin.bora@valleysummitlaw.com>, Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

Marjorie:

I have an opportunity to take Mr. Ji's deposition in Hong Kong on September 22 or 23.

You indicate that you will be speaking with the client on Sunday. Please let me know **by Sunday evening your time** whether he is available on September 22 or 23. While speaking with him, please also confirm his title and whether he is employed by any company other than Mumuwan.

Regards,

-Ed

**Edward Rice**
Partner

**Rice Technology Law Group**

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

This e-mail message is intended for the above-named recipient(s) only. This message may contain confidential and privileged attorney-client communications. If you received this message in error, please notify us immediately and delete the original message.

---

**From:** Marjorie Ouyang <marjorie.ouyang@valleysummitlaw.com>
**Date:** Friday, September 11, 2026 at 8:01 PM
**To:** Edward Rice <ed@ricetechlaw.com>
**Cc:** Navin Bora <navin.bora@valleysummitlaw.com>, Steve Lubezny <steve@ricetechlaw.com>, Marina Saito <marina@ricetechlaw.com>
**Subject:** Re: Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si - Discovery Correspondence

I am meeting with client on 19th (needing final confirmation with client). Also having a call with them later on Sunday.

Can I let you know asap?

Also, Navin went to the hearing for our firm. And according to his account, he said your client eliminated any possibility of settlement. Is this true?

Thanks.
Sent from my iPhone

> On Sep 12, 2026, at 04:20, Edward Rice <ed@ricetechlaw.com> wrote:
>
> Hi Marjorie:
>
> I have not heard from you.
>
> Would you please contact the witness and confirm availability for a deposition on Sept. 22 or 23?
>
> I do not understand why it is taking so long to confirm one of these dates.

**[Earlier correspondence in email chain omitted]**