IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*Eastern Division*

| | |
|---|---|
| Xiaoling Che, et al.,<br><br>Plaintiffs/Counter-Defendants,<br>v.<br><br>Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,<br><br>Defendants/Counter-Plaintiffs. | Case No. 1:25-cv-04946<br><br>Honorable Virginia M. Kendall |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, September 24, 2026**, **at 9:30 am** or as soon thereafter as counsel may be heard, counsel for Plaintiffs Xiaoling Che and Jinyan Duan shall appear before the Honorable Virginia M. Kendall or any judge sitting in her stead, in Courtroom 2541 of the Everett McKinley Dirksen U.S. Courthouse and shall at that time and place present Plaintiffs' Motion to Compel Adequate Rule 30(b)(6) Testimony and Supplemental Document Production and for an Award of Fees and Expenses.

Respectfully submitted,

Dated: September 21, 2026

/s/ Marina N. Saito

Edward H. Rice
Marina N. Saito
Steven M. Lubezny
Rice Technology Law Group
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
ed@ricetechlaw.com
marina@ricetechlaw.com
steve@ricetechlaw.com
(224) 331-0568

*Counsel for Plaintiffs,*
*Xiaoling Che and Jinyan Duan*