IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*Eastern Division*

| | |
|---|---|
| Xiaoling Che, et al.,<br><br>Plaintiffs/Counter-Defendants,<br>v.<br><br>Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,<br><br>Defendants/Counter-Plaintiffs. | Case No. 1:25-cv-04946<br><br>Honorable Virginia M. Kendall<br><br>**DECLARATION OF MARJORIE OUYANG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND REQUEST FOR EXPENSES UNDER RULE 37(a)(5)** |

I, Marjorie Ouyang, declare as follows:

1. I am the founding partner of Valley & Summit Law and counsel of record for Defendants/Counter-Plaintiffs in this action. I submit this declaration in support of Defendants' opposition to Plaintiffs' motion to compel and Defendants' request for sanctions against Plaintiffs' counsel. I have personal knowledge of the facts stated below and, if called as a witness, could testify to them competently.

2. After the August 11, 2026 deposition, I conferred with Plaintiffs' counsel, Edward Rice, by telephone and email on multiple occasions in August, including telephone conversations on or about August 20, 24, and 27. On August 21, I confirmed that Defendants would make a witness available for a further Rule 30(b)(6) deposition. My August 21 emails appear at ECF No. 88-8, PageID #:1429 and 1431.

3. On August 27, I discussed designating the head of Mumuwan's sales department to testify on the noticed Rule 30(b)(6) topics for all four Defendants. Mr. Rice memorialized that conversation in an email. ECF No. 88-8, PageID #:1425. On September 3, I identified Mr. Mo Ji as the proposed witness and wrote that we could conduct the deposition between September 15 and 24. I also explained that I had conference commitments on September 16–18 and that

September 19 would be preferable. ECF No. 88-8, PageID #:1422. On September 5, I wrote that Mr. Ji was the head of sales, adding that I would confirm his position. ECF No. 88-12, PageID #:1449.

4. On September 5, Mr. Rice wrote that September 24 was the only date within that window that worked for Plaintiffs. ECF No. 88-9, PageID #:1438. I responded that I had just learned my client had a business arrangement that day and asked whether other dates would work. ECF No. 88-10, PageID #:1442. I also informed Mr. Rice that my return flight from China to the United States was scheduled for the night of September 24. ECF No. 88-12, PageID #:1449. Mr. Rice had written that he was unavailable on September 15 and September 19–23. Id., PageID #:1450.

5. On September 9, Mr. Rice wrote that the dates before September 24 were no longer workable and requested dates after September 24. Later that day, he wrote that he could be available on September 22 or 23. ECF No. 88-13, PageID #:1453–1454. I had become ill after arriving in China and told him that I would respond. On September 11, I wrote that I expected to speak with my client that Sunday, that a September 19 meeting still required final confirmation, and that I would provide an update as soon as possible. ECF No. 88-16, PageID #:1467.

6. Navin Bora was named on and copied with some of the parties' correspondence during this period. ECF No. 88-13, PageID #:1453; ECF No. 88-17, PageID #:1470. His last day with Valley & Summit Law was September 15, 2026. Mr. Bora informed me that, at the claim-construction hearing, the Court asked whether he would appear at later hearings, and he responded that he would not. After Mr. Bora left the firm, I was the only remaining attorney at Valley & Summit Law admitted to practice in the Northern District of Illinois and available to appear for Defendants.

7. The parties had not confirmed a firm date for Mr. Ji's deposition when Plaintiffs filed their motion on September 21, 2026. My clients have always been willing to provide further Rule 30(b)(6) testimony and supplemental documents. Defendants have never refused to provide an additional corporate witness or to complete an appropriate supplemental production. Plaintiffs had requested supplemental sales and financial documents. ECF No. 88-17, PageID #:1470.

8. Plaintiffs noticed the motion for an in-person presentment in Chicago on September 24, 2026. Before Plaintiffs filed the motion, I informed Plaintiffs' counsel in writing that I was in China and that my return flight to the United States was scheduled for the night of September 24. The noticed 9:30 a.m. Chicago hearing corresponded to approximately 10:30 p.m. in China. September 24 immediately preceded China's Mid-Autumn Festival holiday period beginning September 25, a major family-reunion holiday. On September 22, I again stated that I would be flying back on September 24 and was unavailable for the hearing. Steve Lubezny responded that Plaintiffs had not understood me to be the sole attorney on the matter, would not oppose moving the hearing to September 29, but would not withdraw the motion. Later that day, I stated that Defendants were willing to complete the deposition in October if the September dates were unavailable, invited Plaintiffs to propose October dates so I could coordinate a mutually agreeable date with my client, and confirmed that Defendants would provide additional documents before the deposition in accordance with the parties' agreement. A true and correct copy of the complete September 22, 2026 email exchange is attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2026, in China. (September 22, 2026, Central Time).

Dated: September 22, 2026

/s/ Marjorie Ouyang

Marjorie Ouyang
VALLEY & SUMMIT LAW PC
One Park Plaza, Suite 600
Irvine, CA 92614
Tel: (909) 248-4522
marjorie.ouyang@valleysummitlaw.com
*Counsel for Defendants/Counter-Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered counsel of record.

/s/ Marjorie Ouyang

Marjorie Ouyang
VALLEY & SUMMIT LAW PC
One Park Plaza, Suite 600
Irvine, CA 92614
Tel: (909) 248-4522
marjorie.ouyang@valleysummitlaw.com
*Counsel for Defendants/Counter-Plaintiffs*