**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Xiaoling Che, et al.

Plaintiff,

v.

Case No.: 1:25−cv−04946
Honorable Virginia M. Kendall

Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 23, 2026:

MINUTE entry before the Honorable Virginia M. Kendall. On the Court's own Motion, Motion hearing set for 9/24/2026 is reset for 10:00 AM (PLEASE NOTE TIME CHANGE ONLY). Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.