**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Xiaoling Che, et al.

Plaintiff,

v.

Case No.: 1:25−cv−04946
Honorable Virginia M. Kendall

Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2026:

MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held. Defense Counsel appeared via Webex. Plaintiff's Motion to Compel adequate Rule 30(db)(6) testimony and supplemental document production and for an award of fees and expenses [88] is granted. Depositions of 30(b)(6) witnesses are Ordered to be completed by 10/30/2026. Defendants shall turn over outstanding Discovery on or before 10/9/2026. Plaintiff shall file the expenses and fees for the failed deposition and for filing of the motion. Objections shall be filed by 10/2/2026. Status hearing set for 11/10/2026 at 9:30 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.