# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Xiaoling Che et al v. Shenzhen Mumuwan Maoyi Youxian Gong Si et

Case Number: 1:25-CV-04946

An appearance is hereby filed by the undersigned as attorney for:

Shenzhen Mumuwan Maoyi Youxian Gong Si et al (all Defendants)

Attorney name (type or print): George T. Lyons, III

Firm: McDonnell Boehnen Hulbert & Berghoff LLP

Street address: 300 South Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6324271
(See item 3 in instructions)

Telephone Number: 312-913-3372

Email Address: lyons@mbhb.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 25, 2026

Attorney signature: S/ George T. Lyons, III
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023