# EXHIBIT A

## *Che et al. v. Mumuwan et al.*

## Summary of Attorneys' Fees Incurred

### Attorney's Fees Incurred in Taking the Deposition

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11-Aug-26 | Take deposition of Wan Zhang. | Rice | 7.6 | $4,560.00 |

### Attorney's Fees Incurred in Substantive Meet-and-Confer Efforts

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 12-Aug-26 | Draft letter to Defendants' counsel identifying Defendants' failure to produce a proper 30(b)(6) witness and demanding that defendants produce proper 30(b)(6) deposition witnesses. | Rice | 0.8 | $480.00 |
| 14-Aug-26 | Call to Defendants' counsel Marjorie Ouyang regarding inadequate 30(b)(6) witness designation. Email correspondence with Ms. Ouyang to set up meet-and-confer to resolve 30(b)(6) deposition issues. | Rice | 0.4 | $240.00 |
| 20-Aug-26 | "Meet and confer" conference call with Defendants' counsel, Marjorie Ouyang. Draft follow-up email confirming call. Draft motion to compel 30(b)(6) witness. | Rice | 3.3 | $1,980.00 |
| 24-Aug-26 | Confer with opposing counsel regarding deficiencies in Defendants' Rule 30(b)(6) testimony and provision of adequately prepared replacement corporate designees. Correspond with opposing counsel confirming Defendants' commitments regarding designees, topics, and deposition availability. | Rice | 0.3 | $180.00 |
| 27-Aug-26 | "Meet and confer" conference call with Defendants' counsel, Marjorie Ouyang regarding 30(b)(6) deposition. Draft follow-up email confirming call. | Rice | 0.4 | $240.00 |
| 28-Aug-26 | Draft correspondence with Defendants' counsel demanding updated document production and commitment to follow-up 30(b)(6) deposition witness and schedule. | Rice | 0.3 | $180.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 31-Aug-26 | Call with Defendants' counsel re: Defendants' outstanding Rule 30(b)(6) testimony and supplemental document production, including identification and preparation of replacement corporate designee and updated sales and revenue information. Follow-up email. | Rice | 0.4 | $240.00 |
| 08-Sep-26 | Emails to opposing counsel re: meet-and-confer to produce updated financial documents and produce proper 30(b)(6) witness. | Rice | 0.3 | $180.00 |
| 14-Sep-26 | Correspond with opposing counsel regarding Defendants' outstanding Rule 30(b)(6) testimony and supplemental sales and financial discovery. Address continued failure to confirm deposition date and produce outstanding discovery. | Rice | 0.2 | $120.00 |
| **Total** | | | **6.4** | **$3,840.00** |

**Attorney's Fees Incurred in Preparing, Filing, and Presenting Motion to Compel**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 21-Aug-26 | Prepare draft of motion to compel. | Rice | 0.8 | $480.00 |
| 21-Aug-26 | Review and edit draft motion to compel 30b6 testimony. | Lubezny | 1.2 | $720.00 |
| 01-Sep-26 | Review and revise updated motion to compel 30b6 deposition. | Lubezny | 0.8 | $480.00 |
| 02-Sep-26 | Continue to revise draft motion to compel 30b6 deposition. | Lubezny | 1.4 | $840.00 |
| 02-Sep-26 | Review and revise motion to compel. | Saito | 2.9 | $1,740.00 |
| 20-Sep-26 | Revise motion to compel 30(b)(6) deposition. Prepare corresponding exhibits. | Saito | 3.7 | $2,220.00 |
| 21-Sep-26 | Review and edit motion to compel and for expenses | Lubezny | 2.6 | $1,560.00 |
| 21-Sep-26 | Prepare and file motion with new exhibits. | Saito | 0.9 | $540.00 |
| 23-Sep-26 | Review and assess Defendants' opposition to motion to compel 30b6 deposition; prepare for oral argument regarding same. | Lubezny | 1.6 | $960.00 |
| 24-Sep-26 | Attend hearing on motion to compel 30(b)(6) deposition; travel to and from Court. | Lubezny | 2.7 | $1,620.00 |
| **Total** | | | **18.6** | **$11,160.00** |

**Attorney's Fees Incurred in Preparing the Fee Submission and Supporting Material**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 25-Sep-26 | Review Court's order awarding fees and expenses. Analyze scope of recoverable fees and expenses. Begin preparing fee submission and supporting declaration. | Saito | 1.1 | $660.00 |
| 26-Sep-26 | Continue preparing fee submission and declaration. Research and review authority concerning reasonable hourly rates and recoverable fees. | Saito | 1.4 | $840.00 |
| 27-Sep-26 | Review and revise fee submission and supporting declaration. Research recoverability of meet-and-confer fees and fees incurred preparing fee submission. Review meet-and-confer history and billing records to identify recoverable time. Revise supporting arguments, fee calculations and exhibits. | Saito | 4.9 | $2,940.00 |
| **Total** | | | **7.4** | **$4,440.00** |