# Exhibit B

ESQUIRE
DEPOSITION SOLUTIONS

**Invoice INV3612784**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 8/25/2026 |
| **Terms** | Net 30 |
| **Due Date** | 9/24/2026 |

| | |
|---|---|
| **Client Number** | C12517221 |
| **Esquire Office** | Chicago |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Rice Technology Law Group – Northbrook
555 Skokie Blvd,
Suite 500
Northbrook, IL 60062

**Services Provided For**
Rice Technology Law Group – Northbrook
Rice, Edward
555 Skokie Blvd,
Suite 500
Northbrook IL 60062

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/11/2026 | J15218819 | Northbrook, ILLINOIS | XIAOLING CHE ET AL. V. SHENZHEN MUMUWAN MAOYI YOUXIA |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| ELITIGATEZE | Wan Zhang | 1 | 150.00 | | $150.00 |
| APP FEE: FIRST HOUR | Wan Zhang | 1 | 85.00 | | $85.00 |
| APP FEE: ADDITIONAL HOURS | Wan Zhang | 5 | 85.00 | | $425.00 |
| TRANSCRIPT - ORIG - INT-VID-VTC-CAPT-WI | Wan Zhang | 120 | 6.75 | | $810.00 |
| 6 DAY EXPEDITE | Wan Zhang | | 50% | | $405.00 |
| EXOTIC INTERPRETING SERVICE | Wan Zhang | 8 | 300.00 | | $2,400.00 |
| TECHNOLOGY PACKAGE | Wan Zhang | 1 | 75.00 | | $75.00 |
| CONDENSED TRANSCRIPT | Wan Zhang | 1 | 45.00 | | $45.00 |
| PROCESSING & COMPLIANCE | Wan Zhang | 1 | 55.00 | | $55.00 |
| INTELLIGENT SUMMARY+: UNDER 100 PAGES | Wan Zhang | 1 | 50.00 | | $50.00 |
| This invoice replaces INV3608699. Rebilled to correct expedite. | | 1 | 0.00 | | $0.00 |

| | |
|---|---|
| **Subtotal** | 4,500.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $4,500.00 |
| **Amount Due** | 4,500.00 |

*Representing Client: Rice Technology Law Group – Northbrook*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).
Payments made by credit card will be subject to a convenience fee up to 3%, except where prohibited by law. Convenience fees do not apply to clients located in CT, ME, and MA. A convenience fee of 2% will be applied for clients located in CO. Convenience fees are only applicable to payments made by credit card, to avoid this fee payments can be made by ACH or Check.

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Click Here to Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Rice Technology Law Group – Northbrook |
| **Client #** | C12517221 |
| **Invoice #** | INV3612784 |
| **Invoice Date** | 8/25/2026 |
| **Due Date** | 9/24/2026 |
| **Amount Due** | **$4,500.00** |