**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XIAOLING CHE and JINYAN DUAN<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN XIMEIKEJI YOUXIAN GONGSI; SHENZHEN MUMUWAN MAOYI YOUXIAN GONG SI; QINGYUNXIANGESIWEI SHANGMAOYOUXIANGONGSI; and SHENZHEN MENGDUDU CHONGWU YONGPIN YOUXIAN GONGSI<br><br>Defendants. | Civil Action No. 1:25-cv-4946<br><br>Hon. Chief Judge Virginia M. Kendall |

**DEFENDANTS' OPPOSED MOTION FOR LEAVE TO AMEND**
**FINAL UNENFORCEABILITY AND INVALIDITY CONTENTIONS**
**DUE TO CLAIM CONSTRUCTION RULING**

Pursuant to Local Patent Rule 3.4, Defendants Shenzhen Ximeikeji Youxian Gongsi; Shenzhen Mumuwan Maoyi Youxian Gong Si; QingYunXianGeSiWei ShangMaoYouXianGongSi; and Shenzhen Mengdudu Chongwu Yongpin Youxian Gongsi (collectively, "Defendants") respectfully request leave to amend their Final Unenforceability and Invalidity Contentions relating to U.S. Patent No. 12,220,648. Defendants' proposed Supplemental Final Unenforceability and Invalidity Contentions are attached as Exhibit A.

The Court issued its Claim Construction Order on September 15, 2026 (Dkt. 87), and Local Patent Rule 3.4 states that a motion to amend final contentions due to a claim construction ruling shall be filed within fourteen days of the entry of such ruling. Thus, Defendants' request for leave is timely.

In support of this Motion, Defendants respectfully refer the Court to their accompanying Memorandum, filed contemporaneously with the Motion.[1]

Defendants respectfully request that the Court grant Defendants leave to supplement their Final Unenforceability and Invalidity Contentions.

Dated: September 29, 2026

By: /s/ James L. Lovsin
James Lovsin (ID No. 6303858)
George T. Lyons, III (ID No. 6324271)
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606-6709
(312) 913-0001 Telephone
(312) 913-0002 Facsimile
lovsin@mbhb.com
lyons@mbhb.com

*Attorneys for Defendants*

[1] On September 25, 2026, new lead counsel for Defendants appeared in the case (Dkt. 95, 96) and requested a teleconference with Plaintiffs' counsel. Then, on September 28, 2026, Defendants' counsel (James Lovsin, George Lyons, III, and Tristan Morgan) and Plaintiffs' counsel (Steve Lubezny) had a teleconference regarding Defendants' supplementing their Final Uneforceability and Invalidity Contentions and filing this Motion, and Defendants' counsel sent a copy of the proposed Supplemental Final Invalidity and Unenforceability Contentions to Plaintiffs' Counsel by email. On September 29, 2026, Plaintiffs' counsel advised Defendants' counsel by email that Plaintiffs oppose the Motion.

## LOCAL RULE 37.2 CERTIFICATION

The undersigned certifies that counsel for Defendants conferred with Plaintiffs' counsel concerning Defendants' Motion via telephone and email, that after consultation by telephone and good faith attempts to resolve differences, and negotiate a resolution of this issue, they are unable to reach an accord.

/s/ James L. Lovsin
James Lovsin (ID No. 6303858)
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606-6709
(312) 913-0001 Telephone
(312) 913-0002 Facsimile
lovsin@mbhb.com
lyons@mbhb.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of September 2026, a true and correct copy of the foregoing was served under Local Rule 5.9 upon Plaintiffs' counsel of record.

/s/ James L. Lovsin
James Lovsin (ID No. 6303858)
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606-6709
(312) 913-0001 Telephone
(312) 913-0002 Facsimile
lovsin@mbhb.com
lyons@mbhb.com

*Attorney for Defendants*