# Exhibit A

INTERNET ARCHIVE WaybackMachine https://www.bitsandpieces.com/category/tables Go
27 captures
27 Nov 2016 - 14 Feb 2025
MAR MAY AUG
07
2019 2021 2022
About this capture

100% Satisfaction Guarantee! Order online or call, 24 hours a day: 513.354.7909. **Sign In**

COVID-19 UPDATE: Bits And Pieces is 100% operational and shipping orders every day.
Check back frequently for new selections and inventory updates.

BITS AND PIECES

Item Number or Keywords

MY CART
0 - $0.00

JIGSAW PUZZLES | PUZZLE TABLES & ORGANIZERS | BRAINTEASERS | UNIQUE GIFTS | TOYS & GAMES | APPAREL & ACCESSORIES | GARDEN STATUES, STONES & TREE HUGGERS | HOME DECOR | WEATHER INSTRUMENTS & DEVICES | WIND SPINNERS | SALE

**Email Subscriber Special**
Your Order Ships Standard For Just $5!
Expires May 31
Enter Your Email Address
SEND MY COUPON

Home » Puzzle Tables & Organizers » Puzzle Tables »

# PUZZLE TABLES

We have a large variety of tables for gaming and for assembling jigsaw puzzles, so shop now! 100% satisfaction guarantee!

## Product Categories

- Unique Gifts
- Apparel & Accessories
- Garden Statues, Stones & Tree Huggers
- Weather Instruments & Devices
- Wind Spinners
- Home Decor
- Brainteasers
- Puzzle Tables & Organizers
- Puzzle Organizers & Sorters
- Portable Caddies & Roll Ups
- Puzzle Frames & Glue
- Puzzle Tables
- Jigsaw Puzzles
- Sale
- Toys & Games
- E-Giftcards




**Narrow Selection**

BY PIECE COUNT | BY PRICE

Sort Products: Newly Added    Items per Page: 30 60 90


Jumbo Pro Plateau - Portable Puzzle Storage Board
**$69.99**


Standard Pro Plateau Puzzle Storage Board
**$59.99**


Puzzle Plateau Spinner Attachment
**$19.99**


Jumbo Spinning Puzzle Plateau
**$79.99**


Standard Spinning Wooden Puzzle Plateau
**$69.99**


Jumbo Stack-Em Jigsaw Puzzle Trays
**$24.99**


Deluxe Swivel Puzzle Easel
**$169.99**


Adjustable Puzzle Tableau
**$169.99**


Puzzle Spinner Stand
**$129.99**



Puzzle Expert™ Tabletop Easel

~~$129.99~~
$119.99



Puzzle Expert Fold & Go Tilt-Up Table

~~$169.99~~
$149.99



Jumbo Puzzle Plateau 1500

$69.99



Standard Wooden Puzzle Plateau 1000

$59.99



Puzzle Spinner Surface Round 34"

$129.99



Rotating Puzzle Table Square 34"

$129.99



Fold-and-Go Wooden Jigsaw Table®

$199.99



Foldaway Puzzle Table - Walnut Tone

$129.99




Fold Away Puzzle Table - Oak Tone

~~$149.99~~
$129.99

Sort Products: Newly Added    Items per Page: 30 60 90

## Subscribe Now

Sign up to receive exclusive promotions & product collections from Bits and Pieces

Enter Email Address SUBSCRIBE

**What our customers are saying...**

I had a great experience! They gave so many cute items. And it is so easy to order online! Excited to get my items.

BITS AND PIECES

Bits and Pieces
P.O. BOX 4150
Lawrenceburg, IN 47025

**Social Media**

**Quick Menu**

- Home
- About Us
- Change Address
- Apply a Payment
- Gift Certificate Inquiry
- Replacement Certificate Inquiry
- Tell a Friend
- Order Status
- Catalog Request
- Shipping & Returns
- Privacy & Security
- California/Nevada Privacy Rights
- Quick Order
- Contact Us

**Partner Websites**

- Bits And Pieces Canada
- Bits And Pieces UK
- Spilsbury

**Want Our New Catalog?**



Get our latest catalog with many new arrivals. Shop new puzzles, home & garden arrivals, seasonal sales and clearance now.

CATALOG REQUEST

© Copyright 2021 Bits and Pieces. All Rights Reserved

Order online or call toll-free, 24 hours a day: 513.354.7909