**N THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XIAOLING CHE and JINYAN DUAN<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN XIMEIKEJI YOUXIAN GONGSI; SHENZHEN MUMUWAN MAOYI YOUXIAN GONG SI; QINGYUNXIANGESIWEI SHANGMAOYOUXIANGONGSI; and SHENZHEN MENGDUDU CHONGWU YONGPIN YOUXIAN GONGSI<br><br>Defendants. | Civil Action No. 1:25-cv-4946<br><br>Hon. Chief Judge Virginia M. Kendall |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, October 7, 2026 at 9:30 am, or as soon thereafter as counsel may be heard, counsel for Defendants shall appear before the Honorable Chief Judge Virginia M. Kendall or any judge sitting in her stead, in Courtroom 2541 of the Everett McKinely Dirksen U.S. Courthouse and shall at that time and place present Defendants' Motino For Leave to Amend Final Unenforceability and Invalidity Contentions.

Dated: September 29, 2026

By: /s/ James L. Lovsin
James Lovsin (ID No. 6303858)
George T. Lyons, III (ID No. 6324271)
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606-6709
(312) 913-0001 Telephone
(312) 913-0002 Facsimile

lovsin@mbhb.com
lyons@mbhb.com

*Attorneys for Defendants*