# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*Eastern Division*

| | |
|---|---|
| Xiaoling Che, et al.,<br><br>Plaintiffs/Counter-Defendants,<br>v.<br><br>Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,<br><br>Defendants/Counter-Plaintiffs. | Case No. 1:25-cv-04946<br><br>Honorable Virginia M. Kendall |

**FINAL ENFORCEABILITY AND VALIDITY CONTENTIONS**

Pursuant to LPR 3.2, Plaintiffs Xiaoling Che and Jinyan Duan provide their final enforceability and validity contentions in response to Defendants' Final Unenforceability and Invalidity Contentions[1] for U.S. Patent No. 12,220,648 ("the '648 Patent"). Plaintiffs reserve the right to amend and/or supplement their responses as discovery progresses, in response to the Court's claim construction, and otherwise in accordance with the Local Patent Rules and/or Court orders.

## I. Response to Invalidity Contentions

Defendants' theories of anticipation and obviousness fail because the prior art references upon which Defendants rely do not disclose—and often do not even address—the claim limitations at issue. The references themselves lack the technical detail necessary to meet the asserted limitations, and Defendants have not articulated any legally sufficient basis for combining them.

[1] Pursuant to the April 8, 2026, correspondence from Marina Saito to all counsel of record for Defendants, because Defendants did not serve any additional Unenforceability and Invalidity contentions on April 6, 2026 (the deadline for serving Final Unenforceability and Invalidity Contentions), it is understood that Defendants are relying on their Initial Unenforceability and Invalidity Contentions as their final contentions.

### A. The Asserted Prior Art Lacks the Detail Necessary to Show Disclosure of the Claimed Elements.

Defendants contend that various prior art references allegedly teach the claimed features. However, a review of those references reveals that they do not contain sufficient description, explanation, or disclosure to establish that any of the asserted claim limitations are met.

For each reference:

- The documents provide only high-level details that do not correspond to the specific structure required by the asserted claims.
- Critical elements of the claims are not described or not addressed at all in the cited materials.
- The cited passages are ambiguous or silent with respect to key claim features, making it impossible to conclude that the references disclose the asserted claim limitations, either expressly or inherently.

Patent law requires that a prior art reference disclose each and every limitation of a claim, either explicitly or inherently, to qualify as anticipating art. Because the asserted references do not provide the technical specificity or clarity necessary to identify the claimed elements with reasonable certainty, none of them can serve as a basis for anticipation.

### B. Defendants Provide No Basis for Combining the References.

Defendants' obviousness contentions similarly fail. Even assuming that the individual references contained partial teachings, Defendants have not identified any motivation, rationale, or reason that would lead a person of ordinary skill in the art ("POSITA") to combine the asserted references to arrive at the claimed invention.

Specifically:

- Defendants offer no explanation of why a POSITA would have looked to the other references (e.g., a lottery ticket tray) for missing claim elements.
- The references come from different contexts, address different problems, or employ incompatible approaches, and Defendants make no attempt to reconcile these differences.

- Defendants do not identify any teaching, suggestion, or motivation in the prior art itself, nor any reasoning grounded in the knowledge or perspective of a POSITA.

Without such a rationale, Defendants' obviousness theories remain conclusory and unsupported.

### C. Claim Charts

Plaintiffs attach as Exhibits A-D claim charts responsive to the four references Defendants asserted in their initial invalidity contentions.

## II. Response to Unenforceability Contentions

Defendants provided no basis for the assertion of unenforceability.

Respectfully submitted,

Dated: May 4, 2026

/s/ Marina N. Saito

Edward H. Rice
Marina N. Saito
Steven M. Lubezny
Rice Technology Law Group
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
ed@ricetechlaw.com
marina@ricetechlaw.com
steve@ricetechlaw.com
(224) 331-0568

*Counsel for Plaintiffs*
*Xiaoling Che and Jinyan Duan*

**CERTIFICATE OF SERVICE**

I certify that a copy of the above, FINAL ENFORCEABILITY AND VALIDITY CONTENTIONS was served on May 4, 2026, via email at the email addresses indicated below:

Hao Ni
Neal Massand
Stevenson Moore
Nicholas Najera
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231
hni@nilawfirm.com
nmassand@nilawfirm.com
smoore @nilawfirm.com
nnajera@nilawfirm.com

