# Exhibit 3

DocketNavigator | FILE | Cases Search | Create Alert

BINDER DETAILS

Add New Tab

Table of Contents

Cases Search (10)

New Folder

Binder Information

FILTERS | OPTIONS | VIEW | PRINT | Cases Search | 10 Results

| Case |
|---|
| Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. v. Che et al<br>2-26-cv-01819 (WDPA) |
| Shenzhen Chenxiang Keji Youxian Gongsi v. Xiaoling Che, an individual; Jinyan Duan, an individual<br>1-26-cv-09107 (NDIL) |
| Wuhan Cai Shi Ke Ji You Xian Gong Si v. Che et al<br>2-26-cv-00852 (WDWA) |
| Xiaoling Che et al v. Shenzhen Mumuwan Maoyi Youxian Gong Si et al<br>1-25-cv-04946 (NDIL) |
| Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. et al v. Che<br>1-25-cv-00845 (NDIL) |
| Go North Group AB v. Che<br>0-24-cv-04264 (DMN) |
| Shenzhen Liqiu Sanhou Technology Co., Ltd. d/b/a Sanhou-SH v. Xiaoling Che<br>1-24-cv-11980 (NDIL) |
| Che v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identifie<br>1-24-cv-11511 (NDIL) |
| Che v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identifie<br>1-24-cv-09573 (NDIL) |
| Che v. The Partnerships And Unincorporated Associations Identified On Schedule A<br>1-24-cv-09239 (NDIL) |

DocketNavigator | FILE | Cases Search