**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

XIAOLING CHE AND JINYAN DUAN,

*Plaintiffs,*

v.

SHENZHEN XIMEIKEJI YOUXIAN GONGSI; SHENZHEN MUMUWAN MAOYI YOUXIAN GONG SI; QINGYUNXIANGESIWEI-SHANGMAOYOUXIANGONGSI; and SHENZHEN MENGDUDU CHONGWU YONGPIN YOUXIAN GONGSI,

*Defendants.*

No. 1:25-cv-04946

Chief Judge Virginia M. Kendall

**UNOPPOSED MOTION OF NAVIN R. BORA FOR LEAVE TO WITHDRAW APPEARANCE**

**UNOPPOSED MOTION OF NAVIN R. BORA FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17, Navin R. Bora respectfully moves the Court for leave to withdraw his appearance on behalf of Defendants. In support of this motion, he states:

1. On September 3, 2026, the undersigned filed an appearance on behalf of Defendants. (Dkt. 85.) He did so as an attorney of Valley & Summit Law PC, which then served as counsel of record for Defendants.

2. The undersigned's association with Valley & Summit Law PC ended on September 15, 2026. He does not represent Defendants and has no continuing role in this action.

3. At the claim construction hearing held on September 9, 2026, the undersigned informed the Court and counsel for Plaintiffs that he would not appear further on behalf of Defendants in this action.

4. The Court entered its Opinion and Order construing the disputed claim term on September 15, 2026. (Dkt. 87.) No matter is presently pending on which the undersigned has any role.

5. Defendants are represented by James L. Lovsin and George T. Lyons, III of McDonnell Boehnen Hulbert & Berghoff LLP, who filed appearances on behalf of all Defendants on September 25, 2026. (Dkts. 95, 96.) Because other attorneys have active appearances on the docket for Defendants, the Notification of Party Contact Information described in Local Rule 83.17 is not required.

6. Edward H. Rice and Steven M. Lubezny, counsel for Plaintiffs, have confirmed that Plaintiffs do not oppose this motion.

7. No deadline or scheduled proceeding will be affected by the relief requested, and no party will be prejudiced.

**WHEREFORE**, Navin R. Bora respectfully requests that the Court grant him leave to withdraw his appearance on behalf of Defendants, and direct the Clerk to terminate him as counsel of record for Defendants and to remove him from the CM/ECF service list in this action.

Dated: October 2, 2026

Respectfully submitted,

By: Navin R Bora

Navin R. Bora
Ill. ARDC No. 6310994
2238 Monteverde Drive
Chino Hills, California 91709
Telephone: (805) 827-4097
E-Mail: navin.bora@gmail.com

Withdrawing Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 2, 2026, he caused the foregoing Unopposed Motion of Navin R. Bora for Leave to Withdraw Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: Navin R Bora

Navin R. Bora
Ill. ARDC No. 6310994
2238 Monteverde Drive
Chino Hills, California 91709
Telephone: (805) 827-4097
E-Mail: navin.bora@gmail.com

Withdrawing Attorney