**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XIAOLING CHE AND JINYAN DUAN,<br>*Plaintiffs,*<br>v.<br>SHENZHEN XIMEIKEJI YOUXIAN GONGSI; SHENZHEN MUMUWAN MAOYI YOUXIAN GONG SI; QINGYUNXIANGESIWEI-SHANGMAOYOUXIANGONGSI; and SHENZHEN MENGDUDU CHONGWU YONGPIN YOUXIAN GONGSI,<br>*Defendants.* | No. 1:25-cv-04946<br>Chief Judge Virginia M. Kendall<br>**NOTICE OF MOTION** |

**NOTICE OF MOTION**

TO: All counsel of record

PLEASE TAKE NOTICE that on Thursday, October 8, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Virginia M. Kendall, Chief Judge, in Courtroom 2541 of the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Unopposed Motion of Navin R. Bora for Leave to Withdraw Appearance, a copy of which has been filed and served upon you.

Dated: October 2, 2026

Respectfully submitted,

By: Navin R Bora

Navin R. Bora
Ill. ARDC No. 6310994
2238 Monteverde Drive
Chino Hills, California 91709
Telephone: (805) 827-4097
E-Mail: navin.bora@gmail.com

Withdrawing Attorney

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 2, 2026, he caused the foregoing Notice of Motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:

Navin R. Bora
Ill. ARDC No. 6310994
2238 Monteverde Drive
Chino Hills, California 91709
Telephone: (805) 827-4097
E-Mail: navin.bora@gmail.com

Withdrawing Attorney