**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Xiaoling Che, et al.

Plaintiff,

v.

Case No.: 1:25−cv−04946
Honorable Virginia M. Kendall

Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2026:

MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 10/13/2026. Oral argument heard regarding Motion for leave to Amend Final Unenforceability and Invalidity Contentions Due to Claim Construction Ruling [98]. Briefing schedule set as to Motion [98]. Response due by 10/27/2026; Reply due by 11/3/2026. The Court takes Motion [98] under advisement. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.