# Exhibit B

# EXHIBIT A

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

U.S. Patent No. 5,127,720 (Shultz)

| **CLAIM 1** | |
|---|---|
| 1. A movable puzzle platform comprising: | Shultz discloses this element. |
| a board assembly comprising: | Shultz discloses this element. Shultz at Abstract ("A lottery ticket scratch tray is herein provided") |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Shultz discloses this element.   |

| | |
|---|---|
| |   |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; | Shultz discloses this element.   |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of | Shultz discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and |  |
| at least two puzzle drawers; | Shultz discloses a single puzzle drawer. However, one of skill in the art would find it obvious to include a second puzzle drawer. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |   |
| wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity; | Shultz discloses this element.   |
| wherein the first extending wall and the fixing portion of the puzzle board are | Shultz discloses the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| successively stacked on the first main supporting wall; and |   |
| wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Shultz discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648



Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| **CLAIM 2** | |
|---|---|
| 2. The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall. | Shultz discloses this element.<br>*Fig.-4*<br> |
| **CLAIM 3** | |
| 3. The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall. | Shultz discloses this element.<br>*Fig.-4*<br> |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| CLAIM 4 | |
|---|---|
| 4. The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall. | Shultz discloses this element.   |
| **CLAIM 5** | |
| 5. The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | While Shultz does not disclose a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board, one of skill in the art would have found it obvious to include such as it would increase structural strength and allow for the inclusion of a second drawer. |
| **CLAIM 6** | |
| 6. The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board. | While Shultz does not disclose a supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board, one of skill in the art would have found it obvious to include such as it would increase structural strength and allow for the inclusion of a second drawer. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| CLAIM 9 | |
|---|---|
| 9. The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement. | Shultz discloses this element.   |
| **CLAIM 10** | |
| 10. A movable puzzle platform comprising: | Shultz discloses this element. |
| a board assembly comprising: | Shultz discloses this element.<br>Shultz at Abstract ("A lottery ticket scratch tray is herein provided") |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Shultz discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board; and | Shultz discloses this element. |
| a restricting wall having a first extending wall upwardly extending from the fixing | Shultz discloses this element. |

| | |
|---|---|
| portion and stacked on the fixing portion of the puzzle board; |  |
| at least two puzzle drawers; and | Shultz discloses a single puzzle drawer. However, one of skill in the art would find it obvious to include a second puzzle drawer. |

| | |
|---|---|
| |  |
| a rotating assembly attached on the board assembly; | While Shultz does not disclose this element, one of skill in the art would find it obvious to include a rotating base allowing the puzzle board to be rotated. |
| wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and | Shultz discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

<table>
<tr>
<td></td>
<td>


</td>
</tr>
<tr>
<td>wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity.</td>
<td>Shultz discloses this element.<br>


</td>
</tr>
</table>

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| CLAIM 11 | |
|---|---|
| 11. The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion. | Shultz discloses this element.<br>*Fig.-4*<br><br> |
| **CLAIM 12** | |
| 12. The movable puzzle platform, as recited in claim 10, wherein a side of the fixing portion is exposed out of the first main supporting wall. | Shultz discloses this element.<br>*Fig.-4*<br><br> |
| **CLAIM 13** | |
| 13. The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the | Shultz discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. |  |
| **CLAIM 14** | |
| 14. The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively. | Shultz discloses this element.<br> |
| **CLAIM 15** | |

| | |
|---|---|
| 15. The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | While Shultz does not disclose a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board, one of skill in the art would have found it obvious to include such as it would increase structural strength and allow for the inclusion of a second drawer. |
| **CLAIM 17** | |
| 17. A movable puzzle platform comprising: | Shultz discloses this element. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Shultz discloses this element.<br> |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board and a first dividing supporting wall positioned below the bottom surface of the puzzle board and | Shultz discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall; |  |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and | Shultz discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  |
| at least one puzzle drawer actuated to slide in-and-out of the drawer cavity; | Shultz discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Shultz discloses this element. |

| | |
|---|---|
| |  |
| wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | While Shultz does not disclose a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board, one of skill in the art would have found it obvious to include such as it would increase structural strength and allow for the inclusion of a second drawer. |
| **CLAIM 19** | |
| 19. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further comprises a second pair of | While Shultz does not disclose a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board, one of skill in the art would have found it obvious to include such as it would increase structural strength and allow for the inclusion of a a second pair of drawer cavities and drawers. |

| | |
|---|---|
| puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively. | |
| **CLAIM 23** | |
| 23. The movable puzzle platform, as recited in claim 17, wherein the side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other. | Schultz discloses this element.   |