# Exhibit C

# EXHIBIT B

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

U.S. Patent No. Des. 400,600 (Ackerman)

<table>
<tr><th colspan="2">CLAIM 1</th></tr>
<tr><td>1. A movable puzzle platform comprising:</td><td>Ackerman discloses this element.</td></tr>
<tr><td>a board assembly comprising:</td><td>Ackerman discloses this element.<br><br>US00D400600S<br>United States Patent [19]<br>Ackerman et al.<br>[11] Patent Number: Des. 400,600<br>[45] Date of Patent: **Nov. 3, 1998<br><br>[54] JIGSAW PUZZLE ASSEMBLY AND STORAGE DEVICE<br>[76] Inventors: Mary L. Ackerman, 2010 Glen Haven St., Arlington, Tex. 76010; Stewart E. Gartman, 12025 E. FM 917, Alvarado, Tex. 76009<br>[**] Term: 14 Years<br>[21] Appl. No.: 74,843<br>[22] Filed: Jul. 25, 1997<br>[51] LOC (6) Cl. ........ 21-01<br>[52] U.S. Cl. ........ D21/104; D21/54<br>[58] Field of Search ........ D21/54, 55, 104; D6/633, 635; 273/157 R<br>[56] References Cited<br>U.S. PATENT DOCUMENTS<br>D. 29,004 7/1898 Coles ........ D21/54<br>D. 293,855 1/1988 Sutou et al. ........ D6/633<br>D. 335,152 4/1993 Hollrah ........ D21/104<br>D. 356,608 3/1995 Poon ........ D21/54<br>1,987,496 1/1935 Springborn ........ 273/157 R<br>3,504,915 4/1970 Walker ........ 273/157 R<br>3,792,668 2/1974 Ward .<br>4,302,013 11/1981 Kavis ........ 273/157 R<br>4,436,307 3/1984 Caldwell ........ 273/157 R<br>4,479,651 10/1984 LaFleur ........ 273/157 R<br>4,484,745 11/1984 Sleeper ........ 273/157 R<br>4,552,361 11/1985 Lafleur ........ 273/157 R<br>4,865,325 9/1989 Stolz ........ 273/157 R<br>4,984,798 1/1991 Silberstein ........ 273/157 R<br>5,651,547 7/1997 Rannelli ........ 273/157 R<br><br>Primary Examiner—Sandra L. Morris<br>Attorney, Agent, or Firm—Stephen R. Greiner<br><br>[57] CLAIM<br>The ornamental design for a jigsaw puzzle assembly and storage device, as shown and described.<br><br>DESCRIPTION<br>FIG. 1 is a perspective view of a jigsaw puzzle assembly and storage device showing our new design in a closed position;<br>FIG. 2 is a right side elevational view thereof with the left side being a mirror image of the right side;<br>FIG. 3 is a top plan view thereof;<br>FIG. 4 is a bottom plan view thereof;<br>FIG. 5 is a front elevational view thereof;<br>FIG. 6 is a rear elevational view thereof; and,<br>FIG. 7 is a perspective view thereof in an opened position.<br>The broken line showing of support means in FIGS. 1 and 7 is for illustrative purposes only and forms no part of the claimed design.<br><br>1 Claim, 3 Drawing Sheets<br><br></td></tr>
</table>

