# Exhibit D

# EXHIBIT C

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

U.S. Patent App. No. US 2021/0170267 (Malki)

| **CLAIM 1** | |
|---|---|
| 1. A movable puzzle platform comprising: | Malki discloses this element. |
| a board assembly comprising: | Malki discloses this element. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10.”), |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>FIG. 1 |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; | Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10."),   FIG. 1 |

| | |
|---|---|
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and | Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10."), |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |   FIG. 1 |
| at least two puzzle drawers; | Malki discloses this element. *Id.* at ¶ 0009 ("[ 0009 ] The present invention generally comprises a panel having an upper surface and a lower surface . The rectangular panel has a front edge , a back edge , a first side edge and a second side edge . Four drawers are mounted on the bottom surface to extend away from both side edges.") |

| | |
|---|---|
| | <br>FIG. 1 |
| wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity; | Malki discloses this element. *Id.* at ¶ 0031 ("A drawer 40 is mounted between panel 12 and rim 50 on the lower surface 16. The drawer 40 is positioned such that it is extendable outwardly away from the first side edge 22 , and , the second side edge 26. This allows the drawer 40 to be removed while the workboard is positioned on the ground surface 4 without the drawer 40 striking the ground surface 4. Also , by being positioned along a side edge 22 and 26 of the panel 12 , the drawer 40 is accessible by a user sitting by the front edge 20 by knob 42 attached .") |

| | |
|---|---|
| |  FIG. 1 |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Malki discloses this element. *Id.* at ¶ 0022 ("As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the |

| | |
|---|---|
| | game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws.")   FIG. 1 |
| wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Malki discloses this element. *Id.* at ¶ 0022 ("As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

<table>
<tr><td></td><td>mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws.”)<br><br><br>FIG. 1</td></tr>
<tr><td colspan="2">CLAIM 2</td></tr>
</table>

| | |
|---|---|
| 2. The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall. | While Malki does not disclose this element it would have been obvious to one of skill in the art, as it would lower construction costs. |
| **CLAIM 3** | |
| 3. The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall. | While Malki does not disclose this element it would have been obvious to one of skill in the art, as it would lower construction costs. |
| **CLAIM 4** | |
| 4. The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall. | While Malki does not disclose this element it would have been obvious to one of skill in the art, as it would lower construction costs. |
| **CLAIM 5** | |
| 5. The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for | Malki discloses this element. *Id.* at Fig. 2, denoted as 22. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

<table>
<tr><td>improving the structural strength of the puzzle board.</td><td>

FIG. 2</td></tr>
<tr><td colspan="2">CLAIM 6</td></tr>
<tr><td>6. The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board.</td><td>Malki discloses this element. Id. at Fig. 2, denoted as 22.</td></tr>
</table>

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>FIG. 2 |
| **CLAIM 9** | |
| 9. The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement. | Malki discloses this element. *Id.* at Fig. 2, denoted as 16. |

| | |
|---|---|
| |   FIG. 2 |
| **CLAIM 10** | |
| 10. A movable puzzle platform comprising: | Malki discloses this element. |
| a board assembly comprising: | Malki discloses this element. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to |

| | |
|---|---|
| | the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10.”),   FIG. 1 |

| | |
|---|---|
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board; and | Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10.”), |

| | |
|---|---|
| | <br>FIG. 1 |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; | Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace |

| | |
|---|---|
| | for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10.”),   FIG. 1 |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

<table>
<tr><td>at least two puzzle drawers; and</td><td>Malki discloses this element. Id. at ¶ 0009 (“[ 0009 ] The present invention generally comprises a panel having an upper surface and a lower surface . The rectangular panel has a front edge , a back edge , a first side edge and a second side edge . Four drawers are mounted on the bottom surface to extend away from both side edges.”)<br><br><br>FIG. 1</td></tr>
<tr><td>a rotating assembly attached on the board assembly;</td><td>While Malki does not disclose this element, one of skill in the art would find it obvious to include a rotating base allowing the puzzle board to be rotated.</td></tr>
<tr><td>wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and</td><td>Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The</td></tr>
</table>

| | |
|---|---|
| | panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10.”), |

| | |
|---|---|
| |   FIG. 1 |
| wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity. | Malki discloses this element. *Id.* at ¶ 0031 ("A drawer 40 is mounted between panel 12 and rim 50 on the lower surface 16. The drawer 40 is positioned such that it is extendable outwardly away from the first side edge 22 , and , the second side edge 26. This allows the drawer 40 to be removed while the workboard is positioned on the ground surface 4 without the drawer 40 striking the ground surface 4. Also , by being positioned along a side edge 22 and 26 of the panel 12 , the drawer 40 is accessible by a user sitting by the front edge 20 by knob 42 attached .") |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>FIG. 1 |
| **CLAIM 11** | |
| 11. The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion. | Malki discloses this element. *Id.* at Fig. 1, denoted as 14. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

