# Exhibit E

# EXHIBIT D

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

Bits and Pieces Puzzle Board with Drawers (B&P)

| CLAIM 1 | |
| --- | --- |
| 1. A movable puzzle platform comprising: | B&P discloses this element.<br><br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a board assembly comprising: | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| at least two puzzle drawers; | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity; | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | B&P discloses this element. |

| | |
|---|---|
| |   Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

<table>
<tr><td></td><td>

Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI</td></tr>
<tr><td colspan="2">CLAIM 2</td></tr>
<tr><td>2. The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall.</td><td>B&P discloses this element.</td></tr>
</table>

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 3** | |
| 3. The movable puzzle platform, as recited in claim 2, wherein the side of the fixing portion is exposed out of the first extending wall. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 4** | |
| 4. The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 5** | |
| 5. The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | B&P discloses this element. |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 6** | |
| 6. The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 9** | |
| 9. The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 10** | |
| 10. A movable puzzle platform comprising: | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a board assembly comprising: | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board; and | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |   Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| at least two puzzle drawers; and | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a rotating assembly attached on the board assembly; | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.amazon.com/Bits-Pieces-Spinning-Original-Organizer/dp/B0CKKCZQHS/ref=cm_cr_arp_d_product_top?ie=UTF8&th=1 |
| wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 11** | |
| 11. The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 12** | |
| 12. The movable puzzle platform, as recited in claim 10, wherein a side of the fixing portion is exposed out of the first main supporting wall. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 13** | |
| 13. The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 14** | |
| 14. The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 15** | |
| 15. The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 17** | |
| 17. A movable puzzle platform comprising: | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board and a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall; | B&P discloses this element. |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |   Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| at least one puzzle drawer actuated to slide in-and-out of the drawer cavity; | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | B&P discloses this element. |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 19** | |
| 19. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| | |
|---|---|
| |   Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI |
| **CLAIM 23** | |
| 23. The movable puzzle platform, as recited in claim 17, wherein the side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other. | B&P discloses this element. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648




Source: https://www.youtube.com/watch?v=Cp3mXjmOqTI