# Exhibit F

# EXHIBIT 1

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| **CLAIM 1** | |
|---|---|
| 1. A movable puzzle platform comprising: | Defendants do not dispute that this element is present in the Accused Products. |
| a board assembly comprising: | Defendants do not dispute that this element is present in the Accused Products. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | The Accused Products do not meet this claim limitation. This claim element requires two separate components, puzzle plate, and a fixing portion which extends from the puzzle plate. As shown below, the Accused Products lack a "fixing portion."<br> |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board, a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall; | Defendants do not dispute that this element is present in the Accused Products. |

| | |
|---|---|
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board, and a second extending wall upwardly extending from the fixing portion, stacked on the fixing portion of the puzzle board, and disposed apart from the first extending wall; and | The Accused Products do not meet this claim limitation. As shown above, the Accused Products do not include a "fixing portion" and as such, there is no first or second extending wall extending from the fixing portion. |
| at least two puzzle drawers; | Defendants do not dispute that this element is present in the Accused Products. |
| wherein the first main supporting wall, the second main supporting wall are cooperated with the puzzle board for forming at least one drawer cavity, each puzzle drawer is actuated to slide in-and-out of the drawer cavity; | Defendants do not dispute that this element is present in the Accused Products. |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | The Accused Products do not meet this claim limitation. As shown above, the Accused Products do not include a fixing portion. |
| wherein the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | The Accused Products do not meet this claim limitation. As shown above, the Accused Products do not include a fixing portion. |
| **CLAIM 2** | |
| 2. The movable puzzle platform, as recited in claim 1, wherein a side of the fixing portion is exposed out of the first main supporting wall. | See Claim 1 above. |
| **CLAIM 3** | |
| 3. The movable puzzle platform, as recited in claim 2, wherein the side of the fixing | |

| | |
|---|---|
| portion is exposed out of the first extending wall. | |
| **CLAIM 14** | |
| 4. The movable puzzle platform, as recited in claim 3, wherein the side of the fixing portion is exposed out of the second extending wall and the second main supporting wall. | See Claim 1 above. |
| **CLAIM 5** | |
| 5. The movable puzzle platform, as recited in claim 1, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | See Claim 1 above. |
| **CLAIM 6** | |
| 6. The movable puzzle platform, as recited in claim 5, wherein the supplement arrangement further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly and forming the two drawer cavities together with the first main supporting wall, the second main supporting wall and the puzzle board. | See Claim 1 above. |
| **CLAIM 9** | |
| 9. The movable puzzle platform, as recited in claim 1, further comprising a base substantially parallel to the puzzle plate and stacked on the supplement arrangement. | See Claim 1 above. |

Che v. Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,
No. 1:25-cv-04946
U.S. Patent No. 12,220,648

| CLAIM 10 | |
|---|---|
| 10. A movable puzzle platform comprising: | Defendants do not dispute that this element is present in the Accused Products. |
| a board assembly comprising: | Defendants do not dispute that this element is present in the Accused Products. |
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board; and | Defendants do not dispute that this element is present in the Accused Products. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; | See Claim 1 above. |
| at least two puzzle drawers; and | Defendants do not dispute that this element is present in the Accused Products. |
| a rotating assembly attached on the board assembly; | Defendants do not dispute that this element is present in the Accused Products. |
| wherein the fixing portion of the puzzle board is stacked on the first main supporting wall; and | See Claim 1 above. |
| wherein the supplement arrangement is cooperated with the puzzle board for forming at least one drawer cavity, and each puzzle drawer is actuated to slide in-and-out of the drawer cavity. | Defendants do not dispute that this element is present in the Accused Products. |
| **CLAIM 11** | |
| 11. The movable puzzle platform, as recited in claim 10, wherein the puzzle plate is coplanar with the fixing portion. | See Claim 10 above. |
| **CLAIM 12** | |
| 12. The movable puzzle platform, as recited in claim 10, wherein a side of the fixing | See Claim 10 above. |

| | |
|---|---|
| portion is exposed out of the first main supporting wall. | |
| **CLAIM 13** | |
| 13. The movable puzzle platform, as recited in claim 12, wherein the supplement arrangement further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall. | See Claim 10 above. |
| **CLAIM 14** | |
| 14. The movable puzzle platform, as recited in claim 13, further comprising a base substantially parallel to the puzzle plate and stacked on the first and second main supporting walls, respectively. | See Claim 10 above. |
| **CLAIM 15** | |
| 15. The movable puzzle platform, as recited in claim 10, wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | See Claim 10 above. |
| **CLAIM 17** | |
| 17. A movable puzzle platform comprising: | Defendants do not dispute that this element is present in the Accused Products. |

| | |
|---|---|
| a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate; | See Claim 1 above. |
| a supplement arrangement comprising a first main supporting wall attached on the bottom surface of the puzzle board and a first dividing supporting wall positioned below the bottom surface of the puzzle board and apart from the first main supporting wall for forming at least one drawer cavity together with the puzzle board and the first main supporting wall; | Defendants do not dispute that this element is present in the Accused Products. |
| a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and | See Claim 1 above. |
| at least one puzzle drawer actuated to slide in-and-out of the drawer cavity; | Defendants do not dispute that this element is present in the Accused Products. |
| wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and | See Claim 1 above. |
| wherein the supplement arrangement further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board. | Defendants do not dispute that this element is present in the Accused Products. |
| **CLAIM 19** | |
| 19. The movable puzzle platform, as recited in claim 17, wherein the supplement arrangement further comprises a second | See Claim 17 above. |

| | |
|---|---|
| dividing supporting wall extending away from the first inner supporting wall for forming a second pair of drawer cavities together with the first main supporting wall and the puzzle board, the movable puzzle platform further comprises a second pair of puzzle drawers actuated to slide in-and-out of the second pair of drawer cavities, respectively. | |
| **CLAIM 23** | |
| 23. The movable puzzle platform, as recited in claim 17, wherein the side of the fixing portion, the side of the first main supporting wall and the side of the base are coplanar with each other. | See Claim 17 above. |