# Exhibit G

**Subject:** Defendants' Final Unenforceability and Invalidity Contentions
**Date:** Wednesday, April 8, 2026 at 12:24:17 PM Central Daylight Time
**From:** Marina Saito
**To:** Hao Ni, Neal Massand, Steve Moore, Nick Najera, marjorie.ouyang@valleysummitlaw.com
**CC:** Edward Rice, Steve Lubezny
**Attachments:** Marina Saito Email Signature.png

Counsel,

As you know, final contentions were due on Monday, April 6. Because you did not serve Final Unenforceability and Invalidity Contentions, we will proceed with the Markman schedule on the understanding that you are relying on your Initial Unenforceability and Invalidity Contentions as your final contentions.

Best Regards,

Marina

**Marina Saito**
Partner

**Rice Technology Law Group**

+1 224.331.1462

marina@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062