# Exhibit H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **XIAOLING CHE AND JINYAN DUAN,**<br><br>Plaintiffs,<br>v.<br><br>**SHENZHEN XIMEIKEJI YOUXIAN GONGSI; SHENZHEN MUMUWAN MAOYI YOUXIAN GONG SI; QINGYUNXIANGESIWEI-SHANGMAOYOUXIANGONGSI; and SHENZHEN MENGDUDU CHONGWU YONGPIN YOUXIAN GONGSI**<br>Defendants. | **Civil Action No. 1:25-cv-04946** |

**DEFENDANTS' LPR 4.1 PROPOSED CLAIM TERMS TO BE CONSTRUED ALONG WITH PROPOSED CONSTRUCTIONS**

Pursuant to LPR 4.1 and the Court's Scheduling Order, Defendants provide the following proposed claim terms for construction along with their proposed constructions.

These proposed terms and constructions are preliminary. They are based on Defendants' current knowledge and understanding of U.S. Patent No. 12,220,648 ("the '648 Patent") and Defendants' present understanding of Plaintiff's infringement/enforceability and validity contentions. Defendants reserve the right to supplement, amend or otherwise modify these proposed terms if additional information becomes available or should Plaintiffs be granted leave to amend their infringement/enforceability and validity contentions or assert additional defenses against Plaintiffs.

| Disputed Claim Term / Phrase | Asserted Claims | Defendants' Proposed Construction |
|---|---|---|
| "a fixing portion extending from the puzzle plate" | 1–6, 9–15, 17, 19, 23 | A distinct structural extension of the puzzle plate dedicated specifically to attaching the restricting wall. |

| | | |
|---|---|---|
| "a rotating assembly" | 10 | Governed by 35 U.S.C. § 112(6):<br><br>• *Function:* Rotating the board assembly.<br><br>• *Structure:* A rotatable mechanical mechanism attached to the board assembly, structurally disclosed as either: (1) A multi-ring framework comprising a circular first moving member, a second moving member coaxially engaged therewith, and an intervening bearing unit; or (2) A plurality of swivel-type wheels attached on the board assembly.<br><br>*Intrinsic Evidence Support:* See Col. 12, ll. 46-54 and Col. 13, ll. 17-24 detailing the framework.<br><br>Alternative Construction: Indefinite under 35 U.S.C. § 112(2) for failing to disclose a clear, definite structural boundary or specific configuration within the specification to limit the "assembly" nonce word. |
| "supplement arrangement" | 1–6, 9–15, 17, 19, 23 | Governed by 35 U.S.C. § 112(6):<br><br>• *Function:* Supplementing the puzzle board to structurally house sliding puzzle drawers.<br><br>• *Structure:* An interconnected spatial grid consisting of a first main supporting wall, a parallel second main supporting wall, perpendicular dividing supporting walls, and perpendicular inner supporting walls defining separate lateral and longitudinal hollow cavities, or structural equivalents thereof.<br><br>*Intrinsic Evidence Support:* See Col. 7 ll. 54 – Co.8, ll. 54 10 outlining the exact intersecting wall grid.<br><br>Alternative Construction: Indefinite under 35 U.S.C. § 112(2) because the specification fails to cleanly bound or define the structural intersection of the required structural elements, rendering the scope of the "arrangement" nonce term insolubly ambiguous. |

| | | |
|---|---|---|
| "restricting wall" | 1–6, 9–15, 17, 19, 23 | A raised perimeter barrier that physically prevents items from sliding off the puzzle plate. |
| "successively stacked" | 1, 10, 17, 23 | Positioned vertically directly on top of one another in sequential physical contact at the same point of location. |
| "actuated to slide in-and-out of the drawer cavity" | 1, 10, 17, 19 | Mechanically guided to slide inward and outward via flat horizontal panels moving through standard physical tracks. |
| "cooperated with the puzzle board for forming at least one drawer cavity" | 1, 10 | Physically joined to the puzzle board structure to create a fully enclosed structural hollow storage space. |

Dated: May 18, 2026

Respectfully Submitted,

By: /s/_*Marjorie Ouyang*_______
Marjorie Ouyang
Valley & Summit Law
One Park Plaza, #600
Irvine, CA 92614