# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*Eastern Division*

| | |
|---|---|
| Xiaoling Che, et al.,<br><br>Plaintiffs/Counter-Defendants,<br>v.<br><br>Shenzhen Mumuwan Maoyi Youxian Gong Si, et al.,<br><br>Defendants/Counter-Plaintiffs. | Case No. 1:25-cv-04946<br><br>Honorable Virginia M. Kendall |

**PLAINTIFFS' LPR 4.1 PROPOSED CLAIM TERMS TO BE CONSTRUED**
**ALONG WITH PROPOSED CONSTRUCTIONS**

Pursuant to LPR 4.1 and the Court's Scheduling Order, Plaintiffs Xiaoling Che and Jinyan Duan provide the following proposed claim terms for construction along with their proposed constructions.

These proposed terms and constructions are preliminary. They are based on Plaintiffs' current knowledge and understanding of U.S. Patent No. 12,220,648 ("the '648 Patent") and Plaintiffs' present understanding of Defendants' invalidity contentions. Plaintiffs reserve the right to supplement, amend or otherwise modify these proposed terms if additional information becomes available or should Defendants be granted leave to amend their invalidity contentions or assert additional defenses against Plaintiffs.

| '648 Patent Claim Term/Phrase | Proposed Construction |
|---|---|
| "a fixing portion extending from the puzzle plate" | Plain and ordinary meaning, which is:<br>a portion extending from the puzzle plate that is used for fixation. |

Plaintiffs do not contend that any claim element is governed by 35 U.S.C. § 112(6).

Respectfully submitted,

Dated: May 18, 2026

/s/ Steven M. Lubezny

Edward H. Rice
Marina N. Saito
Steven M. Lubezny
Rice Technology Law Group
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
ed@ricetechlaw.com
marina@ ricetechlaw.com
steve@ ricetechlaw.com
(224) 331-0568

*Counsel for Plaintiffs*
*Xiaoling Che and Jinyan Duan*

**CERTIFICATE OF SERVICE**

I certify that a copy of the above, PLAINTIFFS' LPR 4.1 PROPOSED CLAIM TERMS TO BE CONSTRUED ALONG WITH PROPOSED CONSTRUCTIONS was served on May 18, 2026, via email at the email addresses indicated below:

Hao Ni
Neal Massand
Stevenson Moore
Nicholas Najera
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231
hni@nilawfirm.com
nmassand@nilawfirm.com
smoore @nilawfirm.com
nnajera@nilawfirm.com

Marjorie Ouyang
Valley & Summit Law
One Park Plaza, #600
Irvine, CA 92614
marjorie.ouyang@valleysummitlaw.com

*Attorneys for Defendants Shenzhen Mumuwan Maoyi Youxian Gong Si, Shenzhen Ximeikeji Youxian Gongsi, QingYunXianGeSiWei-ShangMaoYouXianGongSi, and Shenzhen Mengdudu Chongwu Yongpin Youxian Gongsi*

/s/ Steven M. Lubezny
Steven M. Lubezny