# EXHIBIT A

**From:** Lyons III, George T.
**To:** Steve Lubezny; Edward Rice; Marina Saito
**Cc:** Lovsin, James; Morgan, Tristan; Shi, Yunan; Dineen, Brendan
**Subject:** RE: Che et al. v. Mumuwan et al. - Potential Agreement on Defendants" Motion to Amendment
**Date:** Tuesday, November 3, 2026 10:01:35 AM
**Attachments:** image001.png

---

Thanks for confirming, Steve. In line with your request, we'll attach this email as an exhibit to our reply brief today.

Regards,
Trey


**George "Trey" Lyons, III** | Partner
d: 312.913.3372 | o: 312.913.0001
300 S. Wacker Drive | Chicago, IL 60606
Intellectual Property Law


---

**From:** Steve Lubezny <steve@ricetechlaw.com>
**Sent:** Tuesday, November 3, 2026 9:34 AM
**To:** Lyons III, George T. <lyons@mbhb.com>; Edward Rice <ed@ricetechlaw.com>; Marina Saito <marina@ricetechlaw.com>
**Cc:** Lovsin, James <Lovsin@mbhb.com>; Morgan, Tristan <morgan@mbhb.com>; Shi, Yunan <yshi@mbhb.com>; Dineen, Brendan <dineen@mbhb.com>
**Subject:** Re: Che et al. v. Mumuwan et al. - Potential Agreement on Defendants' Motion to Amendment

Trey:

Thank you for your email. However, our client does not agree to withdraw its opposition.

Your email also appears to misconstrue Plaintiffs' position. Plaintiffs' objections are not limited to the new unenforceability and indefiniteness arguments. As explained in our opposition, Plaintiffs also oppose Defendants' attempts to introduce new prior art evidence and invalidity theories and to rewrite their invalidity charts wholesale. Defendants have not established good cause for these changes, and allowing them at this stage of the litigation would prejudice Plaintiffs.

If Defendants address their proposal in their reply brief, we ask that they include our full response to ensure that Plaintiffs' position is accurately represented.

Regards,

Steve

---

**From:** Lyons III, George T. <lyons@mbhb.com>
**Sent:** Monday, November 2, 2026 2:37 PM
**To:** Edward Rice <ed@ricetechlaw.com>; Steve Lubezny <steve@ricetechlaw.com>; Marina Saito <marina@ricetechlaw.com>
**Cc:** Lovsin, James <Lovsin@mbhb.com>; Morgan, Tristan <morgan@mbhb.com>; Shi, Yunan <yshi@mbhb.com>; Dineen, Brendan <dineen@mbhb.com>
**Subject:** Che et al. v. Mumuwan et al. - Potential Agreement on Defendants' Motion to Amendment

Hi Ed/Steve/Marina,

After reviewing your brief in opposition to our motion, it appears that Plaintiffs are most concerned with portions of Defendants' Motion to Amend (Dkt. 98) that are not the main thrust of Defendants' request to the Court in this litigation.

Thus, as a compromise, we wanted to see if Plaintiffs are willing to withdraw their opposition to Defendants' Motion, if Defendants agree to drop the following from this litigation:

1. Any reliance on any reference other than Malki, the B&P puzzle board (with spinner), and Watkins for 102/103 invalidity of any asserted claim of the '648 Patent (including Ackerman, Shultz, and the other commercially available puzzle boards in Defendants' invalidity contentions);
2. Any basis for the invalidity of any asserted claim of the '648 Patent based on the indefiniteness of these claims; and
3. Any basis for unenforceability of the '648 Patent based on, at least, the inequitable conduct on the named inventors.

We believe this result, if acceptable to your clients, would conserve judicial resources and better focus this case as the parties move through expert discovery toward trial.

If you would like to meet and confer to discuss, we will be available at your convenience today and tomorrow.

Regards,
Trey

mbhb

**George "Trey" Lyons, III** | Partner
d: 312.913.3372 | o: 312.913.0001
300 S. Wacker Drive | Chicago, IL 60606
Intellectual Property Law