# EXHIBIT B

INTERNET ARCHIVE

https://archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA 94118

# DECLARATION OF CHRISTOPHER BUTLER

1. I am the Office Manager at the Internet Archive. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a display of available dates. The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4. The archived data made viewable and browseable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL". Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6. Attached hereto as Exhibit A are true and accurate copies of browser screenshots of the Internet Archive's records of the archived files for the URLs and the dates

INTERNET ARCHIVE

specified in the attached coversheet of each screenshot.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: 10/13/26

Christopher Butler

# EXHIBIT A

https://web.archive.org/web/20210507072426/https://www.bitsandpieces.com/category/table
s

INTERNET ARCHIVE WaybackMachine
https://www.bitsandpieces.com/category/tables Go
27 captures
27 Nov 2016 - 14 Feb 2025
MAR MAY AUG
07
2019 2021 2022
About this capture

100% Satisfaction Guarantee! Order online or call, 24 hours a day: 513.354.7909. Sign In

COVID-19 UPDATE: Bits And Pieces is 100% operational and shipping orders every day.
Check back frequently for new selections and inventory updates.

BITS AND PIECES

Item Number or Keywords

MY CART
0 - $0.00

JIGSAW PUZZLES | PUZZLE TABLES & ORGANIZERS | BRAINTEASERS | UNIQUE GIFTS | TOYS & GAMES | APPAREL & ACCESSORIES | GARDEN STATUES, STONES & TREE HUGGERS | HOME DECOR | WEATHER INSTRUMENTS & DEVICES | WIND SPINNERS | SALE

**Email Subscriber Special**
Your Order Ships Standard For Just $5!
Expires May 31

Enter Your Email Address | SEND MY COUPON

Home » Puzzle Tables & Organizers » Puzzle Tables »

# PUZZLE TABLES

We have a large variety of tables for gaming and for assembling jigsaw puzzles, so shop now! 100% satisfaction guarantee!

## Product Categories

- Unique Gifts
- Apparel & Accessories
- Garden Statues, Stones & Tree Huggers
- Weather Instruments & Devices
- Wind Spinners
- Home Decor
- Brainteasers
- Puzzle Tables & Organizers
- Puzzle Organizers & Sorters
- Portable Caddies & Roll Ups
- Puzzle Frames & Glue
- Puzzle Tables
- Jigsaw Puzzles
- Sale
- Toys & Games
- E-Giftcards




## Narrow Selection

BY PIECE COUNT | BY PRICE

Sort Products: Newly Added    Items per Page: 30 60 90


Jumbo Pro Plateau - Portable Puzzle Storage Board
$69.99


Standard Pro Plateau Puzzle Storage Board
$59.99


Puzzle Plateau Spinner Attachment
$19.99


Jumbo Spinning Puzzle Plateau
$79.99


Standard Spinning Wooden Puzzle Plateau
$69.99


Jumbo Stack-Em Jigsaw Puzzle Trays
$24.99


Deluxe Swivel Puzzle Easel
$169.99


Adjustable Puzzle Tableau
$169.99


Puzzle Spinner Stand
$129.99


Puzzle Expert™ Tabletop Easel
~~$129.99~~
$119.99


Puzzle Expert Fold & Go Tilt-Up Table
~~$169.99~~
$149.99


Jumbo Puzzle Plateau 1500
$69.99



Standard Wooden Puzzle Plateau 1000

**$59.99**



Puzzle Spinner Surface Round 34"

**$129.99**



Rotating Puzzle Table Square 34"

**$129.99**



Fold-and-Go Wooden Jigsaw Table®

**$199.99**



Foldaway Puzzle Table - Walnut Tone

**$129.99**




Fold Away Puzzle Table – Oak Tone

~~***$149.99***~~
**$129.99**

Sort Products: Newly Added  Items per Page: 30 60 90

## Subscribe Now

Sign up to receive exclusive promotions & product collections from Bits and Pieces

Enter Email Address SUBSCRIBE

**What our customers are saying...**

I have ordered several times online ...and have always enjoyed putting their puzzles together.

BITS AND PIECES

Bits and Pieces
P.O. BOX 4150
Lawrenceburg, IN 47025

**Social Media**

**Quick Menu**

- Home
- About Us
- Change Address
- Apply a Payment
- Gift Certificate Inquiry
- Replacement Certificate Inquiry
- Tell a Friend
- Order Status
- Catalog Request
- Shipping & Returns
- Privacy & Security
- California/Nevada Privacy Rights
- Quick Order
- Contact Us

**Partner Websites**

- Bits And Pieces Canada
- Bits And Pieces UK
- Spilsbury

**Want Our New Catalog?**



Get our latest catalog with many new arrivals. Shop new puzzles, home & garden arrivals, seasonal sales and clearance now.

CATALOG REQUEST

SECURED BY SECTIGO

© Copyright 2021 Bits and Pieces. All Rights Reserved

Order online or call toll-free, 24 hours a day: 513.354.7909