Marjorie Ouyang
Valley & Summit Law
One Park Plaza, #600
Irvine, CA 92614
marjorie.ouyang@valleysummitlaw.com

*Attorneys for Defendants Shenzhen Mumuwan Maoyi Youxian Gong Si, Shenzhen Ximeikeji Youxian Gongsi, QingYunXianGeSiWei-ShangMaoYouXianGongSi, and Shenzhen Mengdudu Chongwu Yongpin Youxian Gongsi*

/s/ Marina N. Saito
Marina N. Saito
Rice Technology Law Group
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
marina@ricetechlaw.com
(224) 331-0568

# Exhibit A

**Claim Chart for U.S. Patent No. 5,127,720 ("Shultz")**

Whereas the '648 Patent relates to a moveable (jigsaw) puzzle platform, Shultz is directed to a lottery ticket tray, which belongs to a different field of art. Defendants offer no explanation for why a person of ordinary skill in the puzzle platform art would look to a lottery ticket tray for guidance in solving the specific puzzle-platform problems addressed by the '648 Patent.

Moreover, Shultz does not disclose or suggest how the components of the lottery ticket tray are assembled. Accordingly, at a minimum, Shultz does not disclose or suggest the following claim limitations: a fixing portion extending from the puzzle plate, a first or second main supporting wall attached on the bottom surface of the puzzle board, a first inner supporting wall attached on the bottom surface of the puzzle board, a base substantially parallel to the puzzle plate and stacked on the supplement arrangement, or a rotating assembly attached on the board assembly.



Fig.-2

| ‘648 Claim 1 | U.S. Patent No. 5,127,720 (“Shultz”) |
|---|---|
| A movable puzzle platform comprising: | Shultz’s does not disclose a movable puzzle platform. |
| a board assembly comprising: | Shultz does not disclose this limitation. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Shultz does not disclose this limitation. |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; | Shultz does not disclose this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and | Shultz does not disclose this limitation. |
| at least two puzzle drawers; and | Shultz does not disclose this limitation—as Defendants admit. |
| wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity; | Shultz does not disclose this limitation. |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Shultz does not disclose this limitation. |
| wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Shultz does not disclose this limitation. |

| ‘648 Claim 2 | U.S. Patent No. 5,127,720 (“Shultz”) |
| --- | --- |
| The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall. | Shultz does not disclose this limitation. |

| ‘648 Claim 3 | U.S. Patent No. 5,127,720 (“Shultz”) |
| --- | --- |
| The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall. | Shultz does not disclose this limitation. |

| ‘648 Claim 4 | U.S. Patent No. 5,127,720 (“Shultz”) |
| --- | --- |
| The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall. | Shultz does not disclose this limitation. |

| ‘648 Claim 5 | U.S. Patent No. 5,127,720 (“Shultz”) |
| --- | --- |
| The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | Shultz does not disclose this limitation—as Defendants admit. |

| ‘648 Claim 6 | U.S. Patent No. 5,127,720 (“Shultz”) |
| --- | --- |
| The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board. | Shultz does not disclose this limitation—as Defendants admit. |

| ‘648 Claim 7 | U.S. Patent No. 5,127,720 (“Shultz”) |
|---|---|
| The movable puzzle platform, as recited in claim 6, wherein the first inner supporting wall is interlaced with the first dividing supporting wall. | Shultz does not disclose this limitation, and Defendants do not address it. |

| ‘648 Claim 10 | U.S. Patent No. 5,127,720 (“Shultz”) |
|---|---|
| A movable puzzle platform comprising: | Shultz’s does not disclose a movable puzzle platform. |
| a board assembly comprising: | Shultz does not disclose this limitation. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Shultz does not disclose this limitation. |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board; and | Shultz does not disclose this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; | Shultz does not disclose this limitation. |
| at least two puzzle drawers; and | Shultz does not disclose this limitation—as Defendants admit. |
| a rotating assembly attached on the board assembly; | Shultz does not disclose this limitation—as Defendants admit. |
| wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and | Shultz does not disclose this limitation. |

| ‘648 Claim 10 | U.S. Patent No. 5,127,720 (“Shultz”) |
|---|---|
| wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity. | Shultz does not disclose this limitation. |