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

<table>
<tr>
<td>a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;</td>
<td>Ackerman discloses this element.<br><br>
US00D400600S<br>
United States Patent [19] [11] Patent Number: Des. 400,600<br>
Ackerman et al. [45] Date of Patent: **Nov. 3, 1998<br><br>
[54] JIGSAW PUZZLE ASSEMBLY AND STORAGE DEVICE<br>
[76] Inventors: Mary L. Ackerman, 2010 Glen Haven St., Arlington, Tex. 76010; Stewart E. Gartman, 12025 E. FM 917, Alvarado, Tex. 76009<br>
[**] Term: 14 Years<br>
[21] Appl. No.: 74,843<br>
[22] Filed: Jul. 25, 1997<br>
[51] LOC (6) Cl. ........ 21-01<br>
[52] U.S. Cl. ........ D21/104; D21/54<br>
[58] Field of Search ........ D21/54, 55, 104; D6/633, 635; 273/157 R<br>
[56] References Cited<br>
U.S. PATENT DOCUMENTS<br>
D. 29,004 7/1898 Coles ........ D21/54<br>
D. 293,855 1/1988 Sutou et al. ........ D6/633<br>
D. 335,152 4/1993 Hollrah ........ D21/104<br>
D. 356,608 3/1995 Poon ........ D21/54<br>
1,987,496 1/1935 Springborn ........ 273/157 R<br>
3,504,915 4/1970 Walker ........ 273/157 R<br>
3,792,668 2/1974 Ward .<br>
4,302,013 11/1981 Kavis ........ 273/157 R<br>
4,436,307 3/1984 Caldwell ........ 273/157 R<br>
4,479,651 10/1984 LaFleur ........ 273/157 R<br>
4,484,745 11/1984 Sleeper ........ 273/157 R<br>
4,552,361 11/1985 Lafleur ........ 273/157 R<br>
4,865,325 9/1989 Stolz ........ 273/157 R<br>
4,984,798 1/1991 Silberstein ........ 273/157 R<br>
5,651,547 7/1997 Rannelli ........ 273/157 R<br><br>
Primary Examiner—Sandra L. Morris<br>
Attorney, Agent, or Firm—Stephen R. Greiner<br><br>
[57] CLAIM<br>
The ornamental design for a jigsaw puzzle assembly and storage device, as shown and described.<br><br>
DESCRIPTION<br>
FIG. 1 is a perspective view of a jigsaw puzzle assembly and storage device showing our new design in a closed position;<br>
FIG. 2 is a right side elevational view thereof with the left side being a mirror image of the right side;<br>
FIG. 3 is a top plan view thereof;<br>
FIG. 4 is a bottom plan view thereof;<br>
FIG. 5 is a front elevational view thereof;<br>
FIG. 6 is a rear elevational view thereof; and,<br>
FIG. 7 is a perspective view thereof in an opened position.<br>
The broken line showing of support means in FIGS. 1 and 7 is for illustrative purposes only and forms no part of the claimed design.<br><br>
1 Claim, 3 Drawing Sheets<br>
</td>
</tr>
<tr>
<td>a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main</td>
<td>Ackerman discloses this element.</td>
</tr>
</table>

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; | <br>FIG. 7 |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and | Ackerman discloses this element. |

| | |
|---|---|
| | <br>FIG. 7 |
| at least two puzzle drawers; | Ackerman discloses this element. |

| | |
|---|---|
| |  FIG. 7 |
| wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity; | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  FIG. 7 |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Ackerman discloses the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall. |

| | |
|---|---|
| |   FIG. 7 |
| wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

<table>
<tr><td></td><td>
</td></tr>
<tr><th colspan="2">CLAIM 2</th></tr>
<tr><td>2. The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall.</td><td>While Ackerman does not disclose this element, it would have been obvious to one of skill in the art to expose the fixing portion out of the first main supporting wall, as this would allow for cheaper construction.</td></tr>
<tr><th colspan="2">CLAIM 3</th></tr>
<tr><td>3. The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall.</td><td>While Ackerman does not disclose this element, it would have been obvious to one of skill in the art to expose the fixing portion out of the first extending wall, as this would allow for cheaper construction.</td></tr>
</table>

| | |
|---|---|
| | |
| **CLAIM 4** | |
| 4. The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall. | While Ackerman does not disclose this element, it would have been obvious to one of skill in the art to expose the fixing portion out of the second extending wall and the second main supporting wall, as this would allow for cheaper construction. |
| **CLAIM 5** | |
| 5. The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | While Ackerman does not disclose a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board, one of skill in the art would have found it obvious to include such as it would increase structural strength and allow for the inclusion of a second drawer. |
| **CLAIM 6** | |
| 6. The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board. | While Ackerman does not disclose a supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board, one of skill in the art would have found it obvious to include such as it would increase structural strength and allow for the inclusion of a second drawer. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| CLAIM 9 | |
|---|---|
| 9. The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement. | Ackerman discloses this element.  FIG. 4 |
| **CLAIM 10** | |
| 10. A movable puzzle platform comprising: | Ackerman discloses this element. |
| a board assembly comprising: | Ackerman discloses this element. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