<table>
<tr><td></td><td>

FIG. 1</td></tr>
<tr><td colspan="2">CLAIM 12</td></tr>
<tr><td>12. The movable puzzle platform, as recited in claim 10, wherein a side of the fixing portion is exposed out of the first main supporting wall.</td><td>While Malki does not disclose this element it would have been obvious to one of skill in the art, as it would lower construction costs.</td></tr>
<tr><td colspan="2">CLAIM 13</td></tr>
</table>

| | |
|---|---|
| 13. The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | Malki discloses this element. *Id.* at ¶ 0022 ("As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws.") |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>FIG. 1 |
| **CLAIM 14** | |
| 14. The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively. | Malki discloses this element. *Id.* at Fig. 2, denoted as 16. |

| | |
|---|---|
| | <br>FIG. 2 |
| **CLAIM 15** | |
| 15. The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | Malki discloses this element. *Id.* at Fig. 2, denoted as 22. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |   FIG. 2 |
| **CLAIM 17** | |
| 17. A movable puzzle platform comprising: | Malki discloses this element. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the |

| | |
|---|---|
| | game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10.”),<br><br><br>FIG. 1 |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of | Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| the puzzle board and a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall; | rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10."); *id.* at ¶ 0031 ("A drawer 40 is mounted between panel 12 and rim 50 on the lower surface 16. The drawer 40 is positioned such that it is extendable outwardly away from the first side edge 22 , and , the second side edge 26. This allows the drawer 40 to be removed while the workboard is positioned on the ground surface 4 without the drawer 40 striking the ground surface 4. Also , by being positioned along a side edge 22 and 26 of the panel 12 , the drawer 40 is accessible by a user sitting by the front edge 20 by knob 42 attached .") |

| | |
|---|---|
| |   FIG. 1 |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and | Malki discloses this element. Malki at ¶ 002 (As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws . Although no specific length is required for the lip 28 , good results have been achieved with a lip 28 that extends three - quarters of an inch ( 2 cm ) in length above workboard 10.”),   FIG. 1 |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| at least one puzzle drawer actuated to slide in-and-out of the drawer cavity; | Malki discloses this element. *Id.* at ¶ 0031 ("A drawer 40 is mounted between panel 12 and rim 50 on the lower surface 16. The drawer 40 is positioned such that it is extendable outwardly away from the first side edge 22 , and , the second side edge 26. This allows the drawer 40 to be removed while the workboard is positioned on the ground surface 4 without the drawer 40 striking the ground surface 4. Also , by being positioned along a side edge 22 and 26 of the panel 12 , the drawer 40 is accessible by a user sitting by the front edge 20 by knob 42 attached .")<br><br><br>FIG. 1 |

| | |
|---|---|
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | Malki discloses this element. *Id.* at ¶ 0022 ("As best illustrated in FIGS . 1-4 , the jigsaw puzzle workboard 10 generally comprises a panel 12 rectangular in shape having an upper surface 14 and a lower surface 16 . The panel 12 has a perimeter edge 18 including a front edge 20 , a first side edge 22 , a back edge 24 and a second side edge 26. A lip 28 is attached to and extends along the back edge 24 and the second side edge 26. The lip 28 is mounted on the periphery of the panel 12 and it extends upward to hold a puzzle 2 as it placed on the panel 12. The lip 28 is perpendicularly adjacent to the workspace of the workboard 10. The lip 28 defines an interior workspace for the containment of jigsaw puzzle game pieces . The lip 28 is secured to the game workboard by suitable chemical or mechanical methods such as but not limited to glue or wood screws.") |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  FIG. 1 |
| wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | Malki discloses this element. *Id.* at Fig. 2, denoted as 22. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | FIG. 2 |
| **CLAIM 19** | |
| 19. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively. | Malki discloses this element. *Id.* at Fig. 2, denoted as 22 and 10. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>FIG. 2 |
| **CLAIM 23** | |
| 23. The movable puzzle platform, as recited in claim 17, wherein the side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other. | Malki discloses this element. *Id.* at Figs. 1 (denoted as 14, 22) and Fig 2 (denoted as 16) |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br><br>FIG. 1 |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648




FIG. 2