| ‘648 Claim 12 | U.S. Patent No. 5,127,720 (“Shultz”) |
|---|---|
| The movable puzzle platform, as recited in claim 10, wherein a side of the fixing portion is exposed out of the first main supporting wall. | Shultz does not disclose this limitation. |

| ‘648 Claim 13 | U.S. Patent No. 5,127,720 (“Shultz”) |
|---|---|
| The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, | Shultz does not disclose this limitation. |
| the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, | Shultz does not disclose this limitation. |
| the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Shultz does not disclose this limitation. |

| ‘648 Claim 14 | U.S. Patent No. 5,127,720 (“Shultz”) |
|---|---|
| The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively. | Shultz does not disclose this limitation. |

| **'648 Claim 17** | **U.S. Patent No. 5,127,720 ("Shultz")** |
|---|---|
| A movable puzzle platform comprising: | Shultz's does not disclose a movable puzzle platform. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Shultz does not disclose this limitation. |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board and | Shultz does not disclose this limitation. |
| a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall; | Shultz does not disclose this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and | Shultz does not disclose this limitation. |
| at least one puzzle drawer actuated to slide in-and-out of the drawer cavity; | Shultz does not disclose this limitation. |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Shultz does not disclose this limitation. |
| wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | Shultz does not disclose this limitation—as Defendants admit. |

| **'648 Claim 18** | **U.S. Patent No. 5,127,720 ("Shultz")** |
|---|---|
| The movable puzzle platform, as recited in claim 17, wherein the first inner supporting wall is interlaced with the first dividing supporting wall. | Shultz does not disclose this limitation, and Defendants do not address it. |

| '648 Claim 19 | U.S. Patent No. 5,127,720 ("Shultz") |
|---|---|
| The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, | Shultz does not disclose this limitation—as Defendants admit. |
| the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively. | Shultz does not disclose this limitation—as Defendants admit. |

| '648 Claim 21 | U.S. Patent No. 5,127,720 ("Shultz") |
|---|---|
| The movable puzzle platform, as recited in claim 19, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall. | Shultz does not disclose this limitation, and Defendants do not address it. |

# Exhibit B

**Claim Chart for U.S. Patent No. D400,600 ("Ackerman")**

Ackerman discloses a jigsaw puzzle assembly and storage device. As illustrated in Figure 7 below, the assembly includes a removable top and two drawers. Ackerman does not disclose or suggest how the components of the assembly are mounted together. Accordingly, at a minimum, Ackerman does not disclose or suggest the following claim limitations: a fixing portion extending from the puzzle plate, a first or second main supporting wall attached on the bottom surface of the puzzle board, a firsts inner supporting wall attached on the bottom surface of the puzzle board, a base substantially parallel to the puzzle plate and stacked on the supplement arrangement, or a rotating assembly attached on the board assembly.


FIG. 1


FIG. 7

| **'648 Claim 1** | **U.S. Patent No. D400,600 ("Ackerman")** |
|---|---|
| A movable puzzle platform comprising: | Ackerman's puzzle workboard is not movable. |
| a board assembly comprising: | Ackerman does not disclose this limitation. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Ackerman does not disclose this limitation. |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; | Ackerman does not disclose this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and | Ackerman does not disclose this limitation. |
| at least two puzzle drawers; and | Ackerman discloses at least two puzzle drawers. |
| wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity; | Ackerman does not disclose this limitation. |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Ackerman does not disclose this limitation. |
| wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Ackerman does not disclose this limitation. |

| ‘648 Claim 2 | U.S. Patent No. D400,600 (“Ackerman”) |
|---|---|
| The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall. | Ackerman does not disclose this limitation—as Defendants admit. |

| ‘648 Claim 3 | U.S. Patent No. D400,600 (“Ackerman”) |
|---|---|
| The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall. | Ackerman does not disclose this limitation—as Defendants admit. |

| ‘648 Claim 4 | U.S. Patent No. D400,600 (“Ackerman”) |
|---|---|
| The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall. | Ackerman does not disclose this limitation—as Defendants admit. |

| ‘648 Claim 5 | U.S. Patent No. D400,600 (“Ackerman”) |
|---|---|
| The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | Ackerman does not disclose this limitation—as Defendants admit.. |