<table>
<tr>
<td></td>
<td>
US00D400600S<br>
United States Patent [19]<br>
Ackerman et al.<br>
[11] Patent Number: Des. 400,600<br>
[45] Date of Patent: **Nov. 3, 1998<br>
<br>
[54] JIGSAW PUZZLE ASSEMBLY AND STORAGE DEVICE<br>
[76] Inventors: Mary L. Ackerman, 2010 Glen Haven St., Arlington, Tex. 76010; Stewart E. Gartman, 12025 E. FM 917, Alvarado, Tex. 76009<br>
[**] Term: 14 Years<br>
[21] Appl. No.: 74,843<br>
[22] Filed: Jul. 25, 1997<br>
[51] LOC (6) Cl. .......... 21-01<br>
[52] U.S. Cl. .......... D21/104; D21/54<br>
[58] Field of Search .......... D21/54, 55, 104; D6/633, 635; 273/157 R<br>
<br>
[56] References Cited<br>
U.S. PATENT DOCUMENTS<br>
D. 29,004 7/1898 Coles .......... D21/54<br>
D. 293,855 1/1988 Sutou et al. .......... D6/633<br>
D. 335,152 4/1993 Hollrah .......... D21/104<br>
D. 356,608 3/1995 Poon .......... D21/54<br>
1,987,496 1/1935 Springborn .......... 273/157 R<br>
3,504,915 4/1970 Walker .......... 273/157 R<br>
3,792,668 2/1974 Ward .<br>
4,302,013 11/1981 Kavis .......... 273/157 R<br>
4,436,307 3/1984 Caldwell .......... 273/157 R<br>
4,479,651 10/1984 LaFleur .......... 273/157 R<br>
4,484,745 11/1984 Sleeper .......... 273/157 R<br>
4,552,361 11/1985 Lafleur .......... 273/157 R<br>
4,865,325 9/1989 Stolz .......... 273/157 R<br>
4,984,798 1/1991 Silberstein .......... 273/157 R<br>
5,651,547 7/1997 Rannelli .......... 273/157 R<br>
<br>
Primary Examiner—Sandra L. Morris<br>
Attorney, Agent, or Firm—Stephen R. Greiner<br>
<br>
[57] CLAIM<br>
The ornamental design for a jigsaw puzzle assembly and storage device, as shown and described.<br>
<br>
DESCRIPTION<br>
FIG. 1 is a perspective view of a jigsaw puzzle assembly and storage device showing our new design in a closed position;<br>
FIG. 2 is a right side elevational view thereof with the left side being a mirror image of the right side;<br>
FIG. 3 is a top plan view thereof;<br>
FIG. 4 is a bottom plan view thereof;<br>
FIG. 5 is a front elevational view thereof;<br>
FIG. 6 is a rear elevational view thereof; and,<br>
FIG. 7 is a perspective view thereof in an opened position.<br>
The broken line showing of support means in FIGS. 1 and 7 is for illustrative purposes only and forms no part of the claimed design.<br>
<br>
1 Claim, 3 Drawing Sheets<br>
<br>

</td>
</tr>
<tr>
<td>a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board; and</td>
<td>Ackerman discloses this element.</td>
</tr>
</table>

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  FIG. 7 |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  FIG. 7 |
| at least two puzzle drawers; and | Ackerman discloses this element. |

| | |
|---|---|
| |  FIG. 7 |
| a rotating assembly attached on the board assembly; | While Ackerman does not disclose this element, one of skill in the art would find it obvious to include a rotating base allowing the puzzle board to be rotated. |
| wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and | Ackerman discloses this element. |