| ‘648 Claim 6 | U.S. Patent No. D400,600 (“Ackerman”) |
|---|---|
| The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board. | Ackerman does not disclose this limitation—as Defendants admit. |

| ‘648 Claim 7 | U.S. Patent No. D400,600 (“Ackerman”) |
|---|---|
| The movable puzzle platform, as recited in claim 6, wherein the first inner supporting wall is interlaced with the first dividing supporting wall. | Ackerman does not disclose this limitation, and Defendants do not address it. |

| ‘648 Claim 10 | U.S. Patent No. D400,600 (“Ackerman”) |
|---|---|
| A movable puzzle platform comprising: | Ackerman’s puzzle workboard is not movable. |
| a board assembly comprising: | Ackerman does not disclose this limitation. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Ackerman does not disclose this limitation. |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board; and | Ackerman does not disclose this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; | Ackerman does not disclose this limitation. |
| at least two puzzle drawers; and | Ackerman discloses at least two puzzle drawers. |
| a rotating assembly attached on the board assembly; | Ackerman does not disclose this limitation—as Defendants admit. |
| wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and | Ackerman does not disclose this limitation. |
| wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity. | Ackerman does not disclose this limitation. |

| '648 Claim 12 | U.S. Patent No. D400,600 ("Ackerman") |
|---|---|
| The movable puzzle platform, as recited in claim 10, wherein a side of the fixing portion is exposed out of the first main supporting wall. | Ackerman does not disclose this limitation—as Defendants admit. |

| '648 Claim 13 | U.S. Patent No. D400,600 ("Ackerman") |
|---|---|
| The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, | Ackerman does not disclose this limitation. |
| the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, | Ackerman does not disclose this limitation. |
| the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Ackerman does not disclose this limitation. |

| '648 Claim 14 | U.S. Patent No. D400,600 ("Ackerman") |
|---|---|
| The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively. | Ackerman does not disclose this limitation. |

| '648 Claim 17 | U.S. Patent No. D400,600 ("Ackerman") |
|---|---|
| A movable puzzle platform comprising: | Ackerman's puzzle workboard is not movable. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Ackerman does not disclose this limitation. |

| **‘648 Claim 17** | **U.S. Patent No. D400,600 (“Ackerman”)** |
| --- | --- |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board and | Ackerman does not disclose this limitation. |
| a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall; | Ackerman does not disclose this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and | Ackerman does not disclose this limitation. |
| at least one puzzle drawer actuated to slide in-and-out of the drawer cavity; | |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Ackerman does not disclose this limitation. |
| wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | Ackerman does not disclose this limitation—as Defendants admit. |

| **‘648 Claim 18** | **U.S. Patent No. D400,600 (“Ackerman”)** |
| --- | --- |
| The movable puzzle platform, as recited in claim 17, wherein the first inner supporting wall is interlaced with the first dividing supporting wall. | Ackerman does not disclose this limitation, and Defendants do not address it. |

| **‘648 Claim 19** | **U.S. Patent No. D400,600 (“Ackerman”)** |
| --- | --- |
| The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, | Ackerman does not disclose this limitation—as Defendants admit. |

| ‘648 Claim 19 | U.S. Patent No. D400,600 (“Ackerman”) |
|---|---|
| the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively. | Ackerman does not disclose this limitation—as Defendants admit. |

| ‘648 Claim 21 | U.S. Patent No. D400,600 (“Ackerman”) |
|---|---|
| The movable puzzle platform, as recited in claim 19, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall. | Ackerman does not disclose this limitation, and Defendants do not address it. |

# Exhibit C

**Claim Chart for U.S. Publication No. 2021/0170267 ("Malki")**

The panel 12 in Malki has an upper surface 14, a lower surface 16, and a perimeer edge 18, which includes a front edge 20, a first side edge 22, a back edge 24 and a second side edge 26. *See* paragraph [0022]. Malki also discloses a lip 28 mounted on the periphery of the panel 12 attached to and extending along the back edge 24 and the second side edge 26. *See* paragraph [0022]. Malki does not disclose or suggest how the various surfaces and edges are mounted together. Accordingly, at a minimum, Malki does not disclose or suggest the following claim limitations: a fixing portion extending from the puzzle plate, a first or second main supporting wall attached on the bottom surface of the puzzle board, a first inner supporting wall attached on the bottom surface of the puzzle board, a base substantially parallel to the puzzle plate and stacked on the supplement arrangement, or a rotating assembly attached on the board assembly.s