| | |
|---|---|
| |   FIG. 7 |
| wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity. | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  FIG. 7 |
| **CLAIM 11** | |
| 11. The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion. | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  FIG. 7 |
| **CLAIM 12** | |
| 12. The movable puzzle platform, as recited in claim 10, wherein a side of the fixing portion is exposed out of the first main supporting wall. | While Ackerman does not disclose this element, it would have been obvious to one of skill in the art to expose the fixing portion out of the first main supporting wall, as this would allow for cheaper construction. |
| **CLAIM 13** | |
| 13. The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. |   FIG. 6<br>FIG. 7 |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| **CLAIM 14** | |
| 14. The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively. | Ackerman discloses this element.  FIG. 6 |
| **CLAIM 15** | |
| 15. The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | While Ackerman does not disclose a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board, one of skill in the art would have found it obvious to include such as it would increase structural strength and allow for the inclusion of a second drawer. |
| **CLAIM 17** | |
| 17. A movable puzzle platform comprising: | Ackerman discloses this element. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | US00D400600S<br>**United States Patent** [19] **Ackerman et al.**<br>[11] **Patent Number: Des. 400,600**<br>[45] **Date of Patent: **Nov. 3, 1998**<br>[54] **JIGSAW PUZZLE ASSEMBLY AND STORAGE DEVICE**<br>[76] Inventors: **Mary L. Ackerman**, 2010 Glen Haven St., Arlington, Tex. 76010; **Stewart E. Gartman**, 12025 E. FM 917, Alvarado, Tex. 76009<br>[**] Term: **14 Years**<br>[21] Appl. No.: **74,843**<br>[22] Filed: **Jul. 25, 1997**<br>[51] **LOC (6) Cl.** .......... **21-01**<br>[52] **U.S. Cl.** .......... **D21/104**; D21/54<br>[58] **Field of Search** .......... D21/54, 55, 104; D6/633, 635; 273/157 R<br>[56] **References Cited**<br>U.S. PATENT DOCUMENTS<br>D. 29,004 7/1898 Coles .......... D21/54<br>D. 293,855 1/1988 Sutou et al. .......... D6/633<br>D. 335,152 4/1993 Hollrah .......... D21/104<br>D. 356,608 3/1995 Poon .......... D21/54<br>1,987,496 1/1935 Springborn .......... 273/157 R<br>3,504,915 4/1970 Walker .......... 273/157 R<br>3,792,668 2/1974 Ward .<br>4,302,013 11/1981 Kavis .......... 273/157 R<br>4,436,307 3/1984 Caldwell .......... 273/157 R<br>4,479,651 10/1984 LaFleur .......... 273/157 R<br>4,484,745 11/1984 Sleeper .......... 273/157 R<br>4,552,361 11/1985 Lafleur .......... 273/157 R<br>4,865,325 9/1989 Stolz .......... 273/157 R<br>4,984,798 1/1991 Silberstein .......... 273/157 R<br>5,651,547 7/1997 Rannelli .......... 273/157 R<br>*Primary Examiner*—Sandra L. Morris<br>*Attorney, Agent, or Firm*—Stephen R. Greiner<br>[57] **CLAIM**<br>The ornamental design for a jigsaw puzzle assembly and storage device, as shown and described.<br>**DESCRIPTION**<br>FIG. **1** is a perspective view of a jigsaw puzzle assembly and storage device showing our new design in a closed position;<br>FIG. **2** is a right side elevational view thereof with the left side being a mirror image of the right side;<br>FIG. **3** is a top plan view thereof;<br>FIG. **4** is a bottom plan view thereof;<br>FIG. **5** is a front elevational view thereof;<br>FIG. **6** is a rear elevational view thereof; and,<br>FIG. **7** is a perspective view thereof in an opened position.<br>The broken line showing of support means in FIGS. **1** and **7** is for illustrative purposes only and forms no part of the claimed design.<br>**1 Claim, 3 Drawing Sheets**<br> |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board and a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together | Ackerman discloses this element. |

| | |
|---|---|
| with the puzzle board and the first main supporting wall; |  FIG. 7 |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |   |
| at least one puzzle drawer actuated to slide in-and-out of the drawer cavity; | Ackerman discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  FIG. 7 |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Ackerman discloses the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  |
| wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | While Ackerman does not disclose a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board, one of skill in the art would have found it obvious to include such as it would increase structural strength and allow for the inclusion of a second drawer. |