FIG. 1




FIG. 2

| '648 Claim 1 | U.S. Publication No. 2021/0170267 ("Malki") |
|---|---|
| A movable puzzle platform comprising: | Malki's puzzle workboard is not movable. |
| a board assembly comprising: | Malki does not disclose this limitation. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Malki does not disclose this limitation. |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; | Malki does not disclose this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and | Malki does not disclose this limitation. |
| at least two puzzle drawers; and | Malki discloses at least two puzzle drawers. |
| wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity; | Malki does not disclose this limitation. |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Malki does not disclose this limitation. |
| wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Malki does not disclose this limitation. |

| '648 Claim 2 | U.S. Publication No. 2021/0170267 ("Malki") |
|---|---|
| The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall. | Malki does not disclose this limitation—as Defendants admit. |

| '648 Claim 3 | U.S. Publication No. 2021/0170267 ("Malki") |
|---|---|
| The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall. | Malki does not disclose this limitation—as Defendants admit. |

| '648 Claim 4 | U.S. Publication No. 2021/0170267 ("Malki") |
|---|---|
| The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall. | Malki does not disclose this limitation—as Defendants admit. |

| '648 Claim 5 | U.S. Publication No. 2021/0170267 ("Malki") |
|---|---|
| The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | Malki does not disclose this limitation. |

| '648 Claim 6 | U.S. Publication No. 2021/0170267 ("Malki") |
|---|---|
| The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board. | Malki does not disclose this limitation. |

| '648 Claim 7 | U.S. Publication No. 2021/0170267 ("Malki") |
|---|---|
| The movable puzzle platform, as recited in claim 6, wherein the first inner supporting wall is interlaced with the first dividing supporting wall. | Malki does not disclose this limitation, and Defendants do not address it. |

| '648 Claim 10 | U.S. Publication No. 2021/0170267 ("Malki") |
|---|---|
| A movable puzzle platform comprising: | Malki's puzzle workboard is not movable. |
| a board assembly comprising: | Malki does not disclose this limitation. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Malki does not disclose this limitation. |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board; and | Malki does not disclose this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; | Malki does not disclose this limitation. |
| at least two puzzle drawers; and | Malki discloses at least two puzzle drawers. |
| a rotating assembly attached on the board assembly; | Malki does not disclose this limitation—as Defendants admit. |
| wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and | Malki does not disclose this limitation. |
| wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity. | Malki does not disclose this limitation. |

| ‘648 Claim 12 | U.S. Publication No. 2021/0170267 (“Malki”) |
| --- | --- |
| The movable puzzle platform, as recited in claim 10, wherein a side of the fixing portion is exposed out of the first main supporting wall. | Malki does not disclose this limitation—as Defendants admit. |

| ‘648 Claim 13 | U.S. Publication No. 2021/0170267 (“Malki”) |
| --- | --- |
| The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, | Malki does not disclose this limitation. |
| the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, | Malki does not disclose this limitation. |
| the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Malki does not disclose this limitation. |

| ‘648 Claim 14 | U.S. Publication No. 2021/0170267 (“Malki”) |
| --- | --- |
| The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively. | Malki does not disclose this limitation. |

| ‘648 Claim 17 | U.S. Publication No. 2021/0170267 (“Malki”) |
| --- | --- |
| A movable puzzle platform comprising: | Malki’s puzzle workboard is not movable. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Malki does not disclose this limitation. |

| ‘648 Claim 17 | U.S. Publication No. 2021/0170267 (“Malki”) |
|---|---|
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board and | Malki does not disclose this limitation. |
| a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall; | Malki does not disclose this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and | Malki does not disclose this limitation. |
| at least one puzzle drawer actuated to slide in-and-out of the drawer cavity; | Malki does not disclose this limitation. |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Malki does not disclose this limitation. |
| wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | Malki does not disclose this limitation. |

| ‘648 Claim 18 | U.S. Publication No. 2021/0170267 (“Malki”) |
|---|---|
| The movable puzzle platform, as recited in claim 17, wherein the first inner supporting wall is interlaced with the first dividing supporting wall. | Malki does not disclose this limitation, and Defendants do not address it. |

| ‘648 Claim 19 | U.S. Publication No. 2021/0170267 (“Malki”) |
|---|---|
| The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, | Malki does not disclose this limitation. |

| **'648 Claim 19** | **U.S. Publication No. 2021/0170267 ("Malki")** |
|---|---|
| the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively. | Malki does not disclose this limitation. |

| **'648 Claim 21** | **U.S. Publication No. 2021/0170267 ("Malki")** |
|---|---|
| The movable puzzle platform, as recited in claim 19, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall. | Malki does not disclose this limitation, and Defendants do not address it. |

# Exhibit D

**Claim Chart for Bits and Pieces Jumbo Size Wooden Puzzle Plateau ("B&P")**

Defendants' claim chart cites a link to a YouTube video review of the Bits and Pieces Jumbo Size Wooden Puzzle Plateau ("B&P") but provides no analysis or explanation of how the components of B&P would allegedly correspond to the elements in the asserted claims. As such, Defendants have failed to make a prima facie showing that the asserted claims are anticipated and/or obvious in view of B&P. Moreover, the B&P YouTube review video merely disclosed photographs of the puzzle table. It did not disclose or suggest how the components of the table are assembled. Accordingly, at a minimum, the evidence cited by Defendants does not disclose or suggest the following claim limitations: a fixing portion extending from the puzzle plate, a first or second main supporting wall attached on the bottom surface of the puzzle board, a first inner supporting wall attached on the bottom surface of the puzzle board, or a base substantially parallel to the puzzle plate and stacked on the supplement arrangement. In addition, Defendants have provided no evidence that the spinner base attachment for the B&P puzzle table was available before the priority date of the '648 Patent.



| ‘648 Claim 1 | B&P |
|---|---|
| A movable puzzle platform comprising: | The B&P puzzle table is not a movable puzzle platform. |
| a board assembly comprising: | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| at least two puzzle drawers; and | B&P discloses at least two puzzle drawers. |
| wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity; | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| '648 Claim 1 | B&P |
|---|---|
| wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| '648 Claim 2 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| '648 Claim 3 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| '648 Claim 4 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| '648 Claim 5 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| ‘648 Claim 6 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| ‘648 Claim 7 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 6, wherein the first inner supporting wall is interlaced with the first dividing supporting wall. | B&P does not disclose this limitation, and Defendants do not address it. |

| ‘648 Claim 10 | B&P |
|---|---|
| A movable puzzle platform comprising: | The B&P puzzle table is not a movable puzzle platform. |
| a board assembly comprising: | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board; and | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| ‘648 Claim 10 | B&P |
|---|---|
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| at least two puzzle drawers; and | B&P discloses at least two puzzle drawers. |
| a rotating assembly attached on the board assembly; | Defendants have provided no evidence that the spinner base attachment for the B&P puzzle table was available before the priority date of the ‘648 Patent. |
| wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| ‘648 Claim 12 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 10, wherein a side of the fixing portion is exposed out of the first main supporting wall. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| ‘648 Claim 13 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| ‘648 Claim 14 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| ‘648 Claim 17 | B&P |
|---|---|
| A movable puzzle platform comprising: | The B&P puzzle table is not a movable puzzle platform. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| **'648 Claim 17** | **B&P** |
|---|---|
| a supplement arrangement comprising a first main supporting wall attached on thea bottom surface of the puzzle board and | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall; | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| at least one puzzle drawer actuated to slide in-and-out of the drawer cavity; | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| **'648 Claim 18** | **B&P** |
|---|---|
| The movable puzzle platform, as recited in claim 17, wherein the first inner supporting wall is interlaced with the first dividing supporting wall. | B&P does not disclose this limitation, and Defendants do not address it. |

| '648 Claim 19 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |
| the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively. | B&P does not disclose this limitation – and Defendants identify no feature that purportedly practices this limitation. |

| '648 Claim 21 | B&P |
|---|---|
| The movable puzzle platform, as recited in claim 19, wherein the supplement arrangement further comprises a second inner supporting wall attached on the bottom surface of the puzzle board, spaced apart from the first inner supporting wall, and interlaced with the second dividing supporting wall. | B&P does not disclose this limitation, and Defendants do not address it. |